| **United States Bankruptcy Court**<br>**Southern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Video Monitoring Services of America, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**13-3889971** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1500 Broadway, 6th Floor**<br>**New York, NY**      ZIP Code **10036** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP Code | Mailing Address of Joint Debtor (if different from street address):      ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>■ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ■<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Video Monitoring Services of America, LP** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ |
| | Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

| | |
|---|---|
| | **Name of Debtor(s):**<br>**Video Monitoring Services of America, LP** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael D. Sirota**
Signature of Attorney for Debtor(s)

**Michael D. Sirota MS-4088**
Printed Name of Attorney for Debtor(s)

**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
Firm Name

**Court Plaza North, 25 Main Street**
**P.O. Box 800**
**Hackensack, NJ 07602-0800**
Address

**201-489-3000  Fax: 201-489-1536**
Telephone Number

**August 31, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David Stephens**
Signature of Authorized Individual

**David Stephens**
Printed Name of Authorized Individual

**CEO & President**
Title of Authorized Individual

**August 31, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of New York

In re   **Video Monitoring Services of America, LP**      ,      Case No. _____

                                           Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 16,725,123.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 5,646,931.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 106 | | 94,258.63 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 99 | | 2,577,001.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 98 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 311 | | | |
| Total Assets | | | 16,725,123.00 | | |
| Total Liabilities | | | | 8,318,191.49 | |

# United States Bankruptcy Court
## Southern District of New York

In re    **Video Monitoring Services of America, LP**        ,      Case No. _____

                                Debtor

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re  **Video Monitoring Services of America, LP**                        ,        Case No. _____

                                                               Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | | (Report also on Summary of Schedules) | |

__0__   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re    **Video Monitoring Services of America, LP**                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | 1,600.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account -  Checking Account - N-TX** | - | 1,500.00 |
| | | **Bank Account - Checking Account - N-LA** | - | 1,600.00 |
| | | **Bank Account - Checking Account - N - LV** | - | 2,000.00 |
| | | **Bank Account - Checking Account - ZZ - PI** | - | 1,500.00 |
| | | **Bank Account - Checking Account - BOA - VT** | - | 1,000.00 |
| | | **Bank Account - Capital One Operating (436)** | - | 15,040.00 |
| | | **Payroll Account - Capital One (444)** | - | 28,039.00 |
| | | **Credit Card Account - Capital One (460)** | - | 57,227.00 |
| | | **FSA Account - Capital One (452)** | - | 6,333.00 |
| | | **Bank Account - Capital One Special Account #7057162907** | - | 100,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit for Rent - N-CG** | - | 10,458.00 |
| | | **Security Deposit for Rent - N- SF** | - | 8,948.00 |
| | | **Security Deposit for Rent - N-DC** | - | 19,000.00 |
| | | **Security Deposit for Rent - N - Louisville** | - | 21,541.00 |
| | | **Security Deposit for Rent - AS - Tucson** | - | 15,258.00 |
| | | **Security Deposit for Rent - ZZ -NY** | - | 3,500.00 |
| | | **Security Deposit for Rent - N - PI** | - | 6,292.00 |
| | | **Security Deposit for Rent - N - LA** | - | 16,089.00 |

Sub-Total >    316,925.00
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

In re    **Video Monitoring Services of America, LP**            ,      Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | **6,404,504.00** |

                                        Sub-Total >      **6,404,504.00**

                                     (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re    **Video Monitoring Services of America, LP**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Other Liquidated Debts** | **-** | **301,118.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Various** | **-** | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Various** | **-** | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >      **301,118.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **Video Monitoring Services of America, LP**      ,      Case No. _____

<div align="center">Debtor</div>

# SCHEDULE B - PERSONAL PROPERTY

<div align="center">(Continuation Sheet)</div>

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Furniture, Fixtures, Equipment and Leasehold Improvements (less accumulated depreciation)** | **-** | **9,702,576.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **9,702,576.00** |
| (Total of this page) | |
| Total > | **16,725,123.00** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Video Monitoring Services of America, LP**      ,    Case No. _____

                             Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Capital One, N.A.**<br>**1001 Avenue of the Americas**<br>**Attn: Brian Talty**<br>**New York, NY 10018** | - | | | **May 27, 2010, Security Interest in substantially all assets**<br><br>Value $     **0.00** | | | | **5,646,931.00** | **Unknown** |
| Account No.<br><br>**William D. Freedman, Esq.**<br>**Troutman Sanders LLP**<br>**405 Lexington Avenue**<br>**New York, NY 10174** | | | | **Additional Notice Party:**<br>**Capital One, N.A.**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>**EverBank Commercial Finance**<br>**10 Waterview Blvd., 2nd Floor**<br>**Parsippany, NJ 07054** | - | | | **UCC Financing Statement**<br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Hewlett-Packard Financial Services Company**<br>**420 Mountain Ave.**<br>**New Providence, NJ 07974** | - | | | **UCC Financing Statement**<br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |
|   **1**   continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | **5,646,931.00** | **0.00** |

In re   **Video Monitoring Services of America, LP** _____ ,   Case No. _____
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**U.S. Express Leasing, Inc.**<br>**300 Lanidex Plaza**<br>**Parsippany, NJ 07054-2797** | - | | **UCC Financing Statement**<br><br><br>Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 5,646,931.00 | 0.00 |

In re   **Video Monitoring Services of America, LP**       ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

<div align="center">___**105**___ continuation sheets attached</div>

In re    **Video Monitoring Services of America, LP**        ,    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. |  |  |  |  |  |  |  |  |  |
| Abreu, Freddy A 52 Gina Circle Stratford, CT 06614 |  | - |  |  |  |  |  | 0.00 |  |
|  |  |  |  |  |  |  | 0.00 |  | 0.00 |
| Account No. |  |  |  |  |  |  |  |  |  |
| Acree, Charles A 1310 Meadow Ridge Trail Goshen, KY 40026 |  | - |  |  |  |  |  | 0.00 |  |
|  |  |  |  |  |  |  | 0.00 |  | 0.00 |
| Account No. |  |  |  |  |  |  |  |  |  |
| Anderson, Cameron Lamar 2101 Speed Avenue #8 Louisville, KY 40205 |  | - |  |  |  |  |  | 0.00 |  |
|  |  |  |  |  |  |  | 0.00 |  | 0.00 |
| Account No. |  |  |  |  |  |  |  |  |  |
| Anderson, Casey R 409 Denman Rd Cranford, NJ 07016 |  | - |  |  |  |  |  | 0.00 |  |
|  |  |  |  |  |  |  | 0.00 |  | 0.00 |
| Account No. |  |  |  |  |  |  |  |  |  |
| Anderson, Knolis 116-42 144th Street Jamaica, NY 11436 |  | - |  |  |  |  |  | 0.00 |  |
|  |  |  |  |  |  |  | 0.00 |  | 0.00 |

Sheet **1** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00

In re **Video Monitoring Services of America, LP** ,  Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Andrade, Carmen R 41-41 76th St., #6B Elmhurst, NY 11373 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Andrade, Marlene 41-41 76th St., #6B Elmhurst, NY 11373 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Archibald, Patrick 3301 S. Bonanza Avenue Tucson, AZ 85730 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Ardery, Ruben 1718 O'Daniel Avenue #7 Louisville, KY 40213 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Armes, Monica R 603 Albany Street New Albany, IN 47150 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet  2  of  105  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 0.00 | 0.00 |
|---|---|---|---|

In re **Video Monitoring Services of America, LP**                    , Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Arnberg, Peter J** <br> **520 Willow Stone Way** <br> **Louisville, KY 40223** | | - | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. <br><br> **Arnold, Angela** <br> **23814 Ironwood Ct** <br> **Borden, IN 47106** | | - | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. <br><br> **Arnold, Vickie C** <br> **600 US 31E** <br> **Clarksville, IN 47129** | | - | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. <br><br> **Ash, Clarence R** <br> **3705 Hillcross Drive** <br> **Louisville, KY 40229** | | - | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. <br><br> **Autry-Schiffgens, Emily Sinclair** <br> **62 Sheridan Street** <br> **San Francisco, CA 94103** | | - | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet _3_ of _105_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00        0.00

In re  **Video Monitoring Services of America, LP**                    ,      Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Ayala, Carmen** **144 Mason Street** **Hempstead, NY 11550** | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Bachenheim, Meredith** **2830 Tulip Ave** **Baldwin, NY 11510** | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Baker, Mark** **5403 Laurel Tree Place** **Louisville, KY 40229-2240** | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Ball, Daniel P** **5310A Governours Way** **Louisville, KY 40291** | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Barnes, James K** **1314 Southgate Avenue** **Louisville, KY 40215** | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet _**4**_ of _**105**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re **Video Monitoring Services of America, LP**                    ,     Case No. _____

_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Bartish, Susan M 9688 E Banbridge St Tucson AZ, AZ 85747 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Baugh, William 806 Sinclair Street Fairdale, KY 40118 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Beal, Mitchell 625 Camp Street Louisville, KY 40203 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Bearden, Rebecca 3607 Glenfield Court Louisville, KY 40241 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Beckham, Darren 2019 Eastern Parkway #5 Louisville, KY 40204 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __5__ of __105__ continuation sheets attached to        Subtotal        | 0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)    0.00 | 0.00

In re   **Video Monitoring Services of America, LP**        ,     Case No. _____

                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Behera, Rachana Naikade 2 Stewart CT Old Bridge, NJ 08857 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Behrend, Joi 239 Laurie Vallee Road Louisville, KY 40223 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Belleville, Stephen 8 Exchange Street Apt E Presque Isle, ME 04769 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Bennett, Rebecca M 3129 Roselawn Blvd Louisville, KY 40220 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Berdeaux, Sandra Carol 2225 S. Avenida Guillermo Tucson, AZ 85710 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __6__ of __105__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)     0.00     0.00     0.00

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Bianca, Joseph F 1411 S 4th Street Louisville, KY 40208 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Bibbs, Kamesha N 7351 St. Andrews Church Rd Louisville, KY 40214 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Blake-Rosenberg, Michele 73 Bourne Street Jamaica Plain, MA 02130 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Block, Stephanie 6568 Fruitgift Place Columbia, MD 21045 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Blum, Marc David 22 Long Pond Road Armonk, NY 10504 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet _7_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

In re    **Video Monitoring Services of America, LP**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Boes, Brian D** 4501 Walsh Drive Louisville, KY 40272 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Bohannon, Elizabeth A** 8303 Winterbourne Pl Louisville, KY 40222 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Bouchard, Eric** 7410 E. La Cienega Tucson, AZ 85715 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Bowling, Adam** 208 Breckenridge Lane #3 Louisville, KY 40207 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Bowman, Anthony** 736 E. Muhammad Ali Blvd Louisville, KY 40202 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet __8__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

In re  **Video Monitoring Services of America, LP**                        ,        Case No. _____

                                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community  DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY  AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Brea, Lidia** **1466 Townsend Ave., #1g** **Bronx, NY 10452** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Brissett, Wandaana** **4M Holly House** **Princeton, NJ 08540** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Britton, Edward** **5902 Blue Stone Road** **Louisville, KY 40219** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Brockman, Nathan G** **1229 Texas Avenue** **Louisville, KY 40204** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Brown, Jessica** **3401 Lenoir Avenue** **Louisville, KY 40216** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet _**9**_ of _**105**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re **Video Monitoring Services of America, LP** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Brown, John W 850 Washburn Ave Louisville, KY 40222 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Brown, Marcus Allen 220 Miller Road Westfield, ME 04787 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Brownlee, Jennifer 4311 1/2 Garthwate Avenue Los Angeles, CA 90008 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Brumback, Ashley 1608 King of Arms Apt G Louisville, KY 40222 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Bryant, Erin M 8011 Cardinal Meadow Ct., #1 Louisville, KY 40222 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet **10** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00          0.00

B6E (Official Form 6E) (4/10) - Cont.

In re  **Video Monitoring Services of America, LP**                    ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Burch, Kimberly O** 55 Jackson Street New York, NY 10002 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. **Burton, Andrew G** 592 East 93rd Street Brooklyn, NY 11236 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. **Bush, Tiffany L** 8417 Easton Commons Dr Louisville, KY 40242 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. **Calkin, James T** 4161 Reservoir Ave Louisville, KY 40213 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. **Calvert, William L** 312 Idlewylde Drive Louisville, KY 40206 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet _11_ of _105_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00          0.00          0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re   **Video Monitoring Services of America, LP**      ,   Case No. _____

                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | H W J C | | | | | | | |
| Caminiti, John 93 Avery Street Stamford, CT 06902 | - | | | | | | 0.00 | | 0.00 |
| | | | | | | | 0.00 | | |
| Account No. | | | | | | | | | |
| Campbell, Kevin 2012 Mary Catherine Drive Louisville, KY 40216 | - | | | | | | 0.00 | | 0.00 |
| | | | | | | | 0.00 | | |
| Account No. | | | | | | | | | |
| Campbell, Robert 206 North Birchwood Avenue Louisville, KY 40206 | - | | | | | | 0.00 | | 0.00 |
| | | | | | | | 0.00 | | |
| Account No. | | | | | | | | | |
| Cangialosi, Christopher 1072 McLean Avenue Wantagh, NY 11793 | - | | | | | | 0.00 | | 0.00 |
| | | | | | | | 0.00 | | |
| Account No. | | | | | | | | | |
| Cape, Jonathan 66 Crest Road Chappaqua, NY 10514 | - | | | | | | 0.00 | | 0.00 |
| | | | | | | | 0.00 | | |

Sheet **12** of **105** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | | 0.00 |

In re __Video Monitoring Services of America, LP__ , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Capuano, Robert 626 Valley Road Upper Montclair, NJ 07043 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Carroll, Hallie 846 Keystone Way Louisville, KY 40223 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Carroll, Jennifer 2606 Shining Water Drive Louisville, KY 40299 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Casemier, Melissa P 1730 Arlington Blvd Arlington, VA 22209 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Caswell, Geri Ann 219 Irving Place Lyndhurst, NJ 07071 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet __13__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 0.00 | 0.00 | |

In re  **Video Monitoring Services of America, LP**
_____ ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | | | | | | |
| Catalano, James 10611 Irvin Pines Dr Louisville, KY 40229 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | | |
| Catalano, Mary 10611 Irvin Pines Dr Louisville, KY 40229 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | | |
| Cates-Michalka, Crystal D P O Box 35 Ashland, ME 04732 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | | |
| Chacko, Paul 75 Pomona Avenue Yonkers, NY 10703 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | | |
| Chamblin, Mary C P.O. Box 174 Louisville, KY 40201 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |

Sheet __14__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re __Video Monitoring Services of America, LP__ ,     Case No. _____

                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Chapman, Kristina M. <br>5130 E. Burns Place <br>Tucson, AZ 85711 | | - | | | | | <br><br>0.00 | 0.00 | 0.00 |
| Account No. <br><br>Charlot, Kim M. <br>16433 S. Petrified Forest Dr <br>Sahuarita, AZ 85629 | | - | | | | | <br><br>0.00 | 0.00 | 0.00 |
| Account No. <br><br>Chase, Adam <br>2206 Gursky Court <br>Louisville, KY 40223 | | - | | | | | <br><br>0.00 | 0.00 | 0.00 |
| Account No. <br><br>Chatman, Dane P <br>3423 Powell Avenue <br>Louisville, KY 40215 | | - | | | | | <br><br>0.00 | 0.00 | 0.00 |
| Account No. <br><br>Chinyanta, Kalunga <br>2310 Ashmead Place NW #404 <br>Washington, DC 20009 | | - | | | | | <br><br>0.00 | 0.00 | 0.00 |

Sheet __15__ of __105__ continuation sheets attached to          Subtotal     0.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     0.00     0.00

In re **Video Monitoring Services of America, LP** ,   Case No. _____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Chmielewski, Jason 2231 E Oak Street New Albany, IN 47150 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Chow, Brandon 18 Mott St New York, NY 10013 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Christian, Joyce 411 East Brandeis Avenue Louisville, KY 40217 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Ciccolella, Tricia 14 Tompkins Road Presque Isle, ME 04769 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Clarke, Maxine N 3443 Bertha Drive Baldwin, NY 11510 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __16__ of __105__ continuation sheets attached to             Subtotal      | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)   0.00       0.00

In re    **Video Monitoring Services of America, LP**                    ,    Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | | | | | | |
| Clavano, Arnel J 1 Riverplace 42nd St., #606 New York, NY 10036 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Clavano, Magdalena C 1 River Pl., 42nd St., #606 New York, NY 10036 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Cobb, Sarah 619 E Saint Catherine St Louisville, KY 40203 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Coen, Kelly 8371 E. Sarnoff Ridge Loop Tucson, AZ 85710 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Coffey, Todd O 5862 Newcut Road Louisville, KY 40214 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet **17** of **105** continuation sheets attached to       Subtotal       0.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    0.00    0.00

In re    **Video Monitoring Services of America, LP**                    ,    Case No. _____

_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| **Account No.** | | | | | | | | | |
| **Colbert, Casey L**<br>**7799 Lake Drive**<br>**Sellersburg, IN 47172** | - | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | | | | | |
| **Cook, Peter C**<br>**8730 Dover Road**<br>**Shelbyville, KY 40065** | - | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | | | | | |
| **Cooper, Nancy M.**<br>**10061 E. Placita Del Timbre**<br>**Tucson, AZ 85747** | - | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | | | | | |
| **Corrigan, Catharine**<br>**1860 Maurice Ave**<br>**East Meadow, NY 11554** | - | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | | | | | |
| **Cousins, Candice**<br>**1221 Seward Street**<br>**Los Angeles, LA 90038** | - | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | 0.00 |

Sheet __18__ of __105__ continuation sheets attached to       Subtotal       | 0.00 |

Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)       | 0.00 | 0.00 |

In re **Video Monitoring Services of America, LP** , Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Cox, Alfred** **1670 Metropolitan Ave** **Bronx, NY 10462** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Cox, Douglas** **PO Box 147283** **Chicago, IL 60614** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Craig, Kimberly** **3451 Fern Lea Road** **Louisville, KY 40216** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Crisostomo, Vincent-David** **506 E Jefferson St #301** **Louisville, KY 40202** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Crone, Jennifer Leona** **816 Wellington Court, #80** **Clarksville, IN 47129** | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __19__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

In re  **Video Monitoring Services of America, LP**                    ,     Case No. _____

                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Crowder, David J 2519 Cherokee Pkwy #10 Louisville, KY 40204 | | - | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| D'Onofrio, Kathleen 726 East Meadow Ave. East Meadow, NY 11554 | | - | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Dalton, Steven M 427 MacBrae Road Louisville, KY 40214 | | - | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Daly, Chris R 199-1 Centerline Road Presque Isle, ME 04769 | | - | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Davis, Brian A.D. 801 S.Prudence Road Tucson, AZ 85710 | | - | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet **20** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                  0.00
(Total of this page)   0.00            0.00

In re   **Video Monitoring Services of America, LP**     ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Davis, Kevin Gene** <br> **7201 E. Brooks Drive** <br> **Tucson, AZ 85730** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br> **Dawson, Brian Richard** <br> **3500 Viewpointe Drive** <br> **Louisville, KY 40299** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br> **DeAgazio, Christopher** <br> **10 Phillips Street** <br> **Bloomfield, NJ 07003** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br> **Dean, Charles** <br> **120-32 83rd Avenue** <br> **Kew Gardens, NY 11415** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br> **Deane, Cathy Ann D.** <br> **1442 East 51 Street** <br> **Brooklyn, NY 11234** | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet **21** of **105** continuation sheets attached to          Subtotal    | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    | 0.00 | 0.00 |

In re    **Video Monitoring Services of America, LP**                              Case No. _____
                                                                        ,
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dedegbe, Abel**<br>**244 W. 122nd Street**<br>**New York, NY 10027** | - | | | | | | <br><br>0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**DeLauro, Louis R**<br>**1438 65th Street, #2R**<br>**Brooklyn, NY 11219** | - | | | | | | <br><br>0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**Delisi, Carol A**<br>**1652 Paulding Avenue**<br>**Bronx, NY 10462** | - | | | | | | <br><br>0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**Dennis, Ebony L**<br>**3710 W Muhammad Ali Blvd**<br>**Louisville, KY 40212** | - | | | | | | <br><br>0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**Denniston, Linda**<br>**530 E. Roberta Circle**<br>**Tucson, AZ 85704** | - | | | | | | <br><br>0.00 | 0.00<br><br>0.00 |

Sheet __22__ of __105__ continuation sheets attached to          Subtotal          0.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    0.00          0.00

In re __Video Monitoring Services of America, LP_____ ,    Case No. _____

                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Desai, Shefali** **2550 E River RD** **Tucson, AZ 85718** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Deschesne, Neadra E** **9 Brookview Avenue** **Fort Fairfield, ME 04742** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Devine, Daniel** **3702 Hillcross Drive** **Louisville, KY 40229** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Dewey, Daniel Albert** **401 S. Whitfield Street** **Nazareth, PA 18064** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Diaz, Lisandro** **5314 Lowerfield Drive #202** **Louisville, KY 40219** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __23__ of __105__ continuation sheets attached to                    Subtotal               0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)    0.00        0.00

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Dittmeier, Raymond 2606 Lomond Dr. Louisville, KY 40216 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Douglas, Phyllis 134-17 223rd st Laurelton, NY 11413 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Drevik, Darren 9 West 73rd Street #3B New York, NY 10023 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Dunman, Jacob M 1512 E 10th Street Jeffersonville, IN 47130 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Duvall, Christy 8501 Vicki Lane Louisville, KY 40258 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __24__ of __105__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 0.00 / 0.00 / 0.00

In re  **Video Monitoring Services of America, LP**                    ,      Case No. _____

                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Ebrahim Abdul Gaffar, Mohamed Faisal 4504 Fox Run Dr. Plainsboro, NJ 08536 | - | | | | | | 0.00 | | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Eddy, Anna Alicia 2207 Alta Avenue #3 Louisville, KY 40205 | - | | | | | | 0.00 | | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Edusei, Andrea 1845 Seventh Avenue #2A New York, NY 10026 | - | | | | | | 0.00 | | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Elliott, Steven 9384 E. Indigo Mountain Way Coroda De Tucson, AZ 85641 | - | | | | | | 0.00 | | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Ellis, Julie 18 Teakwood Lane Roslyn, NY 11576 | - | | | | | | 0.00 | | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __25__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Video Monitoring Services of America, LP**     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Elstone, Stuart 4695 Kiefer Road Louisville, KY 40216 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Emberton, Crystal R 181 Sea Shell Lane Shelbyville, KY 40065 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Esakov, Daniel 7206 Wesboro Road Louisville, KY 40222 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Evans, David 824 Crane Drive Copell Texas 75019, DC 75019 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Evans, Jeffrey D 2056 27th Street Astoria, NY 11105 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __26__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)   0.00   0.00   0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Video Monitoring Services of America, LP** , Case No. _____
                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Farmer, Elizabeth 1214 Cherokee Road Louisville, KY 40204 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Fenty, Jody V 661 South Orange Ave South Orange, NJ 07079 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Floreani, Michel 1250 Long Beach Avenue Los Angeles, CA 90021 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Flowers, Linda 11025 E. Pantano Trail Tucson, AZ 85730 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Forman, Ryan Scott 10 Glazebrook Ct. Gaithersburg, MD 20878 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet _27_ of _105_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  0.00   0.00   0.00

In re   **Video Monitoring Services of America, LP** ,   Case No. _____

                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Fowler, David 6019 Wooded Creek Dr #101 Louisville, KY 40291 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Frank, Aaron 3729 Tracy St Los Angeles, CA 90027 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Frank, William 3 Elm Court Court Selden, NY 11784 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Fung, Kent 1982 West 5th Street Brooklyn, NY 11223 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Furlow, Stuart L 1811 S Third St #B-14 Louisville, KY 40208 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __28__ of __105__ continuation sheets attached to          Subtotal          0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)     0.00       0.00

In re   **Video Monitoring Services of America, LP** _____ ,   Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

                                                        **Wages, salaries, and commissions**

                                                                TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Gagnon, Jane 104 Presque Isle Tr. PK. Presque Isle, ME 04769 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Gaites, Kelley Lee 685 State Road Mapleton, ME 04757 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Gall, Seth T 2902 Palmetto Circle E9 Louisville, KY 40299 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Gannon, Nancy C 368 New York Ave Lyndhurst, NJ 07071 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Garcia, Daniel S 5343 E. Ft. Lowell Tucson, AZ 85712 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __29__ of __105__ continuation sheets attached to                                  Subtotal | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims               (Total of this page) | 0.00 | 0.00 |

In re __Video Monitoring Services of America, LP_____ ,     Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

| | | | | | | | **Wages, salaries, and commissions** | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | **TYPE OF PRIORITY** | |

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Garcia, Norma 4533 S. Seymour Road Tucson, AZ 85757 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Garcia, Raymond 831 W. Pennsylvania Street Tucson, AZ 85714 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Garry, John R 1018 Centralia Court Clarksville, IN 47129 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Gerardi, John 6116 Woodbine St., #3D Ridgewood, NY 11385 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Gilliam, Jason Walker 5128 Bell Avenue Shelbyville, KY 40065 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __30__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

In re __Video Monitoring Services of America, LP__ , Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Glotzbach, Travis 1657 Story Avenue #2 Louisville, KY 40206 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Gogala, Mladen 3911 48th street, BSMT Sunnyside, NY 11104 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Goodman, Consuelo R 3124 Mackenzie Drive Jeffersonville, IN 47130 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Goodman, Kathryn 2313 Frederick Avenue New Albany, IN 47150 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Gordon, Christopher J 202 Breckenridge Square Louisville, KY 40220 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __31__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Gove, Philip J 1926 Vinsetta Blvd Royal Oak, MI 48073 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Grassl, Steve 353 E83rd Street New York, NY 10028 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Gray, Bradley 2020 Midland Ave Apt 3 Louisville, KY 40204 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Green, Jord C P.O. Box 24566 Louisville, KY 40224 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Green, Rhonda 3513 Chateau Lane Louisville, KY 40219 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __32__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re   **Video Monitoring Services of America, LP**            Case No. _____
                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Gregg, Christopher 151 N. Birchwood Ave Louisville, KY 40206 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Gregg, Lynn 151 N. Birchwood Ave. Louisville, KY 40206 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Griffin, Porsha 961 East 217th St. Bronx, NY 10469 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Grove, Jodi 4657 S. Goldenrod Pl. Tucson, AZ 85730 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Guerrero, Joseph G 3318 Hawthorne Avenue Dallas, TX 75219 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet _**33**_ of _**105**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal               0.00
(Total of this page)   0.00      0.00

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Guevara, Vanessa 180 Powell Street Brooklyn, NY 11212 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Guzman, Jorge 7712 14 Avenue Brooklyn, NY 11228 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Hammond, Jennifer A 1120 Lexington Road Louisville, KY 40204 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Harber, Sheila P.O. Box 43176 Louisville, KY 40253 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Harden, Charles R 9820 Williford Trail Frisco, TX 75034 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet **34** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 0.00 | 0.00 | 0.00

In re __Video Monitoring Services of America, LP__ , Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Harrilal, Noemi 2390 Second Avenue #1E New York, NY 10035 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Harrington, Daniel Patrick 6688 W. Calle Lorensitia Tucson, AZ 85743 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Harrington, Sean 3129 Radiance Road Louisville, KY 40220 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Haverstock, James 10308 Arbor Oak Louisville, KY 40229 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Hawkins, Laundra 1100 Royal Gardens Court #6 Louisville, KY 40214 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __35__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | 0.00 | 0.00 |

In re **Video Monitoring Services of America, LP** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Hayes, Krista J. 5500 S. South Shore Drive Chicago, IL 60637 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Heath, Michael A. 7376 W. Starrock Place Tucson, AZ 85757 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Henderson, Kenneth R 2018 Peabody Lane Apt 8 Louisville, KY 40218 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Henry, Joy Beth 784 Hickory Woods Drive Taylorsville, KY 40071 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Hensley, Kimberly 10100 John Ashley Court Louisville, KY 40299 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | 0.00 |

Sheet **36** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal 0.00
(Total of this page) 0.00 0.00

In re  **Video Monitoring Services of America, LP**                    ,    Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Herndon, Chris 659 Lynn Street Louisville, KY 40217 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Hidalgo, Juan D 2 Mulberry Lane Metuchen, NJ 08840 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Hilario, Virgilio S 89-38 184th Street Hollis, NY 11423 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Hill, Rudolph 232 West 132 Street New York, NY 10027 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Hillerich, Nicole L. 7605 Burrice Court Louisville, KY 40258 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __37__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re    **Video Monitoring Services of America, LP**                    ,     Case No. _____

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Hittner, Jon**<br>**28 Mercury Circle**<br>**South Amboy, NJ 08879** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>**Ho, Michael**<br>**80 First Avenue #12I**<br>**New York, NY 10009** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>**Hoagland, Stephen Joseph**<br>**614 Ervay Avenue**<br>**Louisville, KY 40217** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>**Hoering, Otto R**<br>**30 Park Terrace East**<br>**New York, NY 10034** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>**Hooper, Christine L**<br>**1218 Fischer Avenue**<br>**Louisville, KY 40204** | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __38__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal: 0.00
(Total of this page)  0.00   0.00

In re   **Video Monitoring Services of America, LP**                        ,   Case No. _____
                                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Hopper, Karen 3743 E. Blacklidge Tucson, AZ 85716 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Horn, Marty 1218 Durrett Lane Louisville, KY 40213 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Houlehan, Barbara 7100 Windham Pkwy Prospect, KY 40059 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Hubbard, Julie Ann 2556 E. Spring St. Tucson, AZ 85716 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Hucks IV, Daniel 3606 Green Meadows Drive Louisville, KY 40218 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet __39__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00      0.00

In re __Video Monitoring Services of America, LP__ ,     Case No. _____

                                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hudson, Brian** <br> **9209 Lantana Drive** <br> **Louisville, KY 40229** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Humphrey, Lori** <br> **1022 E. Court Avenue** <br> **Jeffersonville, IN 47130** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Hython, Rachel** <br> **P.O Box 74172** <br> **Dallas, TX 75374** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Ingram, Charles E.** <br> **24903 Magic Mountain Parkway** <br> **Valencia, CA 91355** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Inthyvong, Souriyanh Bobby** <br> **2741 W. Tolosa Place** <br> **Tucson, AZ 85746** | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __40__ of __105__ continuation sheets attached to          Subtotal      0.00
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)      0.00      0.00

In re **Video Monitoring Services of America, LP**                    ,          Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Isaacs, Jesse 106 Old Corydon Ridge Road New Albany, IN 47150 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Issa, Christina 18760 Cohasset Street Reseda, CA 91335 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Iuli, Gabriel G 1075 Grand Concourse Bronx, NY 10452 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Jackson, Jamie 709 Iowa Street Louisville, KY 40208 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Jaffe, Marc 47 Westwood Drive Fairlawn, NJ 07410 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet  **41**  of  **105**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

In re    **Video Monitoring Services of America, LP**
_____,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Jany, Gary 4002 South 1st Street Louisville, KY 40214 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Jeffrey, Angela C. 4649 Cole Dallas, TX 75205 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Jenkins, Jayton 2375 2nd Ave New York, NY 10035 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Johns, Jeromy P 9741 Timberwood Circle Louisville, KY 40223 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Johnson, Inez 515 W. 52nd Street New York, NY 10019 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet __42__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re   **Video Monitoring Services of America, LP**           ,    Case No. _____

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Johnson, Meegan D**<br>**2892 West 7th Street**<br>**Los Angeles, CA 90005** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Johnson, Romaine M**<br>**33 Breckinridge Square**<br>**Louisville, KY 40220** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Katz, Jerry**<br>**3 Horizon Road**<br>**Fort Lee, NJ 07024** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Kearse, Esther**<br>**161 Ridge Avenue #2R**<br>**Yonkers, NY 10703** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Keeton, Amy L**<br>**8328 Siesta Way**<br>**Louisville, KY 40219** | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __43__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    0.00
(Total of this page)    0.00    0.00

In re    **Video Monitoring Services of America, LP**                              Case No. _____

                                                    ,

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Kelly, Brian J** **207 Exchange Avenue** **Louisville, KY 40207** | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Kelting, Kimberly** **1503 Community Way** **Louisville, KY 40222** | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Kennedy, Brian S** **4001 Pavilion Terrace, Apt 1** **Louisville, KY 40229** | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Kennedy, Christopher Thomas** **3318 Weaver School Road** **Odessa, MO 64076** | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Kennedy, James** **9863 Timberwood Circle** **Louisville, KY 40223** | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __44__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

In re __Video Monitoring Services of America, LP__ , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Khufu, Tessaat 1935 Gardiner Lane, D58 Louisville, KY 40205 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Kiesel, Jr., John 1625  Rosewood Ave. #4 Louisville, KY 40204 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Kilanowski, Joan C 1402 Cotton Valley Circle N Irving, TX 75038 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| King, David M. P.O. Box 16312 Tucson, AZ 85732 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Knauer-Straw, Lee G 2806 Yorkshire Boulevard Louisville, KY 40220 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __45__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

In re __Video Monitoring Services of America, LP__ ,     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Koenig, Mylo 10036 Colwell Drive Sun Valley, CA 91352 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Kohler, Dece D 9835 N. Sun Vista Place Tucson, AZ 85742 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Kolozsvary, Stephen G 115 West 104th Street, #52 New York, NY 10025 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Koos, Timothy R 1610 King of Arms Court, #A Louisville, KY 40222 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Kortz, Kathleen K. 6644 E. Scarlett Street Tucson, AZ 85710 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet __46__ of __105__ continuation sheets attached to      Subtotal    0.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    0.00    0.00

In re __Video Monitoring Services of America, LP__ ,     Case No. _____

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Krasny, Jerrold 315 Atlantic Avenue #1H East Rockaway, NY 11518 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Kussman, Michael A 231 North Oak Street Massapequa, NY 11758 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Lafave, Joanna M 72 E Carmichael St. Presque Isle, ME 04769 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Lamoureaux, Christopher 6 Debow Terrace Pompton Plains, NJ 07444 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Langley, Tammy E 130 Dudley Street Presque Isle, ME 04769 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __47__ of __105__ continuation sheets attached to            Subtotal      0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)     0.00     0.00

In re __Video Monitoring Services of America, LP__ ,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Wages, salaries, and commissions__

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Lantz, Ruth I 1416 Berry Boulevard Louisville, KY 40215 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Larger, Crystal A 4300 Norbrook Drive Louisville, KY 40218 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Lauer, Carol 7703 Sunbury Lane Louisville, KY 40220 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Leatherbury, Terry L 7613 Rosemary Lane Louisville, KY 40214 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Lee, Sara 9005 Fern Creek Road Louisville, KY 40291 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __48__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re     **Video Monitoring Services of America, LP**               ,     Case No. _____

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | | | 0.00 |
| Lee, Sehee<br>4720 Center Blvd<br>Long Island City, NY 11109 | | | | | | | 0.00 | | 0.00 |
| Account No. | | - | | | | | | | 0.00 |
| Leiby, Jessica J.<br>11911 Greenville Ave<br>Dallas, TX 75243 | | | | | | | 0.00 | | 0.00 |
| Account No. | | - | | | | | | | 0.00 |
| Leigh, Sherri<br>1932 S. Timberline Ave<br>Tucson, AZ 85710 | | | | | | | 0.00 | | 0.00 |
| Account No. | | - | | | | | | | 0.00 |
| Leighton, Sherry<br>22 Spring Street<br>Presque Isle, ME 04769 | | | | | | | 0.00 | | 0.00 |
| Account No. | | - | | | | | | | 0.00 |
| Lendof, Siomara<br>1435 Ogden Avenue, #5E<br>Bronx, NY 10452 | | | | | | | 0.00 | | 0.00 |

Sheet **49** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

In re __Video Monitoring Services of America, LP__ , Case No. _____
.................................................................................Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Lenehan, Aaron Paul 300 E. 34th Street New York, NY 10016 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Lennon, Joseph B 591 Buchanan Blvd Red Bank, NJ 07701 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Levering, Sara 10220 Democracy Blvd Potomac, MD 20854 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Li, Fan 11 Rambling Brook Dr. Holmdel, NJ 07733 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Lieblein, Stanley H 245 East 93 Street, #21E New York, NY 10128 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __50__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

In re __Video Monitoring Services of America, LP_____,  Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | |
| Lightsy, Chalee C 2606 Hale Avenue Louisville, KY 40211 | | - | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Lile, Brennan J 2016 Edgeland Ave #2 Louisville, KY 40204 | | - | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Limbaga, Christian P 14 Marshall Street West Orange, NJ 07052 | | - | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Linker, Matthew W 4875 Sherburn Lane #A1 Louisville, KY 40207 | | - | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Little, Christopher Shane 3614 Hilltop lane Plano, TX 75023 | | - | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet __51__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00 |

In re   **Video Monitoring Services of America, LP**                                    ,   Case No. _____

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Littlejohn, William Franklin**<br>**4700 W Kolb Rd**<br>**Tucson, AZ 85750** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br>**Liu, Annie**<br>**1510 Lexington Ave**<br>**New York, NY 10029** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br>**Logsdon, Karri**<br>**4882 Charlotte Drive**<br>**Louisville, KY 40219** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br>**Lokeman, Sherre Aleeka**<br>**136 S. Virgil Ave**<br>**Los Angeles, CA 90004** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br>**Lord, Jennifer Marie**<br>**7979 E Escalante Rd**<br>**Tucson, AZ 85730** | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet **52** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00    0.00    0.00

In re __Video Monitoring Services of America, LP__ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Louw, Gerry H 518 East 13th Street #2 New York, NY 10009 | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. | | | | | | | | |
| Lucey, Steven W 6413 Greenview Drive Louisville, KY 40216 | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. | | | | | | | | |
| Lush, Jennifer N 419 East Lee Street Louisville, KY 40217 | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. | | | | | | | | |
| Magid, Laura 510 Beach 125 Street Belle Harbor, NY 11694 | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. | | | | | | | | |
| Mahaney, Gail Breckenridge Square Apt 64 Louisville, KY 40220 | - | | | | | | 0.00 | 0.00 0.00 |

Sheet _53_ of _105_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
0.00          0.00

In re   **Video Monitoring Services of America, LP**          ,    Case No. _____

                                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Major, Brigette<br>41 American Avenue<br>Coram, NY 11727 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Mancio Rodriguez, Edson O<br>3400 LaFollette Drive<br>Louisville, KY 40299 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Mann, Sarah Allensworth<br>3415 Rainview Circle<br>Louisville, KY 40220 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Marciniak, Andrew Martin<br>186B Main Street<br>Presque Isle, ME 04769 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Margolin, Jaceene V.<br>939 15Th Street<br>Washington, DC 20003 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet **54** of **105** continuation sheets attached to               Subtotal      | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)     0.00      0.00

In re   **Video Monitoring Services of America, LP**                              ,   Case No. _____
_____
                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Marion, Scotty R 8407 Siesta Way Louisville, KY 40219 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Marquis, Rachel E 31 West Ridge Road Easton, ME 04740 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Mason, Derreck Dorese 299 Woodlaw Road Bardstown, KY 40004-9128 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Masters, Steven 1804 La Fontenay Court Louisville, KY 40223 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Mastrapa, Liliana 9819 Timberview Way Louisville, KY 40223 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet __55__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00          0.00
                                        0.00          0.00

In re __Video Monitoring Services of America, LP__ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Mattix, Stephen 5081 Paseo de las Colinas Tucson, AZ 85745 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Mauger, Robert Paul 54 Burton Lane Massapequa, NY 11758 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Maumus, Lindsay Todd 594 E. 2nd Street Brooklyn, NY 11218 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Maupin, Daniel R 1214 Cherokee Road Louisville, KY 40204 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Maybusher, Melissa 3506-4 Viewpointe Drive Louisville, KY 40299 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet __56__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00       0.00

In re **Video Monitoring Services of America, LP**                    ,    Case No. _____

                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Mayes, Geoffrey** <br> **9701 Nutsedge Court #2** <br> **Louisville, KY 40291** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Mayo, Christopher P** <br> **43-05 Ditmars Blvd.** <br> **Astoria, NY 11105** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Mayo, Eric L.** <br> **6724 161th Street** <br> **Flushing, NY 11365** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Mazarese, Joanne** <br> **487 Outlook Ave** <br> **N. Babylon, NY 11703** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **McCumber, Christie** <br> **818 S. Sarnoff Drive** <br> **Tucson, AZ 85710** | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __57__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                               0.00
(Total of this page)          0.00          0.00

In re   **Video Monitoring Services of America, LP**                          ,   Case No. _____
_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **McGarity, Kimberly** <br> **18959 N. Dallas Pkwy** <br> **Dallas, TX 75287** | - | | | | | | 0.00 <br><br> 0.00 | | 0.00 |
| Account No. <br><br> **McGovern, John P.** <br> **20 Oaklynn Place** <br> **Glen Rock, NJ 07452** | - | | | | | | 0.00 <br><br> 0.00 | | 0.00 |
| Account No. <br><br> **McGuire, Michael J** <br> **9532 Wessex Place** <br> **Louisville, KY 40222** | - | | | | | | 0.00 <br><br> 0.00 | | 0.00 |
| Account No. <br><br> **McKenzie, Emily D** <br> **1278 Everett Ave Apt 1** <br> **Louisville, KY 40204** | - | | | | | | 0.00 <br><br> 0.00 | | 0.00 |
| Account No. <br><br> **McMahon, Kevin G** <br> **109 Edgemont Drive** <br> **New Albany, IN 47150** | - | | | | | | 0.00 <br><br> 0.00 | | 0.00 |

Sheet __58__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00                     0.00

In re   **Video Monitoring Services of America, LP**                    ,   Case No. _____

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| McNamara, Ginger 5300 Ironhorse Pkwy Dublin, CA 94568 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Mendizabal Padilla, Alma 117 Court K LaGrange, KY 40031 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Meneses, Violeta Sonaco 3655 Kennedy Blvd Jersey City, NJ 07307 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Mercer, Daria 7957 W. Star Catcher Dr. Tucson, AZ 85743 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Meyers, Wendee E. 9159 E. 42 Street Tucson, AZ 85730 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __59__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                            0.00
(Total of this page)        0.00        0.00

In re    **Video Monitoring Services of America, LP**                    ,    Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Miller, Karen 3440 S. Chesin Dr. Tucson, AZ 85730 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Miller, Rose 39 Wilson Street Presque Isle, ME 04769 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Mitchell, Adrienne 428 N. Hite Avenue #7 Louisville, KY 40206 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Mohammed, Nailah 87 Hancock st Brooklyn, NY 11216 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Montes, Gloria P 34-48 92nd Street Jackson Heights, NY 11372 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __60__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

In re    **Video Monitoring Services of America, LP**                              ,        Case No. _____
                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Morgan, Christopher 2056 Cardinal Lane Jeffersonville, IN 47130 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Mota, Joel A 592 Beck Street #1 Bronx, NY 10455 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Mummidi, Vinod V 201 Dey Street #184 Harrison, NJ 07029 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Nakaguchi, Hideyuki Daniel 19-19 24th Ave, Apt. L313 Astoria, NY 11102 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Nelson, Nicole A 437 West 48th Street New York, NY 10036 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __61__ of __105__ continuation sheets attached to                                   Subtotal          0.00
Schedule of Creditors Holding Unsecured Priority Claims                        (Total of this page)   0.00        0.00

In re   **Video Monitoring Services of America, LP**                                    ,   Case No. _____

                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| New, Stephanie M<br>296 N Triangle Lane<br>Louisville, KY 40229 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Nicholson, Kristan<br>72 West End Blvd<br>Winston Salem, NC 27101 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Nunez, Minerva<br>1360 Merriam Ave., #4P<br>Bronx, NY 10452 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Nutter, Jillian Carol<br>124 E. Wellington Avenue<br>Louisville, KY 40214 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| O'Connor, Constance<br>5150 E. Riverhouse Rd.<br>Tucson, AZ 85718 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __62__ of __105__ continuation sheets attached to                    Subtotal
Schedule of Creditors Holding Unsecured Priority Claims         (Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Video Monitoring Services of America, LP**                    ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Oo, Lamin 213 Middletown Square Louisville, KY 40243 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Oquendo, Valerie 390 Bushwick Ave #10G Brooklyn, NY 11206 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Oquendo, Vanessa 390 Bushwick Ave. #10G Brooklyn, NY 11206 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Osterblom, David 73 Forest Avenue Fort Fairfield, ME 04742 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Ostlie, Elisabeth J. 5762 E 23rd street Tuscon, AZ 85711 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet _63_ of _105_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00    0.00    0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re __Video Monitoring Services of America, LP_____,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Palmer, Brett Matthew** <br> **5720 S. Herpa Drive** <br> **Tucson, AZ 85706** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Parr, Andrea R** <br> **206 N. Birchwood Avenue** <br> **Louisville, KY 40206** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Parris, Raymond** <br> **81 Salem Place** <br> **Cliffwood, NJ 07721** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Pastor Duenas, Yeimy A** <br> **7611 Johnson School Road** <br> **Louisville, KY 40291** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Paul, Annumilvy** <br> **75 Pomona Avenue** <br> **Yonkers, NY 10703** | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet __64__ of __105__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

In re  **Video Monitoring Services of America, LP**                                    ,    Case No. _____

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Pearson, Victor M 9218 Wellington Hill Court Louisville, KY 40291 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Pelfrey, Jennifer R 249 Tanyard Park Pl Louisville, KY 40229 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Pena, Elizabeth 1624 sEDDON sT. Bronx, NY 10461 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Pendergast, Kerri 4 East Presque Isle Rd. Caribou, ME 04736 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Penning, Seth 3727 E. 50th Street Tucson, AZ 85716 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet __65__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00                    0.00

In re __Video Monitoring Services of America, LP__ , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Perry, Elizabeth 18A Strawberry Road Presque Isle, ME 04769 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Peters, Sirena 5502 Delmaria Way #4 Louisville, KY 40291 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Phagan, Jimmy L 525 W. Utah Street Tucson, AZ 85706 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Phagan, Melissa Gale 5756 E 28th Street Tucson, AZ 85711 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Piccininni, Silvia F. 55 Elm Street Hicksville, NY 11801 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __66__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00          0.00

In re __Video Monitoring Services of America, LP__ ,  Case No. _____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Wages, salaries, and commissions__

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Pierson, Kelsey M 213 Lawn Court New Albany, IN 47150 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Piper, Tammy PO Box 245 Mapleton, ME 04757 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Platt, Emily 459 56th Street Brooklyn, NY 11220 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Porter, Allison L 8000 Kelly Green Way Louisville, KY 40291 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Portera, Salvadore C P.O. Box 3 Limestone, ME 04750 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __67__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 0.00 | 0.00

In re   **Video Monitoring Services of America, LP** _____ ,   Case No. _____

                                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.                                           |   |   |   |   |   |   |        |      |      |
| **Posey, Detrick L** **5700 Indian Oaks Circle** **Louisville, KY 40219** | - |   |   |   |   |   |        | 0.00 |      |
|                                                       |   |   |   |   |   |   | 0.00   |      | 0.00 |
| Account No.                                           |   |   |   |   |   |   |        |      |      |
| **Rada, Dawn D** **2121 S. Calle Yucatan** **Tucson, AZ 85710** | - |   |   |   |   |   |        | 0.00 |      |
|                                                       |   |   |   |   |   |   | 0.00   |      | 0.00 |
| Account No.                                           |   |   |   |   |   |   |        |      |      |
| **Rastede, Rebecca J** **2906 Tree Lane #11** **Louisville, KY 40299** | - |   |   |   |   |   |        | 0.00 |      |
|                                                       |   |   |   |   |   |   | 0.00   |      | 0.00 |
| Account No.                                           |   |   |   |   |   |   |        |      |      |
| **Reed, Elizabeth M** **7098 Vineyard Way** **Germantown, TN 39138** | - |   |   |   |   |   |        | 0.00 |      |
|                                                       |   |   |   |   |   |   | 0.00   |      | 0.00 |
| Account No.                                           |   |   |   |   |   |   |        |      |      |
| **Reed, Samantha** **4634 Travis Street** **Dallas, TX 75205** | - |   |   |   |   |   |        | 0.00 |      |
|                                                       |   |   |   |   |   |   | 0.00   |      | 0.00 |

Sheet **68** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                              0.00
(Total of this page)        0.00        0.00

In re **Video Monitoring Services of America, LP** , Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Reis, Michelle 7 Park Avenue New York, NY 10016 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Rentle, Vanessa L 11013 Fairway Pointe Drive Louisville, KY 40241 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Revels, Valarie 2540 W. Dolbrook Way Tucson, AZ 85741 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Rhodus, Kelly 3022 Talisman Road Louisville, KY 40220 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Riccardi, Michael A 117 Alpine Lake Henryville, PA 18332 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet __69__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
0.00

0.00

In re   **Video Monitoring Services of America, LP**           ,    Case No. _____

                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Rich, Jessica H. 7050 E. Sunrise Dr. Tucson, AZ 85750 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Richmond, Shannon 6502 Symphony Lane Dallas, TX 75227 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Ritter, Emily A 1322 Rufer Avenue Louisville, KY 40204 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Riutta, Kevin R 6051 W. Fullerton Chicago, IL 60647 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Rivera, Dawn L 12896 E. Red Iron Trail Vail, AZ 85641 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet **70** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
0.00

0.00

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Robards, Virginia A 7510 Briarwood Drive Crestwood, KY 40014 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Roberts, Joshua D 201 Iroquois Gardens Drive Louisville, KY 40214 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Robertson, Jocelyn L 23-15 30th Avenue Astoria, NY 11102 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Robles, Bradley 1475 N. Wilmot Rd. APT. Tucson, AZ 85712 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Robles, Kenia 2785 Frederick Douglas Blvd New York, NY 10039 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet _71_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 0.00 | 0.00 | 0.00

In re   **Video Monitoring Services of America, LP**                        ,          Case No. _____
                                                                  Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

                                                                            **Wages, salaries, and commissions**

                                                                                      TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Rodriguez, Anthony 631 Eagle Avenue, 2nd Floor Bronx, NY 10455 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Rolett, Ann S 202 Stuart Drive New Rochelle, NY 10804 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Ross, Jeremy S 2802 Marguerite Drive Louisville, KY 40216 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Rudkin, Terence 880 N. Carribean Tucson, AZ 85748 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Rudy, Jeanette L 112 Fordham Rd Clifton, NJ 07013 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __72__ of __105__ continuation sheets attached to                                   Subtotal                  0.00
Schedule of Creditors Holding Unsecured Priority Claims                        (Total of this page)      0.00            0.00

In re  **Video Monitoring Services of America, LP**                    ,  Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Ruelas, Maria E 2714 Montana Avenue Louisville, KY 40208 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Ruggiero, Anthony M 47 Autumn Ridge Road Shelton, CT 06484 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Sacksteder, Timothy Craig 3200 Ruth Lane Louisville, KY 40216 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Sainz, Vanessa 5933 6th Ave. Tucson, AZ 85706 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Sander, Richard P 2703 Springcrest Court Prospect, KY 40059 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __73__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re __Video Monitoring Services of America, LP_____ ,   Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | | | | | | |
| Sanders, Brittany J 116 Hardin Court Taylorsville, KY 40071 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Sanders, Kimberly 10707 Bayport Road Louisville, KY 40299 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Sandhaus, Stuart M. 425 East 51th Street New York, NY 10022 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Santiago, Flordeliza 3655 J. F. Kennedy Blvd. Jersey City, NJ 07307 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Sayad, Laila 9 Greenbriar Road Little Falls, NJ 07424 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __74__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 0.00 | |
|---|---|
| 0.00 | 0.00 |

In re    **Video Monitoring Services of America, LP**                    ,    Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Schemm, Martin** **400 N McClurg Court #3105** **Chicago, IL 60611** | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| **Schlittenhart, Jeremy E.** **150 Monterey Road** **South Pasadena, CA 91030** | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| **Schroeder, James S** **728 North Barbee Way** **Louisville, KY 40214** | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| **Schuerman, Lori** **5970 East 2nd Street** **Tucson, AZ 85711** | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| **Schultz, Mark A** **1047 Cherokee Road #2** **Louisville, KY 40204** | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet **75** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal 0.00
(Total of this page) 0.00    0.00

In re  **Video Monitoring Services of America, LP**                          ,  Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Schumacher, Paul F 2901 E Fort Lowell Road Tucson, AZ 85716 | - | | | | | | 0.00 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Segal, Scott N. 4743 East Mabel Tucson, AZ 85712 | - | | | | | | 0.00 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Sencion, Rinaldy B 3054 Godwin Terrace #51 Bronx, NY 10463 | - | | | | | | 0.00 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Sepulveda, Brandon Jose 373 N. Wilmot Road Tucson, AZ 85711 | - | | | | | | 0.00 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Serrato, Sabrina White 355 S. Arroyo Drive San Gabriel, CA 91776 | - | | | | | | 0.00 0.00 | | 0.00 |

Sheet __76__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    0.00
(Total of this page)    0.00        0.00

In re **Video Monitoring Services of America, LP**         Case No. _____

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sharp, Jamie** <br> **509 Creel Avenue** <br> **Louisville, KY 40208** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Sheth, Amit** <br> **644 Erin Circle** <br> **Mt. Washington, KY 40047** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Shockley, Corinne M** <br> **75 West End Ave W63rd Street** <br> **New York, NY 10023** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Shooshtari, Matthew** <br> **6599 E. Cooperstown Drive** <br> **Tucson, AZ 85706** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Simmons, Larry** <br> **1213 Witawanja Avenue** <br> **Louisville, KY 40222** | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheth __77__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     0.00     0.00     0.00

In re __Video Monitoring Services of America, LP__ ,     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Skrzypecki, Craig M** <br> **20 29th Avenue** <br> **Venice, CA 90291** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Smith, Donald** <br> **1615 Jefferson Avenue** <br> **Louisville, KY 40242** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Smith, Renee** <br> **57-15 Shore Front Pkwy #1810** <br> **Arverne, NY 11692** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Soto, Francisca** <br> **726 W. Utah Street** <br> **Tucson, AZ 85706** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Springer, Melissa** <br> **4120 Mitscher Court** <br> **Kensington, MD 20895** | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __78__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

In re  **Video Monitoring Services of America, LP**  ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| St. Thomas, Jason E P.O. Box 4165 Preque Isle, ME 04769 | | - | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |
| Stephens, David 474 Conant Rd Weston, MA 02493 | | - | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |
| Stephens, Tessa 5104 Sprucewood Drive Louisville, KY 40291 | | - | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |
| Stephens, Tiffany A 107 Joshua Court Shepherdsville, KY 40165 | | - | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |
| Stier, Maria Donna 9500 Ridge Stone Court, 208 Louisville, KY 40299 | | - | | | | | 0.00 | 0.00 / 0.00 |

Sheet **79** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 0.00 | 0.00 / 0.00

In re  **Video Monitoring Services of America, LP**                          ,  Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Stitham, Suzanne M** **PO Box 193** **Mars Hill, ME 04758** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Stoddard, Leslie** **10626 Valley Spring Lane** **Toluca Lake, CA 91602** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Stone, Rene Diane** **880 N Carribean Avenue** **Tucson, AZ 85748** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Stovall, Lisa** **140 Underhill Avenue** **Brooklyn, NY 11238** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Stowe, Taylor** **2745 Grinstead Drive #101** **Louisville, KY 40206** | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet  __80__  of  __105__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00          0.00          0.00

In re  **Video Monitoring Services of America, LP**                    ,     Case No. _____

                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. |  |  |  |  |  |  |  |  |
| Struse, Robert Eric 330 S. Avenida De La Vista Tucson, AZ 85710 |  | - |  |  |  |  | 0.00 | 0.00 |
|  |  |  |  |  |  |  | 0.00 | 0.00 |
| Account No. |  |  |  |  |  |  |  |  |
| Stubin, Leslie P.O. Box 682 Ocean Beach, NY 11770 |  | - |  |  |  |  | 0.00 | 0.00 |
|  |  |  |  |  |  |  | 0.00 | 0.00 |
| Account No. |  |  |  |  |  |  |  |  |
| Stucker, Joseph L 3915 Altawood Court, Apt B Louisville, KY 40245 |  | - |  |  |  |  | 0.00 | 0.00 |
|  |  |  |  |  |  |  | 0.00 | 0.00 |
| Account No. |  |  |  |  |  |  |  |  |
| Styberski, Robin W 17412 Gateway Circle Southfield, MI 48075 |  | - |  |  |  |  | 0.00 | 0.00 |
|  |  |  |  |  |  |  | 0.00 | 0.00 |
| Account No. |  |  |  |  |  |  |  |  |
| Suffridge, Maxwell 6707 Hollow Tree Road Louisville, KY 40228 |  | - |  |  |  |  | 0.00 | 0.00 |
|  |  |  |  |  |  |  | 0.00 | 0.00 |

Sheet **81**    of **105**   continuation sheets attached to                      Subtotal        | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)    | 0.00 | 0.00 |

In re __Video Monitoring Services of America, LP__ , Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Sullivan, Alexander Cheyne 7436 S. Madera Village Dr. Tucson, AZ 85747 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Summers, Daniel Byron 1402 Moonstone Way, #2 Louisville, KY 40222 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Sutton, Lyndsay A 9001 Gilpin Place Louisville, KY 40222 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Tanner-Thompson, Windsor 12016 Creekbend Drive Reston, VA 20194 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Taylor, Dennis Lee 2004 Cherbourg Drive Plano, TX 75075 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __82__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 0.00   0.00 |

In re __Video Monitoring Services of America, LP__ , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Taylor, Frances 1049 Stone Spring Way Louisville, KY 40223 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Taylor, Kraig D 1215 Fischer Ave Louisville, KY 40204 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Thomas, Nicole 7346 S. Madera Village Dr. Tucson, AZ 85747 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Thomas, Ruby 5458 Mitscher Avenue Louisville, KY 40214 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Thompson, Kevin 119 Senate Lane Mt. Washington, KY 40047 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet __83__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re **Video Monitoring Services of America, LP** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Tice, Yazmin 3358 Hull Avenue Bronx, NY 10467 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Timberlake, Sarah 16 Jordan Street Presque Isle, ME 04769 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Tinsley, Robert 6590 E. Golf Links Tucson, AZ 85730 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Tolle, Nicholas B 4004 Portia Court Louisville, KY 40220 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Torraca, Jessica W. 49 Estates Terrace North Manhasset, NY 11030 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet __84__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  0.00  0.00  0.00

In re __Video Monitoring Services of America, LP__ , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

__Wages, salaries, and commissions__

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Travis, Stephen 1690 Old Lawrenceburg Road Frankfort, KY 40601 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Trinidad IV, Lazaro James 5050 E. 5th Street, Apt #G5 Tucson, AZ 85711 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Trinidad, Lorenia 1908 W. Nava Drive Tucson, AZ 85746 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Troina, Rita 354 Cr. 2130 Quitman, TX 75783 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Ugbode, Nicholas 36 YALE Street Staten Island, NY 10303 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __85__ of __105__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  0.00    0.00    0.00

In re __Video Monitoring Services of America, LP__ ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Vaca, Glenn M 7303 Bell Blvd Bayside, NY 11364 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Valdez, Lorene T 8761 E. Green Branch Lane Tucson, AZ 85730 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Valencia, Leticia 3756 S. Belmar Avenue Tucson, AZ 85713 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Van Burken, Andrea 7951 South Depot Court Tucson, AZ 85747 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Varrichio, Augustine 175 Oldfield Avenue Amityville, NY 11701 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __86__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal     0.00
(Total of this page)     0.00     0.00

In re    **Video Monitoring Services of America, LP**         ,     Case No. _____

                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Vergin, David<br>15140 Hiawatha Trail<br>Orland Park, IL 60462 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Vessels, Jeremy S<br>1361 S Floyd Street #10<br>Louisville, KY 40208 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Vidic, Ida<br>57 Franklin Avenue<br>New Hyde Park, NY 11040 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Vitale, Holly C<br>2 Spruce Street, #2E<br>Great Neck, NY 11021 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Waggoner, James H<br>20 Godfrey Road<br>Upper Montclair, NJ 07043 | | - | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __87__ of __105__ continuation sheets attached to          Subtotal      | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)     0.00     0.00

In re   **Video Monitoring Services of America, LP**       ,    Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wagner, David C**<br>**5311 Millwood Court**<br>**Louisville, KY 40291** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Wagner, Kristin M.**<br>**3440 S. Chesin**<br>**Tucson, AZ 85730** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Weaver, Clari**<br>**6149 N. Van Ark Road**<br>**Tucson, AZ 85743** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Weber, Beth Ann**<br>**9855 E. Speedway blvd.**<br>**Tucson, AZ 85748** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Weber, Mary J**<br>**408 Hidden Oak Way**<br>**Louisviile, KY 40222** | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet **88** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

In re     **Video Monitoring Services of America, LP**                          ,          Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Weech, Paula J. 2127 S. Roberto Place Tucson, AZ 85710 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Wehrley, Anne E 4111 Wimpole Road Louisville, KY 40218 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Wells, Elizabeth C 5209 Mansfield Lane Louisville, KY 40218 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Wells, Jeffery S 3919 Elfin Avenue Louisville, KY 40207 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Wells, Tana J 2919 Gleeson Lane Louisville, KY 40299 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __89__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Wengryn, Peter P 21 Grenadier Drive Mahwah, NJ 07430 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Weshkoff, Robert 2869 Wilson Avenue Bellmore, NY 11710 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. West, Trina 66 Chelmsford Court Baltimore, MD 21220 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. White, Amy 26 Glendale Road Caribou, ME 04736 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. White, Christina M 261 Ainslie St., 2nd Fl Brooklyn, NY 11211 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet _90_ of _105_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re  **Video Monitoring Services of America, LP**                    ,     Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Wick, Christopher T 845 W Larkspur Drive Jeffersonville, IN 47130 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Wick, James R 1512 E 10th Street Jeffersonville, IN 47130 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Wiggins, David 1241 Mapleton Road Mapleton, ME 04757 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Wilkes, Tina L. 580 East 21th Street Brooklyn, NY 11226 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Williams, Billy - Jean 1224 E. 36th Street Brooklyn, NY 11212 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __91__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00          0.00

B6E (Official Form 6E) (4/10) - Cont.

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Williams, Brandon B 158 Piaget Ave. Clifton, NJ 07011 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Williams, Mark E 15057 Sherman Way, Unit C Van Nuys, CA 91405 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Williams, Quentin 16 North 16th Street East Orange, NJ 07017 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Wills, Jennifer 11311 Powhatan Ct. #1 Louisville, KY 40241 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Wills, Kerry K 4822 Sebree Lane, Apt 2 Louisville, KY 40218 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet _92_ of _105_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 0.00 / 0.00 / 0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Wilson, Kathryn G<br>838 Keystone Way<br>Louisville, KY 40223 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Wilson, Kimberly Ray<br>1422 Hobart Drive<br>Louisville, KY 40216 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Wood, Terry Cavaleri<br>10860 E. Linden Street<br>Tucson, AZ 85749 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Worley, Shawn D<br>4206 Leo Lane<br>Louisville, KY 40299 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Wright, Charles<br>2817 Rio Rita Avenue<br>Louisville, KY 40220 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet _93_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 0.00 | 0.00 | 0.00

In re __Video Monitoring Services of America, LP__ , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Wright, Francis Norman 324 Caribou Lake Road Caribou, ME 04736 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Wright, Robert 20 Robert Street Hicksville, NY 11801 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Wysong, Julie Ann 4702 Lake Louisvilla Drive Crestwood, KY 40014 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Yager, Danren L 383 N. Wilmot Tucson, AZ 85711 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Yanovich, Angela 425 E. 12th Street, #2 New York, NY 10009 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet __94__ of __105__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 0.00 / 0.00 / 0.00

In re  **Video Monitoring Services of America, LP** _____ ,    Case No. _____

_____ Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Yassim, Rachael N.M. 114-20 118th Street South Ozone Park, NY 11420 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Yates, Freddie 2407 Old Hickory Highway Jeffersontown, KY 40299 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Yaxley, Eliot 651 Vanderbilt Ave Brooklyn, NY 11238 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Yeast, Benjamin J 914 Greenway Drive Elizabethtown, KY 42701 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. Yenser, Nathan C 2825 Lexington Road Louisville, KY 40280 | | - | | | | | 0.00 | 0.00 | 0.00 |

Sheet _95_ of _105_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re  **Video Monitoring Services of America, LP**                                    ,     Case No. _____
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Yenser, Timothy M 2825 Lexington Road Louisville, KY 40280 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Yeung, Monica 11148 114th Street South Ozone Park, NY 11420 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Yturralde, Geraldine S 420 East 35th Street Tucson, AZ 85713 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Yturralde, Joanne S 350 E. 33rd Street Tucson, AZ 85713 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| Zazueta, Sylvia F. 7720 E. Lurlene Dr. Tucson, AZ 85730 | - | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __96__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                              0.00
(Total of this page)      0.00                    0.00

In re __Video Monitoring Services of America, LP__ , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Zepeda, David Martin** <br> **1541 S. Turquoise Vista** <br> **Tucson, AZ 85710** | - | | | | | | 0.00 | 0.00 <br><br> 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __97__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re  **Video Monitoring Services of America, LP**                            ,     Case No. _____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **Client # 37965** | | | | **Flexible Spending and Cobra Services** | | | | | |
| **ADP, Inc.** **P.O. Box 7247-0372** **Philadelphia, PA 19170-0372** | | - | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **E7652563** | | | | **Life** | | | | | |
| **Colonial** **1201 Averyt Ave.** **Columbia, SC 29210** | | - | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **NY-2403** | | | | **Dental** | | | | | |
| **Delta Dental Plan of New York** **P.O. Box 62577** **Attn: Accounts Receivable** **Baltimore, MD 21264-2577** | | - | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **Group ID # G000875G** | | | | **Life** | | | | | |
| **Mutual of Omaha** **Payment Processing Center** **P.O. Box 2147** **Omaha, NE 68103-2147** | | - | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **2-38560** | | | | **Vision** | | | | | |
| **Spectra, Inc.** **P.O. Box 7247-6062** **Philadelphia, PA 19170-6062** | | - | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet **98** of **105** continuation sheets attached to                Subtotal                    0.00
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)      0.00        0.00

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **006798350001-7** <br><br> **The Hartford** <br> **Group Benefits Division** <br> **P.O. Box 8500-3690** <br> **Philadelphia, PA 19178-3690** | - | | **Life** | | | | 0.00 | 0.00 <br><br> 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **99** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re **Video Monitoring Services of America, LP** ,                Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **Arizona Dept. of Revenue P.O. Box 29009 Phoenix, AZ 85038-9010** | - | | | Sales & Use Taxes | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **Colorado Dept. of Revenue 1375 Sherman Street Denver, CO 80261-0013** | - | | | Sales & Use Taxes | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **Dept. of Revenue 1800 Century Boulevard Atlanta, GA 30345** | - | | | Sales & Use Taxes | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **Dept. of Revenue Services Taxpayer Services Division 25 Sigourney St, Suite 2 Hartford, CT 06106-5032** | - | | | Sales & Use Taxes | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **Florida Dept. of Revenue 5050 W. Tennessee Street Tallahassee, FL 32399-0100** | - | | | Sales & Use Taxes | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet __100__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
0.00          0.00

In re   **Video Monitoring Services of America, LP**     ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Sales & Use Tax | | | | | | |
| **Illinois Dept. of Revenue Sales & Use Tax Springfield, IL 62794** | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Sales & Use Taxes | | | | | | |
| **Kentucky Dept. of Revenue Div. of Sales & Use Tax Station 67, PO Box 181 Frankfort, KY 40602** | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Sales & Use Taxes | | | | | | |
| **Maine Revenue Services Sales, Fuel, Spec. Tax Div. PO Box 1060 Augusta, ME 04332-1060** | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Sales & Use Taxes | | | | | | |
| **Mass. Dept. of Revenue Customer Service P.O. Box 7010 Boston, MA 02204** | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Sales & Use Taxes | | | | | | |
| **Michigan Dept. of Treasury Sales & Use Withholding Lansing, MI 48922** | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet **101** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal      0.00
(Total of this page)      0.00      0.00

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | Sales & Use Taxes | | | | | |
| **Minnesota Dept. of Revenue Mail Station 6330 Saint Paul, MN 55146-6330** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Sales & Use Taxes | | | | | |
| **Missouri Dept. of Revenue Sales/Use Tax PO Box 840 Jefferson City, MO 65105-0840** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Sales & Use Taxes | | | | | |
| **Nevada Dept. of Taxation 1550 College Parkway Carson City, NV 89706** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Sales & Use Taxes | | | | | |
| **No. Carolina Dept. of Revenue PO Box 25000 Raleigh, NC 27640-0640** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Sales & Use Taxes | | | | | |
| **NY St. Dept. of Taxation/Fin. Bankruptcy Section PO Box 5300 Albany, NY 12205-0300** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __102__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 0.00 | 0.00 |

In re   **Video Monitoring Services of America, LP**                          ,     Case No. _____
                                                           Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<div align="right">

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY
</div>

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NYC DEPT OF FINANCE**<br>**P.O. BOX 5070**<br>**KINGSTON, NY 12402-5070** | - | | | | | | **94,258.63** | **94,258.63** | **0.00** |
| Account No.<br><br>**Office of Chief Fin. Officer**<br>**Gov. of Distr. of Columbia**<br>**1350 Pennsylvania Ave NW #203**<br>**Washington, DC 20004** | - | | Sales & Use Taxes | | | | **0.00** | **0.00** | **0.00** |
| Account No.<br><br>**Ohio Dept. of Taxation**<br>**Sales & Use Tax Division**<br>**P.O. Box 530**<br>**Columbus, OH 43216-0530** | - | | Sales & Use Taxes | | | | **0.00** | **0.00** | **0.00** |
| Account No.<br><br>**Oklahoma Tax Commission**<br>**Sales & Use Taxes**<br>**PO Box 26850**<br>**Oklahoma City, OK 73126-0850** | - | | Sales & Use Taxes | | | | **0.00** | **0.00** | **0.00** |
| Account No.<br><br>**PA Dept. of Revenue**<br>**Bureau of Bus Trust Fund Taxes**<br>**P.O. Box  280904**<br>**Harrisburg, PA 17128-0905** | - | | Sales & Use Taxes | | | | **0.00** | **0.00** | **0.00** |

Sheet **103** of **105**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | **94,258.63** |
|---|---|---|
|  | (Total of this page)   **94,258.63** | **0.00** |

In re   **Video Monitoring Services of America, LP**                ,   Case No. _____

                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Sales & Use Taxes | | | | | |
| Revenue Admin. Division Taxpayer Service Section 110 Carroll Street Annapolis, MD 21411-0001 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Sales & Use Taxes | | | | | |
| Rhode Island Div. of Taxation Attn: Sales/Use Tax One Capitol Hill Providence, RI 02908 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Sales & Use Taxes | | | | | |
| So. Carolina Dept. of Revenue Sales & Use Tax Columbia, SC 29214 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Sales & Use Taxes | | | | | |
| State Board of Equalization P.O. Box 942879 Sacramento, CA 94279 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Sales & Use Taxes | | | | | |
| Tennessee Dept. of Revenue Andrew Jackson Building 500 Deaderick St. Nashville, TN 37242 | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __104__ of __105__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 0.00 | 0.00

In re  **Video Monitoring Services of America, LP**                          ,  Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| **Account No.** | | | | Sales & Use Taxes | | | | | | |
| **TX Comptroller of Public Accts** **P.O. Box 13528** **Capitol Station** **Austin, TX 78711-3528** | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| **Account No.** | | | | Sales & Use Taxes | | | | | | |
| **Virginia Dept. of Taxation** **Office of Customer Services** **P.O. Box 1115** **Richmond, VA 23218-1115** | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| **Account No.** | | | | Sales & Use Taxes | | | | | | |
| **Wash. State Dept. of Revenue** **Cash Management Section** **PO Box 47464** **Olympia, WA 98504-7464** | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| **Account No.** | | | | Sales & Use Taxes | | | | | | |
| **Wisconsin Dept. of Revenue** **Sales, Use, Withholding Div.** **P.O. Box 8902** **Madison, WI 53708** | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __105__ of __105__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |
| Total | | 94,258.63 |
| (Report on Summary of Schedules) | 94,258.63 | 0.00 |

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **3 PARDATA, INC** <br> **4209 TECHNOLOGY DRIVE** <br> **FREMONT, CA 94538** | - | | | | | | | | 46,813.84 |
| Account No. <br><br> **ABACUS GROUP OF ST. LOUIS LLC** <br> **#11 TOWER** <br> **GLEN CARBON, IL 62034-4011** | | | | | | | | | 1,050.00 |
| Account No. <br><br> **ACADIAN RESEARCH AND RECONSTRUCTION** <br> **1904 W. PINHOOK RD. SUITE 110** <br> **LAFAYETTE, LA 70508-8310** | - | | | | | | | | 135.00 |
| Account No. <br><br> **ACC BUSINESS** <br> **P.O. BOX 105306** <br> **ATLANTA, GA 30348-5306** | - | | | | | | | | 1,116.20 |

__98__ continuation sheets attached

Subtotal (Total of this page) — 49,115.04

In re   **Video Monitoring Services of America, LP** _____ ,   Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ACCUITY** P.O. BOX 71690 CHICAGO, IL 60694 | - | | | | | | 2,007.08 |
| Account No. **ACD.NET** 1800 N GRAND RIVER AVENUE LANSING, MI 48906-3905 | - | | | | | | 585.00 |
| Account No. **ACS INC.NET DBA GLOBAL VISION** DEPT 367-P.O. BOX 100199 COLUMBIA, SC 29202-3199 | - | | | | | | 765.96 |
| Account No. **ADECCO EMPLOYMENT SERVICES** DEPT CH 14091 PALATINE, IL 60055-4091 | - | | | | | | 6,638.34 |
| Account No. **ADMIX BROADCAST SERVICE** 960 WOODWARD DRIVE CHARLESTON, WV 25312 | - | | | | | | 50.00 |

Sheet no. __1__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **10,046.38**

In re   **Video Monitoring Services of America, LP**                              ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| ADVERTISING AGE 16626 COLLECTION CENTER DR CHICAGO, IL 60693-0166 | - | | | | | | | 149.00 |
| Account No. | | | | | | | | |
| AIRVEL AIRCONDITIONING CORP. 246 BROADWAY GARDEN CITY PARK, NY 11040 | - | | | | | | | 3,266.25 |
| Account No. | | | | | | | | |
| TROY A. ALFELT 73 MT. PLEASANT ROAD CHRISTIANA, PA 17509 | - | | | | | | | 100.00 |
| Account No. | | | | | | | | |
| ALLIED ENVELOPE CO., INC. 33 COMMERCE ROAD P.O. BOX 6506 CARLSTADT, NJ 07072 | - | | | | | | | 6,858.55 |
| Account No. | | | | | | | | |
| JOSE ALVAREZ 7420 PAINTED PONY NW ALBUQUERQUE, NM 87104 | - | | | | | | | 100.00 |

Sheet no. __2__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,473.80**

In re **Video Monitoring Services of America, LP** _____,  Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **AMERICA'S GATE INTERNET SERVICE P.O. BOX 8575 NAPLES, FL 34112** | - | | | | | | 289.82 |
| Account No. | | | | | | | |
| **AMERICAN INTERNET SERVICES 9305 LIGHTWAVE AVENUE SUITE 100 SAN DIEGO, CA 92123** | - | | | | | | 3,263.62 |
| Account No. | | | | | | | |
| **AMERICAN NEWSPAPER REP. 2075 W BIG BEAVER RD SUITE 310 TROY, MI 48084-3543** | - | | | | | | 1,500.00 |
| Account No. | | | | | | | |
| **APACHE BUSINESS SYSTEMS, INC. 3865 E. 34TH STREET-SUITE 105 TUCSON, AZ 85713** | - | | | | | | 212.27 |
| Account No. | | | | | | | |
| **APPTIX INC. dba Mi8 CORP DEPT CH 17826 PALATINE, IL 60055-7826** | - | | | | | | 2,916.59 |

Sheet no. __3__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       8,182.30

In re   **Video Monitoring Services of America, LP**      ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ARAMARK REFRESHMENT SERVICES 5325 S KYRENE RD.-STE 104 TEMPE, AZ 85283** | - | | | | | | 115.27 |
| Account No. <br><br> **AT&T P.O. BOX 105262 ATLANTA, GA 30348-5262** | - | | | | | | 757.36 |
| Account No. <br><br> **AT&T 171-787-7465 865 P.O. BOX 5019 CAROL STREAM, IL 60197-5019** | - | | | | | | 443.77 |
| Account No. <br><br> **ATLANTIC BROADBAND P.O. BOX 371801 PITTSBURGH, PA 15250-7801** | - | | | | | | 256.50 |
| Account No. <br><br> **ATLANTIC.NET P.O. BOX 864148 ORLANDO, FL 32886-4148** | - | | | | | | 369.60 |

Sheet no. __4__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,942.50**

In re    **Video Monitoring Services of America, LP** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **AUDIOIMAGE PRODUCTIONS INC.** <br> **110 NORTH JEFFERSON STREET** <br> **RICHMOND, VA 23220** | - | | | | | | 375.00 |
| Account No. | | | | | | | |
| **AUTONOMY** <br> **1 MARKET PLAZA-SPEAR TOWER** <br> **19TH FLOOR** <br> **SAN FRANCISCO, CA 94105** | - | | | | | | 39,483.52 |
| Account No. | | | | | | | |
| **AVI FOODSYSTEMS, INC.** <br> **2590 ELM ROAD NE** <br> **WARREN, OH 44483** | - | | | | | | 443.33 |
| Account No. | | | | | | | |
| **AVIS RENT A CAR SYSTEM, INC.** <br> **7876 COLLECTIONS CENTER DR.** <br> **CHICAGO, IL 60693-0078** | - | | | | | | 2,731.95 |
| Account No. | | | | | | | |
| **AWECOMM TECHNOLOGIES, LLC** <br> **165 KIRTS BLVD-SUITE 400** <br> **TROY, MI 48084** | - | | | | | | 2,714.60 |

Sheet no. __5__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,748.40

In re   **Video Monitoring Services of America, LP** _____,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **B.C. JACKSON ENGINEERING, INC 11 E. 25TH STREET TULSA, OK 74114-2409** | - | | | | | | 840.00 |
| Account No. | | | | | | | |
| **TOM BAKER 1130 WRIGHT ROAD MEMPHIS, TN 38122** | - | | | | | | 200.00 |
| Account No. | | | | | | | |
| **SHARON A. BAKKEN 1429 - 16TH STREET NORTHWEST MINOT, ND 58703** | - | | | | | | 250.00 |
| Account No. | | | | | | | |
| **BAKOS & KRITZER 147 COLUMBIA TURNPIKE SUITE 102 FLORHAM PARK, NJ 07932** | - | | | | | | 12,476.80 |
| Account No. | | | | | | | |
| **BEACON MEDIA, LLC 3802 HIGHLAND CT. HIGHLAND, MI 48356** | - | | | | | | 615.00 |

Sheet no. __6__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **14,381.80**

In re  **Video Monitoring Services of America, LP**
_____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **JENNIFER L. BEAULIEU** **12503 STARLIGHT LANE** **BOWIE, MD 20715** | - | | | | | | 750.00 |
| Account No. | | | | | | | |
| **PATRICIA BENNETT** **dba A BRIGHT CLEAN** **9102 WILLOW WOOD WAY** **LOUISVILLE, KY 40299** | - | | | | | | 3,670.00 |
| Account No. | | | | | | | |
| **BERKSHIRE ASSOCIATES INC.** **8924 McGAW COURT** **COLUMBIA, MD 21045** | - | | | | | | 599.00 |
| Account No. | | | | | | | |
| **ELLEN BETHEL** **8005 WHITE LOWE ROAD** **SALISBURY, MD 21801** | - | | | | | | 375.00 |
| Account No. | | | | | | | |
| **SUSAN BETTERS** **319 BRADWYCK CT.** **MATTHEWS, NC 28105** | - | | | | | | 805.80 |

Sheet no. __7___ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,199.80

In re   **Video Monitoring Services of America, LP**               ,     Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **BIGBYTE.CC CORP**<br>**P.O. BOX 81200**<br>**ALBUQUERQUE, NM 87198-1200** | - | | | | | | | |
| | | | | | | | | 799.40 |
| **Account No.** | | | | | | | | |
| **BLACK HOLE INTERNET**<br>**7599 CORPORATE WAY**<br>**ATTN: ACCTS RECEIVABLE**<br>**EDEN PRAIRIE, MN 55344** | - | | | | | | | |
| | | | | | | | | 685.13 |
| **Account No.** | | | | | | | | |
| **VERNON BLACK**<br>**3113 W. MANGOLD AVENUE #5**<br>**GREENFIELD, WI 53221** | - | | | | | | | |
| | | | | | | | | 300.00 |
| **Account No.** | | | | | | | | |
| **BLINKX**<br>**ONE MARKET PLAZA**<br>**SPEAR TOWER, STE 1810**<br>**SAN FRANCISCO, CA 94105** | - | | | | | | | |
| | | | | | | | | 20,171.74 |
| **Account No.** | | | | | | | | |
| **LISA BORGER**<br>**W20932 DEER RUN LANE**<br>**GALESVILLE, WI 54630** | - | | | | | | | |
| | | | | | | | | 200.00 |

Sheet no. __8__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal<br>(Total of this page)         22,156.27

In re __Video Monitoring Services of America, LP__ ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| KRISTY BRANNEN 1617 BELLEVUE BLVD. N BELLEVUE, NE 68005 | | | | | | | | 250.00 |
| Account No. | | - | | | | | | |
| BRICK NETWORK 712 N. 2ND STREET-SUITE 300 ST. LOUIS, MO 63102 | | | | | | | | 1,174.00 |
| Account No. | | - | | | | | | |
| LYNN M. BRIDGES 904 KINGS CT. NE ATLANTA, GA 30306-3431 | | | | | | | | 100.00 |
| Account No. | | - | | | | | | |
| BROADSTRIPE, LLC P.O. BOX 62419 BALTIMORE, MD 21264-0001 | | | | | | | | 53.91 |
| Account No. | | - | | | | | | |
| CLAUDETTE BUCKLEY 186 CENTER ROAD VERNON, CT 06066-4105 | | | | | | | | 100.00 |

Sheet no. __9__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal       (Total of this page)      **1,677.91**

In re    **Video Monitoring Services of America, LP**                 ,      Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PETER BURCHELL** <br> **1637 N MONROE STREET** <br> **TALLAHASSEE, FL 32303** | - | | | | | | 450.00 |
| Account No. <br><br> **LOUANNA CAHOON** <br> **186 FAIRWIND TRAIL DR** <br> **CONROE, TX 77385** | - | | | | | | 100.00 |
| Account No. <br><br> **CALLOSICS, INC.** <br> **422 PEPPERS FERRY RD, #128** <br> **CHRISTIANSBURG, VA 24073** | - | | | | | | 360.00 |
| Account No. <br><br> **ROLAN CAMPBELL** <br> **960 BOLLEN CIRCLE** <br> **GARDNERVILLE, NV 89460** | - | | | | | | 499.98 |
| Account No. <br><br> **FRANK CAMPOS** <br> **557 SE MIFFLIN STREET** <br> **DALLAS, OR 97338** | - | | | | | | 525.00 |

Sheet no. __10__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal <br> (Total of this page)       **1,934.98**

In re **Video Monitoring Services of America, LP**        Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ROSS CANEN** <br>**201 OLMSTEAD LANE** <br>**GLENDIVE, MT 59330** | - | | | | | | 375.00 |
| Account No. <br><br>**CANON FINANCIAL SERVICES, INC.** <br>**14904 COLLECTIONS CENTER DRIVE** <br>**CHICAGO, IL 60693-0149** | - | | | | | | 3,545.40 |
| Account No. <br><br>**CAPITAL ONE, NA.** <br>**CORPORATE CARD** <br>**P.O. BOX 650743** <br>**DALLAS, TX 75265-0743** | - | | | | | | 20,836.08 |
| Account No. <br><br>**CAREERBUILDER, LLC** <br>**13047 COLLECTION CENTER DR** <br>**CHICAGO, IL 60693-0130** | - | | | | | | 3,048.22 |
| Account No. <br><br>**CAROLINA INTERNET LTD.** <br>**ATTN: ACCOUNTS RECEIVABLE** <br>**900 CENTER PARK DRIVE, STE A** <br>**CHARLOTTE, NC 28217** | - | | | | | | 700.00 |

Sheet no. __11__ of __98__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)      **28,504.70**

In re  **Video Monitoring Services of America, LP** _____,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **CAROLINANET.COM**<br>**P.O. BOX 10142**<br>**GREENSBORO, NC 27404-0142** | - | | | | | | 425.00 |
| Account No. | | | | | | | |
| **CARROLL MEDIA**<br>**11180 STATE BRIDGE RD**<br>**SUITE 207**<br>**ALPHARETTA, GA 30022** | - | | | | | | 19,080.00 |
| Account No. | | | | | | | |
| **TIMOTHY MICHAEL CASEBEER**<br>**108 NE 24TH AVENUE**<br>**PORTLAND, OR 97232** | - | | | | | | 100.00 |
| Account No. | | | | | | | |
| **WILLIAM CASSIDY**<br>**1211 W. PURTSCHER DRIVE**<br>**PEORIA, IL 61614-6907** | - | | | | | | 450.00 |
| Account No. | | | | | | | |
| **CCI NETWORK SERVICES, LLC**<br>**155 N 400 W SUITE 100**<br>**SALT LAKE CITY, UT 84103** | - | | | | | | 3,152.89 |

Sheet no. __12__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **23,207.89**

In re __Video Monitoring Services of America, LP_____,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CDW DIRECT, LLC**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** | - | | | | | | 8,977.32 |
| Account No.<br><br>**CENTRAL AROOSTOOK ARC**<br>**dba AROOSTOOK SHRED**<br>**25 LOMBARD ST, PO BOX 1245**<br>**PRESQUE ISLE, ME 04769** | - | | | | | | 55.25 |
| Account No.<br><br>**KENNETH K. CHANDLEE**<br>**29 CREEK BEND DRIVE**<br>**SUMMERVILLE, SC 29485** | - | | | | | | 135.00 |
| Account No.<br><br>**CINTAS DOCUMENT MANAGEMENT**<br>**P.O. BOX 633842**<br>**CINCINNATI, OH 45263** | - | | | | | | 406.92 |
| Account No.<br><br>**CIRCLE COMPUTER RESOURCES**<br>**2919 1ST AVE. SE**<br>**CEDAR RAPIDS, IA 52402** | - | | | | | | 180.00 |

Sheet no. __13__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          9,754.49

In re __Video Monitoring Services of America, LP__ ,    Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CIRCLE TWO INC. 6654 ESMERALDA DRIVE CASTLE ROCK, CO 80108 | - | | | | | | 3,558.00 |
| Account No. | | | | | | | |
| CISCO SYSTEMS CAPITAL CORP P.O. BOX 60000 FILE NO. 73226 SAN FRANCISCO, CA 94160-3230 | - | | | | | | 92,773.20 |
| Account No. | | | | | | | |
| CIT TECHNOLOGY FIN SERV, INC. 21146 NETWORK PLACE CHICAGO, IL 60673-1211 | - | | | | | | 3,248.64 |
| Account No. | | | | | | | |
| CLAY STAHLKA PRODUCTIONS INC 1617 CHANNEL PLACE FORT WAYNE, IN 46825 | - | | | | | | 125.00 |
| Account No. | | | | | | | |
| CLEAR CHANNEL MANAGEMENT SVCS INC 14440 COLLECTION CTR DRIVE CHICAGO, IL 60693 | - | | | | | | 109,416.00 |

Sheet no. __14__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

209,120.84

In re __Video Monitoring Services of America, LP__ ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **DUSTIN J. CLONCH** <br> **2533 NW 55TH STREET** <br> **LINCOLN, NE 68524** | - | | | | | | 500.00 |
| Account No. <br><br> **COGECO CABLE CANADA INC.** <br> **5 PLACE VILLE-MARIE** <br> **BUREAU 1700, MONTREAL** <br> **QUEBEC, H3BOB3** <br> **CANADA** | - | | | | | | 2,259.63 |
| Account No. <br><br> **COGECO PAYMENT CENTRE** <br> **P.O. BOX 9811-POSTAL STATION T** <br> **OTTAWA, ON K1G6P5** <br> **CANADA** | - | | | | | | 192.43 |
| Account No. <br><br> **JUDY COLEMAN** <br> **403 CLIFTON ROAD** <br> **TOLEDO, OH 43607** | - | | | | | | 973.20 |
| Account No. <br><br> **COLLAZO FLORENTINO & KEIL LLP** <br> **747 THIRD AVENUE** <br> **NEW YORK, NY 10017-2803** | - | | | | | | 9,225.00 |

Sheet no. __15__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      13,150.26

In re   **Video Monitoring Services of America, LP**          ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LISA COLLINS**<br>**301 N. PROGRESS AVENUE**<br>**APT. K6**<br>**HARRISBURG, PA 17109** | - | | | | | | 375.00 |
| Account No.<br><br>**COLUMBUS NEWS CLIPS**<br>**2425 OLDE SAWMILL BLVD.**<br>**DUBLIN, OH 43016** | - | | | | | | 675.00 |
| Account No.<br><br>**COMCAST**<br>**P.O. BOX 3005**<br>**SOUTHEASTERN, PA 19398-3005** | - | | | | | | 364.34 |
| Account No.<br><br>**COMPLETE VIDEO SERVICES**<br>**DBA COMPLETE VIDEO SERVICES**<br>**2025 WOODBROOK CT**<br>**CHARLOTTESVILLE, VA 22901** | - | | | | | | 627.00 |
| Account No.<br><br>**COMPUDYNE, INC.**<br>**306 WEST SUPERIOR STREET**<br>**SUITE 10**<br>**DULUTH, MN 55802** | - | | | | | | 240.00 |

Sheet no. __16__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                          
(Total of this page)

**2,281.34**

In re __Video Monitoring Services of America, LP_____ ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| COMPUTER SOLUTIONS SERVICES 4000 S.E. INTERNATIONAL WAY MILWAUKIE, OR 97222 | - | | | | | | | 1,025.14 |
| Account No. | | | | | | | | |
| COMSTAR, LLC 2240 N. GRANDVIEW BLVD STE. 4 WAUKESHA, WI 53188 | - | | | | | | | 967.00 |
| Account No. | | | | | | | | |
| COMTECH21 LLC dba PRESCIENT WORLDWIDE 1 BARNES PARK SOUTH WALLINGFORD, CT 06492 | - | | | | | | | 23,367.93 |
| Account No. | | | | | | | | |
| CONNECTWEB TECHNOLOGIES, INC. ATTN: MICHAEL BEAULIEU 20 WEBSTER STREET PEABODY, MA 01960 | - | | | | | | | 2,550.00 |
| Account No. | | | | | | | | |
| STACEY CONRAD 207 WEST CORNELL STREET SILOAM SPRINGS, AR 72761 | - | | | | | | | 275.00 |

Sheet no. __17__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      28,185.07

In re __Video Monitoring Services of America, LP_____ ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **CONTEXTUAL REALITY, LLC** **2232 S. MAIN ST. # 401** **ANN ARBOR, MI 48103-6938** | - | | | | | | 85.00 |
| Account No. | | | | | | | |
| **CONTRACTDATA.NET** **2232 S. MAIN ST. # 401** **ANN ARBOR, MI 48103-6938** | - | | | | | | 519.74 |
| Account No. | | | | | | | |
| **CORPORATE COFFEE SYSTEMS** **745 SUMMA AVENUE** **WESTBURY, NY 11590** | - | | | | | | 163.31 |
| Account No. | | | | | | | |
| **CORPORATE TELECOM SOLUTIONS** **P.O. BOX 855** **SPRING HOUSE, PA 19477** | - | | | | | | 18.67 |
| Account No. | | | | | | | |
| **CORPORATE VIDEO, INC.** **305 CAROLINE STREET** **FREDERICKSBURG, VA 22401** | - | | | | | | 2,125.00 |

Sheet no. __18__ of __98__ sheets attached to Schedule of            Subtotal                   2,911.72
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

In re  **Video Monitoring Services of America, LP**  ,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **RONALD COUGHLIN** <br> **1909 W. FLORIDA AVENUE** <br> **MIDLAND, TX 79701** | - | | | | | | 125.00 |
| Account No. <br><br> **COUNTRY CLEANERS** <br> **P.O. BOX 1814** <br> **PRESQUE ISLE, ME 04769** | - | | | | | | 1,750.00 |
| Account No. <br><br> **COUNTRY SQUIRE FLORIST** <br> **10310 SHELBYVILLE RD.** <br> **LOUISVILLE, KY 40223** | - | | | | | | 30.00 |
| Account No. <br><br> **WILLIAM COWAN** <br> **119 OLD CARRIAGE ROAD** <br> **CHERRY HILL, NJ 08034** | - | | | | | | 498.60 |
| Account No. <br><br> **COX COMMUNICATIONS** <br> **P.O. BOX 9001077** <br> **LOUISVILLE, KY 40290-1077** | - | | | | | | 162.92 |

Sheet no. __19__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,566.52**

In re   **Video Monitoring Services of America, LP** _____ ,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **COX COMMUNICATIONS** **P.O. BOX 78071** **PHOENIX, AZ 85062-8071** | - | | | | | | 85.94 |
| Account No. | | | | | | | |
| **CREATIVE PRINTERS** **2729 E. GRANT ROAD** **TUCSON, AZ 85716** | - | | | | | | 1,229.56 |
| Account No. | | | | | | | |
| **GAIL DAHL** **224 SOUTH 18TH AVENUE** **YAKIMA, WA 98902** | - | | | | | | 320.00 |
| Account No. | | | | | | | |
| **DAILY NEWS** **125 THEODORE CONRAD DRIVE** **JERSEY CITY, NJ 07305** | - | | | | | | 45.50 |
| Account No. | | | | | | | |
| **DENISE DAMIANO** **1300 SAN JUAN DRIVE** **MERRITT ISLAND, FL 32952-2747** | - | | | | | | 270.00 |

Sheet no. __20__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   1,951.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Video Monitoring Services of America, LP**          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CARLA DANAHER** <br>**11147 BARRINGTON BLVD.** <br>**PARMA HTS., OH 44130** | | - | | | | | 100.00 |
| Account No. <br><br>**DATA PROCESSING AIR CORPORATION** <br>**P.O BOX 52726** <br>**PHOENIX, AZ 85072-2726** | | - | | | | | 918.00 |
| Account No. <br><br>**DATAHIVE** <br>**PO BOX 21062, DOMINION** <br>**RPO 665, 8 STREET SW** <br>**CALGARY, ALBERTA** <br>**T2P4H5, CANADA** | | - | | | | | 646.21 |
| Account No. <br><br>**DATAWARE, LLC** <br>**2900 WEST 11TH STREET** <br>**SUITE 102** <br>**SIOUX FALLS, SD 57104** | | - | | | | | 1,500.00 |
| Account No. <br><br>**DATAWATCH SYSTEMS INC** <br>**4401 EAST WEST HIGHWAY** <br>**SUITE 500** <br>**BETHESDA, MD 20814** | | - | | | | | 165.97 |

Sheet no. __21__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,330.18**

In re    **Video Monitoring Services of America, LP**                    ,      Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **DALE E. DAVIS** <br> **912 S. 36TH AVENUE** <br> **YAKIMA, WA 98902** | - | | | | | | 200.00 |
| Account No. <br><br> **LARRY DAVIS** <br> **7134 SHANNON BLVD** <br> **FORT MYERS, FL 33908** | - | | | | | | 450.00 |
| Account No. <br><br> **DBR360** <br> **2751 PROSPERITY AVENUE** <br> **SUITE 400** <br> **FAIRFAX, VA 22031** | - | | | | | | 8,426.93 |
| Account No. <br><br> **JAMES DE GEORGE** <br> **4331 4TH AVENUE NORTH** <br> **ST. PETERSBURG, FL 33713-7309** | - | | | | | | 350.00 |
| Account No. <br><br> **DE LAGE LANDEN FIN SERV** <br> **P.O. BOX 41602** <br> **PHILADELPHIA, PA 19101-1602** | - | | | | | | 3,695.79 |

Sheet no. __22__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     13,122.72

In re   **Video Monitoring Services of America, LP**              ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **DELTA GROUP**<br>**500 CHESTNUT STREET**<br>**SUITE 1601**<br>**ABILENE, TX 79602** | - | | | | | | 375.00 |
| Account No. | | | | | | | |
| **DELUXE BUSINESS FORMS & SUPPLI**<br>**P.O. BOX 742572**<br>**CINCINNATI, OH 45274-2572** | - | | | | | | 362.32 |
| Account No. | | | | | | | |
| **DEMAND INDUSTRIES INC.**<br>**dba SERVER CENTRAL**<br>**209 W JACKSONBLVD., STE 700**<br>**CHICAGO, IL 60606-6936** | - | | | | | | 1,015.00 |
| Account No. | | | | | | | |
| **RAYMOND DENTON**<br>**11451 SUQUALENA ROAD**<br>**MERIDIAN, MS 39305** | - | | | | | | 375.00 |
| Account No. | | | | | | | |
| **DEVLIN VIDEOSERVICE**<br>**1501 BROADWAY-SUITE 408**<br>**NEW YORK, NY 10036-2744** | - | | | | | | 638.47 |

Sheet no. __23__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,765.79

In re   **Video Monitoring Services of America, LP**              ,        Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **DIGGLE ENTERPRISES** <br> **823 ARBOL STREET** <br> **LOS ANGELES, CA 90065** | - | | | | | | | 120.00 |
| Account No. <br><br> **DIGITAL BUSINESS SYSTEMS** <br> **4960 E. BEVERLY ROAD** <br> **PHOENIX, AZ 85044** | - | | | | | | | 19.90 |
| Account No. <br><br> **DIGITAL XTREME INC.** <br> **4780 S. CHEROKEE ST** <br> **ENGLEWOOD, CO 80110** | - | | | | | | | 400.00 |
| Account No. <br><br> **DIMENSION DATA NORTH AMERICA, INC** <br> **PO BOX 403667** <br> **ATLANTA, GA 30384-3667** | - | | | | | | | 3,720.00 |
| Account No. <br><br> **DIRECTV INC** <br> **P.O. BOX 60036** <br> **LOS ANGELES, CA 90060-0036** | - | | | | | | | 1,095.42 |

Sheet no. __24__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal <br> (Total of this page)        **5,355.32**

In re  **Video Monitoring Services of America, LP** _____ ,  Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **DISPLAY CRAFT, INC 335 SOUTH WASHINGTON STREET PLAINVILLE, CT 06062-2729** | - | | | | | | | 361.94 |
| Account No. | | | | | | | | |
| **DOROTHY DOWNEY 6304 CEDAR HOLLOW AMARILLO, TX 79124** | - | | | | | | | 500.00 |
| Account No. | | | | | | | | |
| **DTI HOST 2050 EASTGATE DRIVE SUITE E1 GREENVILLE, NC 27858** | - | | | | | | | 375.00 |
| Account No. | | | | | | | | |
| **DUBRICE LLC, dba ZCONNECT 800 KENNESAW AVE., STE. 140 MARIETTA, GA 30060** | - | | | | | | | 1,021.52 |
| Account No. | | | | | | | | |
| **DYNAMIC INTERNET 10 DELAWARE DRIVE-SUITE #6 SALEM, NH 03079** | - | | | | | | | 2,832.90 |

Sheet no. __25__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **5,091.36**

In re **Video Monitoring Services of America, LP** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **E.D.S. INC. dba CARE SECURITY & MONITORING 990 E. BRECKINRIDGE STREET LOUISVILLE, KY 40204** | - | | | | | | | | 461.62 |
| Account No. | | | | | | | | | |
| **KASI M. EHLERS 13 FOX RUN ROAD WINDHAM, ME 04062** | - | | | | | | | | 200.00 |
| Account No. | | | | | | | | | |
| **JENNIFER EKLUND 6037 CHERRELYN WAY CARMICHAEL, CA 95608** | - | | | | | | | | 100.00 |
| Account No. | | | | | | | | | |
| **MARIA ESTRADA 507 REYNOLDS STREET LAREDO, TX 78040** | - | | | | | | | | 375.00 |
| Account No. | | | | | | | | | |
| **EVALIANT MEDIA RESOURCES 11 MADISON AVENUE 12TH FLOOR NEW YORK, NY 10010** | - | | | | | | | | 186,195.20 |

| | | |
|---|---|---|
| Sheet no. __26__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 187,331.82 |

In re    **Video Monitoring Services of America, LP**
_____ ,     Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **DAVID A. EVANS** <br> **1568 1/2 G 96 LANE** <br> **DELTA, CO 81416** | - | | | | | | 218.75 |
| Account No. | | | | | | | |
| **EVERBANK COMM FIN, INC.** <br> **DEPT# 1608** <br> **DENVER, CO 80291-1608** | - | | | | | | 3,477.43 |
| Account No. | | | | | | | |
| **FEATURE PRODUCTS, LTD.** <br> **ATTN: DAVID STILL** <br> **37 NATHAN CUTLER DRIVE** <br> **BEDFORD, NH 03110** | - | | | | | | 375.00 |
| Account No. | | | | | | | |
| **FEDERAL EXPRESS** <br> **ATTN: BOX 371741** <br> **500 ROSS STREET** <br> **PITTSBURGH, PA 15250** | - | | | | | | 49,430.20 |
| Account No. | | | | | | | |
| **FEDERAL NEWS SERVICE INC** <br> **1000 VERMONT AVE., NW** <br> **5TH FL** <br> **WASHINGTON, DC 20005** | - | | | | | | 1,380.00 |

Sheet no. __27__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,881.38

In re   **Video Monitoring Services of America, LP**         ,    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**FEDEX GROUND, INC.** <br>**P.O. BOX 371741** <br>**PITTSBURGH, PA 15250-7741** | - | | | | | | 4,028.97 |
| Account No. <br><br>**FIBERPIPE, INC.** <br>**10215 W. EMERALD STREET** <br>**SUITE 160** <br>**BOISE, ID 83704** | - | | | | | | 910.88 |
| Account No. <br><br>**FIRSTCHOICE** <br>**10907 PAINTER AVENUE** <br>**SANTA FE SPRINGS, CA 90670** | - | | | | | | 0.00 |
| Account No. <br><br>**FLAME PRODUCTIONS** <br>**1400 COLONIAL BOULEVARD** <br>**SUITE 259** <br>**FORT MYERS, FL 33907** | - | | | | | | 100.00 |
| Account No. <br><br>**PATTY FLORIA** <br>**P.O. BOX 740285** <br>**ORANGE CITY, FL 32774** | - | | | | | | 100.00 |

Sheet no. __28__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      5,139.85

In re  **Video Monitoring Services of America, LP**                              ,     Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **MARK E. FOLSOM** **7793 VERNON RD. S.** **CICERO, NY 13039** | - | | | | | | | 125.00 |
| Account No. | | | | | | | | |
| **FRED FOUSE** **18 STONE OAK COVE** **JACKSON, TN 38305** | - | | | | | | | 360.00 |
| Account No. | | | | | | | | |
| **MATTHEW C. FOX** **18410 E. INDEPENDENCE AVE.** **INDEPENDENCE, MO 64056** | - | | | | | | | 100.00 |
| Account No. | | | | | | | | |
| **FP MAILING SOLUTIONS** **P.O. BOX 4510** **CAROL STREAM, IL 60197-4510** | - | | | | | | | 305.72 |
| Account No. | | | | | | | | |
| **TONI LEE HOLT FRANCO** **119 FAIRMONT DRIVE** **BEL AIR, MD 21014** | - | | | | | | | 100.00 |

Sheet no. __29__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **990.72**

In re   **Video Monitoring Services of America, LP**       ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **WILLIAM CODY FRANKLIN 182 INDIA ST. APT. 5 BROOKLYN, NY 11222** | - | | | | | | | 350.00 |
| Account No. | | | | | | | | |
| **FRED'S COFFEE COMPANY 112 WASHINGTON ST. OAKLAND, ME 04963** | - | | | | | | | 48.50 |
| Account No. | | | | | | | | |
| **VIRGINIA K. FREIBURGER 379 POINDEXTER LANE LEXINGTON, SC 29072** | - | | | | | | | 510.00 |
| Account No. | | | | | | | | |
| **G. PAUL FRYE P.O. BOX 316 ANKENY, IA 50021** | - | | | | | | | 200.00 |
| Account No. | | | | | | | | |
| **FUSS & O'NEILL 893 MAIN STREET MANCHESTER, CT 06040** | - | | | | | | | 1,182.50 |

Sheet no. __30__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      2,291.00

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **FYI TELEVISION, INC** **1901 N. STATE HWY 360** **SUITE 300** **GRAND PRAIRIE, TX 75050-1412** | - | | | | | | 8,000.00 |
| Account No. **AMANDA GALIANO** **8 CHICOT COVE** **MAUMELLE, AR 72113** | - | | | | | | 125.00 |
| Account No. **PATRICIA LEE GARCIA** **2423 WEST KINGS HWY** **SAN ANTONIO, TX 78228** | - | | | | | | 100.00 |
| Account No. **GCI** **P.O. BOX 196609** **ANCHORAGE, AK 99519-6609** | - | | | | | | 49.54 |
| Account No. **GE CAPITAL** **P.O. BOX 642111** **PITTSBURG, PA 15264-2111** | - | | | | | | 2,044.06 |

Sheet no. __31__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,318.60

In re  **Video Monitoring Services of America, LP**           ,      Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**GENERAL COMMUNICATION INC.**<br>**P.O. BOX 99001**<br>**ANCHORAGE, AK 99509-9001** | - | | | | | | 214.99 |
| Account No. <br><br>**SHERRI GENGENBACH**<br>**11518 SPRING HILL DRIVE**<br>**AUSTIN, TX 78753** | - | | | | | | 100.00 |
| Account No. <br><br>**GEORGE HIPPLE PHOTOGRAPHY**<br>**105 WEST 6TH STREET**<br>**NORTH PLATTE, NE 69101** | - | | | | | | 175.00 |
| Account No. <br><br>**GEORGIA BUSINESS NET, INC.**<br>**P.O. BOX 211006**<br>**AUGUSTA, GA 30917** | - | | | | | | 223.60 |
| Account No. <br><br>**DAVID GERRITY**<br>**7101 RICH HILL ROAD**<br>**BALTIMORE, MD 21212** | - | | | | | | 1,236.00 |

Sheet no. __32__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)      **1,949.59**

In re   **Video Monitoring Services of America, LP**        ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| GETNET INFICAD, GETNET INC. 333 E. INDIAN SCHOOL ROAD PHOENIX, AZ 85012 | - | | | | | | | 1,100.00 |
| Account No. | | | | | | | | |
| GLOBAL INTERNETWORKING, INC. DEPT AT 952811 ATLANTA, GA 31192-2811 | - | | | | | | | 6,854.42 |
| Account No. | | | | | | | | |
| MICHAEL GOODING dba TV DOCTOR 2054 4TH AVE E - UNIT #1 TWIN FALLS, ID 83301 | - | | | | | | | 375.00 |
| Account No. | | | | | | | | |
| RECI GRABOWSKI 344 HAYS ROAD PITTSBURGH, PA 15241 | - | | | | | | | 100.00 |
| Account No. | | | | | | | | |
| GRAND CENTRAL STATION INTERNET SERVICES, INC. PO BOX 17881 SHREVEPORT, LA 71138 | - | | | | | | | 575.00 |

Sheet no. __33__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **9,004.42**

In re   **Video Monitoring Services of America, LP**         ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**JANICE GRASZER** <br>**417 12TH AVENUE A** <br>**ERIE, IL 61250** | - | | | | | | 220.00 |
| Account No. <br><br>**STUART B. GRAY** <br>**P.O. BOX 945** <br>**ASHLAND, OR 97520** | - | | | | | | 200.00 |
| Account No. <br><br>**GREAT AMERICA LEASING CORP** <br>**P.O. BOX 660831** <br>**DALLAS, TX 75266-0831** | - | | | | | | 1,598.35 |
| Account No. <br><br>**MELISSA M. GREMILLION** <br>**6211 MANOR DRIVE** <br>**ALEXANDRIA, LA 71302** | - | | | | | | 175.00 |
| Account No. <br><br>**RANDY GRICE** <br>**c/o PROVIDENCE ENGINEERING** <br>**1201 MAIN STREET** <br>**BATON ROUGE, LA 70802** | - | | | | | | 150.00 |

| | | |
|---|---|---|
| Sheet no. __34__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br>(Total of this page) | 2,343.35 |

In re __Video Monitoring Services of America, LP__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**GRM INFO MGMENT SERVICE**<br>**NEWARK POST OFFICE**<br>**P.O. BOX 35539**<br>**NEWARK, NJ 07193-5539** | - | | | | | | | 4,989.57 |
| Account No.<br><br>**JEREMY R. GROSSER**<br>**1110 39TH STREET E.**<br>**MINNEAPOLIS, MN 55407** | - | | | | | | | 100.00 |
| Account No.<br><br>**GROUP AMERICAR TRANSP., LLC**<br>**522 W. 37TH STREET**<br>**NEW YORK, NY 10018** | - | | | | | | | 726.10 |
| Account No.<br><br>**GREG GULBRANDSEN**<br>**dba CASCADE CREATIVE VIDEO**<br>**2184 NE MEADOW LANE**<br>**BEND, OR 97701** | - | | | | | | | 600.00 |
| Account No.<br><br>**MELANIE HARMON**<br>**P.O. BOX 7103**<br>**ROANOKE, VA 24019** | - | | | | | | | 200.00 |

Sheet no. __35__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **6,615.67**

In re   **Video Monitoring Services of America, LP**                ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MARK S. HAVERSTOCK** <br> **6835 COLLEEN DRIVE** <br> **YOUNGSTOWN, OH 44512** | - | | | | | | 350.00 |
| Account No. <br><br> **MINDY HECKROTH** <br> **19217 VINTAGE WOODS DRIVE** <br> **RIVERSIDE, CA 92508** | - | | | | | | 100.00 |
| Account No. <br><br> **BRANDY HELLER** <br> **3290 RANKIN FERRY LOOP** <br> **LOUISVILLE, TN 37777** | - | | | | | | 200.00 |
| Account No. <br><br> **HEWLETT-PACKARD FINANCIAL** <br> **SERVICES CO.** <br> **PO BOX 402482** <br> **ATLANTA, GA 30384-2582** | - | | | | | | 4,650.18 |
| Account No. <br><br> **HI-WAAY INTERNET SERVICES** <br> **BOX NO 1210-DEPT 3202** <br> **BIRMINGHAM, AL 35287-3202** | - | | | | | | 963.75 |

Sheet no. __36__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)

6,263.93

In re  **Video Monitoring Services of America, LP**                                          Case No. _____

_____,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| HITACHI DATA SYSTEMS P.O. BOX 99257 ACCOUNTS RECEIVABLE CHICAGO, IL 60693 | - | | | | | | 378.21 |
| Account No. | | | | | | | |
| HORIZON BC/BS OF NEW JERSEY ANNE M. GIOIOSO, BILLING THREE PENN PLAZA EAST PP-06N NEWARK, NJ 07105 | - | | | | | | 173,917.32 |
| Account No. | | | | | | | |
| HOSTED SOLUTIONS LLC P.O. BOX 601834 CHARLOTTE, NC 28260-1834 | - | | | | | | 1,658.00 |
| Account No. | | | | | | | |
| AMBER HOWARD 550 TIMBERLAKE DRIVE DAYTON, OH 45414 | - | | | | | | 100.00 |
| Account No. | | | | | | | |
| DEBRA L. HOWARTH 135 WARD STREET UNIT A FALL RIVER, MA 02720 | - | | | | | | 100.00 |

Sheet no. __37__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          176,153.53

In re **Video Monitoring Services of America, LP** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**WILLIAM H. HUDSON**<br>**dba BILL HUDSON VIDEO**<br>**3141 W. 20TH COURT**<br>**PANAMA CITY, FL 32405** | - | | | | | | | 500.00 |
| Account No. <br><br>**HUNTER COMMUNICATIONS, INC.**<br>**801 ENTERPRISE DRIVE**<br>**CENTRAL POINT, OR 97502** | - | | | | | | | 528.29 |
| Account No. <br><br>**MIN HWANG**<br>**103 GARNETT LANE**<br>**EGG HARBOR TWP, NJ 08234** | - | | | | | | | 900.00 |
| Account No. <br><br>**I- STEP COMMUNICATIONS**<br>**604 MISSION STREET**<br>**8TH FLOOR**<br>**SAN FRANCISCO, CA 94105** | - | | | | | | | 2,005.00 |
| Account No. <br><br>**IBOPE LATINOAMERICANA SA**<br>**c/o IBOPE MEDIA INFORMATION CO**<br>**3191 CORAL WAY STE. 700**<br>**MIAMI, FL 33145** | - | | | | | | | 100.00 |

Sheet no. __38__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,033.29

In re __Video Monitoring Services of America, LP__ , Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. INFOMERCIAL MONITORING SERVICE SATELLITE 2-812 PARKWAY BROOMALL, PA 19008 | - | | | | | | | 80.00 |
| Account No. INNOVATIVE SOLUTIONS GROUP INC 418 NO. LAST CHANCE GULCH SUITE 1 HELENA, MT 59601 | - | | | | | | | 375.00 |
| Account No. Int'l Assoc. of Business Comm. 601 Montgomery Street Suite 1900 San Francisco, CA 94111 | - | | | | | | | 292.00 |
| Account No. INTERNET COMPLETE! 4509 N. CLASSEN BLVD. STE 200 OKLAHOMA CITY, OK 73118 | - | | | | | | | 380.00 |
| Account No. INTERNET TECHNOLOGIES, INC. 330 SHIPYARD BLVD. WILMINGTON, NC 28412 | - | | | | | | | 1,000.00 |

Sheet no. __39__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,127.00

In re __Video Monitoring Services of America, LP__ _____ , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **IRON MOUNTAIN OSDP** <br> **P.O. BOX 27129** <br> **NEW YORK, NY 10087-7129** | - | | | | | | 12,681.64 |
| Account No. <br><br> **IRONBAY.NET** <br> **IRON BAY COMPUTER & DESIGN INC** <br> **502 W. WASHINGTON ST., STE 2** <br> **MARQUETTE, MI 49855** | - | | | | | | 229.99 |
| Account No. <br><br> **ISPNET LLC** <br> **224 HUFFER ROAD** <br> **HILTON, NY 14468** | - | | | | | | 539.95 |
| Account No. <br><br> **ARIK ITKIS** <br> **1975 MOUNTAINVIEW AVENUE** <br> **UNION, NJ 07083** | - | | | | | | 192.50 |
| Account No. <br><br> **ITS - INDEPENDENT** <br> **TELECOMMUNICATIONS SYS** <br> **4079 PARK EAST CT SE** <br> **GRAND RAPIDS, MI 49546-6296** | - | | | | | | 13,204.35 |

Sheet no. __40__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,848.43

In re  **Video Monitoring Services of America, LP**                          Case No. _____

_____ ,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| J A MEDIA SERVICES 94 LAIRD DRIVE, STE. 200 TORONTO, ONTARIO M4G3V2 CANADA | | - | | | | | 102.60 |
| Account No. | | | | | | | |
| J. WINE ASSOCIATES dba J. WINE ASSOCIATES 6067 MURRAY AVENUE BETHEL PARK, PA 15102 | | - | | | | | 75.00 |
| Account No. | | | | | | | |
| J.H. COHN LLP 4 BECKER FARM ROAD ROSELAND, NJ 07068 | | - | | | | | 41,493.50 |
| Account No. | | | | | | | |
| J.R.O. DWYER COMPANY, INC. 271 MADISON AVENUE #600 NEW YORK, NY 10016-1013 | | - | | | | | 295.00 |
| Account No. | | | | | | | |
| JACOBI OIL SERVICE, INC. 5686 NAVILLETON ROAD FLOYDS KNOBS, IN 47119-9520 | | - | | | | | 1,575.51 |

Sheet no. __41__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **43,541.61**

In re  **Video Monitoring Services of America, LP**                                    Case No. _____
                                                                   ,
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **BRIAN JANY** <br> **5709 WEST 89TH PLACE** <br> **OAK LAWN, IL 60453** | - | | | | | | 200.00 |
| Account No. <br><br> **DENISE (BATTIATO) JANY** <br> **5709 WEST 89TH PLACE** <br> **OAK LAWN, IL 60453** | - | | | | | | 235.00 |
| Account No. <br><br> **FLORENCE M. JENKINS** <br> **dba PALM SPRING VIDEO** <br> **3407 SAN MARTIN** <br> **PALM SPRINGS, CA 92264** | - | | | | | | 50.00 |
| Account No. <br><br> **MIKE JENSEN** <br> **326 SAINT CHARLES STREET** <br> **RAPID CITY, SD 57701** | - | | | | | | 125.00 |
| Account No. <br><br> **JOEL HAGEMAN PRODUCTIONS** <br> **2704 VIGILANTE TRAIL** <br> **BILLINGS, MT 59102** | - | | | | | | 525.00 |

Sheet no. __42__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **1,135.00**

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **NEAL JOHNSON** <br> **18830 NORTH 34TH LN, UNIT # 1** <br> **PHOENIX, AZ 85027** | - | | | | | | 300.00 |
| Account No. <br> **JOINK, LLC** <br> **P.O. BOX 3529** <br> **TERRE HAUTE, IN 47803** | - | | | | | | 292.50 |
| Account No. <br> **JUNEAU INFORMATION SERVICE TECHNOLOGY** <br> **PO BOX 34686** <br> **JUNEAU, AK 99803** | - | | | | | | 147.00 |
| Account No. <br> **KABACK ENTERPRISES INC.** <br> **45 WEST 25TH STREET** <br> **7TH FLOOR** <br> **NEW YORK, NY 10010** | - | | | | | | 4,592.39 |
| Account No. <br> **KANTAR MEDIA** <br> **2, RUE FRANCIS PEDRON -BP3** <br> **CHAMBOURCY CEDEX 78241** <br> **FRANCE** | - | | | | | | 145.00 |

Sheet no. __43__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 5,476.89

In re  **Video Monitoring Services of America, LP**                    ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **KANTAR MEDIA INTELLIGENCE ATTN: DESMOND FRANCIS 66 WILSON STREET, LONDON, UK EC2A 2JX ENGLAND** | - | | | | | | 1,411.47 |
| Account No. | | | | | | | |
| **KANTAR MEDIA INTELLIGENCE P.O. BOX 7247-9301 PHILADELPHIA, PA 19170-9301** | - | | | | | | 20,860.00 |
| Account No. | | | | | | | |
| **KAPLOW COMMUNICATIONS INC 19 W. 44TH STREET-STE 601 ATTN: EMILY HELD NEW YORK, NY 10036** | - | | | | | | 3,177.84 |
| Account No. | | | | | | | |
| **KC WEB INTERNET P.O. BOX 136 PLEASANT HILL, MO 64080-0136** | - | | | | | | 490.00 |
| Account No. | | | | | | | |
| **J. MICHELLE KEARBY 1317 ST. ANDREWS ROAD SAN ANGELO, TX 76904** | - | | | | | | 125.00 |

Sheet no. __44__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,064.31**

In re **Video Monitoring Services of America, LP**                    ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **KATHLEEN KEEN** **13324 SW 102 TER** **MIAMI, FL 33186** | - | | | | | | 50.00 |
| Account No. | | | | | | | |
| **KETCHUM, INC.** **6 PPG PLACE, 12TH FLOOR** **ATTN: ACCTS RECEIVABLE** **PITTSBURGH, PA 15222** | - | | | | | | 10,000.00 |
| Account No. | | | | | | | |
| **KEY EQUIPMENT FINANCE INC.** **P.O. BOX 74713** **CLEVELAND, OH 44194-0796** | - | | | | | | 5,962.88 |
| Account No. | | | | | | | |
| **GEORGE KEYSER** **5040 YESNESS LANE** **CASPER, WY 82604** | - | | | | | | 135.00 |
| Account No. | | | | | | | |
| **KIS COMPUTERS** **P.O. BOX 8413** **VIRGINIA BEACH, VA 23450-8413** | - | | | | | | 1,000.00 |

Sheet no. __45__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **17,147.88**

In re __Video Monitoring Services of America, LP_____,  Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| KRONOS, INC. P.O. BOX 845748 BOSTON, MA 02284-5748 | | | | | | | | 4,829.99 |
| Account No. | | - | | | | | | |
| HARVEY KRONZEK 6573 ROSEMOOR ST. PITTSBURGH, PA 15217 | | | | | | | | 135.00 |
| Account No. | | - | | | | | | |
| L.D. MILES dba 1 20 ACCESS, INC. P.O. BOX 1133 HALLSVILLE, TX 75650 | | | | | | | | 248.00 |
| Account No. | | - | | | | | | |
| CAMRON T. LACY 3608 S. WASHINGTON STREET AMARILLO, TX 79110 | | | | | | | | 200.00 |
| Account No. | | - | | | | | | |
| LAKOTA DATA CENTER LLC 1001 TEXAS AVENUE SUITE 1250 HOUSTON, TX 77002 | | | | | | | | 1,337.57 |

Sheet no. __46__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,750.56

In re    **Video Monitoring Services of America, LP**            ,     Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **LASERSHIP, INC.** <br> **P.O. BOX 406420** <br> **ATLANTA, GA 30384-6420** | - | | | | | | 4,052.23 |
| Account No. <br><br> **LATISYS-CHICAGO, LLC** <br> **393 INVERNESS PARKWAY** <br> **ENGLEWOOD, CO 80112** | - | | | | | | 13,416.20 |
| Account No. <br><br> **JOHN LESTRADE** <br> **dba TAKE TWO VIDEO** <br> **134 BALMORAL AVENUE** <br> **BILOXI, MS 39530** | - | | | | | | 375.00 |
| Account No. <br><br> **KATHLEEN LESZCZYNSKI** <br> **10716 TRAPPERS CREEK DRIVE** <br> **RALEIGH, NC 27614** | - | | | | | | 110.00 |
| Account No. <br><br> **ROBERT W. LEVENGOOD** <br> **96 COLD SPRING ROAD** <br> **STAMFORD, CT 06905** | - | | | | | | 470.85 |

Sheet no. __47__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     18,424.28

In re    **Video Monitoring Services of America, LP**            ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **LEXIS NEXIS** **P.O. BOX 7247-7090** **PHILADELPHIA, PA 19170-7090** | | | | | | | | 15,000.00 |
| Account No. | | - | | | | | | |
| **LG & E** **P.O. BOX 537108** **ATLANTA, GA 30353-7108** | | | | | | | | 5,736.13 |
| Account No. | | - | | | | | | |
| **LIBERATED NETWORKS INCORP** **P.O. BOX 8236** **HALIFAX, NS B3K5L9** **CANADA** | | | | | | | | 405.00 |
| Account No. | | - | | | | | | |
| **LIFEGRID INTERNET** **1810 BROAD RIPPLE AVE. #12A** **INDIANAPOLIS, IN 46220-2391** | | | | | | | | 500.00 |
| Account No. | | - | | | | | | |
| **LITTLEFIELD FIRE & SAFETY INC** **613 WATTERSON TRAIL** **LOUISVILLE, KY 40243** | | | | | | | | 159.40 |

Sheet no. __48__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal (Total of this page)      21,800.53

In re __Video Monitoring Services of America, LP__ ,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| SCOTT LOUDEN 20835 NW 1ST STREET PEMBROKE PINES, FL 33029 | - | | | | | | 750.00 |
| Account No. | | | | | | | |
| LOUSIANA TVNEWSCLIP,LLC P.O. BOX 148 DENHAM SPRINGS, LA 70727-148 | - | | | | | | 485.00 |
| Account No. | | | | | | | |
| SYLVIA LOUTZENHISER 2477 20TH AVENUE SAN FRANCISCO, CA 94116 | - | | | | | | 1,200.00 |
| Account No. | | | | | | | |
| DONALD LUSK 106 STEPHENSON AVENUE SAVANNAH, GA 31405 | - | | | | | | 700.00 |
| Account No. | | | | | | | |
| SCOTT LYNN 6625 GLADE PARK DRIVE COLORADO SPRINGS, CO 80918 | - | | | | | | 225.00 |

Sheet no. __49__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  |  3,360.00

In re  **Video Monitoring Services of America, LP** _____ ,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **M STREET CORP.** **P.O. BOX 567925** **ATLANTA, GA 31156** | - | | | | | | 99.95 |
| Account No. | | | | | | | |
| **MACON URBAN MINISTRIES, INC** **P.O. BOX 2637** **MACON, GA 31203** | - | | | | | | 329.08 |
| Account No. | | | | | | | |
| **MAGNO SOUND, INC.** **729 SEVENTH AVENUE** **2ND FLOOR** **NEW YORK, NY 10019** | - | | | | | | 1,575.00 |
| Account No. | | | | | | | |
| **KIMBERLY A. MAINOUS** **3209 SPRINGBROOK DR.** **HAMILTON, OH 45011** | - | | | | | | 100.00 |
| Account No. | | | | | | | |
| **MANGO BAY COMMUNICATIONS, INC.** **1277 E. SCHAAF ROAD, SUITE 4** **BROOKLYN HEIGHTS, OH 44131** | - | | | | | | 1,444.26 |

Sheet no. __50__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,548.29

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. MANHATTAN FIRE & SAFETY CORP. 242 WEST 30TH STREET 7TH FLOOR NEW YORK, NY 10001 | - | | | | | | 434.63 |
| Account No. MANPOWER 21271 NETWORK PLACE CHICAGO, IL 60673-1212 | - | | | | | | 3,541.68 |
| Account No. MARQUARDT & CO. 312 ROUTE 38- ATTN: LOCKBOX #822425 MOORESTOWN, NJ 08057 | - | | | | | | 784.01 |
| Account No. JOEY MARTIN 5710 ABBY DRIVE CORPUS CHRISTI, TX 78413 | - | | | | | | 160.00 |
| Account No. PAULA MASTBERGEN 1708 KENOWA S.W. GRAND RAPIDS, MI 49544 | - | | | | | | 100.00 |

Sheet no. __51__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 5,020.32

In re  **Video Monitoring Services of America, LP**                                    ,     Case No. _____

                                                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MATMON INTERNET, INC.**<br>**303 WEST CAPITOL AVE.**<br>**STE 150**<br>**LITTLE ROCK, AR 72201** | - | | | | | | 1,500.00 |
| Account No. <br><br>**MATT McELWREATH**<br>**P.O. BOX 270423**<br>**TAMPA, FL 33688-0423** | - | | | | | | 675.00 |
| Account No. <br><br>**MCGLINN'S PLUMBING & HEATING**<br>**29 PLEASANT ST.**<br>**PRESQUE ISLE, ME 04769** | - | | | | | | 56.39 |
| Account No. <br><br>**BRIAN MCGRATH**<br>**7194 CALUSA DRIVE**<br>**REYNOLDSBURG, OH 43068** | - | | | | | | 165.00 |
| Account No. <br><br>**DAWNMARIE MCLAUGHLIN**<br>**22064 N. REIS DRIVE**<br>**MARICOPA, AZ 85138** | - | | | | | | 100.00 |

Sheet no. __52__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          2,496.39

In re   **Video Monitoring Services of America, LP**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MICHELLE McLEAN**<br>**39 LEBANON ROAD**<br>**WINTERPORT, ME 04496** | - | | | | | | 225.00 |
| Account No.<br><br>**MARK MCQUEEN**<br>**265 EAST 7TH STREET-STUDIO 1**<br>**NEW YORK, NY 10009** | - | | | | | | 381.06 |
| Account No.<br><br>**MECHANICAL SERVICES, INC.**<br>**400 PRESUMPSCOT ST.**<br>**PORTLAND, ME 04103-5292** | - | | | | | | 216.66 |
| Account No.<br><br>**MEDIA LIBRARY INC.**<br>**7604-D BIG BEND BLVD.**<br>**SUITE # D**<br>**ST. LOUIS, MO 63119** | - | | | | | | 1,695.00 |
| Account No.<br><br>**MEDIA MONITORS AUSTRALIA P/L**<br>**P.O. BOX 2110-STRAWBERRY HILLS**<br>**NSW 2012**<br>**AUSTRALIA** | - | | | | | | 11.23 |

Sheet no. __53__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **2,528.95**

In re    **Video Monitoring Services of America, LP**                                    , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **MEDIA SOURCE** **8410 WOLF LAKE DRIVE** **SUITE 107** **BARTLETT, TN 38133** | - | | | | | | 375.00 |
| Account No. | | | | | | | |
| **MEGA QUEBEC INTERNET** **400 JEAN-LESAGE-SUITE 215** **QUEBEC CITY, QC G1K8W1** **CANADA** | - | | | | | | 951.00 |
| Account No. | | | | | | | |
| **METRO MONITOR** **612 37TH SOUTH** **BIRMINGHAM, AL 35222** | - | | | | | | 1,080.00 |
| Account No. | | | | | | | |
| **METROPOLITAN** **TELECOMMUNICATIONS** **PO BOX 9660** **MANCHESTER, NH 03108-9660** | - | | | | | | 4,106.73 |
| Account No. | | | | | | | |
| **ROBIN L. MEYER** **7099 AGATHA DRIVE** **STOKESDALE, NC 27357** | - | | | | | | 100.00 |

Sheet no. __54__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,612.73

In re  **Video Monitoring Services of America, LP**
_____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **MIDTOWN MICRO**<br>**10824 OLSON DRIVE**<br>**SUITE C #340**<br>**RANCHO CORDOVA, CA 95670-5651** | - | | | | | | 723.60 |
| Account No. | | | | | | | |
| **CHARMAINE MILLER**<br>**5404 SUMMER CRESCENT**<br>**VIRGINIA BEACH, VA 23462-1969** | - | | | | | | 100.00 |
| Account No. | | | | | | | |
| **DANA MILLER**<br>**3440 S. CHESIN**<br>**TUCSON, AZ 85730** | - | | | | | | 600.00 |
| Account No. | | | | | | | |
| **MARJORIE MILLER**<br>**3221 HOME AVE.**<br>**MARION, IN 46953** | - | | | | | | 100.00 |
| Account No. | | | | | | | |
| **BARBARA A. MINDEMAN**<br>**402 FORT TRACE DR.**<br>**LOOKOUT MOUNTAIN, GA 30750** | - | | | | | | 680.00 |

Sheet no. __55__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,203.60**

In re __Video Monitoring Services of America, LP__ , Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **MLT VIDEO PRODUCTION dba MLT VIDEO PRODUCTIONS 4012 5TH PLACE N.W. ROCHESTER, MN 55901** | - | | | | | | 625.00 |
| Account No. | | | | | | | |
| **JOSEPH MATTHEW MONTANARI 1445 WELLINGTON OAKS BEAUMONT, TX 77706** | - | | | | | | 209.94 |
| Account No. | | | | | | | |
| **MONTEREY BAY INTERNET 1514 MOFFETT STREET-SUITE 1 SALINAS, CA 93905** | - | | | | | | 175.00 |
| Account No. | | | | | | | |
| **BRETT MONTFORD dba VIDEOWORX PRODUCTIONS 3710 LAKESIDE DRIVE ST. JOSEPH, MO 64503** | - | | | | | | 562.50 |
| Account No. | | | | | | | |
| **MOREOVER TECHNOLOGIES, INC. ONE REYNOLDS WAY- 2C 3532 ATTN: MICHELLE POSTER KETTERING, OH 45430** | - | | | | | | 28,750.00 |

Sheet no. __56__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 30,322.44

In re  **Video Monitoring Services of America, LP**
_____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. NICHOLAS H. MORGAN 5428 A TAYLOR MILL ROAD TAYLOR MILL, KY 41015 | - | | | | | | 300.00 |
| Account No. MOSAIC TECHNOLOGIES, INC. 15720 CRABBS BRANCH WAY SUITE 2B ROCKVILLE, MD 20855 | - | | | | | | 1,520.00 |
| Account No. MARK RICHARD MOSS 136 N. GRAHAM AVENUE WINSTON-SALEM, NC 27101 | - | | | | | | 375.00 |
| Account No. MULTIBYTE SYSTEMS CORP. dba INTERNET SERVICE 1905 E. RANCIER AVENUE KILLEEN, TX 76541 | - | | | | | | 974.26 |
| Account No. KELLY MURRAY 230 FAIRFIELD DRIVE HORSEHEADS, NY 14845 | - | | | | | | 150.00 |

Sheet no. __57__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,319.26**

In re   **Video Monitoring Services of America, LP**        ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NATIONAL AIRCHECK** <br> **338 SOUTH EDGEWOOD** <br> **WOOD DALE, IL 60191** | - | | | | | | 950.00 |
| Account No. <br><br> **NATIONWIDE NEWS MONITORS** <br> **9239 KILPATRICK AVENUE** <br> **ATTN: MARILYN LASKER** <br> **SKOKIE, IL 60076** | - | | | | | | 2,700.00 |
| Account No. <br><br> **NEGMA BUSINESS SOLUTIONS INC** <br> **P.O. BOX 5957** <br> **FRISCO, TX 75035-5957** | - | | | | | | 1,135.00 |
| Account No. <br><br> **JIMMY R. NELSON** <br> **140 WINDLAND WAY** <br> **BOWLING GREEN, KY 42103** | - | | | | | | 300.00 |
| Account No. <br><br> **NEOPOST LEASING** <br> **P.O. BOX 45840** <br> **SAN FRANCISCO, CA 94145-0840** | - | | | | | | 675.30 |

Sheet no. __58__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,760.30

In re __Video Monitoring Services of America, LP_____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**NET CONNECTION**<br>**4900 CALIFORNIA AVENUE**<br>**TOWER B-210**<br>**BAKERSFIELD, CA 93309** | - | | | | | | 510.00 |
| Account No. <br><br>**NETCARRIER TELECOM, INC**<br>**4000 N. CANNON AVENUE**<br>**LANSDALE, PA 19446-1880** | - | | | | | | 3,694.73 |
| Account No. <br><br>**NETEXUS TECHNOLOGIES**<br>**DBA: NETEXUS TECHNOLOGIES**<br>**309 EAST GRANT STREET**<br>**LEBANON, PA 17042** | - | | | | | | 595.00 |
| Account No. <br><br>**NETREVOLUTION INTERNET**<br>**175 QUEEN SUITE 105**<br>**LENNOXVILLE, QC J1M1K1**<br>**CANADA** | - | | | | | | 2,560.00 |
| Account No. <br><br>**NEW WAVE INDUSTRIES, INC**<br>**135 DAY STREET**<br>**NEWINGTON, CT 06111** | - | | | | | | 1,055.00 |

Sheet no. __59__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,414.73

In re __Video Monitoring Services of America, LP__ , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **NEW YORK NEWS MONITORS** **2174 PAULDING AVENUE** **BRONX, NY 10462** | | - | | | | | | 75.00 |
| Account No. | | | | | | | | |
| **NEWS MEDIA EXPOSURE LLC** **dba MEDIA MONKEY** **5127 N KENNETH AVENUE** **CHICAGO, IL 60630-2522** | | - | | | | | | 834.90 |
| Account No. | | | | | | | | |
| **NEWSTRAK, LLC** **P.O. BOX 580278** **ELK GROVE, CA 95758** | | - | | | | | | 530.00 |
| Account No. | | | | | | | | |
| **NEXGEN ACCESS, INC** **410 NORTH 11TH STREET** **COSHOCTON, OH 43812** | | - | | | | | | 220.00 |
| Account No. | | | | | | | | |
| **DEBORAH NIEBLING** **dba ERIE NEWS TRACKS** **P.O. BOX 11381** **ERIE, PA 16514-5381** | | - | | | | | | 550.00 |

Sheet no. __60__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 2,209.90

In re   **Video Monitoring Services of America, LP**          ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **NIELSEN MEDIA RESEARCH INC.** **P.O. BOX 88961** **CHICAGO, IL 60695-8961** | - | | | | | | 143,846.41 |
| Account No. | | | | | | | |
| **NIELSEN MEDIA RESEARCH-UK** **ATRIUM COURT-THE RING** **BRACKNELL, BERKSHIRE RG121BZ** **UNITED KINGDOM** | - | | | | | | 210.00 |
| Account No. | | | | | | | |
| **NIHON MONITOR CO. LTD.** **DAIICHI-BLDG 2F, 1-7-3** **HAMAMATSU-CHO-MINATO-KU** **TOKYO, 105-0013** **JAPAN** | - | | | | | | 120.23 |
| Account No. | | | | | | | |
| **NODUS TECHNOLOGIES** **2099 S. STATE COLLEGE BLVD.** **SUITE 250** **ANAHEIM, CA 92806** | - | | | | | | 179.90 |
| Account No. | | | | | | | |
| **MARY NORRIS** **6827 S. WEST-BAY SHORE DRIVE** **TRAVERSE CITY, MI 49684** | - | | | | | | 150.00 |

Sheet no. __61__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**144,506.54**

In re **Video Monitoring Services of America, LP** , Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> NORTH AMERICAN COMMUNICATION RESOURCES PO BOX 1450 - NW 5806 MINNEAPOLIS, MN 55485-5806 | - | | | | | | 3,377.30 |
| Account No. <br><br> NORTH AMERICAN PUBLISHING CO. 1500 SPRING GARDEN STREET 12TH FLOOR PHILADELPHIA, PA 19130 | - | | | | | | 497.00 |
| Account No. <br><br> NORTH COAST NEWS CLIPS,LLC 7665 MENTOR AVENUE, # 128 MENTOR, OH 44060 | - | | | | | | 50.00 |
| Account No. <br><br> NUVIDIA 9258 BOND STREET OVERLAND PARK, KS 66214 | - | | | | | | 970.00 |
| Account No. <br><br> SHANNON LEIGH O'NEAL 627 JULIUS AVENUE NEW ORLEANS, LA 70121 | - | | | | | | 100.00 |

Sheet no. \_\_62\_\_ of \_\_98\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 4,994.30

In re __Video Monitoring Services of America, LP__ , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **ODY VIDEO 7601 PRENTISS AVENUE LUBBOCK, TX 79424** | - | | | | | | | 125.00 |
| Account No. | | | | | | | | |
| **OFFICE MAX - A BOISE COMPANY 75 REMITTANCE DR. #2698 CHICAGO, IL 60675-2698** | - | | | | | | | 248.00 |
| Account No. | | | | | | | | |
| **OFFICETEAM 12400 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693** | - | | | | | | | 1,983.01 |
| Account No. | | | | | | | | |
| **OGLETREE, DEAKINS, NASH SMOAK & STEWART PO BOX 89 COLUMBIA, SC 29202** | - | | | | | | | 448.00 |
| Account No. | | | | | | | | |
| **ON-AIR AUDIT, INC. 255 GREAT ARROW AVENUE SUITE 2A BUFFALO, NY 14207** | - | | | | | | | 100.00 |

Sheet no. __63__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,904.01

In re  **Video Monitoring Services of America, LP** _____ ,   Case No. _____

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **OPC PEST CONTROL** **P.O. BOX 19201** **LOUISVILLE, KY 40259-0201** | - | | | | | | 250.00 |
| Account No. | | | | | | | |
| **ORACLE USA INC** **P.O. BOX 71028** **CHICAGO, IL 60694-1028** | - | | | | | | 16,310.89 |
| Account No. | | | | | | | |
| **JAMES OWSLEY** **2528 W FLOURNOY STREET** **UNIT 1** **CHICAGO, IL 60612** | - | | | | | | 200.00 |
| Account No. | | | | | | | |
| **P & E DISTRIBUTORS INC.** **P.O. BOX 340-96 STATE STREET** **VAN BUREN, ME 04785** | - | | | | | | 136.60 |
| Account No. | | | | | | | |
| **PAETEC COMMUNICATIONS INC** **P.O. BOX 1283** **BUFFALO, NY 14240-1283** | - | | | | | | 7,212.32 |

Sheet no. __64__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,109.81

In re   **Video Monitoring Services of America, LP**                                            Case No. _____
                                                                                    ,
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **SERGIO PALACIOS** **302 THORN STREET-APT. # 3** **SAN DIEGO, CA 92103** | - | | | | | | 750.00 |
| Account No. | | | | | | | |
| **PARKER NEWS SERVICE** **4570 JUTLAND PLACE** **SAN DIEGO, CA 92117** | - | | | | | | 690.00 |
| Account No. | | | | | | | |
| **DIANE PARSONS** **614 PORTLAND DRIVE** **LEXINGTON, KY 40503** | - | | | | | | 795.00 |
| Account No. | | | | | | | |
| **AGITHA PAUL** **75 POMONA AVENUE** **YONKERS, NY 10703** | - | | | | | | 400.00 |
| Account No. | | | | | | | |
| **JEFF PAULI** **2654 SKYLINE DRIVE** **EUREKA, CA 95503** | - | | | | | | 450.00 |

Sheet no. __65__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **3,085.00**

In re   **Video Monitoring Services of America, LP**     ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **PEAK 10 XODIAX, INC.** **P.O. BOX 534326** **ATLANTA, GA 30353-4326** | - | | | | | | | 206,046.98 |
| Account No. | | | | | | | | |
| **CURTIS PEARSON** **11244 GREENWOOD AVE N.** **APT 108** **SEATTLE, WA 98133** | - | | | | | | | 100.00 |
| Account No. | | | | | | | | |
| **STEVE PECOTA** **4927 NE 87TH STREET** **SEATTLE, WA 98115** | - | | | | | | | 940.00 |
| Account No. | | | | | | | | |
| **PEER 1 NETWORK** **P.O. BOX 6455 STN TERMINAL** **VANCOUVER, BC V6B6R3** **CANADA** | - | | | | | | | 2,992.35 |
| Account No. | | | | | | | | |
| **PERSONAL OPINION INC.** **999 BRECKENRIDGE LANE** **LOUISVILLE, KY 40241** | - | | | | | | | 120.00 |

Sheet no. __66__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
       (Total of this page)       **210,199.33**

In re   **Video Monitoring Services of America, LP**                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **PHOENIX INTERNET** **2922 W. CLARENDON AVENUE** **PHOENIX, AZ 85017-4609** | - | | | | | | 1,522.50 |
| Account No. | | | | | | | |
| **PHOTOBITION BONDED SERVICES** **504 JANE ST.** **FORT LEE, NJ 07024** | - | | | | | | 1,519.52 |
| Account No. | | | | | | | |
| **PI MIDLANTIC** **PIER 4 MARINA** **307 4TH STREET** **ANNAPOLIS, MD 21403** | - | | | | | | 1,900.00 |
| Account No. | | | | | | | |
| **ANNE MARIE PICKERING** **22126 LAVER LANE** **LAND O LAKES, FL 34639** | - | | | | | | 100.00 |
| Account No. | | | | | | | |
| **PINNACLE VIDEO GROUP, INC.** **85 N.E. LOOP 410-SUITE 620** **SAN ANTONIO, TX 78216** | - | | | | | | 600.00 |

Sheet no. __67__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,642.02

In re __Video Monitoring Services of America, LP_____,    Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **PITNEY BOWES CREDIT CORP.** <br> **P.O. BOX 371887** <br> **PITTSBURGH, PA 15250-7887** | - | | | | | | | 2,247.79 |
| Account No. <br><br> **PITNEY BOWES PURCHASE POWER** <br> **P.O. BOX 856042** <br> **LOUISVILLE, KY 40285-6042** | - | | | | | | | 150.00 |
| Account No. <br><br> **HOWARD PRATHER** <br> **127 WASHINGTON STREET** <br> **ROCKFORD, IL 61104** | - | | | | | | | 225.00 |
| Account No. <br><br> **PREMIER EAGLE** <br> **P.O. BOX 480382** <br> **LOS ANGELES, CA 90048** | - | | | | | | | 522.00 |
| Account No. <br><br> **PREMIER SUPPLIES** <br> **357 WEST 36TH STREE** <br> **4TH FLOOR** <br> **NEW YORK, NY 10018** | - | | | | | | | 17,909.03 |

Sheet no. __68__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    21,053.82

In re  **Video Monitoring Services of America, LP**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **PREMIUM FINANCING SPECIALISTS, INC. 13520 WYANDOTTE ST. KANSAS CITY, MO 64145-1500** | - | | | | | | 4,961.90 |
| Account No. | | | | | | | |
| **PRIDESTAFF 7535 N. PALM AVENUE SUITE # 101 FRESNO, CA 93711** | - | | | | | | 53,645.97 |
| Account No. | | | | | | | |
| **PRISM NET LTD. 11500 METRIC BLVD.-SUITE 280 AUSTIN, TX 78758** | - | | | | | | 2,253.07 |
| Account No. | | | | | | | |
| **PRO STAR P.O. BOX 110209 CARROLLTON, TX 75011-0209** | - | | | | | | 238.96 |
| Account No. | | | | | | | |
| **PROGRESSIVE BUSINESS PUBLICATI 370 TECHNOLOGY DRIVE P.O. BOX 3019 MALVERN, PA 19355** | - | | | | | | 432.00 |

Sheet no. __69__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,531.90

In re **Video Monitoring Services of America, LP**
, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**PROVDOTNET, LLC**<br>**1155 WESTMINSTER STREET**<br>**PROVIDENCE, RI 02909** | - | | | | | | 800.00 |
| Account No. <br><br>**PRSA**<br>**P.O BOX 5940**<br>**GENERAL POST OFFICE**<br>**NEW YORK, NY 10087-5940** | - | | | | | | 255.00 |
| Account No. <br><br>**PURCHASE POWER**<br>**P.O. BOX 856042**<br>**LOUISVILLE, KY 40285-6042** | - | | | | | | 498.21 |
| Account No. <br><br>**QUALITY BLDG SERV CORP**<br>**801 SECOND AVENUE**<br>**8TH FLOOR**<br>**NEW YORK, NY 10017** | - | | | | | | 476.75 |
| Account No. <br><br>**PATRICIA QUINTANO**<br>**13218 TIMBERCREST TRAIL**<br>**FT. WAYNE, IN 46814** | - | | | | | | 200.00 |

Sheet no. __70__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 2,229.96

In re **Video Monitoring Services of America, LP** _____ , Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | | | | | |
| QWEST COMMUNICATIONS P.O. BOX 29040 PHOENIX, AZ 85038-9040 | - | | | | | | 1,322.76 |
| Account No. | | | | | | | |
| QWEST TECHNOLOGY FINANCE P.O. BOX 642888 PITTSBURGH, PA 15264-2888 | - | | | | | | 768.69 |
| Account No. | | | | | | | |
| R & L REAL ESTATE, LLC P.O. BOX 4135 PRESQUE ISLE, ME 04769-4135 | - | | | | | | 4,066.04 |
| Account No. | | | | | | | |
| GAYLE RATNER 7 CARLTON DRIVE PLATTSBURGH, NY 12901 | - | | | | | | 250.00 |
| Account No. | | | | | | | |
| REAL MAGNET LLC 4853 CORDELL AVE., PH 11 BETHESDA, MD 20814 | - | | | | | | 948.81 |

Sheet no. __71__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
    (Total of this page)      **7,356.30**

In re **Video Monitoring Services of America, LP** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **REAL/TIME COMMUNICATIONS COMSITE INTERNATIONAL INC. P.O. BOX 78059 SAN ANTONIO, TX 78278-0596** | - | | | | | | | 649.50 |
| Account No. | | | | | | | | |
| **REED PROMOTIONAL MEDIA INC. 2443 BROADWAY-SUITE A QUINCY, IL 62301** | - | | | | | | | 125.00 |
| Account No. | | | | | | | | |
| **SEAN RENEHAN 296 LINCOLN AVENUE-FIRST FLOOR FALL RIVER, MA 02720** | - | | | | | | | 130.00 |
| Account No. | | | | | | | | |
| **REPORT INTERNATIONAL LTD. 176 BLACKFRIARS ROAD LONDON, SE18ER ENGLAND** | - | | | | | | | 63,700.00 |
| Account No. | | | | | | | | |
| **RESERVE ACCOUNT P.O. BOX 856056 LOUISVILLE, KY 40285-6056** | - | | | | | | | 250.00 |

Sheet no. __72__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

64,854.50

In re __Video Monitoring Services of America, LP__ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| LARRY RESSLER 3322 46TH AVENUE SW FARGO, ND 58104 | - | | | | | | | 125.00 |
| Account No. | | | | | | | | |
| EDWARD REYES P.O. BOX 531 JENKS, OK 74037 | - | | | | | | | 200.00 |
| Account No. | | | | | | | | |
| RICKY DELOS REYES 506 LAURELWOOD DRIVE HERCULES, CA 94547 | - | | | | | | | 900.00 |
| Account No. | | | | | | | | |
| SHANNON REYNOLDS 5800 NORTH VIEW NW ALBUQUERQUE, NM 87120 | - | | | | | | | 375.00 |
| Account No. | | | | | | | | |
| KURT DUANE RINGROSE 74 MAYBERRY ROAD GRAY, ME 04039 | - | | | | | | | 375.00 |

Sheet no. __73__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,975.00

In re    **Video Monitoring Services of America, LP**                              Case No. _____
                                                              ,
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CORINNE L. RITTER** <br> **286 PENNY LANE** <br> **BELGIUM, WI 53004** | - | | | | | | | 500.00 |
| Account No. <br><br> **KRISTIE ROBINSON** <br> **9 MONTE VERDE LANE** <br> **MONTEVALLO, AL 35115** | - | | | | | | | 100.00 |
| Account No. <br><br> **LAURA A. ROBINSON** <br> **902 W. VINE STREET** <br> **TAYLORVILLE, IL 62568** | - | | | | | | | 200.00 |
| Account No. <br><br> **ROGERS PAYMENT CENTRE** <br> **P.O. BOX 4100** <br> **DON MILLS, ONTARIO M3C3N9** <br> **CANADA** | - | | | | | | | 83.63 |
| Account No. <br><br> **PAMELA LEIGH ROSE** <br> **108 ROTHER LANE** <br> **DURHAM, NC 27707** | - | | | | | | | 100.00 |

Sheet no. __74__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

983.63

In re    **Video Monitoring Services of America, LP**                          ,        Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **CLAY M. ROSS** <br> **3161 SONORA DR.** <br> **IDAHO FALLS, ID 83404** | - | | | | | | 585.00 |
| Account No. | | | | | | | |
| **TONY E. RUTHERFORD** <br> **1046 JACKSON AVENUE** <br> **HUNTINGTON, WV 25704** | - | | | | | | 600.00 |
| Account No. | | | | | | | |
| **SAGO NETWORKS CORPORATION** <br> **ATTN: ROBERT DUNLOP** <br> **4465 W. GANDY BLVD., STE 80** <br> **TAMPA, FL 33611** | - | | | | | | 392.00 |
| Account No. | | | | | | | |
| **JOHN SALEM** <br> **2030 PRO POINTE LANE** <br> **HARRISONBURG, VA 22801** | - | | | | | | 150.00 |
| Account No. | | | | | | | |
| **ANNAMARIE SALISBURY** <br> **3909 41ST AVENUE SOUTH** <br> **MINNEAPOLIS, MN 55406** | - | | | | | | 377.00 |

Sheet no. __75__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,104.00

In re  **Video Monitoring Services of America, LP**                    ,          Case No. _____

<p style="text-align:center">Debtor</p>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<p style="text-align:center">(Continuation Sheet)</p>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| SALSGIVER, INC. 301 FIFTH AVENUE FREEPORT, PA 16229 | - | | | | | | 380.00 |
| Account No. | | | | | | | |
| SAN FRANCISCO TAX COLLECTOR BUSINESS TAX SECTION P.O. BOX 7425 SAN FRANCISCO, CA 94120-7425 | - | | | | | | 2,494.05 |
| Account No. | | | | | | | |
| SAVY2K INTERNET SERVICES 8677 E. LACEY BLVD. HANFORD, CA 93230 | - | | | | | | 460.00 |
| Account No. | | | | | | | |
| SBC PAYMENT CENTER SACRAMENTO, CA 95887-0001 | - | | | | | | 832.97 |
| Account No. | | | | | | | |
| SCANDENT GROUP INC NW 7511-P.O. BOX 1420 MINNEAPOLIS, MN 55485-7511 | - | | | | | | 201,160.54 |

Sheet no. __76__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">Subtotal<br>(Total of this page)    <b>205,327.56</b></div>

In re    **Video Monitoring Services of America, LP**                          ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **SCARBOROUGH MECHANICAL SERVICE 4615 BITTERSWEET RD. LOUISVILLE, KY 40218** | - | | | | | | 597.09 |
| Account No. | | | | | | | |
| **SCHEMAN & GRANT, INC. 545 EIGHT AVENUE NEW YORK, NY 10018-3090** | - | | | | | | 885.73 |
| Account No. | | | | | | | |
| **PATTY SCHWARTZ 34 CREST ROAD EAST MERRICK, NY 11566** | - | | | | | | 100.00 |
| Account No. | | | | | | | |
| **JOSEPH SEHLHORST 335 CHERRY STREET BLUFFTON, OH 45817** | - | | | | | | 600.00 |
| Account No. | | | | | | | |
| **RICHARD SEILER 177 WARD STREET WATERTOWN, NY 13601** | - | | | | | | 375.00 |

Sheet no. __77__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,557.82

In re **Video Monitoring Services of America, LP**                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **DENISE SETTLE** **5625 IRONGATE DRIVE** **MADISON, WI 53716** | - | | | | | | 750.00 |
| Account No. | | | | | | | |
| **SHAW CABLE** **P.O. BOX 2468 STN MAIN** **CALGARY, ALBERTA T2P4Y2** **CANADA** | - | | | | | | 158.59 |
| Account No. | | | | | | | |
| **JIMMIE SHELNUTT** **347 SUMMIT HGTS. DR.** **JEFFERSON CITY, TN 37760** | - | | | | | | 675.00 |
| Account No. | | | | | | | |
| **LISA J. SLATES** **8509 CRESTLINE DR.** **OKLAHOMA CITY, OK 73132-1132** | - | | | | | | 100.00 |
| Account No. | | | | | | | |
| **PATSY SMITH** **37 JACKSON STREET** **WINDSOR LOCKS, CT 06096** | - | | | | | | 625.00 |

Sheet no. __78__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,308.59

In re __Video Monitoring Services of America, LP__ ,  Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| SNET P.O. BOX 8110 AURORA, IL 60507-8110 | | | | | | | | 63.53 |
| Account No. | | - | | | | | | |
| CATHY SNYDER 127 S. ARCH STREET MECHANICSBURG, PA 17055 | | | | | | | | 100.00 |
| Account No. | | - | | | | | | |
| SOCIETY FOR HUMAN RESOURCE MGM P.O BOX 791139 BALTIMORE, MD 21279-1139 | | | | | | | | 180.00 |
| Account No. | | - | | | | | | |
| SOUTHWESTERN BELL P.O. BOX 5001 CAROL STREAM, IL 60197-5001 | | | | | | | | 679.67 |
| Account No. | | - | | | | | | |
| SPIRE TECHNOLOGIES, INC. P.O. BOX 15066 PORTLAND, OR 97293-5066 | | | | | | | | 341.26 |

Sheet no. __79__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,364.46

In re __Video Monitoring Services of America, LP_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NANCY SPRAGGUE-CARTER**<br>**dba WILDHORSE**<br>**1432 GARRETTS BEND ROAD**<br>**SOD, WV 25564** | - | | | | | | | **200.00** |
| Account No.<br><br>**SPRINT**<br>**P.O. BOX 105243**<br>**ATLANTA, GA 30348-5243** | - | | | | | | | **3,121.62** |
| Account No.<br><br>**SPRINT PCS**<br>**P.O. BOX 105243**<br>**ATLANTA, GA 30348-5243** | - | | | | | | | **98.58** |
| Account No.<br><br>**SQAD -SERV QLTY ANALYTICS DATA**<br>**303 SOUTH BROADWAY**<br>**SUITE 210**<br>**TARRYTOWN, NY 10591** | - | | | | | | | **86,528.00** |
| Account No.<br><br>**SRDS**<br>**P.O. BOX 8500-8601**<br>**PHILADELPHIA, PA 19178-8601** | - | | | | | | | **7,310.13** |

Sheet no. __80__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **97,258.33**

In re   **Video Monitoring Services of America, LP**        Case No. _____

,

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**STANDARD PARKING** <br>**707 WILSHIRE BLVD.-35TH FLOOR** <br>**LOS ANGELES, CA 90017-3501** | - | | | | | | 365.00 |
| Account No. <br><br>**STAR CITY SANITATION, INC.** <br>**P.O. BOX 123** <br>**PRESQUE ISLE, ME 04769** | - | | | | | | 859.20 |
| Account No. <br><br>**STARKVILLE COMPUTERS, INC** <br>**831-C HIGHWAY 12 WEST** <br>**STARKVILLE, MS 39759** | - | | | | | | 800.00 |
| Account No. <br><br>**STATE BOARD OF** <br>**EQUALIZATION-SD** <br>**P.O. BOX 942879** <br>**SACRAMENTO, CA 94279-7072** | - | | | | | | 462.81 |
| Account No. <br><br>**STATE INDUSTRIAL PRODUCTS** <br>**P.O. BOX 74189** <br>**CLEVELAND, OH 44194-0268** | - | | | | | | 32.66 |

Sheet no. \_\_**81**\_\_ of \_\_**98**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,519.67**

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. STEIN, MCGUIRE, PANTAGES & GIGL, LLP 354 EISENHOWER PARKWAY LIVINGSTON, NJ 07039-0460 | - | | | | | | 4,000.00 |
| Account No. JENNIFER S. STETZ 306 DYANA CT. PASO ROBLES, CA 93446 | - | | | | | | 881.00 |
| Account No. TRACEY STEVENS 1527 RIVER DANCE COURT ALPINE, CA 91901 | - | | | | | | 100.00 |
| Account No. SAMUEL J. STOKES 206 LEAKE STREET MAULDIN, SC 29662 | - | | | | | | 100.00 |
| Account No. STORM INTERNET SERVICES 1760 COURTWOOD CR. OTTAWA, ON K2C2B5 CANADA | - | | | | | | 369.62 |

Sheet no. **82** of **98** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 5,450.62

In re __Video Monitoring Services of America, LP__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **DONNA SULLIVAN** **103 IRVING ROAD** **RANDOLPH, MA 02368** | - | | | | | | 100.00 |
| Account No. | | | | | | | |
| **SUNGARD AVANTGARD RECEIVABLES LLC** **14044 COLLECTIONS CENTER DR** **CHICAGO, IL 60693** | - | | | | | | 26,206.22 |
| Account No. | | | | | | | |
| **SUPERIOR OFFICE SYSTEMS** **49 WEST 37TH ST., 3RD FL** **NEW YORK, NY 10018** | - | | | | | | 3,460.18 |
| Account No. | | | | | | | |
| **SWIFT COMMUNICATIONS** **P.O. BOX 12877** **SEATTLE, WA 98111** | - | | | | | | 500.00 |
| Account No. | | | | | | | |
| **WINDSOR TANNER** **12016 CREEKBEND DRIVE** **RESTON, VA 20194** | - | | | | | | 894.47 |

Sheet no. __83__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,160.87

In re **Video Monitoring Services of America, LP** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **TARGET VIDEO INC.** **5005 TARTAN DRIVE** **METAIRIE, LA 70003** | | | | | | | | 100.00 |
| Account No. | | - | | | | | | |
| **TECH WARRIOR.NET, INC.** **1128 SPORT OF KINGS AVE.** **HENDERSON, NV 89015** | | | | | | | | 1,524.00 |
| Account No. | | - | | | | | | |
| **TEK GROUP INTERNATIONAL, INC.** **1280 SW 36TH AVENUE # 204** **POMPANO BEACH, FL 33069** | | | | | | | | 124,055.39 |
| Account No. | | - | | | | | | |
| **TEK ORANGE LIMITED** **47 S. LIBERTY STREET-SUITE 100** **POWELL, OH 43065** | | | | | | | | 566.00 |
| Account No. | | - | | | | | | |
| **TELCOVE** **P.O. BOX 931843** **ATLANTA, GA 31193-1843** | | | | | | | | 3,615.35 |

Sheet no. __84__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

129,860.74

In re **Video Monitoring Services of America, LP** _____,  Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **TELEVISION MONITORING SVCS INC** <br> **4132 S . RAIMBOW BLVD. #213** <br> **LAS VEGAS, NV 89103** | - | | | | | | 280.00 |
| Account No. <br><br> **TERMINIX** <br> **P.O. BOX 742592** <br> **CINCINNATI, OH 45274-2592** | - | | | | | | 421.42 |
| Account No. <br><br> **THE ARBITRON COMPANY** <br> **P.O. BOX 3228** <br> **CAROL STREAM, IL 60132-3228** | - | | | | | | 18,772.36 |
| Account No. <br><br> **THE CHUGH FIRM** <br> **ATTN: JEAN DESCANZO** <br> **4800 GREAT AMERICA PKWY** <br> **SUITE 310** <br> **SANTA CLARA, CA 95054-1227** | - | | | | | | 31.47 |
| Account No. <br><br> **THE COLUMBIA CONNEXTION, INC.** <br> **3215 CORPORATE COURT** <br> **ELLICOTT CITY, MD 21042** | - | | | | | | 838.25 |

Sheet no. __85__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,343.50

In re   **Video Monitoring Services of America, LP**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **THE HARTFORD** <br> **GROUP BENEFITS DIVISION** <br> **P.O. BOX 8500-3690** <br> **PHILADELPHIA, PA 19178-3690** | - | | | | | | 7,370.37 |
| Account No. <br><br> **THE HARTFORD** <br> **P.O. BOX 2907** <br> **HARTFORD, CT 06104-2907** | - | | | | | | 11,822.47 |
| Account No. <br><br> **THE NEW YORK INTERNET CO. INC** <br> **P.O. BOX 1702** <br> **WALL STREET STATION** <br> **NEW YORK, NY 10268-1702** | - | | | | | | 4,249.95 |
| Account No. <br><br> **THE NEW YORK TIMES** <br> **P.O. BOX 371456** <br> **PITTSBURGH, PA 15250-7456** | - | | | | | | 187.20 |
| Account No. <br><br> **THE VAULT** <br> **ATTN: JULIANO CASTRO** <br> **206 SPRING STREET** <br> **NEW YORK, NY 10012** | - | | | | | | 500.00 |

Sheet no. __86__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          24,129.99

In re __Video Monitoring Services of America, LP__ _____ ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CHRISTOPHER TILLMAN** <br> **613 IOWA STREET** <br> **GOLDEN, CO 80403** | - | | | | | | 335.50 |
| Account No. <br><br> **TIME WARNER CABLE** <br> **P.O. BOX 60074** <br> **CITY OF INDUSTRY, CA 91716-0074** | - | | | | | | 1,472.65 |
| Account No. <br><br> **TIME WARNER CABLE** <br> **P.O. BOX 650210** <br> **DALLAS, TX 75265-0210** | - | | | | | | 336.48 |
| Account No. <br><br> **TIME WARNER CABLE** <br> **P.O. BOX 70874** <br> **CHARLOTTE, NC 28272-0874** | - | | | | | | 34.33 |
| Account No. <br><br> **TIME WARNER CABLE** <br> **P.O. BOX 70873** <br> **CHARLOTTE, NC 28272-0873** | - | | | | | | 135.51 |

Sheet no. __87__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,314.47

B6F (Official Form 6F) (12/07) - Cont.

In re __Video Monitoring Services of America, LP__ , Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**TIME WARNER CABLE OF NY**<br>**P.O. BOX 9227**<br>**UNIONDALE, NY 11555-9227** | - | | | | | | | 6,348.24 |
| Account No. <br><br>**MARK A. TINDELL**<br>**P.O. BOX 10251**<br>**COLUMBIA, MO 65205** | - | | | | | | | 200.00 |
| Account No. <br><br>**LEONARD TOBIN**<br>**316 ABBINGTON AVENUE**<br>**BUFFALO, NY 14223** | - | | | | | | | 100.00 |
| Account No. <br><br>**TRANS NATION TRANSLATIONS INC**<br>**17101 PRESTON ROAD**<br>**SUITE 165 SOUTH**<br>**DALLAS, TX 75248** | - | | | | | | | 2,183.90 |
| Account No. <br><br>**TRIBUNE MEDIA SERVICES INC**<br>**P.O. BOX 10026**<br>**ALBANY, NY 12201** | - | | | | | | | 2,727.83 |

Sheet no. __88__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **11,559.97**

In re __Video Monitoring Services of America, LP_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **ANDREW PAUL TUCKER** **610 OAK STREET** **WAMEGO, KS 66547** | - | | | | | | 293.55 |
| Account No. | | | | | | | |
| **TV NEWS CLIPS, INC.** **301 GRANVILLE DRIVE** **SILVER SPRING, MD 20901** | - | | | | | | 105.00 |
| Account No. | | | | | | | |
| **U.S. COFFEE, INC.** **51 ALPHA PLAZA** **HICKSVILLE, NY 11801** | - | | | | | | 1,375.86 |
| Account No. | | | | | | | |
| **ULINE** **ATTN: ACCOUNTS RECEIVABLE** **2200 S. LAKESIDE DRIVE** **WAUKEGAN, IL 60085** | - | | | | | | 1,150.35 |
| Account No. | | | | | | | |
| **UNDERWOOD ELECTRIC, INC.** **P O BOX 1331** **PRESQUE ISLE, ME 04769** | - | | | | | | 50.00 |

Sheet no. __89__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 2,974.76 |

In re   **Video Monitoring Services of America, LP**       ,     Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **EDWARD UNGARTEN** <br> **1304 INDIAN MOUNTAIN LKS.** <br> **ALBRIGHTSVILLE, PA 18210** | - | | | | | | 440.00 |
| Account No. <br><br> **UNITED PARCEL SERVICE** <br> **P.O. BOX 660586** <br> **DALLAS, TX 75266-0586** | - | | | | | | 3,297.45 |
| Account No. <br><br> **UNIVERSAL INFORMATION SRV** <br> **1623 FARNAM ST.-STE. 600** <br> **OMAHA, NE 68102** | - | | | | | | 2,100.00 |
| Account No. <br><br> **UTAH NEWS CLIPS** <br> **1623 FARNAM STREET** <br> **SUITE 600** <br> **OMAHA, NE 68102** | - | | | | | | 125.00 |
| Account No. <br><br> **VALLEY STEAM-WAY** <br> **831 HAMLIN ROAD** <br> **VAN BUREN, ME 04785** | - | | | | | | 2,100.00 |

Sheet no. __**90**__ of __**98**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)      **8,062.45**

In re __Video Monitoring Services of America, LP_____,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| MARK A. VERDILE dba THE DAILY RECORDER 2 PLACID CIRCLE EAST GREENBUSH, NY 12061-2412 | - | | | | | | | 1,775.00 |
| Account No. | | | | | | | | |
| VERIZON WIRELESS P.O. BOX 408 NEWARK, NJ 07101-0408 | - | | | | | | | 6,982.87 |
| Account No. | | | | | | | | |
| VIDEO IT RECORDING AND PRODUCTIONS INC. 2002 WEST WADDELL AVE ALBANY, GA 31701 | - | | | | | | | 550.00 |
| Account No. | | | | | | | | |
| VIDEO LIBRARY, LLC P.O. BOX 725186 BERKLEY, MI 48072 | - | | | | | | | 250.00 |
| Account No. | | | | | | | | |
| VIDEO NEWS INC. P.O. BOX 6121 VIRGINIA BEACH, VA 23456 | - | | | | | | | 110.00 |

Sheet no. __91__ of __98__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     9,667.87

In re   **Video Monitoring Services of America, LP**       ,     Case No. _____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **VISION NET, INC 1309 NW BYPASS GREAT FALLS, MT 59404** | - | | | | | | 771.12 |
| Account No. **VULCAN FIRE SYSTEMS, INC. 3330 GILMORE INDUSTRIAL BLVD. LOUISVILLE, KY 40223** | - | | | | | | 160.00 |
| Account No. **WALKER COMMUNICATIONS 1603 13TH ST. STE. 210 LUBBOCK, TX 79401-3835** | - | | | | | | 880.00 |
| Account No. **WILMA WALLIS 13090 LANC-KIRK ROAD BALTIMORE, OH 43105** | - | | | | | | 100.00 |
| Account No. **WASHINGTON EXPRESS SERVICES 12240 INDIAN CREEK CT. #100 BELTSVILLE, MD 20705** | - | | | | | | 38.48 |

Sheet no. __92__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,949.60**

In re **Video Monitoring Services of America, LP** , Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| JEFFREY WATT 2680 LIVMOR AVENUE PALM SPRINGS, CA 92262 | - | | | | | | 615.00 |
| Account No. | | | | | | | |
| WILLIAM WEAVER 26360 MISSION FIELDS ROAD CARMEL, CA 93923 | - | | | | | | 100.00 |
| Account No. | | | | | | | |
| WEB CREATIONS & GRAPHICS, LLC P.O. BOX 5493 BECKLEY, WV 25801 | - | | | | | | 300.00 |
| Account No. | | | | | | | |
| WEBEX 16720 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | - | | | | | | 29,282.18 |
| Account No. | | | | | | | |
| DONNA L. WELBORN 3501 CLARK LANE #74 COLUMBIA, MO 65202-4138 | - | | | | | | 468.75 |

Sheet no. __93__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,765.93

In re **Video Monitoring Services of America, LP** ,    Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **WELLS FARGO - INSTITUTIONAL RETIREMENT AND TRUST P.O. BOX 563957 CHARLOTTE, NC 28256-3957** | - | | | | | | 2,077.28 |
| Account No. <br><br> **WELLS FARGO FINANCIAL LEASING PO BOX 6434 CAROL STREAM, IL 60197-6434** | - | | | | | | 1,780.38 |
| Account No. <br><br> **MICHAEL JAIRUS WHITLEY, JR. 5430 PENDEN POINT ROAD WILMINGTON, NC 28409** | - | | | | | | 200.00 |
| Account No. <br><br> **WICHITA SCRIBE, INC. ATTN: DENNIS KENNEDY 6215 EAST NINTH WICHITA, KS 67208** | - | | | | | | 200.00 |
| Account No. <br><br> **TIM WILLIAMS 21913 ERIE LANE LAKE FOREST, CA 92630** | - | | | | | | 99.98 |

Sheet no. __94__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      4,357.64

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| WILLIS OF NEW JERSEY, INC 350 MT. KEMBLE AVENUE, 2ND FL- P.O. BOX 1969 MORRISTOWN, NJ 07962 | - | | | | | | 7,099.00 |
| Account No. | | | | | | | |
| WISCONSIN MEDIA SERVICES 2025 NORTH SUMMIT AVE. #107 MILWAUKEE, WI 53202 | - | | | | | | 300.00 |
| Account No. | | | | | | | |
| WOLFPAW SERVICES BOX #451-9768 - 170 STREET EDMONTON, AB  T5T5L4 CANADA | - | | | | | | 540.64 |
| Account No. | | | | | | | |
| DAVID WOOD 12938 APPLETON DETROIT, MI 48223 | - | | | | | | 172.00 |
| Account No. | | | | | | | |
| RUSSELL E. WOODS c/o BEAVEX SHOUTH CENTRAL 506 SANDAU # 700 SAN ANTONIO, TX 78216 | - | | | | | | 187.50 |

Sheet no. __95__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,299.14

In re  **Video Monitoring Services of America, LP**  , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **WORLD NET** <br> **2538 MAC ARTHUR VIEW** <br> **SAN ANTONIO, TX 78217** | - | | | | | | 524.35 |
| Account No. <br><br> **WORLD RAMP INC** <br> **146 W. SYBELIA AVENUE-STE. B** <br> **MAITLAND, FL 32751** | - | | | | | | 1,250.00 |
| Account No. <br><br> **WORLDSPICE TECHNOLOGIES** <br> **P.O. BOX 111368** <br> **MEMPHIS, TN 38111** | - | | | | | | 577.95 |
| Account No. <br><br> **JEFF WUTZKE** <br> **2205 HILLTOP DR # 20** <br> **REDDING, CA 96002** | - | | | | | | 1,275.00 |
| Account No. <br><br> **XEROX CORPORATION** <br> **P.O. BOX 7405** <br> **PASADENA, CA 91109-7405** | - | | | | | | 3,594.88 |

Sheet no. \_\_**96**\_\_ of \_\_**98**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,222.18

In re __Video Monitoring Services of America, LP__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **XEROX CORPORATION** <br> **P.O. BOX 827598** <br> **PHILADELPHIA, PA 19182-7598** | - | | | | | | 4,221.16 |
| Account No. <br> **XO COMMUNICATIONS** <br> **14239 COLLECTIONS CENTER DR.** <br> **CHICAGO, IL 60693** | - | | | | | | 7,156.77 |
| Account No. <br> **XO COMMUNICATIONS** <br> **FILE 50550** <br> **LOS ANGELES, CA 90074-0550** | - | | | | | | 4,478.72 |
| Account No. <br> **XTREME INFORMATION LIMITED.** <br> **37-38 LONG ACRE** <br> **LONDON WC2E 9JT** <br> **ENGLAND** | - | | | | | | 29,909.75 |
| Account No. <br> **ZAPCO 1500 INVESTMENT, L.P.** <br> **NW 5583, P.O. BOX 1450** <br> **MINNEAPOLIS, MN 55485-5583** | - | | | | | | 128,550.91 |

Sheet no. __97__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **174,317.31**

In re  **Video Monitoring Services of America, LP**_____,  Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **ZIP EXPRESS COURIER SERVICE P.O. BOX 33101 LOUISVILLE, KY 40232-3101** | - | | | | | | | **109.34** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __98__ of __98__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **109.34** |
| | Total (Report on Summary of Schedules) | **2,577,001.86** |

In re     **Video Monitoring Services of America, LP**             ,     Case No. _____

                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **1-800-Flowers**<br>**1 Old Country Road**<br>**Suite 500**<br>**Carle Place, NY 11514** | **Customer Contract** |
| **180 LA/Boost Mobile**<br>**17330 Ocean Avenue, 4th Floor**<br>**Santa Monica, CA 90401** | **Customer Contract** |
| **20th Century Fox Home Ent.**<br>**2121 Avenue Of The Stars**<br>**5th Floor #538**<br>**Los Angeles, CA 90067** | **Customer Contract** |
| **3 PAR**<br>**117 West Boscowen Street**<br>**Suite 209**<br>**Winchester, VA 22604** | **Equipment and Software Contract** |
| **AAA**<br>**1000 Aaa Drive**<br>**Heathrow, FL 32746** | **Customer Contract** |
| **AAA Colorado**<br>**4100 East Arkansas Avenue**<br>**Denver, CO 80222-3491** | **Customer Contract** |
| **ABC Integrated Marketing**<br>**Brendan Murphy**<br>**500 South Buena Vista Street**<br>**Burbank, CA 91521** | **Customer Contract** |
| **Acadian Research & Reconstruct**<br>**Attn: Ronald Gasbard**<br>**1904 W. Pinhook Rd. Ste 110**<br>**Lafayette, LA 70508** | **Collocation Contract** |
| **Access One**<br>**P.O. Box 325**<br>**Abilene, KS 67410** | **Telephone Contract** |
| **Access One/Georgia Business**<br>**229 S. Belair Rod**<br>**Augusta, GA 30906** | **Collocation Contract** |

**97**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Video Monitoring Services of America, LP**                              ,    Case No. _____
                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ACD.net**<br>**4980 Northwind Dr.**<br>**East Lansing, MI 48823** | **Collocation Contract** |
| **ACSinc.net LLC**<br>**Attn: Ron Younts**<br>**78 Global Dr. Ste 101**<br>**Greenville, SC 29607** | **Collocation Contract** |
| **Action for Boston Community Developmentt**<br>**178 Tremont Street**<br>**9th Floor**<br>**Boston, MA 02111** | **Customer Contract** |
| **Activision**<br>**3100 Ocean Park Blvd**<br>**Santa Monica, CA 90405** | **Customer Contract** |
| **Acuvue (McCann Erickson)**<br>**622 Third Avenue**<br>**New York, NY 10017** | **Customer Contract** |
| **ADF for ELC**<br>**767 Fifth Avenue**<br>**38th Floor**<br>**New York, NY 10153** | **Customer Contract** |
| **ADK America**<br>**3137 S. Lacienega Blvd.**<br>**Los Angeles, CA 90016** | **Customer Contract** |
| **Craig Adkins**<br>**1937 Noble Street**<br>**Kingsport, TN 37665** | **Collocation Contract** |
| **ADP**<br>**PO Box 7247-0372**<br>**Philadelphia, PA 19170** | **Professional contract - Payroll Processing** |
| **Advair**<br>**P.O. Box 118190**<br>**Chicago, IL 60611** | **Customer Contract** |
| **Advair (EuroRSCG)**<br>**P.O. Box 118190**<br>**Chicago, IL 60611** | **Customer Contract** |
| **Airvel Air Conditioning Corp.**<br>**246 Broadway**<br>**New Hyde Park, NY 11040** | **Office Equipment Maintenance Contract** |

Sheet __1__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP__ ,      Case No. _____

                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alexian Brothers Health System**<br>**3040 Salt Creek Lane**<br>**Arlington Heights, IL 60005** | **Customer Contract** |
| **All DTC (CommonHealth)**<br>**Ogilvy Common Health**<br>**446 Interpace Parkway**<br>**Parsippany, NJ 07054** | **Customer Contract** |
| **Allergan**<br>**2525 Dupont Drive**<br>**Irvine  92612** | **Customer Contract** |
| **Allied Integrated Marketing**<br>**1128 Harmon Place**<br>**Suite 302**<br>**Minneapolis, MN 55403** | **Customer Contract** |
| **Allied Integrated Marketing Media Group**<br>**3565 Piedmont Road**<br>**Bldg. 2, Suite 700**<br>**Atlanta, GA 30305** | **Customer Contract** |
| **The Amazing Kreskin**<br>**c/o Rubenstein Public Relation**<br>**1345 Avenue of the Americas**<br>**New York, NY 10105** | **Customer Contract** |
| **Amazon Advertising**<br>**P.O. Box A3368**<br>**Chicago, IL 60690** | **Customer Contract** |
| **American Council on Exercise**<br>**4851 Paramount Dr**<br>**San Diego, CA 92123** | **Customer Contract** |
| **American Express Open**<br>**P.O. Box 981540**<br>**El Paso, TX 79998-1540** | **Customer Contract** |
| **American Foundation of Suicide Prevention (AFSP)**<br>**120 Wall St, 29th Fl**<br>**New York, NY 10005** | **Customer Contract** |
| **American Honda Motor Co**<br>**1919 Torrance Blvd.**<br>**Bldg. 100**<br>**Torrance, CA 90501** | **Customer Contract** |

Sheet __2__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re __Video Monitoring Services of America, LP__ , Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **American Kennell Club (AKC)**<br>**Customer Care**<br>**8051 Arco Corp. Dr. Ste 100**<br>**Raleigh, NC 27617-3390** | **Customer Contract** |
| **American Movie Classics**<br>**11 Penn Plaza**<br>**15th Floor**<br>**New York, NY 10001** | **Customer Contract** |
| **American Red Cross**<br>**1621 N. Kent Street**<br>**11th Floor**<br>**Arlington, VA 22209** | **Customer Contract** |
| **American Red Cross**<br>**4800 Harry Hines Blvd**<br>**Dallas, TX 75235** | **Customer Contract** |
| **American Red Cross**<br>**700 Spring Garden**<br>**Philadelphia, PA 19123** | **Customer Contract** |
| **American Red Cross**<br>**Ct Blood Services Region**<br>**Glastonbury Office**<br>**Glastonbury, CT 06033-4325** | **Customer Contract** |
| **American Signature**<br>**d/b/a Value City**<br>**4300 E. Fifth Avenue**<br>**Columbus, OH 43219** | **Customer Contract** |
| **American Trucking Associations**<br>**950 North Glebe Road**<br>**Suite 210**<br>**Arlington, VA 22203** | **Customer Contract** |
| **AmericasGate.net**<br>**2308 Kingslake Blvd.**<br>**Naples, FL 34112** | **Collocation Contract** |
| **Amerifit**<br>**55 Sebethe Drive, Suite 102**<br>**Cromwell, CT 06416** | **Customer Contract** |
| **Ameristar Casinos Inc.**<br>**3773 Howard Hughes Parkway**<br>**Las Vegas, NV 89169** | **Customer Contract** |

Sheet __3__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Video Monitoring Services of America, LP** _____,  Case No. _____

                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Amex Consumer (Digitas)**<br>P.O. Box 960849<br>Prudential Tower<br>Boston, MA 02196-0849 | **Customer Contract** |
| **Amygdalytics Inc.**<br>Attn: Gail Kibler<br>860 West Main St.<br>Christiansburg, VA 24073 | **Collocation Contract** |
| **Diane and Jeff Anson**<br>327 North Union Street<br>Westfield, IN 46074 | **Collocation Contract** |
| **APCO Worldwide M-M NACL**<br>700 12th Street, Nw<br>Suite 800<br>Washington, DC 20005 | **Customer Contract** |
| **Apptix - Corp. Headquarters**<br>13461 Sunrise Valley Drive<br>Suite 300<br>Herndon, VA 20171 | **Bandwidth Contract** |
| **Arbitron**<br>P.O. Box 3228<br>Carol Stream, IL 60132-3228 | **Third Party Data Contract** |
| **Arc Worldwide**<br>35 West Wacker Drive<br>Chicago, IL 60601 | **Customer Contract** |
| **Armed Forces Foundation**<br>16 N Carolina Ave., Se<br>Washington, DC 20003 | **Customer Contract** |
| **Art Van Furniture**<br>6500 Fourteen Mile Road<br>Warren, MI 48092 | **Customer Contract** |
| **ASG Renaissance**<br>3188 Airway Avenue<br>Unit J<br>Costa Mesa, CA 92626 | **Customer Contract** |
| **Asics**<br>29 Parker<br>Suite 100<br>Irvine, CA 92618 | **Customer Contract** |

Sheet __4__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Video Monitoring Services of America, LP**                                          , Case No. _____
                                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AT&T**<br>**5501 LBJ Freeway**<br>**Suite 345**<br>**Dallas, TX 75240** | **Customer Contract** |
| **AT&T Performing Arts Center**<br>**2100 Ross Avenue**<br>**Suite 650**<br>**Dallas, TX 75201** | **Customer Contract** |
| **Atlantic.net**<br>**2815 NW 13th St.**<br>**Suite 201**<br>**Gainesville, FL 32609** | **Collocation Contract** |
| **Attensity 360**<br>**2465 East Byashore Road**<br>**Suite 300**<br>**Palo Alto, CA 94303** | **Third Party Data Contract** |
| **Audioimage Recording**<br>**Attn: John Valentine**<br>**110 N. Jefferson St.**<br>**Richmond, VA 23220** | **Collocation Contract** |
| **Audubon Zoo**<br>**6500 Magazine Street**<br>**New Orleans, LA 70118** | **Customer Contract** |
| **Aurora Healthcare**<br>**3305 West Forest Home Avenue**<br>**Communications/Marketing**<br>**Milwaukee, WI 53215** | **Customer Contract** |
| **Automobile Club of Southern California**<br>**3333 Fairview Road**<br>**Ms A131**<br>**Costa Mesa, CA 92626** | **Customer Contract** |
| **Autonomy**<br>**1 Market Plaza**<br>**Spear Tower, 18th Fl.**<br>**San Francisco, CA 94105** | **Equipment and Software Contract** |
| **AV Workshop**<br>**Attn: Ron Coughlin**<br>**1909 W. Florida Ave.**<br>**Midland, TX 79701** | **Collocation Contract** |
| **AVEDA (ELC)**<br>**4000 Pheasant Ridge Drive**<br>**Global Communications**<br>**Blaine, MN 55449** | **Customer Contract** |

Sheet ___5___ of ___97___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re  **Video Monitoring Services of America, LP**                                    ,  Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Awecomm**<br>**165 Kirts Blvd., Suite 400**<br>**Troy, MI 48084** | **Collocation Contract** |
| **Axcelz**<br>**Attn: James Thomas for VMS**<br>**Salem, NH 03079** | **Collocation Contract** |
| **Sharon Bakken**<br>**1429 16th St. NW**<br>**Minot, ND 58701** | **Collocation Contract** |
| **Bark Busters**<br>**250 W. Lehow Ave, Suite B**<br>**Englewood, CO 80110** | **Customer Contract** |
| **Bark Busters USA**<br>**Dingo, Inc.**<br>**250 W. Lettow Avenue, Suite B**<br>**Englewood, CO 80110** | **Customer Contract** |
| **Denise Battiato**<br>**5709 West 89th Place**<br>**Oak Lawn, IL 60453** | **Collocation Contract** |
| **Bausch & Lomb**<br>**P.O. Box 25169**<br>**Lehigh Valley, PA 18002-5169** | **Customer Contract** |
| **Bay Medical Center**<br>**615 N. Bonita Avenue**<br>**Panama City, FL 32401** | **Customer Contract** |
| **Bayer Diabetes (Domestic)**<br>**P.O. Box 306**<br>**Pittsburgh, PA 15230** | **Customer Contract** |
| **Bayer Diabetes (International)**<br>**1285 Avenue of the Americas**<br>**5th Floor**<br>**New York, NY 10019** | **Customer Contract** |
| **Bayer Diabetes Care (BBCO)**<br>**1 Alliance Center**<br>**3500 Lenox Road - Suite 1900**<br>**Atlanta, GA 30326** | **Customer Contract** |
| **Bayer Diabetes International (BBDO)**<br>**1 Alliance Center**<br>**3500 Lenox Road - Suite 1900**<br>**Atlanta, GA 30326** | **Customer Contract** |

Sheet __6__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Video Monitoring Services of America, LP**               ,     Case No. _____

                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bayer Health Care LLC (Heart Health Adv) Consumer Relations**<br>**36 Columbia Rd., POB 1910**<br>**Morristown, NJ 07962-1910** | **Customer Contract** |
| **Baylor Health Care System**<br>**2001 Bryan Street**<br>**Suite 700**<br>**Dallas, TX 75201** | **Customer Contract** |
| **BC Jackson Engineering**<br>**11 East 25th Street**<br>**Tulsa, OK 74114** | **Collocation Contract** |
| **Beacon Media LLC**<br>**Attn: Mike McCleary**<br>**8240 Henne Rd**<br>**Bay Port, MI 48720** | **Collocation Contract** |
| **Jen Bealieu**<br>**12503 Starlight Lane**<br>**Bowie, MD 20715** | **Collocation Contract** |
| **Beam Brands**<br>**Beam Global, Spirits, Wines**<br>**510 Lake Cook Road, Suite 510**<br>**Deerfield, IL 60015** | **Customer Contract** |
| **Beau Rivage Casino (Masterminds)**<br>**6727 Delilah Road**<br>**Egg Harbor Township, NJ 08234** | **Customer Contract** |
| **Beth Israel Deaconess Medical Center**<br>**375 Longwood Avenue**<br>**4th Floor**<br>**Boston, MA 02215** | **Customer Contract** |
| **Ellen Bethel**<br>**8005 White Lowe Rd.**<br>**Salisbury, MD 21801** | **Collocation Contract** |
| **Susan Betters**<br>**319 Bradwyck Court**<br>**Matthews, NC 28105** | **Collocation Contract** |
| **Terry L. Bettis**<br>**dba Delta Grp.**<br>**500 Chestnut St. Ste 1601**<br>**Abilene, TX 79602** | **Collocation Contract** |
| **bigbyte.cc Corp**<br>**123 Central Ave NW**<br>**Albuquerque, NM 87102** | **Collocation Contract** |

Sheet   **7**   of   **97**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

In re    **Video Monitoring Services of America, LP**                                    ,    Case No. _____

                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bill Hudson Video**<br>**Attn: Bill Hudson**<br>**3141 W. 20th Court**<br>**Panama City, FL 32405** | **Collocation Contract** |
| **Bill White for Texas**<br>**2100 West Loop South**<br>**Suite 700**<br>**Houston, TX 77027** | **Customer Contract** |
| **Bissell**<br>**2345 Walker Nw**<br>**Grand Rapids, MI 49544-2516** | **Customer Contract** |
| **BISSELL Homecare**<br>**Bissell Inc.**<br>**2345 Walker Avenue NW**<br>**Grand Rapids, MI 49544** | **Customer Contract** |
| **Black & Decker**<br>**701 E Joppa Rd**<br>**Towson, MD 21286** | **Customer Contract** |
| **Black Dog Productions**<br>**Attn: Brian Crouch**<br>**1004 West 4th**<br>**Joplin, MO 64801** | **Collocation Contract** |
| **Black Hole Internet**<br>**7599 Corporate Way**<br>**Eden Prairie, MN 55344** | **Collocation Contract** |
| **Black Rock**<br>**55 East 52Nd Street**<br>**New York, NY 10022** | **Customer Contract** |
| **Kathy Black**<br>**4668 Windfield Court**<br>**Rock Hill, SC 29732** | **Collocation Contract** |
| **Blackwater Video**<br>**Attn: Daniel McMullen**<br>**198 Foundry St**<br>**Morgantown, WV 26505** | **Collocation Contract** |
| **Michele Blake-Rosenberg**<br>**73 Bourne Street**<br>**Jamaica Plain, MA 02130** | **Collocation Contract** |
| **Blinx**<br>**One Market Plaza**<br>**Spear Tower, Suite 1810**<br>**San Francisco, CA 94105** | **Third Party Data Contract** |

Sheet ___8___ of ___97___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Video Monitoring Services of America, LP**                    ,        Case No. _____

                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Blue Cross Blue Shield of FL**<br>**4800 Deerwood Campus Parkway**<br>**DC1-4**<br>**Jacksonville, FL 32246** | **Customer Contract** |
| **Blue Cross BlueShield Mich DP**<br>**600 Lafayette East**<br>**Mail Code# 0221**<br>**Detroit, MI 48226** | **Customer Contract** |
| **BMS (Digitas Health)**<br>**P.O. Box 960849**<br>**Boston, MA 02196** | **Customer Contract** |
| **Board of Governors of the**<br>**Federal Reserve System**<br>**20th St. & Constitution Ave NW**<br>**Washington, DC 20551** | **Customer Contract** |
| **BOEING**<br>**1215 S. Clark Street**<br>**Arlington, VA 22202-4398** | **Customer Contract** |
| **Bold PR**<br>**121 East, 24Th Street**<br>**Suite 1202**<br>**New York, NY 10010** | **Customer Contract** |
| **Bonfils Blood Center**<br>**717 Yosemite Circle**<br>**Denver, CO 80230** | **Customer Contract** |
| **Lisa R. Borger**<br>**W20932 Deer Rund Lane**<br>**Galesville, WI 54630** | **Collocation Contract** |
| **Bose Corporation**<br>**The Mountain**<br>**Corporate Center-Ms 2B1**<br>**Framingham, MA 01701** | **Customer Contract** |
| **Boston Beer Corporation**<br>**One Design Center Place**<br>**Suite 850**<br>**Boston, MA 02210** | **Customer Contract** |
| **Boston Celtics**<br>**226 Causeway Street**<br>**4th Floor**<br>**Boston, MA 02114** | **Customer Contract** |

Sheet   **9**   of   **97**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Video Monitoring Services of America, LP**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Boston Market** **14103 Denver West Parkway** **Golden, CO 80401** | **Customer Contract** |
| **Brady Tucker Internet Complete** **4509 N. Classen Blvd. Ste 100** **Oklahoma City, OK 73118** | **Collocation Contract** |
| **Brainshark, Inc.** **Box 200716** **Pittsburgh, PA 15251-0716** | **Equipment and Software Contract** |
| **Jean & Steve Brandau** **7811 Bridgewell Run SE** **Huntsville, AL 35802** | **Collocation Contract** |
| **Breville** **19400 S. Western Avenue** **Torrance, CA 90501** | **Customer Contract** |
| **Brilinta-Heart Health (CommonHealth)** **400 Interpace Parkway** **Parsippany, NJ 07054** | **Customer Contract** |
| **Brinker International** **6820 LBJ Freeway** **Dallas, TX 75240** | **Customer Contract** |
| **Brookfield Zoo** **3300 Golf Road** **Brookfield, IL 60513** | **Customer Contract** |
| **Bumble and Bumble for ELC** **146 East 56Th Street** **New York, NY 10022** | **Customer Contract** |
| **Burke Media & Ent. Group** **Attn: Tom Burke** **100 Oriskany Blvd.** **Yorkville, NY 13495** | **Collocation Contract** |
| **BurrellesLuce** **75 East Northfield Road** **Livingston, NJ 07039** | **Third Party Data Contract** |
| **Burson/Bayer** **Burson - Marstellar** **230 Park Avenue South** **New York, NY 10003-1528** | **Customer Contract** |
| **Business Solutions Partners** **15 Bryant Avenue** **Roslyn, NY 11576** | **Equipment and Software Contract** |

Sheet __10__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re **Video Monitoring Services of America, LP** , Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| C-NET<br>235 Second Street<br>San Francisco, CA 94105 | **Customer Contract** |
| C3 Presents, LLC<br>98 San Jacinto Blvd, Ste 400<br>dba Austin City Music Festival<br>Austin, TX 78701 | **Customer Contract** |
| CA Attorney General<br>1300 I Street-Suite 1750<br>PO Box 944255<br>Sacramento, CA 94244-2550 | **Customer Contract** |
| CA Milk Advisory Board<br>400 Oyster Point Boulevard<br>Suite 214<br>South San Francisco, CA 94080 | **Customer Contract** |
| CA State Controller<br>P.O. Box 942850<br>Sacramento, CA 94250-5877 | **Customer Contract** |
| Caesar Stone<br>6840 Hayvenhurst Avenue<br>Suite 100<br>Van Nuys, CA 91406 | **Customer Contract** |
| Caesars Windsor Hotel & Casino<br>Media Contact Gary Thompson<br>1 Caesars Palace Drive<br>Las Vegas, NV 89109 | **Customer Contract** |
| Camp Pendleton<br>P.O. Box 1609<br>Oceanside, CA 92051-1609 | **Customer Contract** |
| Rolan & Laree Campbell<br>960 Bollen Circle<br>Gardnerville, NV 89460 | **Collocation Contract** |
| Frank Campos<br>557 SE Mifflin St<br>Dallas, OR 97338 | **Collocation Contract** |
| Canaccord Genuity<br>Canaccord Adams<br>99 High Street, 12th Floor<br>Boston, MA 02110 | **Customer Contract** |
| Ross Canen<br>201 Olmstead Ln<br>Glendive, MT 59330 | **Collocation Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re   **Video Monitoring Services of America, LP**         ,    Case No. _____

                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Canon Financial Services**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693-0149** | **Office Equipment Maintenance Contract** |
| **Capella University**<br>**221 Yale Avenue North**<br>**Suite 600**<br>**Seattle, WA 98109** | **Customer Contract** |
| **Capital Concerts**<br>**499 South Capitol Street, Sw**<br>**Suite# 404**<br>**Washington, DC 20003** | **Customer Contract** |
| **Carat/TaylorMade Golf**<br>**Carat**<br>**3390 Peachtree Rd NE Suite 700**<br>**Atlanta, GA 30326** | **Customer Contract** |
| **Career Sports & Entertainment**<br>**600 Galleria Parkway**<br>**Suite 1900**<br>**Atlanta, GA 30339** | **Customer Contract** |
| **Carfax**<br>**5860 Trinity Parkway**<br>**Suite 600**<br>**Centreville, VA 20120** | **Customer Contract** |
| **Carlson Hotel Group**<br>**701 Carlson Parkway**<br>**Minnetonka, MN 55305** | **Customer Contract** |
| **CarolinaNet**<br>**Attn: Steven Hinkler**<br>**301 S. Elm St. Ste 625**<br>**Greensboro, NC 27401** | **Collocation Contract** |
| **Carolinas Healthcare**<br>**Public Information & Marketing**<br>**P.O. Box 32861**<br>**Charlotte, NC 28232-2861** | **Customer Contract** |
| **Carroll Media**<br>**11180 State Bridge Road**<br>**Suite 207**<br>**Alpharetta, GA 30022** | **Third Party Data Contract** |
| **Carrollton Farmers Branch Independent Sc**<br>**1445 North Perry Road**<br>**Carrollton, TX 75006** | **Customer Contract** |

Sheet   **12**   of   **97**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP_____, Case No. _____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Cartier for Oscars**<br>**P.O. Box 186**<br>**Shelton, CT 06484** | **Customer Contract** |
| **CASA**<br>**255 E. Bonita Avenue**<br>**Pomona, CA 91767** | **Customer Contract** |
| **Cascade Creative**<br>**Attn: Greg Gulbrandsen**<br>**2184 NE Meadow Ln**<br>**Bend, OR 97701** | **Collocation Contract** |
| **Case Western Reserve Univ.**<br>**10900 Euclid Avenue**<br>**Cleveland, OH 44106-7017** | **Customer Contract** |
| **Bill Cassidy**<br>**1211 W. Purtscher Drive**<br>**Peoria, IL 61614** | **Collocation Contract** |
| **Catholic Health Systems**<br>**Appletree Business**<br>**Park 2875 Union Road, Site 2323**<br>**Cheektowaga, NY 14227** | **Customer Contract** |
| **Catholic Healthcare West**<br>**Chw-West Bay**<br>**3400 Datd Drive, 3rd Floor**<br>**Rancho Cordova, CA 95670** | **Customer Contract** |
| **Catholic Relief Services**<br>**228 W. Lexington Street**<br>**6th Floor**<br>**Baltimore, MD 21201** | **Customer Contract** |
| **Cavaliers Operating Co., LLC**<br>**1 Center Ct.**<br>**Cleveland, OH 44115** | **Customer Contract** |
| **CBS**<br>**524 West 57Th Street**<br>**New York, NY 10019** | **Customer Contract** |
| **CDC**<br>**3311 Toledo Road**<br>**Room 7211**<br>**Hyattsville, MD 20782** | **Customer Contract** |
| **CDC-Health Stats**<br>**3311 Toledo Road**<br>**Room 7211**<br>**Hyattsville, MD 20782** | **Customer Contract** |

Sheet __13__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP_____, Case No. _____

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Celebrex (Kaplan Thaler)**<br>**1675 Broadway**<br>**New York, NY 10019** | **Customer Contract** |
| **Cemex**<br>**920 Memorial City Way**<br>**Suite 100**<br>**Houston, TX 77024** | **Customer Contract** |
| **Centocor Othro Biotech**<br>**800/850 Ridgeview Drive**<br>**Horsham, PA 19044** | **Customer Contract** |
| **Central DuPage Hospital**<br>**25 N. Winfield Road**<br>**Winfield, IL 60190** | **Customer Contract** |
| **Central PA College**<br>**College Hill& Valley Road**<br>**Summerdale   17093** | **Customer Contract** |
| **Centrilogic**<br>**350 Main St., Suite 100**<br>**Buffalo, NY 14202** | **Collocation Contract** |
| **Cephalon**<br>**145 Brandywine Parkway**<br>**West Chester, PA 19380** | **Customer Contract** |
| **CFDA**<br>**1412 Broadway**<br>**New York, NY 10018** | **Customer Contract** |
| **Challenged Athletes Foundation**<br>**11199 Sorrento Valley Road**<br>**Suite C**<br>**San Diego, CA 92121** | **Customer Contract** |
| **Kenneth Chandlee**<br>**29 Creek Bend Drive**<br>**Summerville, SC 29485** | **Collocation Contract** |
| **Chanel USA**<br>**876 Centennial Avenue**<br>**P.O. Box 308**<br>**Piscataway, NJ 08855** | **Customer Contract** |
| **Chantix (McGarry Bowen)**<br>**601 West 26Th Street**<br>**Suite 1150**<br>**New York, NY 10001-1115** | **Customer Contract** |

Sheet __14__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP__ , Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Chantix within Edelman**<br>**200 East Randolph Drive**<br>**Chicago, IL 60601** | **Customer Contract** |
| **Chase Card Services**<br>**201 North Walnut Street**<br>**Mailstop De1-1072**<br>**Wilmington, DE 19801** | **Customer Contract** |
| **Chattem Addendum-Allergy**<br>**1715 W. 38Th Street**<br>**Chattanooga, TN 37409** | **Customer Contract** |
| **Chattem Addendum-Cough & Cold**<br>**1715 W. 38Th Street**<br>**Chattanooga, TN 37409** | **Customer Contract** |
| **Checkers Drive-In Rest.**<br>**4300 W. Cypress Street**<br>**Suite 300**<br>**Tampa, FL 33607** | **Customer Contract** |
| **Chicago Botanical Garden**<br>**P.O. Box 400**<br>**Glencoe, IL 60022** | **Customer Contract** |
| **Chicago Park District**<br>**541 North Fairbanks Ct.**<br>**6th Floor**<br>**Chicago, IL 60611** | **Customer Contract** |
| **Children's Hospital of Dallas**<br>**2350 Stemmons Frwy., 3Rd Floor**<br>**Public Relations Dept.**<br>**Dallas, TX 75207-2230** | **Customer Contract** |
| **Children's Miracle Network**<br>**205 West 700 South**<br>**Salt Lake City, UT 84101** | **Customer Contract** |
| **Christus Health**<br>**6363 North Highway 161**<br>**Suite 450**<br>**Irving, TX 75038** | **Customer Contract** |
| **Chrysler Universal McCann**<br>**360 West Maple Road**<br>**Birmingham, MI 48009** | **Customer Contract** |
| **Chrysler, LLC (DIP)**<br>**2450 Chrysler Drive**<br>**Windsor, ON N8W3X7**<br>**CANADA** | **Customer Contract** |

Sheet __15__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Church & Dwight (Colangelo)**<br>**469 North Harrison Street**<br>**Princeton, NJ 08543** | **Customer Contract** |
| **Church & Dwight (Ferrara & Co)**<br>**469 North Harrison Street**<br>**Princeton, NJ 08543** | **Customer Contract** |
| **Church's Chicken**<br>**980 Hammond Drive**<br>**Suite 1100**<br>**Atlanta, GA 30328** | **Customer Contract** |
| **Cincinnati Bell Telephone Company LLC**<br>**221 East 4Th Street**<br>**Bpo#417553**<br>**Cincinnati, OH 45201-2301** | **Customer Contract** |
| **Circle Computer Resources**<br>**Attn: Leo Kelly**<br>**2919 1st Ave**<br>**Cedar Rapids, IA 52402** | **Collocation Contract** |
| **Circle Two Inc.**<br>**6654 Esmeralda Dr.**<br>**Castle Rock, CO 80108** | **Collocation Contract** |
| **CIT Technology Fin Serv Inc**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | **Office Equipment Maintenance Contract** |
| **Citi Group**<br>**399 Park Avenue**<br>**3rd. Floor**<br>**New York, NY 10043** | **Customer Contract** |
| **CITI Group**<br>**3800 Citibank Center G3-03**<br>**Tampa, FL 33610-3122** | **Customer Contract** |
| **Citizens Bank of RI PR**<br>**One Citizens Plaza**<br>**Rc0530**<br>**Providence, RI 02903** | **Customer Contract** |
| **Citizens Republic Bancorp**<br>**Citizens Bank**<br>**328 S Saginaw Street**<br>**Flint, MI 48502** | **Customer Contract** |
| **City of Irvine**<br>**P.O. Box 19575**<br>**Irvine, CA 92623-9575** | **Customer Contract** |

Sheet __16__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Video Monitoring Services of America, LP**          ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **CJ Public Relations**<br>**P.O. Box 411**<br>**Campbell, CA 95009** | **Customer Contract** |
| **CKE Restaurants**<br>**1200 North Harbor Drive**<br>**Anaheim, CA 92801** | **Customer Contract** |
| **CL&P/Yankee Gas**<br>**Northeast Utilities**<br>**P.O. Box 270**<br>**Hartford, CT 06141-0270** | **Customer Contract** |
| **Clay Stahika Productions, Inc.**<br>**Attn: Clay Stahika**<br>**1617 Channel Place**<br>**Fort Wayne, IN 46825** | **Collocation Contract** |
| **Clearwire**<br>**4000 Carillon Point**<br>**Suite 400**<br>**Kirkland, WA 98033** | **Customer Contract** |
| **Clinique for ELC**<br>**767 Fifth Avenue**<br>**37th Floor**<br>**New York, NY 10153** | **Customer Contract** |
| **Clonch Consulting**<br>**Attn: Dustin Clonch**<br>**2533 NW 55th St.**<br>**Lincoln, NE 68524** | **Collocation Contract** |
| **Cogeco Cable Canada, Inc.**<br>**787 Quelettte Avenue**<br>**P.O. Box 1625**<br>**Windor Ontario N9A 5T7** | **Collocation Contract** |
| **Cole Haan**<br>**6 Ashley Drive**<br>**Scarborough, ME 04074** | **Customer Contract** |
| **Cole Haan - SOD**<br>**Cole Haan Footwear**<br>**6 Ashley Drive**<br>**Scarborough, ME 04074** | **Customer Contract** |
| **Judy Coleman**<br>**403 Clifton Rd**<br>**Toledo, OH 43607** | **Collocation Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Video Monitoring Services of America, LP**                        ,    Case No. _____
                                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Lisa Collins**<br>**301 N. Progress Ave. Apt. K6**<br>**Harrisburg, PA 17109** | **Collocation Contract** |
| **Columbia College**<br>**1001 Rogers Street**<br>**Columbia, MO 65216** | **Customer Contract** |
| **Combe**<br>**P.O. Box 750**<br>**White Plains, NY 10602** | **Customer Contract** |
| **Comcast**<br>**676 Island Pond Road**<br>**Manchester, NH 03109** | **Customer Contract** |
| **Comcast Communications**<br>**789 International Pkwy**<br>**Sunrise, FL 33325** | **Customer Contract** |
| **Community America Credit Union**<br>**Corp. Admin. Office**<br>**9777 Ridge Road**<br>**Lenexa, NE 68219** | **Customer Contract** |
| **Complete Video Svcs.**<br>**Attn:  AB Brown**<br>**540 Manor Rd.**<br>**Earlysville, VA 22936** | **Collocation Contract** |
| **Compudyne**<br>**Attn:  Pat Malley**<br>**306 W. Superior St, Ste. 10**<br>**Duluth, MN 55802** | **Collocation Contract** |
| **Computer Solutions Center**<br>**c/o Steve Coleman/IPNS**<br>**179 East Social Hall Ave**<br>**Salt Lake City, UT 84111** | **Collocation Contract** |
| **Comscore**<br>**14140 Collection Center Drive**<br>**Suite 600**<br>**Chicago, IL 60693** | **Third Party Data Contract** |
| **Comware**<br>**P.O. Box 678198**<br>**Dallas, TX 75267-8198** | **Equipment and Software Contract** |
| **ConAgra**<br>**P.O. Box 641460**<br>**Omaha, NE 68164** | **Customer Contract** |

Sheet __18__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Video Monitoring Services of America, LP**                                      ,    Case No. _____

                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Connecticut Resources Recovery Authority**<br>**100 Constitution Plaza**<br>**6th Floor**<br>**Hartford, CT 06103** | **Customer Contract** |
| **ConnectWeb**<br>**20 Webster Street, Fifth Fl.**<br>**Peabody, MA 01960** | **Collocation Contract** |
| **ConocoPhillips/Venables Bell & Partners**<br>**1660 W. Anaheim St**<br>**Public Affairs Dept**<br>**Wilmington, CA 90744** | **Customer Contract** |
| **Stacey Conrad**<br>**207 West Cornell St.**<br>**Siloam Springs, AR 72761** | **Collocation Contract** |
| **Consumer Product Safety**<br>**Commission (CPSC)**<br>**4330 E. West Highway**<br>**Bethesda, MD 20814** | **Customer Contract** |
| **Consumer Reports**<br>**101 Truman Avenue**<br>**Yonkers, NY 10703** | **Customer Contract** |
| **Contextual Realty LLC**<br>**Attn:  Jeremy Schonscheck**<br>**2232 S. Main St. #401**<br>**Ann Arbor, MI 48103** | **Collocation Contract** |
| **Continuum Health**<br>**Public Affairs Department**<br>**555 West 57th Street Suite1829**<br>**New York, NY 10019** | **Customer Contract** |
| **Conveyor Group**<br>**Attn:  Melissa Lopez**<br>**2419 Imperial Business Park Dr**<br>**Imperial, CA 92251** | **Collocation Contract** |
| **Cooper University Hospital**<br>**C/O Cooper Health System**<br>**3 Executive Campus, Rt 70, Ste 310**<br>**Cherry Hill, NJ 08002** | **Customer Contract** |
| **Corbin**<br>**350 Windsor Lane**<br>**New Braunfels, TX 78132** | **Customer Contract** |

Sheet  __19__  of  __97__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Video Monitoring Services of America, LP**                        ,    Case No. _____

<center>Debtor</center>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<center>(Continuation Sheet)</center>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Corbin Bacardi**<br>**1776 Broadway**<br>**Suite 1610**<br>**New York, NY 10019** | **Customer Contract** |
| **Corbin Hillman Bacardo LTD**<br>**1776 Broadway**<br>**Suite 1610**<br>**New York, NY 10019** | **Customer Contract** |
| **Core 180 LLC**<br>**2751 Prosperity Ave**<br>**Fairfax, VA 22031** | **Bandwidth Contract** |
| **Core Creative**<br>**126 North Jefferson Street**<br>**Suite 250**<br>**Milwaukee, WI 53202** | **Customer Contract** |
| **Cornstar**<br>**Attn: Gregory Eggold**<br>**2240 N. Grandview Blvd. Ste 4**<br>**Waukesha, WI 53188** | **Collocation Contract** |
| **Cosmetic Dermatology**<br>**Dr. Fredric Bradt, MD, PA**<br>**4425 Ponce DeLeon Boulevard**<br>**Coral Gables, FL 33146** | **Customer Contract** |
| **Cost Plus World Market**<br>**200 4Th Street**<br>**Oakland, CA 94607** | **Customer Contract** |
| **Greg Costello**<br>**275 W. 27th Ave.**<br>**Eugene, OR 97405** | **Collocation Contract** |
| **Coty Beauty US**<br>**Coty, Inc.**<br>**P.O. Box 3789**<br>**Sanford, NC 27331** | **Customer Contract** |
| **Coventry Healthcare**<br>**2222 Ewing Road**<br>**Moon Township, PA 15108** | **Customer Contract** |
| **BillCowan**<br>**119 Old Carriage Rd**<br>**Cherry Hill, NJ 08034** | **Collocation Contract** |

Sheet __20__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Video Monitoring Services of America, LP**                                     ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Cox Business**<br>**123 Town Square Place**<br>**Box 712**<br>**Jersey City, NJ 07310** | **Customer Contract** |
| **Cox Commissions Las Vegas**<br>**123 Town Square Place**<br>**Box 712**<br>**Jersey City, NJ 07310** | **Customer Contract** |
| **Cox Commissions San Diego Addend**<br>**123 Town Square Place**<br>**Box 712**<br>**Jersey City, NJ 07310** | **Customer Contract** |
| **Cox Communications KS/AK**<br>**123 Town Square Place**<br>**Box 712**<br>**Jersey City, NJ 07310** | **Customer Contract** |
| **Cox Communications SD**<br>**123 Town Square Place**<br>**Box 712**<br>**Jersey City, NJ 07310** | **Customer Contract** |
| **Cr me de la Mer for ELC**<br>**575 Broadway**<br>**2Nd Floor**<br>**New York, NY 10012** | **Customer Contract** |
| **Crayola**<br>**1100 Church Street**<br>**Easton, PA 18044** | **Customer Contract** |
| **Creative Alliance**<br>**437 West Jefferson Street**<br>**Louisville, KY 40202** | **Customer Contract** |
| **Crusecom Technology Consultant**<br>**Attn: Art Cruze**<br>**6080 Jet Street**<br>**Oscoda, MI 48750** | **Collocation Contract** |
| **Jon Crutchfield**<br>**2603 Dawes Place**<br>**Mishawaka, IN 46544** | **Collocation Contract** |
| **CVS**<br>**One Cvs Drive**<br>**Woonsocket, RI 02895** | **Customer Contract** |

Sheet __21__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Video Monitoring Services of America, LP**            ,    Case No. _____

                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Gail Dahl**<br>**224 South 18th Ave**<br>**Yakima, WA 98902** | **Collocation Contract** |
| **Daily Candy**<br>**584 Broadway**<br>**Suite 201**<br>**New York, NY 10012** | **Customer Contract** |
| **Dairy Council of Arizona**<br>**2008 South Hardy Drive**<br>**Tempe, AZ 85282** | **Customer Contract** |
| **Dallas Museum of Art**<br>**1717 North Harwood Street**<br>**Dallas, TX 75201** | **Customer Contract** |
| **Denise Damiano**<br>**1300 San Juan Dr.**<br>**Merritt Island, FL 32952** | **Collocation Contract** |
| **Data Acquisition Dept.**<br>**10400 Linn Station Rd**<br>**Suite 320**<br>**Louisville, KY 40223** | **Collocation Contract** |
| **Data Hive**<br>**Attn: Iain Godsman**<br>**1603-10 Avenue SW #200**<br>**Calgary, Alberta, Canada T3C0J** | **Collocation Contract** |
| **DataGroup Technologies**<br>**Attn: Joe Thigpen**<br>**2050 Eastgate Dr. Ste E1**<br>**Greenville, NC 27858** | **Collocation Contract** |
| **Dataware, LLC**<br>**Attn: John Lushbough**<br>**2900 West 10th St, Ste 106**<br>**Sioux Falls, SD 57104** | **Collocation Contract** |
| **Dave & Busters, Inc**<br>**2481 Manana Drive**<br>**Dallas, TX 75220** | **Customer Contract** |
| **Davidson Companies**<br>**8 Third Street, N.**<br>**Great Falls, MT 59401** | **Customer Contract** |
| **Larry Davis**<br>**7134 Shannon Blvd.**<br>**Fort Myers, FL 33908** | **Collocation Contract** |

Sheet  **22**  of  **97**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Video Monitoring Services of America, LP**                ,    Case No. _____

                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Davita**<br>P.O. Box 2037<br>Tacoma, WA 98401-2037 | **Customer Contract** |
| **Dayton Power & Light**<br>1065 Woodman Drive<br>Dayton, OH 45432 | **Customer Contract** |
| **DCS Corp - America's Army**<br>6909 Metro Park Drive<br>Suite 500<br>Alexandria, VA 22310 | **Customer Contract** |
| **DDB New Business**<br>437 Madison Avenue<br>New York, NY 10022 | **Customer Contract** |
| **DDB US - NY**<br>Quilted Northern<br>437 Madison Avenue, 2nd Floor<br>New York, NY 10022 | **Customer Contract** |
| **De Lage Landen Financial Serv**<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | **Office Equipment Maintenance Contract** |
| **Jim and Margaret DeGeorge**<br>4331 4th Ave. North<br>Saint Petersburg, FL 33713 | **Collocation Contract** |
| **Delphia Consulting**<br>f/k/a ABRA Software<br>Sage - P.O. Box 404927<br>Atlanta, GA 30384-4927 | **Equipment and Software Contract** |
| **Delta Dental of New York**<br>Attn: Accounts Receivable<br>PO Box 68577<br>Baltimore, MD 21264 | **Benefit Plan Contract** |
| **Denver Art Museum**<br>100 West 14Th Avenue Parkway<br>Denver, CO 80204 | **Customer Contract** |
| **Denver Department of Public Works**<br>201 West Colfax Avenue<br>Dept. 611<br>Denver, CO 80202 | **Customer Contract** |
| **Rikk Desgres**<br>409 North King Street<br>Northampton, MA 01060 | **Collocation Contract** |

Sheet  **23**  of  **97**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re   **Video Monitoring Services of America, LP**_____ ,   Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Detroit Medical Center**<br>**3663 Woodward Ave.**<br>**4th Floor**<br>**Detroit, MI 48201** | **Customer Contract** |
| **Deutsch-Lowe**<br>**Deutsch Inc.**<br>**P.O. Box 542012**<br>**Omaha, NE 68154-8012** | **Customer Contract** |
| **Deutsch/Diamond Foods**<br>**Deutsch Inc.**<br>**P.O. Box 542012**<br>**Omaha, NE 68154-8012** | **Customer Contract** |
| **Deutsch/Epiduo**<br>**Deutsch, Inc.**<br>**P.O. Box 542012**<br>**Omaha, NE 68154-8012** | **Customer Contract** |
| **Devries/Sam Adams**<br>**P.O. Box 542045**<br>**Omaha, NE 68154** | **Customer Contract** |
| **Dexone Corp.**<br>**(f/k/a RH Donnelley)**<br>**1001 Winstead Drive**<br>**Cary, NC 27513** | **Customer Contract** |
| **DHS-ICE (Custom Contacts)**<br>**26 Federal Square**<br>**Room 1105**<br>**New York, NY 10278** | **Customer Contract** |
| **Digital Xtreme, Inc.**<br>**4780 S. Cherokee Street**<br>**Englewood, CO 80110** | **Collocation Contract** |
| **Dimension Data North America**<br>**P.O. Box 403667**<br>**Atlanta, GA 30384-3667** | **Equipment and Software Contract** |
| **DirectEmployers**<br>**9002 North Purdue Road**<br>**Indianapolis, IN 46268** | **Customer Contract** |
| **DirecTV**<br>**P.O. Box 30118**<br>**College Station, TX 77842** | **Customer Contract** |
| **Discovery Channel**<br>**One Discovery Place**<br>**Silver Spring, MD 20901** | **Customer Contract** |

Sheet __24__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP__ , Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Discovery Communications**<br>**One Discovery Place**<br>**Silver Spring, MD 20910** | **Customer Contract** |
| **Discovery Corporate**<br>**One Discovery Place**<br>**Silver Spring, MD 20910** | **Customer Contract** |
| **Discovery Digital Media**<br>**One Discovery Place**<br>**Silver Spring, MD 20910** | **Customer Contract** |
| **Discovery Health-PlanetGreen**<br>**One Discovery Place**<br>**Silver Spring, MD 20910** | **Customer Contract** |
| **DISH Network**<br>**5701 South Santa Fe Drive**<br>**Littleton, CO 80120** | **Customer Contract** |
| **Dominion Resources**<br>**701 East Cary Street**<br>**20th Floor**<br>**Richmond, VA 23219** | **Customer Contract** |
| **Dominos**<br>**30 Frank Lloyd Wright Dr**<br>**P O Box 997**<br>**Ann Arbor, MI 48106-0997** | **Customer Contract** |
| **Doug & Teresa Ornseth**<br>**3400 Coyote Lane**<br>**Great Falls, MT 59404** | **Collocation Contract** |
| **Dove & Twix (SapientNitro)**<br>**215 Park Avenue South**<br>**2Nd Floor**<br>**New York, NY 10003** | **Customer Contract** |
| **Dove Chocolates (SapientNitro)**<br>**215 Park Avenue South**<br>**2Nd Floor**<br>**New York, NY 10003** | **Customer Contract** |
| **Dorothy Downey**<br>**6304 Cedar Hollow Dr.**<br>**Amarillo, TX 79124** | **Collocation Contract** |
| **DP & Company, Inc.**<br>**7743 State Road 471**<br>**Bushnell, FL 33513** | **Customer Contract** |

Sheet __25__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP__ , Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Dr Pepper Snapple Group<br>5301 Legacy Drive<br>Corporate Communications<br>Plano, TX 75024 | Customer Contract |
| Drean Canyon Video<br>Attn: Jeffrey Watt<br>2680 Livmor Ave<br>Palm Springs, CA 92262 | Collocation Contract |
| Dreyer's<br>1250 Whipple Road<br>San Leandro, CA 94578 | Customer Contract |
| Drugstore.com<br>411 108th Avenue NE<br>Suite 1400<br>Bellevue, WA 98004 | Customer Contract |
| DS Simon Productions<br>229 West 36Th Street<br>12th Floor<br>New York, NY 10018 | Customer Contract |
| DSN Communication<br>376 15Th Street<br>Suite 1C<br>Brooklyn, NY 11215 | Customer Contract |
| Dulcolax (Grey Healthcare)<br>114 Fifth Avenue<br>New York, NY 10011 | Customer Contract |
| Dun & Bradstreet<br>103 JFK Parkway<br>Corporate Headquarters<br>Short Hills, NJ 07078 | Professional Contract |
| Michael Durham<br>1169 Greenland Ave<br>Nashville, TN 37216 | Collocation Contract |
| Dynamic Computer Solutions<br>of Topeka, Inc.<br>2214 SW Tenth Street<br>Topeka, KS | Collocation Contract |
| Eagle Media Com Minm<br>10912 Greenbrier Road<br>Minneapolis, MN 55305 | Customer Contract |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

In re **Video Monitoring Services of America, LP**                    , Case No. _____

                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Edelman - 24 Hour Fitness**<br>**Edelman Public Relations**<br>**200 E. Randolph Dr.**<br>**Chicago, IL 60601** | **Customer Contract** |
| **Edelman - Chantix**<br>**Edelman Public Relations**<br>**200 E. Randolph Drive**<br>**Chicago, IL 60601** | **Customer Contract** |
| **Edelman - Darden**<br>**Edelman Public Relations**<br>**200 E. RandolphDr.**<br>**Chicago, IL 60601** | **Customer Contract** |
| **Edelman - NY Health**<br>**Edelman Public Relations**<br>**200 E. Randolph Dr.**<br>**Chicago, IL 60601** | **Customer Contract** |
| **Edison State College**<br>**8099 College Parkway**<br>**Fort Myers, FL 33919** | **Customer Contract** |
| **Jonathan Edwards**<br>**411 E. Aspen St. Apt. B**<br>**Bozeman, MT 59715** | **Collocation Contract** |
| **El Paso Corporation**<br>**1001 Louisiana**<br>**Ste 2916 A**<br>**Houston, TX 77002** | **Customer Contract** |
| **ELC Corporate**<br>**767 Fifth Avenue**<br>**42nd Floor**<br>**New York, NY 10153** | **Customer Contract** |
| **Eldorado Resort Casino - Shreveport**<br>**P.O. Box 1588**<br>**Shreveport, LA 71165** | **Customer Contract** |
| **Elevate Communications**<br>**312 Stuart Street**<br>**4th Floor**<br>**Boston, MA 02116** | **Customer Contract** |
| **ELLE**<br>**1271 Avenue Of The Americas**<br>**41th Floor**<br>**New York, NY 10020** | **Customer Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Video Monitoring Services of America, LP**                    ,    Case No. _____

_____
                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ramey Elliot**<br>**11 Tower Lane**<br>**Glen Carbon, IL 62034** | **Collocation Contract** |
| **ELP Networks**<br>**Attn: Frank Por**<br>**1912 East E. Yandell Dr**<br>**El Paso, TX 79903** | **Collocation Contract** |
| **Embry Riddle Aeronautical University**<br>**600 S Clyde Morris Blvd**<br>**Daytona Beach, FL 32114** | **Customer Contract** |
| **Emirates Airlines**<br>**55 East 59th Street**<br>**New York, NY 10022** | **Customer Contract** |
| **Emory University**<br>**1762 Clifton Road, Ne**<br>**Suite 1000**<br>**Atlanta, GA 30322** | **Customer Contract** |
| **Empire State Building**<br>**350 5Th Avenue**<br>**New York, NY 10118** | **Customer Contract** |
| **Empire Technologies**<br>**246 Industrial Way West**<br>**Eatontown, NJ 07724** | **Office Equipment Maintenance Contract** |
| **Encana Oil & Gas**<br>**370 17Th Street**<br>**Suite 1700**<br>**Denver, CO 80202** | **Customer Contract** |
| **Enfa (Saatchi)**<br>**c/o Saatchi & Saatchi**<br>**375 Hudson Street**<br>**New York, NY 10014** | **Customer Contract** |
| **Enterprise**<br>**(Rent-A-Car)**<br>**600 Corporate Park Drive**<br>**Saint Louis, MO 63105** | **Customer Contract** |
| **Epiduo (Deutsch)**<br>**Deutsch Inc.**<br>**P.O. Box 542012**<br>**Omaha, NE 68154-8012** | **Customer Contract** |

Sheet __28__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Video Monitoring Services of America, LP**                              , Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Erie News Tracks**<br>**Attn: Bill Pfister**<br>**3201 Loveland Avenue**<br>**Erie, PA 16506** | **Collocation Contract** |
| **Erlanger Health System**<br>**975 E. 3Rd Street**<br>**Chattanooga, TN 37403** | **Customer Contract** |
| **Eucerin/Nivea (FCB)**<br>**FCB NY**<br>**100 W. 33rd Street, 5th Floor**<br>**New York, NY 10001** | **Customer Contract** |
| **David and Tammy Evans**<br>**1568 1/2 G96 Lane**<br>**Delta, CO 81416** | **Collocation Contract** |
| **David and Tammy Evans**<br>**520 Main Street**<br>**Delta, CO 81416** | **Collocation Contract** |
| **Exxon Mobil (EuroRSCG)**<br>**3700 W. 190Th St**<br>**Torrance, CA 90509** | **Customer Contract** |
| **Fage (Mullen)**<br>**Mullen Communications**<br>**101 N. Cherry St., 6th Floor**<br>**Winston Salem, NC 27101-4013** | **Customer Contract** |
| **Fage (Mullen)**<br>**USA Dairy Ind.**<br>**1 Opportunity Drive**<br>**Johnstown, NY 12095** | **Customer Contract** |
| **Fage Yogurt**<br>**1 Opportunity Drive**<br>**Johnstown, NY 12095** | **Customer Contract** |
| **Fairview Health**<br>**2101 Munnehaha Avenue**<br>**Minneapolis, MN 55404** | **Customer Contract** |
| **Falkson Inc.**<br>**501 Washington Avenue**<br>**Pleasantville, NY 10570** | **Customer Contract** |
| **Farmer's Insurance**<br>**4680 Wilshire Blvd**<br>**Los Angeles, CA 90010** | **Customer Contract** |

Sheet  **29**  of  **97**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP__ _____, Case No. _____
                                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Federal Reserve Bank of NY**<br>**East Rutherford Operations Ctr**<br>**100 Orchard Street**<br>**East Rutherford, NJ 07073** | **Customer Contract** |
| **FedEx**<br>**3610 Hacks Cross Road**<br>**Building A, 1St Floor**<br>**Memphis, TN 38125** | **Customer Contract** |
| **Feld Entertainment**<br>**8607 Westwood Center Drive**<br>**Vienna, VA 22182** | **Customer Contract** |
| **Fiberpipe**<br>**10215 West Emerald St.**<br>**Ste 160**<br>**Boise, ID 83704** | **Collocation Contract** |
| **Fifth Third Bank**<br>**1000 Town Center**<br>**Suite 1500**<br>**Southfield, MI 48075** | **Customer Contract** |
| **First Ins Company of Hawaii**<br>**P.O. Box 2666**<br>**Honolulu, HI 96803** | **Customer Contract** |
| **First Line Media**<br>**426 Trabert Ave**<br>**Atlanta, GA 30309** | **Customer Contract** |
| **Five Guys Enterprises**<br>**10440 Furance Road**<br>**Suite 205**<br>**Lorton, VA 22079** | **Customer Contract** |
| **Five Strings**<br>**Attn: Steve Wasilyk**<br>**484 Union St.**<br>**Saint Peter, MN 56082** | **Collocation Contract** |
| **Fleishman Navistar**<br>**Fleishman Hillard**<br>**220 East 42nd St., 12th Floor**<br>**New York, NY 10017** | **Customer Contract** |
| **Fleishman-Hillard AT&T**<br>**220 East 42Nd Street**<br>**12th Floor**<br>**New York, NY 10017** | **Customer Contract** |

Sheet __30__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Video Monitoring Services of America, LP**                                    ,   Case No. _____

                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Fleishman-Hillard Gatorade**<br>**220 East 42Nd Street**<br>**12th Floor**<br>**New York, NY 10017** | **Customer Contract** |
| **Fleishman/Krispy Kreme**<br>**Fleishman Hillard**<br>**220 East 42nd St., 12th Floor**<br>**New York, NY 10017** | **Customer Contract** |
| **Fleishman/St Baldricks**<br>**Fleishman Hillard**<br>**220 East 42nd St., 12th Floor**<br>**New York, NY 10017** | **Customer Contract** |
| **Flood City Internet Service**<br>**c/o Atlantic Broadband**<br>**120 South Mont Blvd.**<br>**Johnstown, PA 15905** | **Collocation Contract** |
| **Flowserve Corp**<br>**5215 N. O'Connor Blvd.**<br>**Suite 2300**<br>**Irving, TX 75039** | **Customer Contract** |
| **Mark Folsom**<br>**7793 Vernon Rd., S.**<br>**Cicero, NY 13039** | **Collocation Contract** |
| **Food Lion**<br>**Ames Scullin O'Haire**<br>**245 Peachtree St NE 23rd Fl**<br>**Atlanta, GA 30303** | **Customer Contract** |
| **Food Network**<br>**1180 Avenue Of The Americas**<br>**12th Floor**<br>**New York, NY 10036** | **Customer Contract** |
| **Foot Locker (SAPNitro)**<br>**112 West 34Th Street**<br>**3rd Floor**<br>**New York, NY 10120** | **Customer Contract** |
| **Fort Worth Housing Authority**<br>**1201 East 13Th Street**<br>**Fort Worth, TX 76102** | **Customer Contract** |
| **Fort Worth Independent School District**<br>**100 N. University Drive**<br>**Suite Nw-140E**<br>**Fort Worth, TX 76107** | **Customer Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Video Monitoring Services of America, LP**                              ,    Case No. _____

                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Fort Worth Zoo**<br>**1989 Colinial Pkwy.**<br>**Fort Worth, TX 76110** | **Customer Contract** |
| **Found Knowledge**<br>**3215 Golf Road**<br>**#291**<br>**Delafield, WI 53018** | **Customer Contract** |
| **Four Winds Casino**<br>**11111 Wilson  Road**<br>**New Buffalo, MI 49117** | **Customer Contract** |
| **Fred Fouse**<br>**18 Stone Oak Cove**<br>**Jackson, TN 38305** | **Collocation Contract** |
| **Ronald Fowler**<br>**1582 Twin Lakes Circle**<br>**Tallahassee, FL 32311** | **Collocation Contract** |
| **Francisco & Maria Estrada**<br>**507 Reynolds**<br>**Laredo, TX 78040** | **Collocation Contract** |
| **Cody Franklin**<br>**182 India, Apt. #5**<br>**Brooklyn, NY 11222** | **Collocation Contract** |
| **Freeway Unlimited, LLC**<br>**Attn:  Min Hwang**<br>**1332 Atlantic Avenue**<br>**Atlantic City, NJ 08401** | **Collocation Contract** |
| **Steve & Ginny Freiburger**<br>**379 Poindexter Lane**<br>**Lexington, SC 29072** | **Collocation Contract** |
| **Frito Lay**<br>**7701 Legacy Drive**<br>**Public Affairs 2B-200**<br>**Plano, TX 75024** | **Customer Contract** |
| **FTI**<br>**3 Time Square**<br>**9th Floor**<br>**New York, NY 10036** | **Customer Contract** |
| **Fuss & O'Neil**<br>**Attn:  John Boyd**<br>**893 Main St**<br>**Manchester, CT 06040** | **Collocation Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                                           Best Case Bankruptcy

In re    **Video Monitoring Services of America, LP**          ,    Case No. _____

                                     Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Amanda Galiano**<br>**8 Chicot Cove**<br>**Maumelle, AR 72113** | **Collocation Contract** |
| **Gander Mountain (Richards Group)**<br>**8750 North Central Expressway**<br>**Dallas, TX 75231** | **Customer Contract** |
| **Garnier (Publicis)**<br>**7300 Lone Star Drive**<br>**Suite C200**<br>**Plano, TX 75024** | **Customer Contract** |
| **Gaylord Taylor**<br>**156 RR 3**<br>**Fairfield, IL 62837** | **Customer Contract** |
| **GCI**<br>**1300 Van Horn Rd**<br>**Fairbanks, AK 99701** | **Collocation Contract** |
| **GE Capital**<br>**P.O. Box 642111**<br>**Pittsburgh, PA 15264-2111** | **Office Equipment Maintenance Contract** |
| **Sherry Gegenbach**<br>**2304 Mimosa Dr.**<br>**Austin, TX 78745** | **Collocation Contract** |
| **General Dynamics ATP**<br>**Four Lake Pointe Plaza**<br>**2118 Water Ridge Parkway**<br>**Charlotte, NC 28217** | **Customer Contract** |
| **General Motors**<br>**300 Renaissance Center**<br>**Mc 482-C30-C75**<br>**Detroit, MI 48265-3000** | **Customer Contract** |
| **General Motors Company**<br>**(GM Goodwrench)**<br>**P.O. Box 33170**<br>**Detroit, MI 48232-5170** | **Customer Contract** |
| **General Services Administration**<br>**Communications & Marketing**<br>**1800 F. Street, Nw, Room 7014**<br>**Washington, DC 20405** | **Customer Contract** |
| **Genetech Boniva (EuroRSCG)**<br>**1800 F. Street, NW, Room 7014**<br>**Washington, DC 20405** | **Customer Contract** |

Sheet   **33**   of   **97**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Georgia Pacific-Brawny (DDB)**<br>**133 Peachtree St Ne**<br>**32Nd Floor**<br>**Atlanta, GA 30303** | **Customer Contract** |
| **Georgia Pacific-Quilted Northern (DDB)**<br>**133 Peachtree St Ne**<br>**32Nd Floor**<br>**Atlanta, GA 30303** | **Customer Contract** |
| **David Gerrity**<br>**7101 Rich Hill Road**<br>**Baltimore, MD 21212** | **Collocation Contract** |
| **GETNET, INC.**<br>**333 E. Indian School**<br>**Phoenix, AZ 85012** | **Collocation Contract** |
| **Stephanie Gibbs**<br>**3039 Sparrow Dr.**<br>**Sacramento, CA 95833** | **Collocation Contract** |
| **GlaxoSmithKline (MediaCom)**<br>**Gsk Us Processing/Genpact Ap**<br>**P.O. Box 981499**<br>**El Paso, TX 79998-1499** | **Customer Contract** |
| **Global Internetworking, Inc.**<br>**8484 Westpark Drive**<br>**Suite 720**<br>**Mc Lean, VA 22102** | **Bandwidth Contract** |
| **GM Customer Care - Leo Burnett**<br>**c/o Leo Burnett Company Inc.**<br>**35 W Wacker Drive**<br>**Chicago, IL 60601** | **Customer Contract** |
| **GMC Buick Martin Retail**<br>**Martin Retail Group**<br>**2801 University Blvd Ste 200**<br>**Birmingham, AL 35233** | **Customer Contract** |
| **Gold N Plump**<br>**P.O. Box 1106**<br>**Saint Cloud, MN 56302-1106** | **Customer Contract** |
| **Gold Strike Casino**<br>**Masterminds, Inc.**<br>**6727 Delilah Road**<br>**Egg Harbor Township, NJ 08234** | **Customer Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re     **Video Monitoring Services of America, LP**            ,     Case No. _____

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Gold Strike Hotel & Casino**<br>**No. 1 Main Street**<br>**P.O. Box 19278**<br>**Jean, NV 89019** | **Customer Contract** |
| **Golf Town**<br>**90 Allstate Parkway**<br>**Suite 800**<br>**Markhan 63R6H3** | **Customer Contract** |
| **Good Shepherd Medical Center**<br>**700 E. Marshall Ave.**<br>**Longview, TX 75601** | **Customer Contract** |
| **Goodwill Industries of Arizona**<br>**2626 West Beryl Avenue**<br>**Phoenix, AZ 85021** | **Customer Contract** |
| **Grand Casino Mille Lacs**<br>**700 Grand Avenue**<br>**Onamia, MN 56359** | **Customer Contract** |
| **Grand Central Station Internet**<br>**Attn: Mike Costellano**<br>**9308 Mansfield Rd, Ste 600A**<br>**Shreveport, LA 71118** | **Collocation Contract** |
| **Janice Graszer**<br>**417 12th Ave A**<br>**Erie, IL 61250** | **Collocation Contract** |
| **Greater Houston Partnership**<br>**1200 Smith St   Suite 700**<br>**Houston, TX 77002-4309** | **Customer Contract** |
| **Paul Gregoire**<br>**118 Sabourin Place**<br>**Winnipeg, Manitoba R3X0A6** | **Collocation Contract** |
| **Melissa Gremillion**<br>**6211 Manor Dr.**<br>**Alexandria, LA 71302** | **Collocation Contract** |
| **Randy Grice**<br>**1077 Rose Way**<br>**Zachary, LA 70791** | **Collocation Contract** |
| **GridSouth Networks, LLC**<br>**Attn: Scott Paul**<br>**3 West Garden St., #326**<br>**Pensacola, FL 32502** | **Collocation Contract** |

Sheet __35__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Griffin York & Krause**<br>**1025 Thomas Jefferson St. NW**<br>**Suite 310E**<br>**Washington, DC 20007** | **Customer Contract** |
| **Gulf Coast Regional**<br>**Blood Center**<br>**1400 La Concha**<br>**Houston, TX 77054** | **Customer Contract** |
| **H&M**<br>**215 Park Ave South**<br>**15th Floor**<br>**New York, NY 10001** | **Customer Contract** |
| **H&R Block**<br>**901 Marquette Avenue**<br>**Suite 2400**<br>**Minneapolis, MN 55402** | **Customer Contract** |
| **Hachette Filipacchi**<br>**P.O. Box 1305**<br>**New York, NY 10101** | **Customer Contract** |
| **Half Price Books**<br>**5803 East Northwest Highway**<br>**Dallas, TX 75231** | **Customer Contract** |
| **Hallmark**<br>**2501 Mcgee Trafficway**<br>**Mail Drop #101**<br>**Kansas City, MO 64108** | **Customer Contract** |
| **Hallmark**<br>**1177 Ave Of The Americas/15Th**<br>**New York, NY 10036** | **Customer Contract** |
| **Hamilton Beach**<br>**4421 Waterfront Drive**<br>**Glen Allen, VA 23060** | **Customer Contract** |
| **Hard Rock Hotel San Diego**<br>**207 5Th Avenue**<br>**San Diego, CA 92101** | **Customer Contract** |
| **Harrah's Entertainment**<br>**Harrah's Joliet**<br>**1333 Burr Ridge Parkway**<br>**Burr Ridge, IL 60527** | **Customer Contract** |
| **Harris Teeter**<br>**701 Crestdale Road**<br>**Matthews, NC 28105** | **Customer Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re    **Video Monitoring Services of America, LP**                                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Harvard Pilgrim Health Plan**<br>**93 Worcester Street**<br>**Wellesley, MA 02481** | **Customer Contract** |
| **Sharon & Tom Harvey**<br>**3500 Joan Ave**<br>**Evansville, IN 47715** | **Collocation Contract** |
| **Kurt Haverstock**<br>**1300 Western Ave.**<br>**Pittsburgh, PA 15233** | **Collocation Contract** |
| **Mark Haverstock**<br>**6835 Colleen Dr.**<br>**Youngstown, OH 44512** | **Collocation Contract** |
| **HBO**<br>**1100 Avenue Of The Americas**<br>**H11-47A**<br>**New York, NY 10036** | **Customer Contract** |
| **HBO**<br>**15455 N. Dallas Pkwy.**<br>**Suite 1200**<br>**Addison, TX 75001** | **Customer Contract** |
| **HBO**<br>**101 Marietta Street, Nw**<br>**Suite 3450**<br>**Atlanta, GA 30303-2720** | **Customer Contract** |
| **Health Net**<br>**21600 Oxnard Street**<br>**Woodland Hills, CA 91367** | **Customer Contract** |
| **Health Now BCBS - NY**<br>**P.O. Box 15013**<br>**Albany, NY 12212-5013** | **Customer Contract** |
| **HealthPlus**<br>**4234 Broadway**<br>**New York, NY 10033** | **Customer Contract** |
| **Mike and Pat Heckler**<br>**335 Lunar St**<br>**Sidney, OH 45365** | **Collocation Contract** |
| **Heineken**<br>**1676 Broadway**<br>**9th Floor**<br>**New York, NY 10016** | **Customer Contract** |

Sheet __37__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re     **Video Monitoring Services of America, LP**            ,     Case No. _____

                                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Heinz 10 Brands**<br>**225 North Michigan Avenue**<br>**24th Floor**<br>**Chicago, IL 60601** | **Customer Contract** |
| **Helzberg Diamonds**<br>**1825 Swift Avenue**<br>**Kansas City, MO 64116** | **Customer Contract** |
| **Henry Ford Health System**<br>**Henry Ford Hospital**<br>**2799 W. Grand Boulevard**<br>**Detroit, MI 48202** | **Customer Contract** |
| **Herkimer County Community College**<br>**100 Reservoir Road**<br>**Herkimer, NY 13350** | **Customer Contract** |
| **Hersheys**<br>**Hershey Company**<br>**P.O. Box 806**<br>**Hershey, PA 17033** | **Customer Contract** |
| **Juan Hidalgo**<br>**2 Mulberry Lane**<br>**Metuchen, NJ 08840** | **Collocation Contract** |
| **High Point Regional HealthSystem**<br>**P.O. Box 2356**<br>**High Point, NC 27261** | **Customer Contract** |
| **HILL & KNOWLTON (CHICAGO)**<br>**222 Merchandise Mart Plaza**<br>**Suite 275**<br>**Chicago, IL 60654** | **Customer Contract** |
| **HILL & KNOWLTON (HOUSTON)**<br>**808 Travis Street**<br>**Suite 2100**<br>**Houston, TX 77002** | **Customer Contract** |
| **HILL & KNOWLTON (LOS ANGELES)**<br>**1601 Cloverfield Boulevard**<br>**Suite 3000-N**<br>**Santa Monica, CA 90404** | **Customer Contract** |
| **HILL & KNOWLTON (NEW YORK)**<br>**825 Third Avenue**<br>**New York, NY 10022** | **Customer Contract** |
| **HILL & KNOWLTON (SAN FRANCISCO)**<br>**60 Green Street**<br>**San Francisco, CA 94111** | **Customer Contract** |

Sheet   __38__   of   __97__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                 Best Case Bankruptcy

In re **Video Monitoring Services of America, LP**                    ,          Case No. _____

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **HILL & KNOWLTON (TAMPA)**<br>**201 East Kennedy Boulevard**<br>**Suite 1611**<br>**Tampa, FL 33602** | **Customer Contract** |
| **HILL & KNOWLTON (WASHINGTON DC)**<br>**607 14Th Street, Nw**<br>**Suite 300**<br>**Washington, DC 20005** | **Customer Contract** |
| **HILL & KNOWLTON SAMCOR**<br>**2100 Ponce De Leon Boulevard**<br>**Suite 1201**<br>**Coral Gables, FL 33134** | **Customer Contract** |
| **Hippie Photography**<br>**Attn: George Hippie**<br>**113 N. Vine Street**<br>**North Platte, NE 69101** | **Collocation Contract** |
| **Hitachi Data Systems**<br>**P.O. Box 99257**<br>**Accounts Receivable**<br>**Chicago, IL 60693** | **Equipment and Software Contract** |
| **HiWAAY Internet Services**<br>**Attn: Ches Allen**<br>**1 Independence Dr. Ste 315**<br>**Birmingham, AL 35209** | **Collocation Contract** |
| **HNTB CORPORATION**<br>**1330 Broadway**<br>**Suite 1630**<br>**Oakland, CA 94612** | **Customer Contract** |
| **HOME DEPOT  INC.**<br>**2455 Paces Ferry Road Nw**<br>**Building C-17th Floor**<br>**Atlanta, GA 30339** | **Customer Contract** |
| **Hone Business Electronics**<br>**30 CR 5052**<br>**Berryville, AR 72616** | **Collocation Contract** |
| **Horizon BC/BS of New Jersey**<br>**Attn: Anne M. Gioioso**<br>**Three Penn Plaza East PP-06N**<br>**Newark, NJ 07105** | **Benefit Plan Contract** |
| **Hosted Solutions**<br>**Attn: Kevin Farnham**<br>**5301 Departure Dr., Ste 111**<br>**Raleigh, NC 27615** | **Collocation Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Video Monitoring Services of America, LP**                                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| HOT TOPIC, INC.<br>18305 E. San Jose Avenue<br>City Of Industry, CA 91748 | Customer Contract |
| Houston CVB<br>Greater Houston C&V<br>801 Congress Street<br>Houston, TX 77002 | Customer Contract |
| Dodd Howell<br>dba Contract Data Net<br>1111 48th Ave N, Ste 116<br>Myrtle Beac, SC | Collocation Contract |
| HSN<br>5Th Floor, Tower<br>1 Hsn Drive<br>Saint Petersburg, FL 33729 | Customer Contract |
| Susan Hughes<br>720 Fowler Street<br>Houston, TX 77007 | Collocation Contract |
| HUMANA INC<br>500 W. Main Street<br>Louisville, KY 40202 | Customer Contract |
| Hunter Communications<br>801 Enterprise Dr.<br>Central Point, OR 97502 | Collocation Contract |
| HUNTINGTON BANK<br>41 South High<br>Columbus, OH 43215 | Customer Contract |
| HYUNDAI MOTOR OF AMERICA<br>10550 Talbert Ave.<br>Public Relations Dept<br>Fountain Valley, CA 92708 | Customer Contract |
| I-10<br>Attn: Larry Miles<br>113 W. Main Street<br>Hallsville, TX 75650 | Collocation Contract |
| I-Step Communications<br>604 Mission Street<br>Second Floor<br>San Francisco, CA 94105 | Collocation Contract |

Sheet __40__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **IFM NORTH AMERICA, LLC**<br>**1115 Locust Street**<br>**Suite 500**<br>**Saint Louis, MO 63101** | **Customer Contract** |
| **IKEA US EAST, LLC-211**<br>**420 Alan Wood Road**<br>**Conshohocken, PA 19428** | **Customer Contract** |
| **Independent Ins Agents and**<br>**Brokers of America**<br>**127 S. Peyton Street**<br>**Alexandria, VA 22314** | **Customer Contract** |
| **INDY RACING LEAGUE**<br>**P.O. Box 24577**<br>**Indianapolis, IN 46224** | **Customer Contract** |
| **Innovative Solutions Group**<br>**Attn: Daniel R. Deininger**<br>**418 North Last Chance Gulch**<br>**Helena, MT 59601** | **Collocation Contract** |
| **INSTANT TAX SERVICES**<br>**One South Main Street**<br>**Suite 1400**<br>**Dayton, OH 45402** | **Customer Contract** |
| **INSTYLE MAGAZINE**<br>**1271 Avenue Of The Americas**<br>**New York, NY 10020** | **Customer Contract** |
| **Int'l Congress of Human Rights**<br>**101 Place Jean-Paul Riopelle**<br>**Montreal QC Canada**<br>**H2Z 8122** | **Customer Contract** |
| **International Delight Leo B**<br>**(Leo Burnett Company, Inc.)**<br>**35 W. Wacker Drive**<br>**Chicago, IL 60601** | **Customer Contract** |
| **INTERNATIONAL PAPER CO.**<br>**6400 Poplar Ave.**<br>**Memphis, TN 38197** | **Customer Contract** |
| **Internet Technologies**<br>**Attn: Steve McGough**<br>**330 Shipyard Blvd.**<br>**Wilmington, NC 28412** | **Collocation Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re   **Video Monitoring Services of America, LP**                              ,   Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **INVACARE CORPORATION**<br>**P.O. Box 4028**<br>**Elyria, OH 44035** | **Customer Contract** |
| **Iron Bay Net**<br>**315 South Front St.**<br>**Marquette, MI 49855** | **Collocation Contract** |
| **Iron Mountain**<br>**PO Box 27129**<br>**New York, NY 10087** | **Professional contract  - Offsite Storage** |
| **Island Technology Networks**<br>**Attn:  Dustin Kemp**<br>**1301 Riverplace Blvd. Ste 1650**<br>**Jacksonville, FL 32207** | **Collocation Contract** |
| **ISPNET LLC**<br>**Attn:  Bill Palma**<br>**224 Huffer Rd**<br>**Hilton, NY 14468** | **Collocation Contract** |
| **ITS**<br>**Independent Telecommunications**<br>**4079 Park East Ct. SE**<br>**Grand Rapids, MI 49546** | **Bandwidth Contract** |
| **J&J Listerine**<br>**Johnson & Johnson**<br>**201 Tabor Road**<br>**Morris Plains, NJ 07350** | **Customer Contract** |
| **J&J Upper Respiratory**<br>**Johnson & Johnson**<br>**201 Tabor Road**<br>**Morris Plains, NJ 07350** | **Customer Contract** |
| **J&J Visine**<br>**Johnson & Johnson**<br>**201 Tabor Road**<br>**Morris Plains, NJ 07350** | **Customer Contract** |
| **J&J-Imodium, Mylanta, Pepcid**<br>**Johnson & Johnson**<br>**201 Tabor Road**<br>**Morris Plains, NJ 07350** | **Customer Contract** |
| **J&J-Neosporin**<br>**Johnson & Johnson**<br>**201 Tabor Road**<br>**Morris Plains, NJ 07350** | **Customer Contract** |

Sheet __42__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

In re  **Video Monitoring Services of America, LP**                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **J.H. Cohn LLP**<br>**1212 Avenue of the Americas**<br>**New York, NY 10036** | **Professional Contract** |
| **J.M. SMUCKERS COMPANY**<br>**ONE STRAWBERRY LANE**<br>**ORRVILLE, OH 44667** | **Customer Contract** |
| **JACKSON HEWITT, INC.**<br>**3 Sylvan Way**<br>**3rd Floor**<br>**Parsippany, NJ 07054** | **Customer Contract** |
| **JACKSON SPALDING, INC.**<br>**1100 Peachtree Street Ne**<br>**Suite # 900**<br>**Atlanta, GA 30309** | **Customer Contract** |
| **Allen M. Jackson**<br>**105 South Lake Circle**<br>**Monroe, LA 71203** | **Collocation Contract** |
| **Gary Jany**<br>**4002 S. 1st Street**<br>**Louisville, KY 40214** | **Collocation Contract** |
| **JC Penney**<br>**375 Hudson Street**<br>**New York, NY 10014** | **Customer Contract** |
| **JC Penny (Saatchi & Saatchi)**<br>**375 Hudson Street**<br>**New York, NY 10014** | **Customer Contract** |
| **Mike Jensen**<br>**326 St. Charles St.**<br>**Rapid City, SD 57701** | **Collocation Contract** |
| **Jerome American Internet Serv**<br>**9305 Lightwave Ave.**<br>**San Diego, CA 92123** | **Collocation Contract** |
| **JERRY BROWN 2010**<br>**291 3Rd Street**<br>**Oakland, CA 94607** | **Customer Contract** |
| **JET BLUE**<br>**90 Park Avenue**<br>**New York, NY 10017** | **Customer Contract** |

Sheet __43__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

In re __Video Monitoring Services of America, LP_____ , Case No. _____
                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **JET PROPULSION LABORATORY**<br>**4800 Oak Grove Drive**<br>**Bldg. 186-131**<br>**Pasadena, CA 91101** | **Customer Contract** |
| **JO MALONE**<br>**575 Broadway**<br>**2Nd Floor**<br>**New York, NY 10012** | **Customer Contract** |
| **JOHNSON & JOHNSON**<br>**201 Tabor Road**<br>**Morris Plains, NJ 07350** | **Customer Contract** |
| **Neal Johnson**<br>**18830 N. 34th Ln.**<br>**Unit #1**<br>**Phoenix, AZ 85027** | **Collocation Contract** |
| **JSH & A PUBLIC RELATIONS**<br>**2 Transam Plaza Drive**<br>**Suite 450**<br>**Oakbrook Terrace, IL 60181** | **Customer Contract** |
| **Juneau Information Services**<br>**Attn: Bret Connell**<br>**1407 5th Street**<br>**Douglas, AK 99824** | **Collocation Contract** |
| **JWT/Pristiq-Phizer**<br>**JWT Corp. Headquarters**<br>**466 Lexington Avenue**<br>**New York, NY 10017** | **Customer Contract** |
| **JWT/Pristiq-Phizer**<br>**Phizer Corp. Office**<br>**235 E. 42nd Street**<br>**New York, NY 10017** | **Customer Contract** |
| **Kaback Enterprises**<br>**45 West 25th Street, 7th Floor**<br>**New York, NY 10010** | **Office Equipment Maintenance Contract** |
| **Kahala Corp.**<br>**9311 East Via De Ventura**<br>**Scottsdale, AZ 85258** | **Customer Contract** |
| **Lisa Kaser**<br>**37 Charles Drive**<br>**Dover, OH 44622** | **Collocation Contract** |

Sheet __44__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

In re    **Video Monitoring Services of America, LP**         ,      Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Kashi (Amazon Advertising)**<br>**P.O. Box A3368**<br>**Chicago, IL 60690-3368** | **Customer Contract** |
| **KCD INC**<br>**2835 Townsgate Road**<br>**Suite 110**<br>**Westlake Village, CA 91361** | **Customer Contract** |
| **KCWeb**<br>**Attn: Brian Hitchcock**<br>**607 N. Armstrong**<br>**Pleasant Hill, MO 64080** | **Collocation Contract** |
| **Michelle Kearby**<br>**1317 St. Andrews Road**<br>**San Angelo, TX 76904** | **Collocation Contract** |
| **Kellogg's - Leo Burnett**<br>**Kellog Company**<br>**One Kellog Square**<br>**Battle Creek, MI 49016** | **Customer Contract** |
| **KELLY SERVICES**<br>**999 West Big Beaver Road**<br>**Troy, MI 48084** | **Customer Contract** |
| **NylaKenne**<br>**306 North 17th St**<br>**Indianola, IA 50125** | **Collocation Contract** |
| **Dennis Kennedy**<br>**6215 East Ninth**<br>**Wichita, KS 67208** | **Collocation Contract** |
| **Ketchum - Heartstart**<br>**Ketchum Inc.**<br>**6 PPG Place, 12th Floor**<br>**Pittsburgh, PA 15222** | **Customer Contract** |
| **Ketchum - Pfizer**<br>**Ketchum Inc.**<br>**6 PPG Place, 12th Floor**<br>**Pittsburgh, PA 15222** | **Customer Contract** |
| **Ketchum BCBS**<br>**Ketchum Inc.**<br>**6 PPG Place, 12th Floor**<br>**Pittsburgh, PA 15222** | **Customer Contract** |

Sheet __45__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ketchum Food Network**<br>**Ketchum Inc.**<br>**6 PPG Place, 12th Floor**<br>**Pittsburgh, PA 15222** | **Customer Contract** |
| **KETCHUM INC**<br>**6 PPG Place, 12th Floor**<br>**Pittsburgh, PA 15222** | **Customer Contract** |
| **Ketchum Ironman Triathlon**<br>**Ketchum Inc.**<br>**6 PPG Place, 12th Floor**<br>**Pittsburgh, PA 15222** | **Customer Contract** |
| **Ketchum Media Focus**<br>**Ketchum Inc.**<br>**6 PPG Place, 12th Floor**<br>**Pittsburgh, PA 15222** | **Customer Contract** |
| **Ketchum Milk Advsiory Board**<br>**Ketchum Inc.**<br>**6 PPG Place, 12th Floor**<br>**Pittsburgh, PA 15222** | **Customer Contract** |
| **Ketchum USDA Food Pyramid**<br>**Ketchum Inc.**<br>**6 PPG Place, 12th Floor**<br>**Pittsburgh, PA 15222** | **Customer Contract** |
| **KEYBANK CORP.**<br>**800 Superior Avenue**<br>**Mailcode: Oh-01-02-2038**<br>**Cleveland, OH 44114** | **Customer Contract** |
| **George Keyser**<br>**5040 Yesness Lane**<br>**Casper, WY 82604** | **Collocation Contract** |
| **KEYSTONE MERCY HEALTH**<br>**100 Stevens Drive**<br>**Philadelphia, PA 19113** | **Customer Contract** |
| **KGB TEXAS PUBLIC RELATIONS**<br>**1919 Oakwell Farms Parkway**<br>**Suite 100**<br>**San Antonio, TX 78218** | **Customer Contract** |
| **KINDRED HEALTHCARE, INC.**<br>**680 South Fourth Street**<br>**Louisville, KY 40202** | **Customer Contract** |

Sheet __46__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Video Monitoring Services of America, LP**            ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Kinsella Media**<br>**2120 L Street NW, Suite 860**<br>**Washington, DC 20037** | **Customer Contract** |
| **KIS**<br>**Attn:  John Vernon**<br>**176 S. Rosemont Rd**<br>**Virginia Beach, VA 23452** | **Collocation Contract** |
| **KNOTT'S BERRY FARM**<br>**8039 Beach Blvd**<br>**Buena Park, CA 90620** | **Customer Contract** |
| **Koch Companies**<br>**Koch Industries**<br>**4111 East 37th Street North**<br>**Wichita, KS 67220** | **Customer Contract** |
| **KOCH INDUSTRIES**<br>**4111 E. 37Th Street North**<br>**Witchita, KS 67220** | **Customer Contract** |
| **Kronos**<br>**P.O. Box 845748**<br>**Boston, MA 02284-5748** | **Office Equipment Maintenance Contract** |
| **Harvey Kronzek**<br>**6573 Rosemoor St**<br>**Pittsburgh, PA 15217** | **Collocation Contract** |
| **L'OREAL**<br>**575 5Th Avenue, 9th Fl.**<br>**New York, NY 10017** | **Customer Contract** |
| **L'Oreal Cosmetics (McCann)**<br>**L'Oreal**<br>**575 5th Ave, 9th Fl.**<br>**New York, NY 10017** | **Customer Contract** |
| **L'Oreal Hair Care**<br>**L'Oreal**<br>**575 5th Ave., 9th Fl.**<br>**New York, NY 10017** | **Customer Contract** |
| **L'Oreal Hair Color**<br>**575 5th Ave., 9th Fl.**<br>**New York, NY 10017** | **Customer Contract** |
| **L'Oreal Skin Care**<br>**L'Oreal**<br>**575 5th Ave., 9th Fl.**<br>**New York, NY 10017** | **Customer Contract** |

Sheet __47__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Video Monitoring Services of America, LP**                          ,  Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Laforce & Stevens**<br>**Veuve Clicqot - Polo Classic**<br>**132 West 21st Street**<br>**New York, NY 10011** | **Customer Contract** |
| **Laforce Up & Up**<br>**Laforce & Stevens**<br>**132 West 21st Street**<br>**New York, NY 10011** | **Customer Contract** |
| **Laguna Beach Arts Festival**<br>**650 Laguna Canyon Road**<br>**Laguna Beach, CA 92651** | **Customer Contract** |
| **LAKE ERIE COLLEGE**<br>**OF OSTEOPATHIC MEDICINE**<br>**1858 W. Grandview Blvd.**<br>**Erie, PA 16509** | **Customer Contract** |
| **Lakota Data Center**<br>**1001 Texas Ave., Suite 330**<br>**Houston, TX 77002** | **Collocation Contract** |
| **LAMBERT EDWARDS & ASSOCIATES**<br>**47 Commerce**<br>**Grand Rapids, MI 49503** | **Customer Contract** |
| **LANCASTER GENERAL HEALTH**<br>**P.O. Box 3555**<br>**Lancaster, PA 17604-3555** | **Customer Contract** |
| **Land Rover (National System)**<br>**P.O. Box 29165 - DuBai**<br>**United Arab**<br>**Emirates** | **Customer Contract** |
| **Lantus (Arnold)**<br>**110 Fifth Avenue**<br>**New York, NY 10011** | **Customer Contract** |
| **Largemouth PR**<br>**Largemouth Communications**<br>**111 Wheatsbury Drive**<br>**Cary, NC 27513** | **Customer Contract** |
| **LATINO POLICY FORUM**<br>**180 N. Michigan Ave.**<br>**Suite 1250**<br>**Chicago, IL 60601** | **Customer Contract** |
| **Latisys**<br>**17222 Von Kamen Avenue**<br>**Irvine, CA 92614** | **Collocation Contract** |

Sheet __48__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Video Monitoring Services of America, LP**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Latisys**<br>**1808 Swift Building C**<br>**Oak Brook, IL 60523** | |
| **Latisys**<br>**393 Inverness Parkway**<br>**Englewood, CO 80112** | **Collocation Contract** |
| **Laura Soll Public Relations**<br>**29 Box Turtle Lane**<br>**Windsor, CT 06095** | **Customer Contract** |
| **LEGACY**<br>**1724 Massachusetts Avenue, Nw**<br>**Washington, DC 20036** | **Customer Contract** |
| **Dave Leo**<br>**170 Oak Avenue**<br>**Shirley, NY 11967** | **Collocation Contract** |
| **Kathleen Lescynski**<br>**10716 Trappers Creek Dr.**<br>**Raleigh, NC 27614** | **Collocation Contract** |
| **Letter B Productions**<br>**Attn: Beth Taylor**<br>**139 Huntington Dr**<br>**Hattiesburg, MS 39402** | **Collocation Contract** |
| **Bob & Mary Levengood**<br>**96 Cold Spring Road**<br>**Stamford, CT 06905** | **Collocation Contract** |
| **LEWIS COMMUNICATIONS**<br>**30 Burton Hills Blvd.**<br>**Suite 207**<br>**Nashville, TN 37215** | **Customer Contract** |
| **LEWISVILLE INDEPENDENT SCHOOL DISTRICT**<br>**P.O. Box 217**<br>**Lewisville, TX 75067** | **Customer Contract** |
| **Lexis Nexis**<br>**P.O. Box 7247-7090**<br>**Philadelphia, PA 19170-7090** | **Third Party Data Contract** |
| **LIA SOPHIA**<br>**1235 North Mittel Blvd.**<br>**Wood Dale, IL 60191** | **Customer Contract** |

Sheet __49__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

In re **Video Monitoring Services of America, LP** _____ , Case No. _____

<center>Debtor</center>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<center>(Continuation Sheet)</center>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Liberated Networks, Inc.**<br>**Attn: Michael Reynolds**<br>**2686 Agricola St.**<br>**Halifax, VA 24558** | **Collocation Contract** |
| **LIFEGIFT ORGAN DONATION CENTER**<br>**2510 Westridge Street**<br>**Houston, TX 77054** | **Customer Contract** |
| **LifeGrid Internet**<br>**Attn: Ken Blanchet**<br>**1810 Broadripple Ave., #12A**<br>**Indianapolis, IN 46220** | **Collocation Contract** |
| **LIFELOCK, INC.**<br>**60 East Rio Salado Pkwy.**<br>**#400**<br>**Tempe, AZ 85281** | **Customer Contract** |
| **Linhart PR for Red Robin**<br>**Linhart Public Relations**<br>**2340 Blake Street**<br>**Denver, CO 80205** | **Customer Contract** |
| **Linhart Public Relations**<br>**2340 Blake Street**<br>**Denver, CO 80205** | **Customer Contract** |
| **Livewire Information Systems**<br>**Monterey Bay Internet**<br>**915 Harkins Rd**<br>**Salinas, CA 93905** | **Collocation Contract** |
| **LIVING SPACES FURNITURE, LLC**<br>**14501 Artesia Blvd.**<br>**La Mirada, CA 90638** | **Customer Contract** |
| **Logical Int. Solutions**<br>**Dept. # 172301**<br>**P.O. Box 67000**<br>**Detroit, MI 48267-1723** | **Equipment and Software Contract** |
| **Logical Networks, Inc.**<br>**6 Venture Ste 100**<br>**Irvine, CA 92618** | **Equipment and Software Contract** |
| **Long Island University**<br>**1 University Plaza**<br>**(Flatbush & DeKalb Aves)**<br>**Brooklyn, NY 11201** | **Customer Contract** |

Sheet __50__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Video Monitoring Services of America, LP**                                    ,   Case No. _____

                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **LOOMIS GROUP, INC.**<br>**345 Spear Street**<br>**Suite 110**<br>**San Francisco, CA 94105** | **Customer Contract** |
| **Lou Hammond Virginia Tourism**<br>**Lou Hammond & Associates**<br>**39 East 51st Street**<br>**New York, NY 10022** | **Customer Contract** |
| **Scott Louden**<br>**20835 NW 1st Street**<br>**Hollywood, FL 33029** | **Collocation Contract** |
| **LOUIS VUITTON**<br>**1 East 57Th Street**<br>**8th Floor**<br>**New York, NY 10022** | **Customer Contract** |
| **LOYOLA UNIVERSITY MEDICAL CENTER**<br>**8601 West Roosevelt Road**<br>**Forest Park, IL 60130** | **Customer Contract** |
| **LUCAS FILM LTD**<br>**1110 Gorgas Ave**<br>**San Francisco, CA 94129** | **Customer Contract** |
| **Lucky Strike Hollywood Bowl**<br>**dba Lucky Strike Lanes**<br>**6801 Hollywood Boulevard**<br>**Los Angeles, CA 90028** | **Customer Contract** |
| **Donald & Sandra Lusk**<br>**164 Rendant Avenue**<br>**Savannah, GA 31419** | **Collocation Contract** |
| **Lutheran Health Network**<br>**7950 West Jefferson Boulevard**<br>**Fort Wayne, IN 46804-4140** | **Customer Contract** |
| **Scott & Christi Lynn**<br>**6625 Glade Park Drive**<br>**Colorado Springs, CO 80918** | **Collocation Contract** |
| **Lyrica (Kaplan Thaler)**<br>**Kaplan Thaler**<br>**1675 Broadway**<br>**New York, NY 10019** | **Customer Contract** |
| **M BOOTH & ASSOC.**<br>**300 Park Avenue South**<br>**12th Floor**<br>**New York, NY 10010** | **Customer Contract** |

Sheet __51__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __**Video Monitoring Services of America, LP**_____,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **M&M Mars (BBDO)**<br>**1285 Avenue of the Americas**<br>**5th Floor**<br>**New York, NY 10019** | **Customer Contract** |
| **M&T Bank / Crowley Webb**<br>**One M&T Plaza, 4th Floor**<br>**Buffalo, NY 14203** | **Customer Contract** |
| **MAC for ELC**<br>**Mac Cosmetics**<br>**130 Prince Street, 2nd Floor**<br>**New York, NY 10012** | **Customer Contract** |
| **MAGICBULLET MEDIA**<br>**104 W. 27Th Street**<br>**Suite 11C**<br>**New York, NY 10001** | **Customer Contract** |
| **MAKE UP FOR EVER, USA**<br>**208 Frenwood Avenue**<br>**Englewood, NJ 08837** | **Customer Contract** |
| **Makeup Forever**<br>**853 Broadway**<br>**10th Floor**<br>**New York, NY 10003** | **Customer Contract** |
| **Mango Bay Internet**<br>**Attn: Alan Jacubenta**<br>**1277 E. Schaaf Rd, Suite 4**<br>**Independence, OH 44131** | **Collocation Contract** |
| **MARINA DISTRICT DEVELOPMENT COMPANY, LLC**<br>**Dba-The Borgata**<br>**One Borgata Way**<br>**Atlantic City, NJ 08401** | **Customer Contract** |
| **MARION MONTGOMERY, INC.( HOUSTON)**<br>**2412 South Blvd.**<br>**Houston, TX 77098** | **Customer Contract** |
| **Mars-Combos (TBWA)**<br>**488 Madison Avenue**<br>**New York, NY 10017** | **Customer Contract** |
| **MARSHALL & ILSLEY CORPORATION**<br>**770 North Water Street**<br>**Mail Code: Nw 11**<br>**Milwaukee, WI 53207** | **Customer Contract** |

Sheet __**52**__ of __**97**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Video Monitoring Services of America, LP**                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Joey & Karen Martin**<br>**5710 Abby Dr.**<br>**Corpus Christi, TX 78413** | **Collocation Contract** |
| **Kimberly Martinez**<br>**5303 221st St., S.W.**<br>**Mountlake Terrace, WA 98043** | **Collocation Contract** |
| **MARY WASHINGTON HEALTHCARE**<br>**Stafford Hospital**<br>**101 Hospital Center Blvd.**<br>**Stafford, VA 22554** | **Customer Contract** |
| **MASSACHUSETTS GENERAL HOSP**<br>**100 Charles Street**<br>**Boston, MA 02114** | **Customer Contract** |
| **Mastercard (Worldwide)**<br>**P.O. Box 399**<br>**Purchase, NY 10577** | **Customer Contract** |
| **MASTERCARD INTERNATIONAL**<br>**2000 Purchase Street**<br>**Purchase, NY 10577** | **Customer Contract** |
| **MASTERCARD WORLDWIDE**<br>**P.O. Box 399**<br>**Purchase, NY 10577** | **Customer Contract** |
| **Matmon Internet**<br>**303 West Capital Ave. Ste 150**<br>**Little Rock, AR 72201** | **Collocation Contract** |
| **Maxalt-Migrane (CommonHealth)**<br>**CommonHealth USA**<br>**400 Interplace Parkway**<br>**Parsippany, NJ 07054** | **Customer Contract** |
| **Maybelline-DMI Div (Gotham)**<br>**Gotham Incorp.**<br>**150 East 42nd Street**<br>**New York, NY 10017** | **Customer Contract** |
| **MAYO CLINIC**<br>**200 First Street Southwest**<br>**Rochester, MN 55905** | **Customer Contract** |
| **MAYO CLINIC - JACKSONVILLE**<br>**4500 San Pablo Road.**<br>**Jacksonville, FL 32224** | **Customer Contract** |

Sheet __53__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP__ , Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **McAfee**<br>**5000 Headquarters Drive**<br>**Plano, TX 75024** | **Customer Contract** |
| **MCAFEE.COM**<br>**5000 Headquarters Drive**<br>**Ms 2Sap**<br>**Plano, TX 75024** | **Customer Contract** |
| **McDonald's Denver Hispanic**<br>**McDonald's Corporation**<br>**1 Kroc Drive**<br>**Oak Brook, IL 60523** | **Customer Contract** |
| **McDonald's MO**<br>**McDonald's Corporation**<br>**1 Kroc Drive**<br>**Oak Brook, IL 60523** | **Customer Contract** |
| **McDonald's NE**<br>**McDonald's Corporation**<br>**1 Kroc Drive**<br>**Oak Brook, IL 60523** | **Customer Contract** |
| **Matt McElwreath**<br>**PO Box 270423**<br>**Tampa, FL 33688** | **Collocation Contract** |
| **Brian McGrath**<br>**2944 Northern Woods Lane**<br>**Columbus, OH 43231** | **Collocation Contract** |
| **Michelle (Shelly) McLean**<br>**39 Lebanon Rd**<br>**Winterport, ME 04496** | **Collocation Contract** |
| **Murry McMurry**<br>**811 Rosewood Ave. SE**<br>**Grand Rapids, MI 49506** | **Collocation Contract** |
| **MD Anderson**<br>**Cancer Center**<br>**P.O. Box 301401**<br>**Houston, TX 77230-1401** | **Customer Contract** |
| **Meadows Racetrack & Casino**<br>**210 Racetrack Road**<br>**Washington, PA 15301-8966** | **Customer Contract** |
| **MEDCO**<br>**(Health Solutions)**<br>**100 Parsons Pond Drive**<br>**Franklin Lakes, NJ 07417** | **Customer Contract** |

Sheet __54__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Video Monitoring Services of America, LP**                        ,      Case No. _____

                                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Media Arts Lab**<br>**12539 Beatrice Street**<br>**Los Angeles, CA 90066** | **Customer Contract** |
| **Media Arts Lab Caceled Reporting**<br>**12539 Beatrice Street**<br>**Los Angeles, CA 90066** | **Customer Contract** |
| **Media Monitors**<br>**14440 Collection Center Drive**<br>**Chicago, IL 60693** | **Third Party Data Contract** |
| **Chris Meers**<br>**712N 2nd St. Ste 300**<br>**Saint Louis, MO 63120** | **Collocation Contract** |
| **MegaQuebec**<br>**400 Boul Jean Lesage, Ste 215**<br>**Quebec City, QC G1K8W1** | **Collocation Contract** |
| **Memorial Healthcare**<br>**Memorial Hermann Haalthcare**<br>**929 Gessner, Suite 2515**<br>**Houston, TX 77024** | **Customer Contract** |
| **MERCK & COMPANY**<br>**Ptp Shared Services**<br>**Po Box 1700**<br>**Whitehouse Station, NJ 08889-1760** | **Customer Contract** |
| **Mercury Group - NRA**<br>**Ackerman**<br>**201 North Union St., Ste. 510**<br>**Alexandria, VA 22314** | **Customer Contract** |
| **Mercy Health Partners of**<br>**Southwest Ohio**<br>**4600 McAuley Place**<br>**Cincinnati, OH 45242** | **Customer Contract** |
| **Mercy Health System**<br>**of Philadelphia**<br>**One West Elm Street**<br>**Conshohocken, PA 19428** | **Customer Contract** |
| **Meridian Community College**<br>**Attn: Ray & Rhonda Denton**<br>**11451 Suqualena Rd**<br>**Meridian, MS 39305** | **Collocation Contract** |
| **Merit Financial**<br>**1300 4th Street, Suite 303**<br>**Santa Monica, CA 90401** | **Customer Contract** |

Sheet  **55**  of  **97**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP_____, Case No. _____

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Merrell**<br>**2300 Whittlesey Road**<br>**Columbus, GA 31909-3017** | **Customer Contract** |
| **METHODIST HOSPITAL PUBLIC RELATIONS**<br>**1707 Sunset Blvd.**<br>**Houston, TX 77055** | **Customer Contract** |
| **Metro Water District**<br>**Metropolitan Water**<br>**P.O. Box 54153**<br>**Los Angeles, CA 90054** | **Customer Contract** |
| **METROPOLITAN STATE COLLEGE OF DENVER**<br>**Administrative Building**<br>**1201 5th St Suite 560**<br>**Denver, CO 80204** | **Customer Contract** |
| **MICHAEL STORES INC.**<br>**8000 Bent Branch Drive**<br>**Irving, TX 75063** | **Customer Contract** |
| **Michelin**<br>**Michelin Tire Corp., Comm Dept**<br>**3A-1 Parkway South**<br>**Greenville, SC 29615** | **Customer Contract** |
| **Michelin (TBWA)**<br>**Michelin Tire Corp., Comm Dept**<br>**3A-1 Parkway South**<br>**Greenville, SC 29615** | **Customer Contract** |
| **MICHELIN TIRE CORPORATION**<br>**Communications Department 3A**<br>**1 Parkway South**<br>**Greenville, SC 29615** | **Customer Contract** |
| **Michigan Office of**<br>**Highway Safety**<br>**P.O. Box 30633**<br>**Lansing, MI 48909-8133** | **Customer Contract** |
| **Midtown Micro Svc.**<br>**Attn: Chris James**<br>**10824 Olson Dr. #C340**<br>**Rancho Cordova, CA 95670** | **Collocation Contract** |
| **Milk**<br>**P.O. Box 542045**<br>**Omaha, NE 68154** | **Customer Contract** |

Sheet __56__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **MILKEN FAMILY FOUNDATION**<br>**1250 4Th St, 2Nd Fl**<br>**Public & Governmental Affairs**<br>**Santa Monica, CA 90401** | **Customer Contract** |
| **MillerCoors**<br>**Miller Brewing**<br>**250 S. Wacker Dr., 10th Floor**<br>**Chicago, IL 60606** | **Customer Contract** |
| **Tad & Barbara Mindeman**<br>**402 Fort Trace Dr.**<br>**Lookout Mountain, GA 30750** | **Collocation Contract** |
| **Mini Cooper**<br>**Butler Shine & Stern**<br>**20 Libertry Ship Way #4118**<br>**Sausalito, CA 94965** | **Customer Contract** |
| **MINTEL INTERNATIONAL GROUP**<br>**351 West Hubbard Street**<br>**8th Floor**<br>**Chicago, O; 60654** | **Customer Contract** |
| **Mission for Belvedere**<br>**560 Broadway**<br>**Suite 604**<br>**New York, NY 10012** | |
| **MLT Video LLC**<br>**411 North Broadway**<br>**Lower Level**<br>**Rochester, MN 55906** | **Collocation Contract** |
| **MOET HENNESSY USA**<br>**85 Tenth Avenue**<br>**2Nd Floor**<br>**New York, NY 10011** | **Customer Contract** |
| **Mondo Code**<br>**737 Pearl Street**<br>**c/o Eric Kallgren**<br>**Boulder, CO 80302** | **Third Party Data Contract** |
| **Amy & Joe Montanari**<br>**1445 Wellington Oaks**<br>**Beaumont, TX 77706** | **Collocation Contract** |
| **MONTEFIORE HOSPITAL**<br>**111 East 210Th Street**<br>**Bronx, NY 10467** | **Customer Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

In re **Video Monitoring Services of America, LP**                    , Case No. _____

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Moreover**<br>**One Reynolds Way, 2C 3532**<br>**Attn: Michelle Poster**<br>**Dayton, OH 45430** | **Third Party Data Contract** |
| **MORGAN STANLEY**<br>**1221 Avenue Of The Americas**<br>**30th Floor**<br>**New York, NY 10020** | **Customer Contract** |
| **Matt Morgan**<br>**11851 76th St.**<br>**Largo, FL 33773** | **Collocation Contract** |
| **Nick Morgan**<br>**5428A Taylor Mill Rd**<br>**Latonia, KY 41015** | **Collocation Contract** |
| **Mosaic Technologies**<br>**15720 Cribbs Branch Way**<br>**Suite 2B**<br>**Derwood, MD 20855** | **Collocation Contract** |
| **Mark R. Moss**<br>**136 N. Graham Ave.**<br>**Salem, NC 27101** | **Collocation Contract** |
| **MOTIVATION MECHANIC,LLC**<br>**18 S 3Rd Street #3**<br>**Phildadelphia, PA 19106** | **Customer Contract** |
| **MSG Entertainment**<br>**2 Pennslyvania Plaza**<br>**New York, NY 10121** | **Customer Contract** |
| **Mullen- Men's Wearhouse**<br>**101 N. Cherry Street**<br>**6th Floor**<br>**Winston Salem, NC 27101** | **Customer Contract** |
| **Multi Byte Systems**<br>**Attn: Jerry Thompson**<br>**1905 E. Rancier Avenue**<br>**Killeen, TX 76541** | **Collocation Contract** |
| **MULTIVU, INC.**<br>**350 Hudson Street**<br>**Suite 300**<br>**New York, NY 10014** | **Customer Contract** |
| **Jack & Kelly Murray**<br>**230 Fairfield Dr.**<br>**Horseheads, NY 14845** | **Collocation Contract** |

Sheet __58__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re **Video Monitoring Services of America, LP** , Case No. _____

                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **MUSEUM OF SCIENCE & INDUSTRY**<br>**4801 E. Fowler Avenue**<br>**Tampa, FL 33617** | **Customer Contract** |
| **Nat'l Assoc. of Home Builders**<br>**1201 15th Street NW**<br>**Washington, DC 20005** | **Customer Contract** |
| **National Assoc. of Realtors**<br>**430 North Michigan Ave.**<br>**Chicago, IL 60611-4087** | **Customer Contract** |
| **National Association of**<br>**Music Merchants**<br>**5790 Armanda Drive**<br>**Carlsbad, CA 92008** | **Customer Contract** |
| **National Athletic Trainers Assoc.**<br>**2952 Stemmons Freeway #200**<br>**Dallas, TX 75247** | **Customer Contract** |
| **National Broadcasting Network**<br>**Level II, 100 Arthur Street**<br>**North Sydney, NSW 2060**<br>**AUSTRALIA** | **Customer Contract** |
| **National Center for Policy**<br>**Analysis, Suite 720**<br>**12655 N. Central Expressway**<br>**Dallas, TX 75243** | **Customer Contract** |
| **NATIONAL INSURANCE CRIME**<br>**1111 E. Touhy Avenue**<br>**Suite 400**<br>**Des Plaines, IL 60018** | **Customer Contract** |
| **Nationwide Financial**<br>**(McKinney)**<br>**318 Blackwell Street**<br>**Durham, NC 27701** | **Customer Contract** |
| **NBA PROPERTIES, INC.**<br>**645 5Th Avenue**<br>**Olympic Tower**<br>**New York, NY 10022** | **Customer Contract** |
| **Negma**<br>**100 East Royal Lane**<br>**Suite T-125**<br>**Irving, TX 75039** | **Collocation Contract** |

Sheet __59__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Video Monitoring Services of America, LP**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Neiman Marcus Group Services**<br>**1618 Main Street**<br>**Dallas, TX 75201** | **Customer Contract** |
| **Jim Nelson**<br>**140 Windland Way**<br>**Bowling Green, KY 42103** | **Collocation Contract** |
| **Nemours**<br>**P.O. Box 530253**<br>**Atlanta, GA 30384** | **Customer Contract** |
| **Net Connections of Bakersfield**<br>**4900 California Avenue**<br>**Tower B-210**<br>**Bakersfield, CA 93309** | **Collocation Contract** |
| **NET FLIX**<br>**100 Winchester Circle**<br>**Los Gatos, CA 95032** | **Customer Contract** |
| **Net Revolution**<br>**Attn: Daniel Rouleau**<br>**175 Queen Suite #105**<br>**Lennoxville, QC, Canada J1M1K1** | **Collocation Contract** |
| **Net Sonic**<br>**Attn: Adam Simpson**<br>**1263 Main St., Ste 123**<br>**Green Bay, WI 54302** | **Collocation Contract** |
| **Netexus Technologies**<br>**Attn: Scott Curtin**<br>**309 East Grant Street**<br>**Lebanon, PA 17042** | **Collocation Contract** |
| **Network Ops Ctr.**<br>**Attn: Morgan Miskell**<br>**900 Center Park Dr., Ste A**<br>**Charlotte, NC 28217** | **Collocation Contract** |
| **New Beginnings are Possible**<br>**9501 W. Watertown Plaza**<br>**Plank Rd, Marketing Division**<br>**Milwaukee, WI 53226** | **Customer Contract** |
| **NEW ENGLAND DAIRY & FOOD COUN.**<br>**1034 Commonwealth Ave**<br>**Boston, MA 02215** | **Customer Contract** |

Sheet __60__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **New Tech Web Services**<br>**Attn: Aaron King**<br>**130 Aikman Place**<br>**Terre Haute, IN 47803** | **Collocation Contract** |
| **NEW YORK STATE ASSEMBLY**<br>**Press Operations**<br>**State Capitol/Rm. 347M**<br>**Albany, NY 12248** | **Customer Contract** |
| **Newsweek**<br>**123 Town Square Place**<br>**Jersey City, NJ 07310** | **Customer Contract** |
| **Nexgen Access, Inc.**<br>**Attn: Matt Smith**<br>**1199 South Second St.**<br>**Coshocton, OH 43812** | **Collocation Contract** |
| **NFL through MSL**<br>**NFL Players Association**<br>**1133 20th St NW**<br>**Washington, DC 20036** | **Customer Contract** |
| **Nielsen**<br>**P.O. Box 88961**<br>**Chicago, IL 60695-8961** | **Third Party Data Contract** |
| **Nintendo**<br>**Nintendo of America**<br>**P.O. Box 3580**<br>**Redmond, WA 98073** | **Customer Contract** |
| **NINTENDO OF AMERICA INC**<br>**P.O. Box 3580**<br>**Redmond, WA 98073-3580** | **Customer Contract** |
| **Nivea for Men**<br>**Attn: Janis Irish**<br>**100 West 33rd Street**<br>**New York, NY 10001** | **Customer Contract** |
| **Mary Norris**<br>**6827 S. West Bay Shore Drive**<br>**Traverse City, MI 49684** | **Collocation Contract** |
| **North American Communications**<br>**PO Box 1450 NW 5806**<br>**Minneapolis, MN 55485** | **Telephone Contract** |
| **North Shore Health System**<br>**125 Community Drive**<br>**Great Neck, NY 11021** | **Customer Contract** |

Sheet __61__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Video Monitoring Services of America, LP**              ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **NORTH SHORE LIJ HEALTH SYSTEM**<br>**125 Community Drive**<br>**Great Neck, NY 11021** | **Customer Contract** |
| **NORTH TEXAS TOLLWAY AUTH**<br>**5900 W. Plano Parkway**<br>**Suite 100**<br>**Plano, TX 75093** | **Customer Contract** |
| **Northeast Dairy & Food**<br>**201 S. Main Street, Suite 302**<br>**North Syracuse, NY 13212-2166** | **Customer Contract** |
| **NORTHWESTERN MEMORIAL HOSP.**<br>**240 E. Ontario Street**<br>**Suite 450**<br>**Chicago, IL 60611** | **Customer Contract** |
| **NORTON HEALTHCARE**<br>**234 East Gray Street**<br>**Louisville, KY 40202** | **Customer Contract** |
| **NSTAR ELECTRIC & GAS CORP.**<br>**P.O. Box 250**<br>**Norwood, MA 02062-0250** | **Customer Contract** |
| **NUTRISYSTEM, INC.**<br>**Fort Washington Executive Center**<br>**600 Office Center Drive**<br>**Fort Washington, PA 19034** | **Customer Contract** |
| **NWI Networks**<br>**135 Day St.**<br>**Newington, CT 06111** | **Collocation Contract** |
| **NY State Lottery**<br>**One Broadway Center**<br>**Schenectady, NY 12301-7500** | **Customer Contract** |
| **NYI.net**<br>**Attn: Phillip Koblence**<br>**100 Williams Street, 21st Fl.**<br>**New York, NY 10038** | **Collocation Contract** |
| **NYRR**<br>**9 East 89th Street**<br>**New York, NY 10128** | **Customer Contract** |
| **O + M, CO.**<br>**333 West 39Th Street**<br>**Suite 601**<br>**New York, NY 10018** | **Customer Contract** |

Sheet  **62**  of  **97**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP__ , Case No. _____

<center>Debtor</center>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<center>(Continuation Sheet)</center>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **O'MALLEY HANSEN, LLC**<br>**6677 Delmar Blvd.**<br>**Suite 200**<br>**St. Louis, MO 63130** | **Customer Contract** |
| **O'MELVENY & MYERS**<br>**555 13Th Street  Nw**<br>**Washington, DC 20004** | **Customer Contract** |
| **O'Reilly Auto Parts**<br>**3390 Peachtree Road, NE**<br>**Suite 700**<br>**Atlanta, GA 30326** | **Customer Contract** |
| **O'Reilly Automotive Stores**<br>**3390 Peachtree Road, NE**<br>**Suite 700**<br>**Atlanta, GA 30326** | **Customer Contract** |
| **Ody, Inc.**<br>**Attn:  Chad Bostwick**<br>**7601 Prentiss Ave**<br>**Lubbock, TX 79424** | **Collocation Contract** |
| **OFFICE DEPOT, INC.**<br>**P.O. Box 152388**<br>**Cape Coral, FL 33915-2388** | **Customer Contract** |
| **Ogilvy**<br>**Ogilvy Worldwide**<br>**636 11th Avenue**<br>**New York, NY 10036** | **Customer Contract** |
| **Ogilvy CommonHealth**<br>**(Diabetes)**<br>**446 Interpace Parkway**<br>**Parsippany, NJ 07054** | **Customer Contract** |
| **Ogilvy PR - Govt of Mexico**<br>**636 11th Avenue**<br>**New York, NY 10036** | **Customer Contract** |
| **OJON**<br>**767 5Th Avenue**<br>**38th Floor**<br>**New York, NY 10153** | **Customer Contract** |
| **Olay (Saatchi)**<br>**Saatchi & Saatchi**<br>**255 Woodcliff Drive**<br>**Fairport, NY 14450** | **Customer Contract** |

Sheet __63__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Video Monitoring Services of America, LP**        ,     Case No. _____

                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **OLD NAVY**<br>**550 Terry Francois Blvd**<br>**San Francisco, CA 94123** | **Customer Contract** |
| **OLYMPUS AMERICA  INC.**<br>**3500 Corporate Parkway**<br>**P.O. Box 610**<br>**Allentown, PA 18103** | **Customer Contract** |
| **Oppenheimer & Co., Inc.**<br>**Media Relations**<br>**125 Broad Street**<br>**New York, NY 10004** | **Customer Contract** |
| **ORANGE COUNTY FAIR**<br>**88 Fair Drive**<br>**32Nd District Ag. Assoc. Of Ca.**<br>**Costa Mesa, CA 92626** | **Customer Contract** |
| **Oreck (The Buntin Group)**<br>**1001 Hawkins Street**<br>**Nashville, TN 37203** | **Customer Contract** |
| **ORIGINS**<br>**767 Fifth Avenue**<br>**38th Floor**<br>**New York, NY 10153** | **Customer Contract** |
| **ORKIN EXTERMINATING CO INC**<br>**P.O. Box 647**<br>**Atlanta, GA 30301** | **Customer Contract** |
| **OSRAM SYLVANIA, INC.**<br>**P.O.Box 4356 Mc-Ima**<br>**Portland, OR 97208-4356** | **Customer Contract** |
| **OTX CORPORATION**<br>**10567 Jefferson Blvd**<br>**Culver City, CA 90232** | **Customer Contract** |
| **P&G Movies for MSL**<br>**P.O. Box A3368**<br>**Chicago, IL 60690-3368** | **Customer Contract** |
| **P&G within MS&L**<br>**P.O. Box A3368**<br>**Chicago, IL 60690-3368** | **Customer Contract** |
| **PADILLA SPEER BEARDSLEY**<br>**1101 West River Parkway**<br>**Suite 400**<br>**Minneapolis, MN 55415** | **Customer Contract** |

Sheet  **64**  of  **97**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re **Video Monitoring Services of America, LP** , Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Sergio Palacios<br>302 Thorn St. Apt. #3<br>San Diego, CA 92103 | Collocation Contract |
| Pampered Chef<br>One Pampered Chef Lane<br>Addison, IL 60101 | Customer Contract |
| PANASONIC COMPANY<br>1 Panasonic Way<br>M.S.3C-7<br>Secaucus, NJ 07094 | Customer Contract |
| PANDORA MEDIA, INC.<br>2101 Webster Street<br>Suite 1650<br>Oakland, CA 94612 | Customer Contract |
| Paragon Casino Resort<br>711 Paragon Place<br>Marksville, LA 71351 | Customer Contract |
| Diane Parsons<br>614 Portland Drive<br>Lexington, KY 40503 | Collocation Contract |
| PAUL WERTH & ASSOCIATES<br>10 North High Street<br>Suite 300<br>Columbus, OH 43215 | Customer Contract |
| Jeff Pauli<br>2654 Skyline Dr.<br>Eureka, CA 95503 | Collocation Contract |
| PAYLESS SHOE STORE<br>Finance Dept<br>3231 East 6th Street<br>Topeka, KS 66607 | Customer Contract |
| Peak 10<br>5307 Muhhauser Rd<br>Hamilton, OH 45011 | Collocation Contract |
| Peak 10 Data Center Solutions<br>8910 Lenox Pointe Drive<br>Suite A<br>Charlotte, NC 28273 | Bandwidth Contract |
| Steve Pecota<br>4927 NE 87th St.<br>Seattle, WA 98115 | Collocation Contract |

Sheet __65__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP_____, Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Peer 1 - Attn: Brian Mohammed<br>Toronto Star Building<br>1 Yonge St., Suite 1203<br>Toronto, Ontario, Canada M5E15 | Collocation Contract |
| Peer 1 Network<br>Attn: Shirlea Glua<br>555 W. Hastings, Suite 1600<br>Vancouver, BC, Canada V6B4N5 | Collocation Contract |
| Penn Medicince SoD<br>200 Sansom Place East<br>3600 Chestnut Street<br>Philadelphia, PA 19104 | Customer Contract |
| Penn Medicine -InSight<br>200 Sansom Place Wast<br>3600 Chestnut Street<br>Philadelphia, PA 19104 | Customer Contract |
| Penske Automotive Group<br>2555 S. Telegraph Road<br>Bloomfield Hills, MI 48302-0954 | Customer Contract |
| Johnny & Kristin Peoples<br>616 Wendover Way<br>Ridgeland, MS 39157 | Collocation Contract |
| PEPPERDINE UNIVERSITY<br>400 Corporate Pointe<br>Culver City, CA 90230 | Customer Contract |
| PERITUS PR<br>200 Sout Fifth Street<br>Suite 400N<br>Louisville, KY 40202 | Customer Contract |
| PETCO<br>P.O. Box 919037<br>San Diego, CA 92191 | Customer Contract |
| Bill Pfister<br>2724 East 27th Street<br>Erie, PA 16510 | Collocation Contract |
| PFIZER INC.<br>North American Shared Services<br>P.O. Box 341801<br>Bartlett, TN 38184-1806 | Customer Contract |

Sheet __66__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP__ , Case No. _____

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **PGA Tour**<br>**(Camillo Villegas)**<br>**100 PGA Tour Blvd**<br>**Ponte Vedra Beach, FL 32082** | **Customer Contract** |
| **Randy Phillips**<br>**4011 Pine Tree Rd**<br>**Quincy, IL 62301** | **Collocation Contract** |
| **Phoenix Coyotes**<br>**Coyotes Newco**<br>**6751 N. Sunset Blvd.**<br>**Glendale, AZ 85305** | **Customer Contract** |
| **Phoenix Internet**<br>**Attn: Gary Santoro**<br>**2922 W. Claredon Ave.**<br>**Phoenix, AZ 85017** | **Collocation Contract** |
| **Pinnacle Foods (BBDO NY)**<br>**1285 Avenue of the Americas**<br>**5th Floor**<br>**New York, NY 10019** | **Customer Contract** |
| **Pitney Bowes Credit Corp**<br>**P.O. Box 371887**<br>**Pittsburgh, PA 15250-7887** | **Office Equipment Maintenance Contract** |
| **PLATTFORM ADVERTISING**<br>**15500 W.113Th Street**<br>**Suite 200**<br>**Lenexa, KS 66219** | **Customer Contract** |
| **Polo Ralph Lauren**<br>**650 Madison Avenue, 5th Floor**<br>**New York, NY 10022** | **Customer Contract** |
| **Pop Tarts (MSL)**<br>**1675 Broadway, 9th Floor**<br>**New York, NY 10016** | **Customer Contract** |
| **POPEYES CHICKEN & BISCUITS**<br>**5555 Glenridge Connector**<br>**Suite # 300**<br>**Atlanta, GA 30342** | **Customer Contract** |
| **PORSCHE CARS NORTH AMERICA**<br>**980 Hammond Drive**<br>**Suite 1000**<br>**Atlanta, GA 30328** | **Customer Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

In re __Video Monitoring Services of America, LP__ , Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Porter - Soy Joy**<br>**Porter Novelli**<br>**P.O. Box 2099**<br>**New York, NY 10013-0875** | **Customer Contract** |
| **PORTER NOVELLI**<br>**1215 K Street**<br>**Suite 2100**<br>**Sacramento, CA 95814** | **Customer Contract** |
| **Porter Novelli - Almond Board**<br>**P.O. Box 2099**<br>**New York, NY 10013-0875** | **Customer Contract** |
| **Porter Novelli - HP**<br>**P.O. Box 2099**<br>**New York, NY 10013-0875** | **Customer Contract** |
| **Porter Novelli - McDonalds**<br>**P.O. Box 2099**<br>**New York, NY 10013-0875** | **Customer Contract** |
| **Porter Novelli - Pharmavite**<br>**P.O. Box 2099**<br>**New York, NY 10013-0875** | **Customer Contract** |
| **Porter Novelli - Zyrtec**<br>**P.O. Box 2099**<br>**New York, NY 10013-0875** | **Customer Contract** |
| **Porter Novelli/Almond Board**<br>**P.O. Box 2099**<br>**New York, NY 10013-0875** | **Customer Contract** |
| **Porter- Nature Made**<br>**P.O. Box 2099**<br>**New York, NY 10013-0875** | **Customer Contract** |
| **Howard Prather**<br>**127 Washington St**<br>**Rockford, IL 61104** | **Collocation Contract** |
| **PREMERA BLUE CROSS**<br>**7001 220Th Street Sw**<br>**Building 3-Front Desk**<br>**Mountlake Terrace, WA 98043** | **Customer Contract** |
| **PREMIER EXHIBITIONS, INC.**<br>**3340 Peachtree Road**<br>**Suite 900**<br>**Atlanta, GA 30326** | **Customer Contract** |

Sheet __68__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Video Monitoring Services of America, LP**                              ,     Case No. _____

                                                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Prescient Digital Media**<br>**127 John Street**<br>**Toronto, Ontario, M5V 2E2**<br>**Canada** | **Bandwidth Contract** |
| **PRICE CHOPPER**<br>**461 Nott Street**<br>**Schenectady, NY 12308** | **Customer Contract** |
| **Shaun & Rebecca Price**<br>**2711 Nessuh Avenue**<br>**Edinburg, TX 78541** | **Collocation Contract** |
| **PRICELINE.COM**<br>**800 Connecticut Ave**<br>**Norwalk, CT 06854** | **Customer Contract** |
| **PrismNet**<br>**Attn:  Caleb Collins**<br>**11500 Metric Blvd. Suite 280**<br>**Austin, TX 78758** | **Collocation Contract** |
| **Pristiq (Y&R)**<br>**285 Madison Avenue**<br>**New York, NY 10017** | **Customer Contract** |
| **Proctor & Gamble Mfg. Co.**<br>**100 Essex Avenue East**<br>**Avenel, NJ 07001-2096** | **Customer Contract** |
| **PROGRESSIVE INSURANCE**<br>**300 N. Commons Blvd**<br>**Box Oht6G**<br>**Mayfield, OH 44143** | **Customer Contract** |
| **Promenet**<br>**42 Broadway, 16th Floor**<br>**New York, NY 10004** | **Equipment and Software Contract** |
| **Provdotnet**<br>**Two Charles Street**<br>**Providence, RI 02904** | **Collocation Contract** |
| **PUBLIC STRATEGIES**<br>**98 San Jacinto**<br>**#1200**<br>**Austin, TX 78701** | **Customer Contract** |
| **Publicis / Lean Cuisine**<br>**950 Herald Square**<br>**New York, NY 10001** | **Customer Contract** |

Sheet __69__ of __97__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP_____ , Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| PulteGroup (GSD&M Idea City)<br>828 West 6th Street<br>Austin, TX 78703 | Customer Contract |
| PUMA NORTH AMERICA, INC.<br>10 Lyberty Way<br>Westford   01886 | Customer Contract |
| PURDUE PHARMA LP<br>1 Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901-3516 | Customer Contract |
| QUEENS UNIV OF CHARLOTTE<br>1900 Selwyn Avenue<br>Mcr, Burwell Hall 206<br>Charlotte, NC 28207 | Customer Contract |
| QVC  INC<br>1200 Wilson Drive<br>Department 135<br>West Chester, PA 19380-4262 | Customer Contract |
| Radio<br>3811 West 12 Mile Rd<br>Berkley, MI 48072 | Collocation Contract |
| RADIOSHACK MEDIA RELATIONS<br>300 Radioshack Circle<br>Mail Stop Cf7-131.09<br>Fort Worth, TX 76102 | Customer Contract |
| RANDALLS FOOD MARKETS<br>P.O. Box 4506<br>Houston, TX 77210-4506 | Customer Contract |
| RANDLE COMMUNICATIONS<br>925 L. Street<br>Suite 1275<br>Sacramento, CA 95814 | Customer Contract |
| Gayle Ratner<br>7 Carlton Drive<br>Plattsburgh, NY 12901 | Collocation Contract |
| Raytheon<br>Raytheon Electronics<br>1200 S. Jupiter Rd-MS GB<br>Garland, TX 75042 | Customer Contract |

Sheet __70__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Real Time Communications**<br>**Attn:  Duran West**<br>**6600 Scrub Oak Lane, Unit A**<br>**Austin, TX 78759** | **Collocation Contract** |
| **REBUILDING TOGETHER, INC.**<br>**1899 L. Street, Nw**<br>**Suite 1000**<br>**Washington, DC 20036** | **Customer Contract** |
| **RED HAWK CASINO**<br>**1 Red Hawk Parkway**<br>**Placerville, CA 95667** | **Customer Contract** |
| **REDPEG MARKETING, INC.**<br>**727 N. Washington Street**<br>**Alexandria, VA 22314** | **Customer Contract** |
| **Regence Group**<br>**P.O. Box 1271-M/S E12C**<br>**Portland, OR 97207-1271** | **Customer Contract** |
| **Regional Transportation**<br>**District**<br>**1701 Wyn Koop Street, #223**<br>**Denver, CO 80202-5923** | **Customer Contract** |
| **Regions Bank**<br>**P.O. Box 4320**<br>**Portland, OR 97208** | **Customer Contract** |
| **Sean and Dawn Renehem**<br>**296 Lincoln Avenue**<br>**1st Floor**<br>**Fall River, MA 02720** | **Collocation Contract** |
| **Rep. Fed. Comm. of PA**<br>**112 State Street**<br>**Harrisburg, PA 17101** | **Customer Contract** |
| **Reports International**<br>**176 Blackfriars Road**<br>**London, England**<br>**SE1 BER** | **Third Party Data Contract** |
| **Larry Ressier**<br>**3322 46th Ave. SW**<br>**Fargo, ND 58104** | **Collocation Contract** |
| **REVLON**<br>**950 3Rd Avenue**<br>**New York, NY 10022** | **Customer Contract** |

Sheet __71__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Video Monitoring Services of America, LP**         ,     Case No. _____

                                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ricky Delos Reyes**<br>**506 Laurel Wood Dr.**<br>**Hercules, CA 94547** | **Collocation Contract** |
| **Shannon Reynolds**<br>**4911 Star Kachina Ct. NW**<br>**Albuquerque, NM 87120** | **Collocation Contract** |
| **RHEA & KAISER**<br>**400 East Diehl Road**<br>**Suite 500**<br>**Naperville, IL 60563** | **Customer Contract** |
| **Kurt & Janice Ringrose**<br>**74 Mayberry Rd**<br>**Gray, ME 04039** | **Collocation Contract** |
| **Corinne Ritter**<br>**216 Penny Lane**<br>**Belgium, WI 53004** | **Collocation Contract** |
| **Ritz Carlton**<br>**1150 22nd Street NW**<br>**Executive Office**<br>**Washington, DC 20037** | **Customer Contract** |
| **Ritz Carlton**<br>**2121 McKinney Avenue**<br>**Dallas, TX 75201** | **Customer Contract** |
| **ROBERT HALF INTERNATIONAL**<br>**2884 Sand Hill Road**<br>**Menlo Park, CA 94025** | **Customer Contract** |
| **ROBERTS COMMUNICATIONS**<br>**64 Commercial Street**<br>**Rochester, NY 14614** | **Customer Contract** |
| **Robertson Group**<br>**Attn: Shane Wise**<br>**22 Century Blvd. Ste 190**<br>**Nashville, TN 37214** | **Collocation Contract** |
| **ROBIN SAX ENTERPRISES**<br>**1441 Westwood, F2**<br>**Los Angeles, CA 90029** | **Customer Contract** |
| **Kristie Robinson**<br>**9 Monte Verde Lane**<br>**Montevallo, AL 35115** | **Collocation Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

In re __Video Monitoring Services of America, LP__ , Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ROCHESTER INSTITUTE OF TECHNOLOGY**<br>**132 Lomb Memorial Drive**<br>**Rochester, NY 14623** | **Customer Contract** |
| **Rogaine (BBDO)**<br>**1285 Avenue of the Americas**<br>**5th Floor**<br>**New York, NY 10019** | **Customer Contract** |
| **ROLLINS COLLEGE INC.**<br>**1000 Holt Avenue**<br>**2729**<br>**Winter Park, FL 32789** | **Customer Contract** |
| **Clay Ross**<br>**3161 Sonora Dr.**<br>**Idaho Falls, ID 83404** | **Collocation Contract** |
| **ROTENBERG ASSOCIATES**<br>**275 Market Street**<br>**Suite 541**<br>**Minneapolis, MN 55405** | **Customer Contract** |
| **Royal Caribbean (JWT)**<br>**Royal Caribbean Cruise Line**<br>**1050 Caribbean Way, 6th Floor**<br>**Miami, FL 33102** | **Customer Contract** |
| **Ruben H. Fleet Science Museum**<br>**P.O. Box 33303**<br>**San Diego, CA 92163** | **Customer Contract** |
| **RUDER FINN**<br>**1667 K Street, Nw**<br>**Suite 950**<br>**Washington, DC 20006** | **Customer Contract** |
| **RUSH UNIVERSITY MEDICAL CENTER**<br>**1700 West Van Buren**<br>**Suite 456**<br>**Chicago, IL 60612** | **Customer Contract** |
| **Tony Rutherford**<br>**1046 Jackson Ave.**<br>**Huntington, WV 25704** | **Collocation Contract** |
| **SAATCHI HEALTHCARE**<br>**375 Hudson Street**<br>**New York, NY 10014** | **Customer Contract** |
| **Saatchi X**<br>**375 Hudson Street**<br>**New York, NY 10014** | **Customer Contract** |

Sheet __73__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **SACRED HEART UNIVERSITY**<br>**University Relations**<br>**5151 Park Avenue**<br>**Fairfield, CT 06825** | **Customer Contract** |
| **Safeway DDB**<br>**4551 Forbes Blvd**<br>**Lanham, MD 20706-4344** | **Customer Contract** |
| **Safeway DDB Chicago**<br>**4551 Forbes Blvd.**<br>**Lanham, MD 20706-4344** | **Customer Contract** |
| **Sago Networks Corp.**<br>**Attn: Mike Kremkau**<br>**4465 W. Gandy Blvd. Suite 800**<br>**Tampa, FL 33611** | **Collocation Contract** |
| **Salesforce**<br>**P.O. Box 203141**<br>**Dallas, TX 75320-3141** | **Equipment and Software Contract** |
| **Anna Salisbury**<br>**3909 41st Avenue South**<br>**Minneapolis, MN 55406** | **Collocation Contract** |
| **Salsgiver, Inc.**<br>**Attn: Kirk Howard**<br>**301 5th Street**<br>**Freeport, PA 16229** | **Collocation Contract** |
| **Salt River Project C-K**<br>**7613 E Culver Street**<br>**Mesa, AZ 85207** | **Customer Contract** |
| **Salt River Tubing**<br>**7613 E Culver Street**<br>**Mesa, AZ 85207** | **Customer Contract** |
| **Salvatore Ferragamo USA Inc.**<br>**663 Fifth Avenue**<br>**New York, NY 10022** | **Customer Contract** |
| **San Diego Zoo**<br>**P.O. Box 120551**<br>**San Diego, CA 92112-0551** | **Customer Contract** |
| **SAN FRANCISCO STATE UNIVERSITY**<br>**1600 Holloway Drive**<br>**Diag. Ctr. C6**<br>**San Francisco, CA 94132** | **Customer Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

In re     **Video Monitoring Services of America, LP**            ,     Case No. _____

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **SANOFI-AVENTIS, US, INC.**<br>**P.O. Box 30149**<br>**College Station, TX 77842** | **Customer Contract** |
| **SAP**<br>**P.O. Box 7780-824024**<br>**Philadelphia, PA 19182-4024** | **Equipment and Software Contract** |
| **Savy2k Internet Services**<br>**8677 Lacey Blvd.**<br>**Hanford, CA 93230** | **Collocation Contract** |
| **Scandent**<br>**NW 7511**<br>**P.O. Box 1420**<br>**Minneapolis, MN 55485-7511** | **Equipment and Software Contract** |
| **SCHERING-PLOUGH CORP**<br>**P.O. Box 377**<br>**Memphis, TN 38151-0001** | **Customer Contract** |
| **SCHOLASTIC CORPORATE COMM.**<br>**555 Broadway**<br>**2Nd Floor**<br>**New York, NY 10012** | **Customer Contract** |
| **Max Schwandt**<br>**549 Kingsmoor Drive**<br>**Simpsonville, SC 29681** | **Collocation Contract** |
| **SCRIPPS HEALTH**<br>**4275 Campus Point Court**<br>**Cp 10**<br>**San Diego, CA 92121** | **Customer Contract** |
| **SE Missouri State University**<br>**One University Plaza**<br>**MS 3000**<br>**Cape Girardeau, MO 63701** | **Customer Contract** |
| **SEAPAK**<br>**127 Airport Road**<br>**P.O. Box 20670**<br>**Saint Simons Island, GA 31522** | **Customer Contract** |
| **Sears Y&R**<br>**515 N State Street**<br>**29th Floor**<br>**Chicago, IL 60654** | **Customer Contract** |
| **Joe Sehlhorst**<br>**335 Cherry St**<br>**Bluffton, OH 45817** | **Collocation Contract** |

Sheet  **75**  of  **97**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Rich Seiler**<br>**177 Ward St**<br>**Watertown, NY 13601** | **Collocation Contract** |
| **SELECT COMFORT CORPORATION**<br>**9800 59Th Avenue, North**<br>**Plymouth, MN 55442** | **Customer Contract** |
| **SEMINOLE STATE COLLEGE OF FLORIDA**<br>**100 Weldon Boulevard**<br>**Sanford, FL 32773** | **Customer Contract** |
| **Sephora**<br>**First Market Tower**<br>**525 Market Street, 11th Floor**<br>**San Francisco, CA 94105-2708** | **Customer Contract** |
| **Server Central Network**<br>**1532 West Walton**<br>**Chicago, IL 60622** | **Collocation Contract** |
| **Denise Settle**<br>**5625 Irongate Dr.**<br>**Madison, WI 53716** | **Collocation Contract** |
| **SEVENTH GENERATION, INC.**<br>**60 Lake Street**<br>**Burlington, VT 05401** | **Customer Contract** |
| **Jimmie Shelnutt**<br>**347 Summit Heights Drive**<br>**Jefferson City, TN 37760** | **Collocation Contract** |
| **Michelle & Milan Sherman**<br>**1206 Maryland Ave.**<br>**Steubenville, OH 43952** | **Collocation Contract** |
| **Sherwin-Williams (McKinney)**<br>**318 Blackwell Street**<br>**Durham, NC 27701** | **Customer Contract** |
| **SHOWTIME**<br>**1633 Broadway**<br>**15th Floor**<br>**New York, NY 10019** | **Customer Contract** |
| **Dave & Linda Simmons**<br>**1100 Laura Lane**<br>**Marion, IL 62959** | **Collocation Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

In re  **Video Monitoring Services of America, LP**                    ,  Case No. _____

                                                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **SITTERCITY INCORPORATED**<br>**20 W. Kinzie Street**<br>**Floor 15**<br>**Chicago, IL 60654** | **Customer Contract** |
| **Lisa Slates**<br>**8509 Crestline Dr.**<br>**Oklahoma City, OK 73132** | **Collocation Contract** |
| **SMART Transportation**<br>**Admin. Office, Buhl Building**<br>**535 Griswold St., Ste 600**<br>**Detroit, MI 48226** | **Customer Contract** |
| **Graig Smith**<br>**613 West Regina**<br>**Spokane, WA 99218** | **Collocation Contract** |
| **Patsy J. Smith**<br>**37 Jackson Street**<br>**Windsor Locks, CT 06096** | **Collocation Contract** |
| **SNIP**<br>**100-A Twinbridge Drive**<br>**Pennsauken, NJ 08110** | **Collocation Contract** |
| **Pam Snyder**<br>**397 1884 Fuller Road**<br>**Burt, NY 14028** | **Collocation Contract** |
| **SOCIETY FOR NEUROSCIENCE**<br>**1121 14Th Street, Nw**<br>**Suite 1010**<br>**Washington, DC 20005** | **Customer Contract** |
| **Soft Choice**<br>**16609 Collections Center Drive**<br>**Chicago, IL 60693** | **Equipment and Software Contract** |
| **Softsheen-Carson (Publicis)**<br>**Corporate Office**<br>**575 5th Avenue, 19th Floor**<br>**New York, NY 10017** | **Customer Contract** |
| **SONY ERICSSON MOBILE COMM. INC.**<br>**3333 Piedmont Road, Ne**<br>**Suite 600**<br>**Atlanta, GA 30305-1712** | **Customer Contract** |
| **SONY PICTURES HOME ENTER**<br>**10202 W. Washington Blvd.**<br>**Spp 872**<br>**Culver City, CA 90232** | **Customer Contract** |

Sheet  __77__  of  __97__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **Video Monitoring Services of America, LP**            ,     Case No. _____

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **SOUTHEAST MISSOURI HOSPITAL**<br>**1701 Lacey Street**<br>**Cape Girardeau, MO 63701** | **Customer Contract** |
| **Southern Star/Integrated Data**<br>**Attn: John Souvesetre**<br>**2220 Cleary Ave. Apt 219**<br>**Metairie, LA 70001** | **Collocation Contract** |
| **SOUTHWESTERN COLLEGE**<br>**900 Otay Lake Road**<br>**Chula Vista, CA 91910** | **Customer Contract** |
| **Roger Speakman**<br>**2738 N. 113th St.**<br>**Omaha, NE 68164** | **Collocation Contract** |
| **Spire Technologies, Inc.**<br>**Attn: Randy & Scott Cook**<br>**2140 SW Jefferson St. Ste 300**<br>**Portland, OR 97201** | **Collocation Contract** |
| **Spiriva (FCB)**<br>**100 W 33rd Street**<br>**6th Floor**<br>**New York, NY 10001** | **Customer Contract** |
| **Splenda (BBDO)**<br>**1285 Avenue of the Americas**<br>**5th Floor**<br>**New York, NY 10019** | **Customer Contract** |
| **SQAD**<br>**303 So. Broadway**<br>**Suite 210**<br>**Tarrytown, NY 10591** | **Third Party Data Contract** |
| **SRI International**<br>**Headquarters**<br>**333 Ravenswood Avenue**<br>**Menlo Park, CA 94025-3453** | **Customer Contract** |
| **ST. FRANCIS HOSPITAL & HEALTH CENTERS**<br>**1600 Albany Street**<br>**Beech Grove, IN 46107** | **Customer Contract** |
| **ST. LUKE'S EPISCOPAL HEALTH SYSTEM**<br>**Coporate Communications**<br>**6620 Main St., 14th Flr #1430**<br>**Houston, TX 77030** | **Customer Contract** |

Sheet   **78**   of   **97**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Video Monitoring Services of America, LP**                          ,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| St. Mary Food Bank Alliance<br>2831 North 31st Avenue<br>Phoenix, AZ 85009 | Customer Contract |
| St. Mary's Health Care<br>200 Jefferson Street, SE<br>Grand Rapids, MI 49503 | Customer Contract |
| St. Mary's Healthcare<br>2831 N. 31st Avenue<br>Phoenix, AZ 85009 | Customer Contract |
| St. Vincent Health<br>(St. Claire Group)<br>716 Adams Street, Suite C<br>Carmel, IN 46032 | Customer Contract |
| STAPLES  INC.<br>500 Staples Drive<br>Framingham, MA 01702 | Customer Contract |
| Starbucks through Sloan<br>1285 Avenue of the Americas<br>New York, NY 10019 | Customer Contract |
| Starkville Computers<br>Att;  Patrick Linley<br>831-C Hwy 12<br>Starkville, MS 39759 | Collocation Contract |
| Starz Entertainment Group<br>Starz Encore Group<br>215 East 86th Street, Suite 8T<br>New York, NY 10065 | Customer Contract |
| STERIS CORPORATION<br>P.O. Box 960<br>Mentor, OH 44061-0960 | Customer Contract |
| Sterling Publishing<br>387 Park Avenue South<br>New York, NY 10016 | Customer Contract |
| STERN ADVERTISING<br>29125 Chagrin Blvd<br>Pepper Pike, OH 44122 | Customer Contract |
| Jenny Stetz<br>450 Playa Blanca St.<br>Santa Maria, CA 93455 | Collocation Contract |

Sheet __79__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re **Video Monitoring Services of America, LP**              ,     Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Steward Health Care Addendum**<br>**260 Charles Street**<br>**Waltham, MA 02453** | **Customer Contract** |
| **STIHL, INC.**<br>**536 Viking Drive**<br>**Virginia Beach, VA 23452** | **Customer Contract** |
| **David Still**<br>**37 Nathan Cutler Drive**<br>**Bedford, NH 03110** | **Collocation Contract** |
| **STONYFIELD FARM  INC.**<br>**10 Burton Drive**<br>**Londonderry, NH 03053** | **Customer Contract** |
| **STORANDT PANN MARGOLIS MARK.**<br>**15 W. Harris Avenue**<br>**Suite 300**<br>**Lagrange, IL 60525** | **Customer Contract** |
| **Storm Internet Services**<br>**Attn:  Paul Haggart**<br>**1760 Courtwood Crescent**<br>**Ottawa ON** | **Collocation Contract** |
| **Greg Stringfellow**<br>**29233 Sky Forest**<br>**Magnolia, TX 77355** | **Collocation Contract** |
| **STUBHUB INC.**<br>**P.O. Box 981488**<br>**El Paso, TX 79998-1486** | **Customer Contract** |
| **Subaru Carmichael Lynch**<br>**110 North North 5th Street**<br>**10th Floor**<br>**Minneapolis, MN 55403** | **Customer Contract** |
| **Sungard**<br>**14044 Collections Center Drive**<br>**Chicago, IL 60693** | **Equipment and Software Contract** |
| **SUNGEVITY, INC.**<br>**66 Franklin Street**<br>**Suite 310**<br>**Oakland, CA 94607** | **Customer Contract** |
| **Sutter Health**<br>**2200 River Plaza Drive**<br>**Sacramento, CA 95833** | **Customer Contract** |

Sheet __80__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

In re **Video Monitoring Services of America, LP**,      Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jody Swarbrick**<br>**810 Hartman**<br>**Waterloo, IA 50701** | **Collocation Contract** |
| **Swift Communications**<br>**Attn: Cheryl Campbell**<br>**2001 6th Ave., Suite 3020**<br>**Seattle, WA 98121** | **Collocation Contract** |
| **Symbicort (CommonHealth)**<br>**400 Interpace Parkway**<br>**Parsippany, NJ 07054** | **Customer Contract** |
| **Symbicort-Asthma & COPD**<br>**(CommonHealth)**<br>**400 Interpace Parkway**<br>**Parsippany, NJ 07054** | **Customer Contract** |
| **T Boone Pickens Through Sloan**<br>**7 Times Square, 14th Floor**<br>**New York, NY 10036** | **Customer Contract** |
| **Table Mountain Casino**<br>**8184 Table Mountain Road**<br>**Friant, CA 93626** | **Customer Contract** |
| **Taco Bell**<br>**1 Glen Bell Way**<br>**Irvine, CA 92618** | **Customer Contract** |
| **Takara Media**<br>**Times Square Project**<br>**1501 Broadway #1802**<br>**New York, NY 10036** | **Customer Contract** |
| **Take Two Video Production**<br>**Attn: John Lestrade**<br>**134 Balmoral Ave**<br>**Biloxi, MS 39531** | **Collocation Contract** |
| **TBWA (Twix)**<br>**488 Madison Avenue**<br>**New York, NY 10022** | **Customer Contract** |
| **TCC Group**<br>**31 West 27th Street, 4th Floor**<br>**New York, NY 10001** | **Customer Contract** |
| **TD Bank Canada**<br>**TD Bank USA**<br>**9000 Atrium Way**<br>**Mount Laurel, NJ 08054** | **Customer Contract** |

Sheet __81__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Video Monitoring Services of America, LP**        ,    Case No. _____

                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **TD Bank USA**<br>**9000 Atrium Way**<br>**Mount Laurel, NJ 08054** | **Customer Contract** |
| **TechWarrior.net**<br>**Attn:  James Allen**<br>**1128 Sport of Kings Ave**<br>**Henderson, NV 89015** | **Collocation Contract** |
| **TekOrange**<br>**Attn:  Mile Eldredge**<br>**7720 Rivers Edge Dr. Ste 102**<br>**Columbus, OH 43235** | **Collocation Contract** |
| **Telemedia**<br>**Attn:  Tony Salem**<br>**2030 Pro Pointe Ln**<br>**Harrisonburg, VA 22801** | **Collocation Contract** |
| **Telogical**<br>**Teleogical Systems**<br>**7900 Westpark Drive**<br>**Mc Lean, VA 22102** | **Customer Contract** |
| **Texans for Kay Bailey Hutchinson**<br>**1609 Shoal Creek Blvd.**<br>**Suite 305**<br>**Austin, TX 78701** | **Customer Contract** |
| **Texans for Rick Perry**<br>**807 Brazos Street**<br>**Suite 400**<br>**Austin, TX 78701** | **Customer Contract** |
| **Texas Children's Hospital**<br>**John P. Mcgovern Campus**<br>**2450 Holcombe Blvd., Suite  39-G**<br>**Houston, TX 77021** | **Customer Contract** |
| **The Adcom Group/Cleveland**<br>**1370 W. 6th Street, 3rd Floor**<br>**Cleveland, OH 44113** | **Customer Contract** |
| **The Connextion**<br>**Attn:  Russ Hewitt**<br>**3215 Corporate Court**<br>**Ellicott City, MD 21042** | **Collocation Contract** |
| **The Corkery Group**<br>**260 5Th Avenue**<br>**New York, NY 10001** | **Customer Contract** |

Sheet  **82**  of  **97**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **Video Monitoring Services of America, LP**                                    ,     Case No. _____

                                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **The Glenn Group**<br>**6600 Amelia Earhart Court**<br>**Suite A**<br>**Las Vegas, NV 89119** | **Customer Contract** |
| **The Hartford**<br>**PO Box 2907**<br>**Hartford, CT 06104** | **Benefit Plan Contract** |
| **The Hartford Financial Services Group**<br>**One Hartford Plaza**<br>**Hartford, CT 06115** | **Customer Contract** |
| **The Hershey Company**<br>**100 Crossways Park Drive West**<br>**#111**<br>**Woodbury, NY 11797-2012** | **Customer Contract** |
| **The National System**<br>**2300 Locust Stret**<br>**Saint Louis, MO 63103** | **Customer Contract** |
| **The National System Honda Int**<br>**2300 Locust Street**<br>**Saint Louis, MO 63103** | **Customer Contract** |
| **The Vimarc Group**<br>**11840 Commonwealth Drive**<br>**Louisville, KY 40299** | **Customer Contract** |
| **ThinkTank Communications**<br>**13 Mosley Acres**<br>**Saint Louis, MO 63141** | **Customer Contract** |
| **Thomas Jefferson Hospital**<br>**925 Chestnut Street, Suite 311**<br>**Philadelphia, PA 19107** | **Customer Contract** |
| **Thomas Jefferson Univ. Hospital**<br>**Attn: Dir. Interactive Market.**<br>**925 Chestnut Street, Suite 311**<br>**Philadelphia, PA 19107** | **Customer Contract** |
| **Thompson PR**<br>**445 W. 9Th Avenue**<br>**Anchorage, AK 99501** | **Customer Contract** |
| **Three H a/k/a Wired Bean**<br>**Attn:  Keith Henry**<br>**422 Main St**<br>**Lafayette, IN 47901** | **Collocation Contract** |

Sheet __83__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Video Monitoring Services of America, LP**                              ,    Case No. _____

                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Tiffany & Company**<br>**600 Madison Avenue**<br>**10th Floor**<br>**New York, NY 10022** | **Customer Contract** |
| **Tim Horton's Advertising**<br>**874 Sinclair Road**<br>**Oakville, ON L6K2Y1**<br>**CANADA** | **Customer Contract** |
| **Tim Hortons Enterprise JWT**<br>**874 Sinclair Road**<br>**Oakville, ON L6K2Y1**<br>**CANADA** | **Customer Contract** |
| **Time Inc.**<br>**1271 Avenue Of The Americas**<br>**Room 3419C**<br>**New York, NY 10020** | **Customer Contract** |
| **Time Warner Cable**<br>**7910 Crescent Executive Drive**<br>**Suite 31**<br>**Charlotte, NC 28217** | **Bandwidth Contract** |
| **Time Warner Telcom**<br>**7910 Crescent Executive Drive**<br>**Suite 31**<br>**Charlotte, NC 28217** | **Telephone Contract** |
| **TJ MAXX**<br>**770 Cochituate Road**<br>**Framingham, MA 01701** | **Customer Contract** |
| **TMG Strategies**<br>**2300 Clarendon Boulevard**<br>**Suite 901**<br>**Arlington, VA 22201** | **Customer Contract** |
| **Tom Ford for ELC**<br>**Tom Ford Beauty**<br>**767 5th Avenue, 42nd Floor**<br>**New York, NY 10153** | **Customer Contract** |
| **Tommy Hilfiger**<br>**Tommy Hilfiger USA**<br>**25 W. 39th Street**<br>**New York, NY 10018** | **Customer Contract** |
| **Tonight Show**<br>**The Tonight Show**<br>**3000 W. Alameda Avenue**<br>**Burbank, CA 91523** | **Customer Contract** |

Sheet __84__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP__ , Case No. _____

                                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Toro (Campbell Mithun)**<br>**222 South Ninth Street**<br>**Minneapolis, MN 55402** | **Customer Contract** |
| **Tourism Ireland**<br>**75 East Northfield Road**<br>**Livingston, NJ 07039** | **Customer Contract** |
| **Tournament of Roses**<br>**391 S. Orange Grove Boulevard**<br>**Pasadena, CA 91184** | **Customer Contract** |
| **Toyota (Dentsu America)**<br>**32 Avenue of the Americas**<br>**16th Floor**<br>**New York, NY 10013** | **Customer Contract** |
| **Toys R Us**<br>**One Geoffrey Way**<br>**Wayne, NJ 07470** | **Customer Contract** |
| **Transbeam**<br>**Corporate Offices**<br>**20 W 36th Street**<br>**New York, NY 10018** | **Bandwidth Contract** |
| **Travel Channel**<br>**Travel Channel Media**<br>**5425 Wisconsin Ave., Suite 500**<br>**Chevy Chase, MD 20815** | **Customer Contract** |
| **Tribe Med. Foods Inc.**<br>**110 Prince Henry Drive**<br>**Taunton, MA 02780** | **Customer Contract** |
| **Trip Advisor LLC**<br>**141 Needham Street**<br>**Newton, MA 02464** | **Customer Contract** |
| **TriWest Healthcare Alliance**<br>**P.O. Box 41580**<br>**Phoenix, AZ 85080-1580** | **Customer Contract** |
| **Trojan-Domestic (Colangelo)**<br>**120 Tokeneke Road**<br>**Darien, CT 06820** | **Customer Contract** |
| **Trojan-International (Colangelo)**<br>**120 Tokeneke Road**<br>**Darien, CT 06820** | **Customer Contract** |

Sheet __85__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Video Monitoring Services of America, LP**                          ,  Case No. _____
                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| TSG Inc.<br>201 West Springfield Ave.<br>Ste 909<br>Champaign, IL 61820 | Collocation Contract |
| Tufts Health Plan<br>333 Wyman St.<br>P.O. Box 9112<br>Waltham, MA 02451 | Customer Contract |
| Turner Broadcasting System<br>BU 2210 0064<br>P.O. Box 4026<br>Atlanta, GA 30302-4026 | Customer Contract |
| Tuthills Photo<br>Attn: Tony Fronterra<br>28 Country Knoll Dr.<br>Binghamton, NY 13901 | Collocation Contract |
| TV Doctors<br>Attn: Mike Gooding<br>938 Cypress Way<br>Twin Falls, ID 83301 | Collocation Contract |
| TXU Energy<br>6555 Sierra Drive<br>2S 14G<br>Irving, TX 75039 | Customer Contract |
| Tygris Vendor Financial<br>Dept. # 1608<br>Denver, CO 80291-1608 | Office Equipment Maintenance Contract |
| U-Haul Corp. Office<br>1325 Airmotive Way, Suite 100<br>Reno, NV 89502 | Customer Contract |
| U.S. Fund for UNICEF<br>125 Maiden Lane<br>11th Floor<br>New York, NY 10038 | Customer Contract |
| U.S.Cellular HRP<br>P.O. Box 620989<br>Middleton, WI 53562-0989 | Customer Contract |
| Ubisoft<br>625 3Rd Street<br>3rd Floor<br>San Francisco, CA 94107 | Customer Contract |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

In re __Video Monitoring Services of America, LP__ ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| ULE Media<br>Merit Financial<br>578 Washington Blvd. 263<br>Marina Del Rey, CA 90292-5442 | Customer Contract |
| Underwriters Laboratories<br>2600 NW Lake Road<br>Camas, WA 98607-8542 | Customer Contract |
| Edward Ungarten<br>421 Crescent Way<br>Albrightsville, PA 18210 | Collocation Contract |
| Unicom Capital, LLC<br>370 17th Street, Suite 3956<br>Denver, CO 80202 | Customer Contract |
| Union Bank<br>Union Bank of California<br>350 California St., Suite 2018<br>San Francisco, CA 94104 | Customer Contract |
| United Healthcare<br>P.O. Box 1459<br>Mn008W220<br>Minneapolis, MN 55440 | Customer Contract |
| United Healthcare<br>5995 Plaza Drive<br>Mail Stop Cy20-583<br>Cypress, CA 90630 | Customer Contract |
| United Healthcare Vision<br>P.O. Box 1459 MN008W220<br>Minneapolis, MN 55440 | Benefit Plan Contract |
| United Way of SE Philly<br>1709 Benjamin Franklin Parkway<br>Philadelphia, PA 19103 | Customer Contract |
| UnitedHealthcare Services-<br>Secure Horizon<br>5995 Plaza Dr. M/S CY20583<br>Cypress, CA 90630 | Customer Contract |
| Universal Studios Orlando Florida<br>1000 Universal Studios Plaza<br>Building 1<br>Orlando, FL 32819 | Customer Contract |

Sheet __87__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Video Monitoring Services of America, LP**        ,     Case No. _____

<center>Debtor</center>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<center>(Continuation Sheet)</center>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **University of Maryland Medicine**<br>**110 S. Paca Street, 8th Floor**<br>**Baltimore, MD 21201** | **Customer Contract** |
| **University of Mississippi Medical Center**<br>**3100 North State Street**<br>**Suite 300**<br>**Jackson, MS 39216** | **Customer Contract** |
| **University of MS Medical Center**<br>**3100 North State Street**<br>**Suite 300**<br>**Jackson, MS 39216** | **Customer Contract** |
| **University of St. Thomas**<br>**3800 Montrose Blvd**<br>**Public Affairs Office**<br>**Houston, TX 77006** | **Customer Contract** |
| **University of Texas Southwestern**<br>**5323 Harry Hines Boulevard**<br>**Dallas, TX 75390** | **Customer Contract** |
| **University of Texas at Dallas**<br>**800 W. Campbell Rd.**<br>**Mp14**<br>**Richardson, TX 75080** | **Customer Contract** |
| **University of Texas Health and Science Center**<br>**7703 Floyd Curl Drive**<br>**San Antonio, TX 78229** | **Customer Contract** |
| **Uniworld for US Marines**<br>**Uniworld Group Inc.**<br>**1 Parklane Blvd., Suite 1200E**<br>**Dearborn, MI 48126** | **Customer Contract** |
| **UPMC Health Plans**<br>**P.O. Box 2939**<br>**Pittsburgh, PA 15230-2939** | **Customer Contract** |
| **UPMC Health Plans (Grey)**<br>**200 Fifth Street**<br>**New York, NY 10010** | **Customer Contract** |
| **UPMC Hospitals**<br>**200 Fifth Avenue**<br>**New York, NY 10010** | **Customer Contract** |

Sheet  **88**  of  **97**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Video Monitoring Services of America, LP**                                         ,   Case No. _____
                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **US Marines Through Uniworld**<br>**1 Parklane Blvd., Suite 1200E**<br>**Dearborn, MI 48126** | **Customer Contract** |
| **USA Network**<br>**30 Rockefeller Plaza**<br>**New York, NY 10112** | **Customer Contract** |
| **UTC Power**<br>**195 Governors Highway**<br>**South Windsor, CT 06074** | **Customer Contract** |
| **Valpak**<br>**8605 Largo Lakes Drive**<br>**Largo, FL 33773** | **Customer Contract** |
| **Valpak Direct Marketing Systems**<br>**8605 Largo Lakes Drive**<br>**Largo, FL 33773** | **Customer Contract** |
| **Vanderbilt Medical Center**<br>**30 Burton Hills Boulevard**<br>**Suite 207**<br>**Nashville, TN 37215** | **Customer Contract** |
| **Heidi Vanderheiden**<br>**94-731 Kime St.**<br>**Waipahu, HI 96797** | **Collocation Contract** |
| **Vans Inc.**<br>**c/o VF Services, Inc.**<br>**P.O. Box 21426**<br>**Greensboro, NC 27420-7426** | **Customer Contract** |
| **Varian Medical Systems**<br>**Varian Inc.**<br>**3100 Hansen Way**<br>**Palo Alto, CA 94304** | **Customer Contract** |
| **Johnny Vasquez**<br>**1314F Dulles Dr.**<br>**Lafayette, LA 70506** | **Collocation Contract** |
| **Vault Communications**<br>**610 West Germantown Pike**<br>**Suite 160**<br>**Plymouth Meeting, PA 19462** | **Customer Contract** |
| **Venables Bell & Partner**<br>**201 Post Street**<br>**San Francisco, CA 94108** | **Customer Contract** |

Sheet __89__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **Video Monitoring Services of America, LP**                              ,     Case No. _____

_____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Mark Verdile**<br>**2 Placid Circle**<br>**East Greenbush, NY 12061** | **Collocation Contract** |
| **Dave Vergin**<br>**212 W. Superior St., Suite 503**<br>**Chicago, IL 60610** | **Collocation Contract** |
| **VeriSign Worldwide Headquarters**<br>**350 Ellis Street**<br>**Mountain View, CA 94043** | **Customer Contract** |
| **Verizon Wireless**<br>**26935 Northwestern Highway**<br>**Suite 100**<br>**Southfield, MI 48033** | **Customer Contract** |
| **Verizon Wireless**<br>**7600 Montpelier Road**<br>**Laurel, MD 20723** | **Customer Contract** |
| **Verizon Wireless**<br>**600 Unicorn Drive**<br>**Woburn, MA 01888** | **Customer Contract** |
| **Verizon Wireless**<br>**5959 Corporate Drive**<br>**Suite LI400**<br>**Houston, TX 77036** | **Customer Contract** |
| **Verizon Wireless**<br>**15505 Sand Canyon Avenue**<br>**Irvine, CA 92618** | **Customer Contract** |
| **Verizon Wireless**<br>**7155 W. Detroit Street**<br>**Chandler, AZ 85226** | **Customer Contract** |
| **Vertica Systems, Inc.**<br>**8 Federal Street, 1st Floor**<br>**Billerica, MA 01821** | **Equipment and Software Contract** |
| **VESIcare**<br>**P.O. Box 118190**<br>**Chicago, IL 60611** | **Customer Contract** |
| **VESIcare (EuroRSCG)**<br>**P.O. Box 118190**<br>**Chicago, IL 60611** | **Customer Contract** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                          Best Case Bankruptcy

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Viagra (McGarry Bowen)<br>601 West 26th Street<br>Suite 1150<br>New York, NY 10001-1115 | Customer Contract |
| Victoria Secret Beauty<br>666 5th Avenue, 4th Fl.<br>New York, NY 10017 | Customer Contract |
| Video Action<br>Attn: Joel Hageman<br>2704 Vigilante Trail<br>Billings, MT 59102 | Collocation Contract |
| Video It<br>Attn: Raymond Hill<br>109 South Monroe St.<br>Albany, GA 31701 | Collocation Contract |
| Video Worx Productions<br>Attn: Brett Montford<br>3710 Lakeside Dr.<br>Saint Joseph, MO 64503 | Collocation Contract |
| Videogenics<br>Attn: John Fletcher<br>103 S. Court St<br>Cleveland, MS 38732 | Collocation Contract |
| Vision Net<br>Attn: Travis King<br>1221 N. Russell<br>Missoula, MT 59808 | Collocation Contract |
| Vision Net, Inc<br>1309 NW Bypass<br>Great Falls, MT 59404 | Collocation Contract |
| Vision Service Plan<br>3333 Quality Drive<br>Rancho Cordova, CA 95670 | Customer Contract |
| VMS<br>1500 Broadway, 6h Floor<br>New York, NY 10036 | Collocation Contract |
| VMS<br>Attn: Ana Foloi<br>185 Berry Street, Suite 1400<br>San Francisco, CA 94107-1796 | Collocation Contract |

Sheet   **91**   of   **97**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __Video Monitoring Services of America, LP_____, Case No. _____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **VMS Dallas**<br>**8111 Lyndon B. Johnson Fwy**<br>**#465**<br>**Dallas, TX 75251-1336** | **Collocation Contract** |
| **VMS DC**<br>**1025 Vermont Ave, NW, Ste 1110**<br>**Attn:  Sara Levering**<br>**Washington, DC 20005** | **Collocation Contract** |
| **VMS Los Angeles**<br>**Attn:  Mylo Koenig**<br>**6430 W. Sunset Blvd.**<br>**Los Angeles, CA 90028** | **Collocation Contract** |
| **VMS Presque Isle**<br>**Attn:  Andrew Marciniak**<br>**260 Main St.**<br>**Presque Isle, ME 04769** | **Collocation Contract** |
| **VMS Tucson**<br>**Attn:  Matt Shooshtari**<br>**5151 East Broadway, Ste 450**<br>**Tucson, AZ 85711** | **Collocation Contract** |
| **Vocus**<br>**P.O. Box 17482**<br>**Baltimore, MD 21297-1482** | **Third Party Data Contract** |
| **Vogel Marketing**<br>**255 Butler Avenue, Suite 201-B**<br>**Lancaster, PA 17601** | **Customer Contract** |
| **Volkswagen of Chattanooga**<br>**6015 International Drive**<br>**Chattanooga, TN 37421-1617** | **Customer Contract** |
| **Wake Forest Univ Baptist Medical**<br>**Medical Center Boulevard**<br>**Winston Salem, NC 27157** | **Customer Contract** |
| **Wal-Mart 3 DMA**<br>**Wal-Mart Stores**<br>**702 SW 8th Street**<br>**Bentonville, AR 72716** | **Customer Contract** |
| **Walden University**<br>**12975 Coral Tree Place**<br>**Los Angeles, CA 90066** | **Customer Contract** |

Sheet __92__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Video Monitoring Services of America, LP**                    ,   Case No. _____

                                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Walter Reed Medical Center**<br>**6900 Georgia Avenue**<br>**Building 1, Room C110**<br>**Washington, DC 20307** | **Customer Contract** |
| **Washington Attorney General**<br>**1125 Washington Street SE**<br>**Olympia, WA 98504** | **Customer Contract** |
| **Washington Gas**<br>**101 Constitution Avenue, NW**<br>**9th Floor**<br>**Washington, DC 20080** | **Customer Contract** |
| **Washington Gas and Light**<br>**101 Constitution Avenue, NW**<br>**9th Floor**<br>**Washington, DC 20080** | **Customer Contract** |
| **Washington Mystics**<br>**627 N. Glebe Road**<br>**Suite 850**<br>**Arlington, VA 22203** | **Customer Contract** |
| **Washington State Lottery**<br>**200 E. Randolph Drive**<br>**Chicago, IL 60601** | **Customer Contract** |
| **Washington Wizards**<br>**627 North Glebe Road**<br>**Suite 850**<br>**Arlington, VA 22203** | **Customer Contract** |
| **Wally Wasilewski**<br>**3559 Tuscany Dr. SE**<br>**Grand Rapids, MI 49546** | **Collocation Contract** |
| **Michael Watson**<br>**8701 Blackberry St. Apt. 121**<br>**Anchorage, AK 99502** | **Collocation Contract** |
| **WAWA (Richards Group)**<br>**c/o Richard Group**<br>**8750 N. Central Expressway**<br>**Dallas, TX 75231** | **Customer Contract** |
| **Web 4 Business**<br>**Attn:  Frank Bucolo**<br>**201 Chester Pike, Ste 200**<br>**Norwood, PA 19074** | **Collocation Contract** |

Sheet   **93**   of   **97**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Video Monitoring Services of America, LP**          ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Web Creations & Graphics, LLC**<br>**Attn:  Danny L. Cole**<br>**111 Prince St**<br>**Beckley, WV 25801** | **Collocation Contract** |
| **Weber Shandwick**<br>**101 Main Street**<br>**Cambridge, MA 02142** | **Customer Contract** |
| **Weber Shandwick**<br>**755 W. Big Beaver**<br>**Suite 2500**<br>**Troy, MI 48084** | **Customer Contract** |
| **Weber Shandwick (Rand McNall)**<br>**Weber Shandwick Worldwide**<br>**P.O. Box 542045**<br>**Omaha, NE 68154** | **Customer Contract** |
| **Weber Shandwick - Genentech**<br>**Weber Shandwick Worldwide**<br>**P.O. Box 542045**<br>**Omaha, NE 68154** | **Customer Contract** |
| **Weber Shandwick - Verizon**<br>**Weber Shandwick Worldwide**<br>**P.O. Box 542045**<br>**Omaha, NE 68154** | **Customer Contract** |
| **Weber Shandwick - Verizon I**<br>**Weber Shandwick Worldwide**<br>**P.O. Box 542045**<br>**Omaha, NE 68154** | **Customer Contract** |
| **Weber Shandwick MilkPEP**<br>**Weber Shandwick Worldwide**<br>**P.O. Box 542045**<br>**Omaha, NE 68154** | **Customer Contract** |
| **Weber Shandwick- Omni**<br>**Weber Shandwick Worldwide**<br>**P.O. Box 542045**<br>**Omaha, NE 68154** | **Customer Contract** |
| **Webster Bank (KSV)**<br>**500 Harrison Avenue**<br>**#403**<br>**Boston, MA 02118** | **Customer Contract** |
| **Weight Watchers**<br>**(of Arizona)**<br>**1608 E. Earll Drive**<br>**Phoenix, AZ 85016** | **Customer Contract** |

Sheet   **94**   of   **97**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Video Monitoring Services of America, LP**                    ,  Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Donna Welborn**<br>**3501 Clark Lane, #74**<br>**Columbia, MO 65202** | **Collocation Contract** |
| **WellPoint Inc.**<br>**13550 Triton Pk Blvd.**<br>**Louisville, KY 40223** | **Customer Contract** |
| **Wells Fargo**<br>**P.O. Box 6434**<br>**Carol Stream, IL 60197-6434** | **Office Equipment Maintenance Contract** |
| **Wells Fargo Inst. Retirement**<br>**P.O. Box 563957**<br>**Charlotte, NC 28256** | **Benefit Plan Contract** |
| **Willis of New York**<br>**185 Asylum Street #25**<br>**Hartford, CT 06103-3404** | **Insurance Contracts** |
| **Tim Wilson**<br>**1241 Funston Avenue**<br>**Apt. 301**<br>**San Francisco, CA 94122** | **Collocation Contract** |
| **WL Gore & Associates**<br>**555 Papermill Rd.**<br>**Elkton, MD 21921** | **Customer Contract** |
| **Wolfpaw Internet**<br>**Attn: Dale Corse**<br>**9768 170 St. Suite 451**<br>**Edmonton, AB** | **Collocation Contract** |
| **David R. Wood**<br>**c/o Good News TV**<br>**2525 Beach Avenue**<br>**Macon, GA 31204** | **Collocation Contract** |
| **Russell Woods**<br>**1017 North Boulevard**<br>**Universal City, TX 78148** | **Collocation Contract** |
| **Work Spice Technologies**<br>**Attn: Blake Weber**<br>**5050 Poplar, Ste 525**<br>**Memphis, TN 38157** | **Collocation Contract** |
| **World Ramp Inc.**<br>**Attn: Chris Nichols**<br>**146 W. Sybelia Ave. Suite B**<br>**Maitland, FL 32751** | **Collocation Contract** |

Sheet __95__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **Video Monitoring Services of America, LP**                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **World Ramp Inc.**<br>**Attn: Chris Nichols**<br>**2221 Lee Rd, Suite 26**<br>**Winter Park, FL 32789** | **Collocation Contract** |
| **World Society for the Protection of Anim**<br>**89 South Street**<br>**Suite 201**<br>**Boston, MA 02111** | **Customer Contract** |
| **World Wrestling Entertainment**<br>**1241 East Main Street**<br>**Stamford, CT 06902** | **Customer Contract** |
| **WorldNet**<br>**Attn: Russ Bennett**<br>**2538 E. Bitters**<br>**San Antonio, TX 78217** | **Collocation Contract** |
| **Jeff Wurtzke**<br>**2205 Hilltop Drive #20**<br>**Redding, CA 96002** | **Collocation Contract** |
| **Wynn Las Vegas**<br>**3131 Las Vegas Blvd, South**<br>**Las Vegas, NV 89109** | **Customer Contract** |
| **Xcel Energy (Vladimir Jones)**<br>**6 North Tejon Street**<br>**4th Floor**<br>**Colorado Springs, CO 80903** | **Customer Contract** |
| **Xerox Corporation**<br>**P.O. Box 827598**<br>**Philadelphia, PA 19182-7598** | **Office Equipment Maintenance Contract** |
| **Xiotech Corporation**<br>**6455 Flying cloud Drive**<br>**Eden Prairie, MN 55344-3305** | **Equipment and Software Contract** |
| **XO Communications**<br>**Corporate Headquarters**<br>**13865 Sunrise Valley Drive**<br>**Herndon, VA 20171** | **Telephone Contract** |
| **Yakult**<br>**3625 Delamo Boulevard**<br>**Suite 260**<br>**Torrance, CA 90503** | **Customer Contract** |
| **YMCA - DC**<br>**P.O. Box 65478**<br>**Washington, DC 20035** | **Customer Contract** |

Sheet __96__ of __97__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Video Monitoring Services of America, LP**  ,  Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Keith Yosfen**<br>**3508 Warrior Ave**<br>**Cheyenne, WY 82007** | **Collocation Contract** |
| **zConnect**<br>**Attn:  Bud Ducey**<br>**800 Kenesaw Avenue, Suite 140**<br>**Marietta, GA 30060** | **Collocation Contract** |
| **Zeltiq**<br>**4698 Willow Road**<br>**Pleasanton, CA 94588** | **Customer Contract** |
| **Zillow.com**<br>**999 3rd Avenue**<br>**Suite 4600**<br>**Seattle, WA 98104** | **Customer Contract** |
| **Zoll Medical**<br>**269 Mills Road**<br>**Chelmsford, MA 01824-4105** | **Customer Contract** |
| **Zoological Society - San Diego**<br>**2920 Zoo Drive**<br>**Warner Admin Center**<br>**San Diego, CA 92103** | **Customer Contract** |
| **Zurich North America**<br>**1400 American Lane**<br>**Schaumburg, IL 60196** | **Benefit Plan Contract** |

Sheet   **97**   of   **97**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **Video Monitoring Services of America, LP**                ,      Case No. _____

                                      Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Southern District of New York

In re    **Video Monitoring Services of America, LP**        Case No.      _____

                                                Debtor(s)        Chapter     **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the CEO & President of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **313**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 31, 2011**                    Signature    **/s/ David Stephens**

                                                          **David Stephens**
                                                            **CEO & President**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re   **Video Monitoring Services of America, LP**                       Case No.   _____

                                      Debtor(s)          Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $50,301,209.00 | Revenue - 12/31/2009 |
| $47,522,712.00 | Revenue - 12/31/2010 |
| $26,783,989.00 | Revenue - 7/31/2011 |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached list** | | **$0.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **David Evans**<br>**c/o Video Monitoring Services of America, LP**<br>**1500 Broadway, 6th Floor**<br>**New York, NY 10036** | **July, 2011 - August, 2011** | **$34,736.49** | **$0.00** |
| **David Stephens**<br>**c/o Video Monitoring Services of America, LP**<br>**1500 Broadway, 6th Floor**<br>**New York, NY 10036** | **October, 2010 - August, 2011** | **$269,332.49** | **$0.00** |
| **Gerry Louw**<br>**c/o Video Monitoring Services of America, LP**<br>**1500 Broadway, 6th Floor**<br>**New York, NY 10036** | **September, 2010 - August, 2011** | **$259,613.52** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **James Waggoner**<br>**c/o Video Monitoring Services of America, LP**<br>**1500 Broadway, 6th Floor**<br>**New York, NY 10036** | **September, 2010 - August, 2011** | **$191,736.86** | **$0.00** |
| **Jonathan Cape**<br>**c/o Video Monitoring Services of America, LP**<br>**1500 Broadway, 6th Floor** | **September, 2010 - August, 2011** | **$180,329.21** | **$0.00** |
| **Leslie Stubin**<br>**c/o Video Monitoring Services of America, LP**<br>**1500 Broadway, 6th Floor**<br>**New York, NY 10036** | **September, 2010 - August, 2011** | **$171,115.24** | **$0.00** |
| **Laila Sayed**<br>**c/o Video Monitoring Services of America, LP**<br>**1500 Broadway, 6th Floor**<br>**New York, NY 10036** | **September, 2010 - August, 2011** | **$185,999.95** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Winston Tam vs. Video Monitoring Services of America, Inc., Video Monitoring Service of America, LP, Leslie Stoddard, and Does 1-10, Case No. BC446951 (Cal. Sup. Ct. Oct. 6, 2010)** | | | |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **J.H. Cohn, LLP**<br>**1212 Avenue of the Americas**<br>**New York, NY 10036** | **August 10, 2011** | **$25,000.00** |
| **J.H. Cohn, LLP**<br>**1212 Avenue of the Americas**<br>**New York, NY 10036** | **August 17, 2011** | **$43,185.00** |
| **Cole, Schotz, Meisel,**<br>**Forman & Leonard, P.A.**<br>**Court Plaza North**<br>**25 Main Street**<br>**Hackensack, NJ 07601** | **August 8, 2011** | **$25,000.00** |
| **Cole, Schotz, Meisel,**<br>**Forman & Leonard, P.A.**<br>**Court Plaza North**<br>**25 Main Street**<br>**Hackensack, NJ 07601** | **August 18, 2011** | **$34,667.00** |
| **Cole, Schotz, Meisel**<br>**Forman & Leonard, P.A.**<br>**Court Plaza North**<br>**25 Main Street**<br>**Hackensack, NJ 07601** | **August 23, 2011** | **$42,282.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Park National Bank** | **Acct #3989 (Chicago Office)** | **Closed May, 2011** |
| **Bank of America** | **Acct # 9170 (Washington Office)** | **Closed March, 2011** |
| **Bank of America** | **Operating Acct #2025** | **Closed February, 2011** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                      NAME USED                                      DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS              NAME AND ADDRESS OF              DATE OF              ENVIRONMENTAL
                                   GOVERNMENTAL UNIT                NOTICE               LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS              NAME AND ADDRESS OF              DATE OF              ENVIRONMENTAL
                                   GOVERNMENTAL UNIT                NOTICE               LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                        DOCKET NUMBER                        STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Laila Sayad**<br>**Chief Financial Officer**<br>**9 Greenbriar Road**<br>**Little Falls, NJ 07424** | **Ongoing** |
| **Silvia F. Piccininni**<br>**Controller**<br>**55 Elm Street**<br>**Hicksville, NY 11801** | **Ongoing** |
| **Augustine Varrichio**<br>**Manager, Accounting**<br>**175 Oldfield Avenue**<br>**Amityville, NY 11701** | **Ongoing** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **J.H. Cohn, LLP** | **1212 Avenue of the Americas**<br>**New York, NY 10036** | **Ongoing** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Silvia F. Piccininni** | **55 Elm Street**<br>**Hicksville, NY 11801** |
| **J.H. Cohn, LLP** | **1212 Avenue of the Americas**<br>**New York, NY 10036** |
| **Laila Sayad** | **9 Greenbriar Road**<br>**Little Falls, NJ 07424** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **J.H. Cohn, LLP**<br>**1212 Avenue of the Americas**<br>**New York, NY 10036** | **August 10, 2011** |
| **Capital One**<br>**499 Thornall Street**<br>**Edison, NJ 08837** | **April 1, 2010** |
| **Willis of New Jersey, Inc.**<br>**350 Mt. Kemble Avenue**<br>**Morristown, NJ 07960** | **October 1, 2010** |
| **Louisville Landlord**<br>**c/o Atrium Center**<br>**3441 Solutions Center**<br>**Chicago, IL 60677-3004** | **June 1, 2010** |
| **Bank of America**<br>**P.O. Box 15731**<br>**Wilmington, DE 19886-5731** | **April 1, 2010** |
| **Ebiquity**<br>**The Registry**<br>**Royal Mint Court**<br>**London, ED3N 4QN**<br>**ENGLAND** | **June 20, 2011** |
| **Competitrak**<br>**36 33rd Street**<br>**Long Island City, NY 11106** | **July 11, 2011** |
| **Prunier Pesky**<br>**40 Wall Street, 10th Floor**<br>**New York, NY 10005** | **May 24, 2011** |
| **Berkery Noyes**<br>**1 Liberty Plaza**<br>**New York, NY 10006** | **May 19, 2011** |
| **Edmiston Group**<br>**150 East 52nd Street, 18th Floor**<br>**New York, NY 10022** | **May 19, 2011** |
| **BMO**<br>**3 Times Square**<br>**New York, NY 10036** | **May 19, 2011** |
| **DeSilva & Phillips**<br>**475 Park Avenue, 22nd Floor**<br>**New York, NY 10016** | **August 2, 2011** |

## 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Video Monitoring Services of America Inc.** | **Equity** | **99.9%** |
| **Wagwyn Associates Corp.** | **Equity** | **0.10%** |

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22 . Former partners, officers, directors and shareholders

None ☐    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| **Peter P. Wengryn** | **21 Grenadier Drive Mahwah, NJ 07430** | **October 8, 2010** |

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23 . Withdrawals from a partnership or distributions by a corporation

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Video Monitoring Services of America Inc.** | **Various Dates (Distribution to General Partner)** | **$108,402.00** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

| CHECK # | Document Date | Vendor Name | Vendor ID | Document Amount | Voided |
|---|---|---|---|---|---|
| 006690 | 5/26/2011 | AUTONOMY | AUTO002 | $76,881.80 | No |
| 006701 | 5/26/2011 | COMTECH21 LLC dba  PRESCIENT WORLDWIDE | PRES008 | $22,122.22 | No |
| 006704 | 5/26/2011 | DIMENSION DATA NORTH AMERICA, INC | DIME002 | $19,430.99 | No |
| 006716 | 5/26/2011 | LEXIS NEXIS | LEXI003 | $8,141.77 | No |
| 006719 | 5/26/2011 | NIELSEN - NET RATINGS, LLC | NIEL006 | $32,662.50 | No |
| 006720 | 5/26/2011 | NIELSEN MEDIA RESEARCH INC. | NIEL001 | $104,454.66 | No |
| 006721 | 5/26/2011 | O'HARE & ASSOCIATES | OHAR001 | $12,000.00 | No |
| 006727 | 5/26/2011 | THE HARTFORD | THEH220-A | $20,775.74 | No |
| 006731 | 5/31/2011 | HORIZON BC/BS OF NEW JERSEY | HORI005 | $153,914.37 | No |
| 006746 | 6/2/2011 | COMTECH21 LLC dba  PRESCIENT WORLDWIDE | PRES008 | $10,000.00 | No |
| 006748 | 6/2/2011 | CRM FUSION INC. | CRMF001 | $6,750.00 | No |
| 006751 | 6/2/2011 | FEDERAL EXPRESS | FEDE001 | $7,241.15 | No |
| 006777 | 6/2/2011 | PRIDESTAFF | PRID002 | $10,328.42 | No |
| 006801 | 6/9/2011 | 3 PARDATA, INC | 3PAR001 | $7,367.00 | No |
| 006808 | 6/9/2011 | CARROLL MEDIA | CARR005 | $6,535.00 | No |
| 006811 | 6/9/2011 | COMTECH21 LLC dba  PRESCIENT WORLDWIDE | PRES008 | $10,000.00 | No |
| 006815 | 6/9/2011 | FEDERAL EXPRESS | FEDE001 | $17,982.44 | No |
| 006830 | 6/9/2011 | LG & E | LGE001 | $9,118.23 | No |
| 006838 | 6/9/2011 | NIELSEN MEDIA RESEARCH INC. | NIEL001 | $110,721.41 | No |
| 006848 | 6/9/2011 | SCANDENT GROUP INC | SCAN001 | $42,209.00 | No |
| 006851 | 6/9/2011 | THE HARTFORD | THEH220 | $7,730.81 | No |
| 006853 | 6/9/2011 | XIOTECH CORPORATION | XIOT001 | $16,720.44 | No |
| 006888 | 6/22/2011 | COMTECH21 LLC dba  PRESCIENT WORLDWIDE | PRES008 | $22,702.48 | No |
| 006920 | 6/22/2011 | FEDERAL EXPRESS | FEDE001 | $14,712.63 | No |
| 006954 | 6/22/2011 | LEXIS NEXIS | LEXI003 | $10,000.00 | No |
| 006987 | 6/22/2011 | PEAK 10  XODIAX, INC. | PEAK003 | $71,593.00 | No |
| 006996 | 6/22/2011 | RIVER 2 RIVER REALTY, INC. | RIVE004 | $22,800.00 | No |
| 007048 | 6/23/2011 | GRAY TELEVISION GROUP, INC | GRAY004 | $7,250.00 | No |
| 007053 | 6/24/2011 | KANTAR MEDIA INTELLIGENCE | COMP001 | $8,000.00 | No |
| 007060 | 6/24/2011 | PRIDESTAFF | PRID002 | $11,139.53 | No |
| 007061 | 6/24/2011 | SCANDENT GROUP INC | SCAN001 | $42,210.10 | No |
| 007065 | 6/29/2011 | HORIZON BC/BS OF NEW JERSEY | HORI005 | $144,739.91 | No |
| 007095 | 6/30/2011 | ITS - INDEPENDENT TELECOMMUNICATIONS SYSTEMS, INC | ITSI001 | $6,602.36 | No |
| 007109 | 6/30/2011 | LATISYS-CHICAGO, LLC | LATI005 | $6,955.10 | No |
| 007136 | 6/30/2011 | SALESFORCE.COM, INC. | SALE004 | $35,275.50 | No |
| 007147 | 6/30/2011 | THE HARTFORD | THEH220-A | $12,127.58 | No |

| | | | | |
|---|---|---|---|---|
| 007162 | 7/7/2011 | CARROLL MEDIA | CARR005 | $6,360.00 | No |
| 007170 | 7/7/2011 | COMTECH21 LLC dba  PRESCIENT WORLDWIDE | PRES008 | $20,000.00 | No |
| 007173 | 7/7/2011 | CORE 180 DIRECT, LLC | CORE002 | $6,687.83 | No |
| 007191 | 7/7/2011 | HORIZON BC/BS OF NEW JERSEY | HORI005 | $90,000.00 | No |
| 007207 | 7/7/2011 | NIELSEN MEDIA RESEARCH INC. | NIEL001 | $110,721.41 | No |
| 007212 | 7/7/2011 | SCANDENT GROUP INC | SCAN001 | $30,484.19 | No |
| 007218 | 7/15/2011 | COMTECH21 LLC dba  PRESCIENT WORLDWIDE | PRES008 | $10,000.00 | No |
| 007225 | 7/15/2011 | HORIZON BC/BS OF NEW JERSEY | HORI005 | $90,000.00 | No |
| 007226 | 7/15/2011 | J.H. COHN LLP | JHCO001 | $10,250.00 | No |
| 007260 | 7/20/2011 | BLINKX | BLIN002 | $6,797.00 | No |
| 007270 | 7/20/2011 | CIRCLE COMPUTER RESOURCES | CIRC003 | $7,874.35 | No |
| 007275 | 7/20/2011 | COMTECH21 LLC dba  PRESCIENT WORLDWIDE | PRES008 | $13,048.56 | No |
| 007308 | 7/20/2011 | HORIZON BC/BS OF NEW JERSEY | HORI005 | $90,000.00 | No |
| 007317 | 7/20/2011 | J.H. COHN LLP | JHCO001 | $10,832.00 | No |
| 007367 | 7/20/2011 | O'HARE & ASSOCIATES | OHAR001 | $9,000.00 | No |
| 007374 | 7/20/2011 | PEAK 10  XODIAX, INC. | PEAK003 | $37,062.00 | No |
| 007390 | 7/20/2011 | SCANDENT GROUP INC | SCAN001 | $30,484.19 | No |
| 007401 | 7/20/2011 | STEIN,  MCGUIRE, PANTAGES & GIGL,LLP | STEI002 | $7,190.25 | No |
| 007408 | 7/20/2011 | THE ARBITRON COMPANY | THEA015 | $18,772.36 | No |
| 007421 | 7/20/2011 | WEBEX | WEBE001 | $7,285.02 | No |
| 007443 | 7/29/2011 | CNBC  INC. | CNBC001 | $11,274.75 | No |
| 007444 | 7/29/2011 | COMTECH21 LLC dba  PRESCIENT WORLDWIDE | PRES008 | $10,000.00 | No |
| 007452 | 7/29/2011 | HORIZON BC/BS OF NEW JERSEY | HORI005 | $89,014.18 | No |
| 007453 | 7/29/2011 | HORIZON BC/BS OF NEW JERSEY | HORI005 | $146,968.10 | No |
| 007471 | 7/29/2011 | LG & E | LGE001 | $10,353.07 | No |
| 007483 | 7/29/2011 | NBC ARCHIVES | NBCA001 | $12,397.72 | No |
| 007494 | 7/29/2011 | R & L REAL ESTATE, LLC | RLRE001 | $12,610.56 | No |
| 007513 | 7/29/2011 | ZAPCO 1500 INVESTMENT, L.P. | ZAPC001 | $27,955.42 | No |
| 007517 | 8/4/2011 | AUTONOMY | AUTO002 | $39,483.52 | No |
| 007519 | 8/4/2011 | CIRCLE COMPUTER RESOURCES | CIRC003 | $6,049.95 | No |
| 007523 | 8/4/2011 | J.H. COHN LLP | JHCO001 | $14,750.00 | No |
| 007527 | 8/4/2011 | LEXIS NEXIS | LEXI003 | $15,000.00 | No |
| 007528 | 8/4/2011 | NIELSEN MEDIA RESEARCH INC. | NIEL001 | $33,125.00 | No |
| 007529 | 8/4/2011 | NIELSEN MEDIA RESEARCH INC. | NIEL001 | $110,721.41 | No |
| 007532 | 8/4/2011 | SCANDENT GROUP INC | SCAN001 | $8,052.00 | No |
| 007535 | 8/5/2011 | ORACLE USA INC | ORAC002 | $29,562.61 | No |
| 007536 | 8/5/2011 | PRIDESTAFF | PRID002 | $19,231.25 | No |

| | | | | | |
|---|---|---|---|---|---|
| 007537 | 8/8/2011 | PREMIUM FINANCING SPECIALISTS, INC. | PREM008 | $10,171.90 | No |
| 007538 | 8/8/2011 | COLE,SCHOTZ, MEISEL, FORMAN & LEONARD, PA | COLE002 | $25,000.00 | No |
| 007539 | 8/8/2011 | FEDERAL EXPRESS | FEDE001 | $40,038.58 | No |
| 007544 | 8/15/2011 | COMTECH21 LLC dba  PRESCIENT WORLDWIDE | PRES008 | $10,000.00 | No |
| 0307374WT | 5/31/2011 | TEK GROUP INTERNATIONAL,  INC. | TEKG001 | $14,500.00 | No |
| 0307452ACH | 6/7/2011 | BRCP  SUNSET, LLC | BRCP001 | $15,384.98 | No |
| 0307455ACH | 6/7/2011 | CHINA BASIN/SAN FRANCISCO LLC | CHIN002 | $7,779.21 | No |
| 0307456ACH | 6/7/2011 | 5151 BROADWAY  CO-TENANCY ACCOUNT | 5151003 | $15,984.62 | No |
| 0307457ACH | 6/7/2011 | 1025 VERMONT INVESTORS, LLC | 1025001 | $9,948.21 | No |
| 0307458ACH | 6/7/2011 | RIVER NORTH LTD PARTNERSHIP #2 | RIVE001 | $13,167.72 | No |
| 0307460ACH | 6/8/2011 | ASCENT PROPERTIES, LLC | ASCE001 | $43,982.67 | No |
| 0307461ACH | 6/8/2011 | ZAPCO 1500 INVESTMENT, L.P. | ZAPC001 | $119,869.44 | No |
| 0307516 | 6/8/2011 | COMWARE | COMW001 | $8,235.00 | No |
| 0307518DB | 6/14/2011 | CAPITAL ONE, N.A. | CAPI220 | $22,279.46 | No |
| 0307520DB | 6/14/2011 | CAPITAL ONE, NA. | CAPI220-A | $120,901.74 | No |
| 0307522WT | 6/15/2011 | CITY OF JEFFERSONTOWN | CITY042 | $40,947.03 | No |
| 0307523WT | 6/15/2011 | TEK GROUP INTERNATIONAL,  INC. | TEKG001 | $52,578.29 | No |
| 0307526EFT | 6/17/2011 | STATE COMPTROLLER | STAT001 | $6,971.31 | No |
| 0307527CC | 6/17/2011 | CLEAR CHANNEL MANAGEMENT SVCS INC dba MEDIA MONITORS INC | MEDI037 | $36,472.00 | No |
| 0307728DEBI⌐ | 6/10/2011 | WACHOVIA | WACH002 | $30,681.46 | No |
| 0307740DB | 6/22/2011 | NYC DEPARTMENT OF FINANCE | NYCD003 | $12,771.56 | No |
| 0307747ACH | 6/24/2011 | NEW YORK STATE SALES TAX | NEWY006 | $64,201.45 | No |
| 0307765WT | 6/27/2011 | TEK GROUP INTERNATIONAL,  INC. | TEKG001 | $18,350.00 | No |
| 0307766WT | 6/29/2011 | BLOOMBERG, L.P. | BLOO002 | $13,750.00 | No |
| 0307858DB | 6/22/2011 | WACHOVIA | WACH002 | $29,861.38 | No |
| 0307859ACH | 7/7/2011 | BRCP  SUNSET, LLC | BRCP001 | $16,923.48 | No |
| 0307861ACH | 7/7/2011 | CHINA BASIN/SAN FRANCISCO LLC | CHIN002 | $7,779.21 | No |
| 0307862ACH | 7/7/2011 | 5151 BROADWAY  CO-TENANCY ACCOUNT | 5151003 | $15,984.62 | No |
| 0307863ACH | 7/7/2011 | 1025 VERMONT INVESTORS, LLC | 1025001 | $9,948.21 | No |
| 0307864ACH | 7/7/2011 | RIVER NORTH LTD PARTNERSHIP #2 | RIVE001 | $13,194.22 | No |
| 0307865ACH | 7/7/2011 | ASCENT PROPERTIES, LLC | ASCE001 | $43,982.67 | No |
| 0307929WT | 7/7/2011 | REPORT INTERNATIONAL LTD. | REPO002 | $37,000.00 | No |
| 0307930WT | 7/8/2011 | XTREME INFORMATION LIMITED. | XTRE001 | $20,000.00 | No |
| 0307931WT | 7/12/2011 | ZAPCO 1500 INVESTMENT, L.P. | ZAPC001 | $120,692.32 | No |
| 0307932DEBI⌐ | 7/1/2011 | CAPITAL ONE, N.A. | CAPI220 | $21,560.76 | No |
| 0307955WT | 7/15/2011 | CITY OF JEFFERSONTOWN | CITY042 | $40,947.03 | No |
| 0307957WT | 7/18/2011 | TEK GROUP INTERNATIONAL,  INC. | TEKG001 | $48,049.44 | No |

| | | | | | |
|---|---|---|---|---|---|
| 0307960DB | 7/19/2011 | CAPITAL ONE, NA. | CAPI220-A | $90,556.13 | No |
| 0308014EFT | 7/19/2011 | PA DEPARTMENT OF REVENUE | PADE002 | $5,852.89 | No |
| 0308016EFT | 7/19/2011 | STATE COMPTROLLER | STAT001 | $12,493.66 | No |
| 0308183 | 7/19/2011 | DIMENSION DATA NORTH AMERICA, INC | DIME002 | $12,555.00 | No |
| 0308189EFT | 7/26/2011 | NEW YORK STATE SALES TAX | NEWY006 | $60,000.00 | No |
| 0308282WT | 7/29/2011 | TEK GROUP INTERNATIONAL,  INC. | TEKG001 | $14,500.00 | No |
| 0308288DEBIT | 8/3/2011 | WACHOVIA | WACH002 | $31,835.46 | No |
| 0308289DEBIT | 7/22/2011 | WACHOVIA | WACH002 | $30,581.91 | No |
| 0308314WT | 8/4/2011 | REPORT INTERNATIONAL LTD. | REPO002 | $90,400.00 | No |
| 0308316DB | 8/1/2011 | CAPITAL ONE, N.A. | CAPI220 | $22,279.46 | No |
| 0308321DB | 8/3/2011 | WACHOVIA | WACH002 | $30,778.65 | No |
| 0308322ACH | 8/8/2011 | BRCP  SUNSET, LLC | BRCP001 | $16,923.48 | No |
| 0308324ACH | 8/8/2011 | CHINA BASIN/SAN FRANCISCO LLC | CHIN002 | $7,822.34 | No |
| 0308325ACH | 8/8/2011 | 5151 BROADWAY  CO-TENANCY ACCOUNT | 5151003 | $15,984.62 | No |
| 0308326ACH | 8/8/2011 | 1025 VERMONT INVESTORS, LLC | 1025001 | $9,948.21 | No |
| 0308327ACH | 8/8/2011 | RIVER NORTH LTD PARTNERSHIP #2 | RIVE001 | $13,167.72 | No |
| 0308328ACH | 8/8/2011 | ASCENT PROPERTIES, LLC | ASCE001 | $43,982.67 | No |
| 0308333WT | 8/10/2011 | THE HARTFORD | THEH220 | $15,046.96 | No |
| 0308334WT | 8/10/2011 | J.H. COHN LLP | JHCO001 | $25,000.00 | No |
| 0308447DB | 8/15/2011 | CAPITAL ONE, NA. | CAPI220-A | $59,508.59 | No |
| 0308449WT | 8/15/2011 | CITY OF JEFFERSONTOWN | CITY042 | $40,947.03 | No |
| 0308467DB | 8/16/2011 | ZAPCO 1500 INVESTMENT, L.P. | ZAPC001 | $122,685.31 | No |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **August 31, 2011**          Signature **/s/ David Stephens**

**David Stephens**
**CEO & President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of New York

In re    **Video Monitoring Services of America, LP**      Case No. _____

Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | 101,949.00 |
    | Prior to the filing of this statement I have received | $ | 101,949.00 |
    | Balance Due | $ | 0.00 |

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 31, 2011**            **/s/ Michael D. Sirota**
**Michael D. Sirota MS-4088**
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
**Court Plaza North, 25 Main Street**
**P.O. Box 800**
**Hackensack, NJ 07602-0800**
**201-489-3000   Fax: 201-489-1536**

---

# United States Bankruptcy Court
## Southern District of New York

In re    __Video Monitoring Services of America, LP__        Case No.   _____
                                        Debtor(s)          Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO & President of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __August 31, 2011__             __/s/ David Stephens__ _____
                                            __David Stephens__/CEO & President
                                            Signer/Title

```
1-800-FLOWERS
1 OLD COUNTRY ROAD
SUITE 500
CARLE PLACE, NY 11514


180 LA/BOOST MOBILE
17330 OCEAN AVENUE, 4TH FLOOR
SANTA MONICA, CA 90401


20TH CENTURY FOX HOME ENT.
2121 AVENUE OF THE STARS
5TH FLOOR #538
LOS ANGELES, CA 90067


3 PAR
117 WEST BOSCOWEN STREET
SUITE 209
WINCHESTER, VA 22604


3 PARDATA, INC
4209 TECHNOLOGY DRIVE
FREMONT, CA 94538


AAA
1000 AAA DRIVE
HEATHROW, FL 32746


AAA COLORADO
4100 EAST ARKANSAS AVENUE
DENVER, CO 80222-3491


ABACUS GROUP OF ST. LOUIS LLC
#11 TOWER
GLEN CARBON, IL 62034-4011


ABC INTEGRATED MARKETING
BRENDAN MURPHY
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521


ABREU, FREDDY A
52 GINA CIRCLE
STRATFORD, CT 06614
```

ACADIAN RESEARCH & RECONSTRUCT
ATTN: RONALD GASBARD
1904 W. PINHOOK RD. STE 110
LAFAYETTE, LA 70508


ACADIAN RESEARCH AND
RECONSTRUCTION
1904 W. PINHOOK RD. SUITE 110
LAFAYETTE, LA 70508-8310


ACC BUSINESS
P.O. BOX 105306
ATLANTA, GA 30348-5306


ACCESS ONE
P.O. BOX 325
ABILENE, KS 67410


ACCESS ONE/GEORGIA BUSINESS
229 S. BELAIR ROD
AUGUSTA, GA 30906


ACCUITY
P.O. BOX 71690
CHICAGO, IL 60694


ACD.NET
1800 N GRAND RIVER AVENUE
LANSING, MI 48906-3905


ACD.NET
4980 NORTHWIND DR.
EAST LANSING, MI 48823


ACREE, CHARLES A
1310 MEADOW RIDGE TRAIL
GOSHEN, KY 40026


ACS INC.NET DBA GLOBAL VISION
DEPT 367-P.O. BOX 100199
COLUMBIA, SC 29202-3199

```
ACSINC.NET LLC
ATTN: RON YOUNTS
78 GLOBAL DR. STE 101
GREENVILLE, SC 29607


ACTION FOR BOSTON COMMUNITY DEVELOPMENTT
178 TREMONT STREET
9TH FLOOR
BOSTON, MA 02111


ACTIVISION
3100 OCEAN PARK BLVD
SANTA MONICA, CA 90405


ACUVUE (MCCANN ERICKSON)
622 THIRD AVENUE
NEW YORK, NY 10017


ADECCO EMPLOYMENT SERVICES
DEPT CH 14091
PALATINE, IL 60055-4091


ADF FOR ELC
767 FIFTH AVENUE
38TH FLOOR
NEW YORK, NY 10153


ADK AMERICA
3137 S. LACIENEGA BLVD.
LOS ANGELES, CA 90016


CRAIG ADKINS
1937 NOBLE STREET
KINGSPORT, TN 37665


ADMIX BROADCAST SERVICE
960 WOODWARD DRIVE
CHARLESTON, WV 25312


ADP
PO BOX 7247-0372
PHILADELPHIA, PA 19170
```

```
ADP, INC.
P.O. BOX 7247-0372
PHILADELPHIA, PA 19170-0372


ADVAIR
P.O. BOX 118190
CHICAGO, IL 60611


ADVAIR (EURORSCG)
P.O. BOX 118190
CHICAGO, IL 60611


ADVERTISING AGE
16626 COLLECTION CENTER DR
CHICAGO, IL 60693-0166


AIRVEL AIR CONDITIONING CORP.
246 BROADWAY
NEW HYDE PARK, NY 11040


AIRVEL AIRCONDITIONING CORP.
246 BROADWAY
GARDEN CITY PARK, NY 11040


ALEXIAN BROTHERS HEALTH SYSTEM
3040 SALT CREEK LANE
ARLINGTON HEIGHTS, IL 60005


TROY A. ALFELT
73 MT. PLEASANT ROAD
CHRISTIANA, PA 17509


ALL DTC (COMMONHEALTH)
OGILVY COMMON HEALTH
446 INTERPACE PARKWAY
PARSIPPANY, NJ 07054


ALLERGAN
2525 DUPONT DRIVE
IRVINE 92612


ALLIED ENVELOPE CO., INC.
33 COMMERCE ROAD
P.O. BOX 6506
CARLSTADT, NJ 07072
```

ALLIED INTEGRATED MARKETING
1128 HARMON PLACE
SUITE 302
MINNEAPOLIS, MN 55403


ALLIED INTEGRATED MARKETING MEDIA GROUP
3565 PIEDMONT ROAD
BLDG. 2, SUITE 700
ATLANTA, GA 30305


JOSE ALVAREZ
7420 PAINTED PONY NW
ALBUQUERQUE, NM 87104


THE AMAZING KRESKIN
C/O RUBENSTEIN PUBLIC RELATION
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105


AMAZON ADVERTISING
P.O. BOX A3368
CHICAGO, IL 60690


AMERICA'S GATE INTERNET SERVICE
P.O. BOX 8575
NAPLES, FL 34112


AMERICAN COUNCIL ON EXERCISE
4851 PARAMOUNT DR
SAN DIEGO, CA 92123


AMERICAN EXPRESS OPEN
P.O. BOX 981540
EL PASO, TX 79998-1540


AMERICAN FOUNDATION OF SUICIDE
PREVENTION (AFSP)
120 WALL ST, 29TH FL
NEW YORK, NY 10005


AMERICAN HONDA MOTOR CO
1919 TORRANCE BLVD.
BLDG. 100
TORRANCE, CA 90501

AMERICAN INTERNET SERVICES
9305 LIGHTWAVE AVENUE
SUITE 100
SAN DIEGO, CA 92123


AMERICAN KENNELL CLUB (AKC)
CUSTOMER CARE
8051 ARCO CORP. DR. STE 100
RALEIGH, NC 27617-3390


AMERICAN MOVIE CLASSICS
11 PENN PLAZA
15TH FLOOR
NEW YORK, NY 10001


AMERICAN NEWSPAPER REP.
2075 W BIG BEAVER RD
SUITE 310
TROY, MI 48084-3543


AMERICAN RED CROSS
1621 N. KENT STREET
11TH FLOOR
ARLINGTON, VA 22209


AMERICAN RED CROSS
4800 HARRY HINES BLVD
DALLAS, TX 75235


AMERICAN RED CROSS
700 SPRING GARDEN
PHILADELPHIA, PA 19123


AMERICAN RED CROSS
CT BLOOD SERVICES REGION
GLASTONBURY OFFICE
GLASTONBURY, CT 06033-4325


AMERICAN SIGNATURE
D/B/A VALUE CITY
4300 E. FIFTH AVENUE
COLUMBUS, OH 43219

AMERICAN TRUCKING ASSOCIATIONS
950 NORTH GLEBE ROAD
SUITE 210
ARLINGTON, VA 22203


AMERICASGATE.NET
2308 KINGSLAKE BLVD.
NAPLES, FL 34112


AMERIFIT
55 SEBETHE DRIVE, SUITE 102
CROMWELL, CT 06416


AMERISTAR CASINOS INC.
3773 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169


AMEX CONSUMER (DIGITAS)
P.O. BOX 960849
PRUDENTIAL TOWER
BOSTON, MA 02196-0849


AMYGDALYTICS INC.
ATTN: GAIL KIBLER
860 WEST MAIN ST.
CHRISTIANSBURG, VA 24073


ANDERSON, CAMERON LAMAR
2101 SPEED AVENUE #8
LOUISVILLE, KY 40205


ANDERSON, CASEY R
409 DENMAN RD
CRANFORD, NJ 07016


ANDERSON, KNOLIS
116-42 144TH STREET
JAMAICA, NY 11436


ANDRADE, CARMEN R
41-41 76TH ST., #6B
ELMHURST, NY 11373

ANDRADE, MARLENE
41-41 76TH ST., #6B
ELMHURST, NY 11373


DIANE AND JEFF ANSON
327 NORTH UNION STREET
WESTFIELD, IN 46074


APACHE BUSINESS SYSTEMS, INC.
3865 E. 34TH STREET-SUITE 105
TUCSON, AZ 85713


APCO WORLDWIDE M-M NACL
700 12TH STREET, NW
SUITE 800
WASHINGTON, DC 20005


APPTIX - CORP. HEADQUARTERS
13461 SUNRISE VALLEY DRIVE
SUITE 300
HERNDON, VA 20171


APPTIX INC.
DBA MI8 CORP
DEPT CH 17826
PALATINE, IL 60055-7826


ARAMARK REFRESHMENT SERVICES
5325 S KYRENE RD.-STE 104
TEMPE, AZ 85283


ARBITRON
P.O. BOX 3228
CAROL STREAM, IL 60132-3228


ARC WORLDWIDE
35 WEST WACKER DRIVE
CHICAGO, IL 60601


ARCHIBALD, PATRICK
3301 S. BONANZA AVENUE
TUCSON, AZ 85730

```
ARDERY, RUBEN
1718 O'DANIEL AVENUE #7
LOUISVILLE, KY 40213


ARIZONA DEPT. OF REVENUE
P.O. BOX 29009
PHOENIX, AZ 85038-9010


ARMED FORCES FOUNDATION
16 N CAROLINA AVE., SE
WASHINGTON, DC 20003


ARMES, MONICA R
603 ALBANY STREET
NEW ALBANY, IN 47150


ARNBERG, PETER J
520 WILLOW STONE WAY
LOUISVILLE, KY 40223


ARNOLD, ANGELA
23814 IRONWOOD CT
BORDEN, IN 47106


ARNOLD, VICKIE C
600 US 31E
CLARKSVILLE, IN 47129


ART VAN FURNITURE
6500 FOURTEEN MILE ROAD
WARREN, MI 48092


ASG RENAISSANCE
3188 AIRWAY AVENUE
UNIT J
COSTA MESA, CA 92626


ASH, CLARENCE R
3705 HILLCROSS DRIVE
LOUISVILLE, KY 40229


ASICS
29 PARKER
SUITE 100
IRVINE, CA 92618
```

```
AT&T
P.O. BOX 105262
ATLANTA, GA 30348-5262


AT&T
5501 LBJ FREEWAY
SUITE 345
DALLAS, TX 75240


AT&T 171-787-7465 865
P.O. BOX 5019
CAROL STREAM, IL 60197-5019


AT&T PERFORMING ARTS CENTER
2100 ROSS AVENUE
SUITE 650
DALLAS, TX 75201


ATLANTIC BROADBAND
P.O. BOX 371801
PITTSBURGH, PA 15250-7801


ATLANTIC.NET
P.O. BOX 864148
ORLANDO, FL 32886-4148


ATLANTIC.NET
2815 NW 13TH ST.
SUITE 201
GAINESVILLE, FL 32609


ATTENSITY 360
2465 EAST BYASHORE ROAD
SUITE 300
PALO ALTO, CA 94303


AUDIOIMAGE PRODUCTIONS INC.
110 NORTH JEFFERSON STREET
RICHMOND, VA 23220


AUDIOIMAGE RECORDING
ATTN: JOHN VALENTINE
110 N. JEFFERSON ST.
RICHMOND, VA 23220
```

AUDUBON ZOO
6500 MAGAZINE STREET
NEW ORLEANS, LA 70118


AURORA HEALTHCARE
3305 WEST FOREST HOME AVENUE
COMMUNICATIONS/MARKETING
MILWAUKEE, WI 53215


AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA
3333 FAIRVIEW ROAD
MS A131
COSTA MESA, CA 92626


AUTONOMY
1 MARKET PLAZA-SPEAR TOWER
19TH FLOOR
SAN FRANCISCO, CA 94105


AUTONOMY
1 MARKET PLAZA
SPEAR TOWER, 18TH FL.
SAN FRANCISCO, CA 94105


AUTRY-SCHIFFGENS, EMILY SINCLAIR
62 SHERIDAN STREET
SAN FRANCISCO, CA 94103


AV WORKSHOP
ATTN: RON COUGHLIN
1909 W. FLORIDA AVE.
MIDLAND, TX 79701


AVEDA (ELC)
4000 PHEASANT RIDGE DRIVE
GLOBAL COMMUNICATIONS
BLAINE, MN 55449


AVI FOODSYSTEMS, INC.
2590 ELM ROAD NE
WARREN, OH 44483


AVIS RENT A CAR SYSTEM, INC.
7876 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0078

AWECOMM
165 KIRTS BLVD., SUITE 400
TROY, MI 48084


AWECOMM TECHNOLOGIES, LLC
165 KIRTS BLVD-SUITE 400
TROY, MI 48084


AXCELZ
ATTN: JAMES THOMAS FOR VMS
SALEM, NH 03079


AYALA, CARMEN
144 MASON STREET
HEMPSTEAD, NY 11550


B.C. JACKSON ENGINEERING, INC
11 E. 25TH STREET
TULSA, OK 74114-2409


BACHENHEIM, MEREDITH
2830 TULIP AVE
BALDWIN, NY 11510


BAKER, MARK
5403 LAUREL TREE PLACE
LOUISVILLE, KY 40229-2240


TOM BAKER
1130 WRIGHT ROAD
MEMPHIS, TN 38122


SHARON BAKKEN
1429 16TH ST. NW
MINOT, ND 58701


SHARON A. BAKKEN
1429 - 16TH STREET NORTHWEST
MINOT, ND 58703


BAKOS & KRITZER
147 COLUMBIA TURNPIKE
SUITE 102
FLORHAM PARK, NJ 07932

BALL, DANIEL P
5310A GOVERNOURS WAY
LOUISVILLE, KY 40291


BARK BUSTERS
250 W. LEHOW AVE, SUITE B
ENGLEWOOD, CO 80110


BARK BUSTERS USA
DINGO, INC.
250 W. LETTOW AVENUE, SUITE B
ENGLEWOOD, CO 80110


BARNES, JAMES K
1314 SOUTHGATE AVENUE
LOUISVILLE, KY 40215


BARTISH, SUSAN M
9688 E BANBRIDGE ST
TUCSON AZ, AZ 85747


DENISE BATTIATO
5709 WEST 89TH PLACE
OAK LAWN, IL 60453


BAUGH, WILLIAM
806 SINCLAIR STREET
FAIRDALE, KY 40118


BAUSCH & LOMB
P.O. BOX 25169
LEHIGH VALLEY, PA 18002-5169


BAY MEDICAL CENTER
615 N. BONITA AVENUE
PANAMA CITY, FL 32401


BAYER DIABETES (DOMESTIC)
P.O. BOX 306
PITTSBURGH, PA 15230


BAYER DIABETES (INTERNATIONAL)
1285 AVENUE OF THE AMERICAS
5TH FLOOR
NEW YORK, NY 10019

BAYER DIABETES CARE (BBCO)
1 ALLIANCE CENTER
3500 LENOX ROAD - SUITE 1900
ATLANTA, GA 30326


BAYER DIABETES INTERNATIONAL (BBDO)
1 ALLIANCE CENTER
3500 LENOX ROAD - SUITE 1900
ATLANTA, GA 30326


BAYER HEALTH CARE LLC (HEART
HEALTH ADV) CONSUMER RELATIONS
36 COLUMBIA RD., POB 1910
MORRISTOWN, NJ 07962-1910


BAYLOR HEALTH CARE SYSTEM
2001 BRYAN STREET
SUITE 700
DALLAS, TX 75201


BC JACKSON ENGINEERING
11 EAST 25TH STREET
TULSA, OK 74114


BEACON MEDIA LLC
ATTN: MIKE MCCLEARY
8240 HENNE RD
BAY PORT, MI 48720


BEACON MEDIA, LLC
3802 HIGHLAND CT.
HIGHLAND, MI 48356


BEAL, MITCHELL
625 CAMP STREET
LOUISVILLE, KY 40203


JEN BEALIEU
12503 STARLIGHT LANE
BOWIE, MD 20715


BEAM BRANDS
BEAM GLOBAL, SPIRITS, WINES
510 LAKE COOK ROAD, SUITE 510
DEERFIELD, IL 60015

BEARDEN, REBECCA
3607 GLENFIELD COURT
LOUISVILLE, KY 40241


BEAU RIVAGE CASINO (MASTERMINDS)
6727 DELILAH ROAD
EGG HARBOR TOWNSHIP, NJ 08234


JENNIFER L. BEAULIEU
12503 STARLIGHT LANE
BOWIE, MD 20715


BECKHAM, DARREN
2019 EASTERN PARKWAY #5
LOUISVILLE, KY 40204


BEHERA, RACHANA NAIKADE
2 STEWART CT
OLD BRIDGE, NJ 08857


BEHREND, JOI
239 LAURIE VALLEE ROAD
LOUISVILLE, KY 40223


BELLEVILLE, STEPHEN
8 EXCHANGE STREET APT E
PRESQUE ISLE, ME 04769


PATRICIA BENNETT
DBA A BRIGHT CLEAN
9102 WILLOW WOOD WAY
LOUISVILLE, KY 40299


BENNETT, REBECCA M
3129 ROSELAWN BLVD
LOUISVILLE, KY 40220


BERDEAUX, SANDRA CAROL
2225 S. AVENIDA GUILLERMO
TUCSON, AZ 85710


BERKSHIRE ASSOCIATES INC.
8924 MCGAW COURT
COLUMBIA, MD 21045

```
BETH ISRAEL DEACONESS MEDICAL CENTER
375 LONGWOOD AVENUE
4TH FLOOR
BOSTON, MA 02215


ELLEN BETHEL
8005 WHITE LOWE ROAD
SALISBURY, MD 21801


ELLEN BETHEL
8005 WHITE LOWE RD.
SALISBURY, MD 21801


SUSAN BETTERS
319 BRADWYCK CT.
MATTHEWS, NC 28105


SUSAN BETTERS
319 BRADWYCK COURT
MATTHEWS, NC 28105


TERRY L. BETTIS
DBA DELTA GRP.
500 CHESTNUT ST. STE 1601
ABILENE, TX 79602


BIANCA, JOSEPH F
1411 S 4TH STREET
LOUISVILLE, KY 40208


BIBBS, KAMESHA N
7351 ST. ANDREWS CHURCH RD
LOUISVILLE, KY 40214


BIGBYTE.CC CORP
P.O. BOX 81200
ALBUQUERQUE, NM 87198-1200


BIGBYTE.CC CORP
123 CENTRAL AVE NW
ALBUQUERQUE, NM 87102
```

```
BILL HUDSON VIDEO
ATTN:  BILL HUDSON
3141 W. 20TH COURT
PANAMA CITY, FL 32405


BILL WHITE FOR TEXAS
2100 WEST LOOP SOUTH
SUITE 700
HOUSTON, TX 77027


BISSELL
2345 WALKER NW
GRAND RAPIDS, MI 49544-2516


BISSELL HOMECARE
BISSELL INC.
2345 WALKER AVENUE NW
GRAND RAPIDS, MI 49544


BLACK & DECKER
701 E JOPPA RD
TOWSON, MD 21286


BLACK DOG PRODUCTIONS
ATTN:  BRIAN CROUCH
1004 WEST 4TH
JOPLIN, MO 64801


BLACK HOLE INTERNET
7599 CORPORATE WAY
ATTN: ACCTS RECEIVABLE
EDEN PRAIRIE, MN 55344


BLACK HOLE INTERNET
7599 CORPORATE WAY
EDEN PRAIRIE, MN 55344


BLACK ROCK
55 EAST 52ND STREET
NEW YORK, NY 10022


KATHY BLACK
4668 WINDFIELD COURT
ROCK HILL, SC 29732
```

VERNON BLACK
3113 W. MANGOLD AVENUE #5
GREENFIELD, WI 53221


BLACKWATER VIDEO
ATTN: DANIEL MCMULLEN
198 FOUNDRY ST
MORGANTOWN, WV 26505


BLAKE-ROSENBERG, MICHELE
73 BOURNE STREET
JAMAICA PLAIN, MA 02130


BLINKX
ONE MARKET PLAZA
SPEAR TOWER, STE 1810
SAN FRANCISCO, CA 94105


BLINX
ONE MARKET PLAZA
SPEAR TOWER, SUITE 1810
SAN FRANCISCO, CA 94105


BLOCK, STEPHANIE
6568 FRUITGIFT PLACE
COLUMBIA, MD 21045


BLUE CROSS BLUE SHIELD OF FL
4800 DEERWOOD CAMPUS PARKWAY
DC1-4
JACKSONVILLE, FL 32246


BLUE CROSS BLUESHIELD MICH DP
600 LAFAYETTE EAST
MAIL CODE# 0221
DETROIT, MI 48226


BLUM, MARC DAVID
22 LONG POND ROAD
ARMONK, NY 10504


BMS (DIGITAS HEALTH)
P.O. BOX 960849
BOSTON, MA 02196

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM
20TH ST. & CONSTITUTION AVE NW
WASHINGTON, DC 20551


BOEING
1215 S. CLARK STREET
ARLINGTON, VA 22202-4398


BOES, BRIAN D
4501 WALSH DRIVE
LOUISVILLE, KY 40272


BOHANNON, ELIZABETH A
8303 WINTERBOURNE PL
LOUISVILLE, KY 40222


BOLD PR
121 EAST, 24TH STREET
SUITE 1202
NEW YORK, NY 10010


BONFILS BLOOD CENTER
717 YOSEMITE CIRCLE
DENVER, CO 80230


LISA BORGER
W20932 DEER RUN LANE
GALESVILLE, WI 54630


LISA R. BORGER
W20932 DEER RUND LANE
GALESVILLE, WI 54630


BOSE CORPORATION
THE MOUNTAIN
CORPORATE CENTER-MS 2B1
FRAMINGHAM, MA 01701


BOSTON BEER CORPORATION
ONE DESIGN CENTER PLACE
SUITE 850
BOSTON, MA 02210

```
BOSTON CELTICS
226 CAUSEWAY STREET
4TH FLOOR
BOSTON, MA 02114


BOSTON MARKET
14103 DENVER WEST PARKWAY
GOLDEN, CO 80401


BOUCHARD, ERIC
7410 E. LA CIENEGA
TUCSON, AZ 85715


BOWLING, ADAM
208 BRECKENRIDGE LANE #3
LOUISVILLE, KY 40207


BOWMAN, ANTHONY
736 E. MUHAMMAD ALI BLVD
LOUISVILLE, KY 40202


BRADY TUCKER INTERNET COMPLETE
4509 N. CLASSEN BLVD. STE 100
OKLAHOMA CITY, OK 73118


BRAINSHARK, INC.
BOX 200716
PITTSBURGH, PA 15251-0716


JEAN & STEVE BRANDAU
7811 BRIDGEWELL RUN SE
HUNTSVILLE, AL 35802


KRISTY BRANNEN
1617 BELLEVUE BLVD. N
BELLEVUE, NE 68005


BREA, LIDIA
1466 TOWNSEND AVE., #1G
BRONX, NY 10452


BREVILLE
19400 S. WESTERN AVENUE
TORRANCE, CA 90501
```

BRICK NETWORK
712 N. 2ND STREET-SUITE 300
ST. LOUIS, MO 63102


LYNN M. BRIDGES
904 KINGS CT. NE
ATLANTA, GA 30306-3431


BRILINTA-HEART HEALTH (COMMONHEALTH)
400 INTERPACE PARKWAY
PARSIPPANY, NJ 07054


BRINKER INTERNATIONAL
6820 LBJ FREEWAY
DALLAS, TX 75240


BRISSETT, WANDAANA
4M HOLLY HOUSE
PRINCETON, NJ 08540


BRITTON, EDWARD
5902 BLUE STONE ROAD
LOUISVILLE, KY 40219


BROADSTRIPE, LLC
P.O. BOX 62419
BALTIMORE, MD 21264-0001


BROCKMAN, NATHAN G
1229 TEXAS AVENUE
LOUISVILLE, KY 40204


BROOKFIELD ZOO
3300 GOLF ROAD
BROOKFIELD, IL 60513


BROWN, JESSICA
3401 LENOIR AVENUE
LOUISVILLE, KY 40216


BROWN, JOHN W
850 WASHBURN AVE
LOUISVILLE, KY 40222

BROWN, MARCUS ALLEN
220 MILLER ROAD
WESTFIELD, ME 04787


BROWNLEE, JENNIFER
4311 1/2 GARTHWATE AVENUE
LOS ANGELES, CA 90008


BRUMBACK, ASHLEY
1608 KING OF ARMS APT G
LOUISVILLE, KY 40222


BRYANT, ERIN M
8011 CARDINAL MEADOW CT., #1
LOUISVILLE, KY 40222


CLAUDETTE BUCKLEY
186 CENTER ROAD
VERNON, CT 06066-4105


BUMBLE AND BUMBLE FOR ELC
146 EAST 56TH STREET
NEW YORK, NY 10022


BURCH, KIMBERLY O
55 JACKSON STREET
NEW YORK, NY 10002


PETER BURCHELL
1637 N MONROE STREET
TALLAHASSEE, FL 32303


BURKE MEDIA & ENT. GROUP
ATTN:  TOM BURKE
100 ORISKANY BLVD.
YORKVILLE, NY 13495


BURRELLESLUCE
75 EAST NORTHFIELD ROAD
LIVINGSTON, NJ 07039


BURSON/BAYER
BURSON - MARSTELLAR
230 PARK AVENUE SOUTH
NEW YORK, NY 10003-1528

BURTON, ANDREW G
592 EAST 93RD STREET
BROOKLYN, NY 11236


BUSH, TIFFANY L
8417 EASTON COMMONS DR
LOUISVILLE, KY 40242


BUSINESS SOLUTIONS PARTNERS
15 BRYANT AVENUE
ROSLYN, NY 11576


C-NET
235 SECOND STREET
SAN FRANCISCO, CA 94105


C3 PRESENTS, LLC
98 SAN JACINTO BLVD, STE 400
DBA AUSTIN CITY MUSIC FESTIVAL
AUSTIN, TX 78701


CA ATTORNEY GENERAL
1300 I STREET-SUITE 1750
PO BOX 944255
SACRAMENTO, CA 94244-2550


CA MILK ADVISORY BOARD
400 OYSTER POINT BOULEVARD
SUITE 214
SOUTH SAN FRANCISCO, CA 94080


CA STATE CONTROLLER
P.O. BOX 942850
SACRAMENTO, CA 94250-5877


CAESAR STONE
6840 HAYVENHURST AVENUE
SUITE 100
VAN NUYS, CA 91406


CAESARS WINDSOR HOTEL & CASINO
MEDIA CONTACT GARY THOMPSON
1 CAESARS PALACE DRIVE
LAS VEGAS, NV 89109

LOUANNA CAHOON
186 FAIRWIND TRAIL DR
CONROE, TX 77385


CALKIN, JAMES T
4161 RESERVOIR AVE
LOUISVILLE, KY 40213


CALLOSICS, INC.
422 PEPPERS FERRY RD, #128
CHRISTIANSBURG, VA 24073


CALVERT, WILLIAM L
312 IDLEWYLDE DRIVE
LOUISVILLE, KY 40206


CAMINITI, JOHN
93 AVERY STREET
STAMFORD, CT 06902


CAMP PENDLETON
P.O. BOX 1609
OCEANSIDE, CA 92051-1609


CAMPBELL, KEVIN
2012 MARY CATHERINE DRIVE
LOUISVILLE, KY 40216


CAMPBELL, ROBERT
206 NORTH BIRCHWOOD AVENUE
LOUISVILLE, KY 40206


ROLAN CAMPBELL
960 BOLLEN CIRCLE
GARDNERVILLE, NV 89460


ROLAN & LAREE CAMPBELL
960 BOLLEN CIRCLE
GARDNERVILLE, NV 89460


FRANK CAMPOS
557 SE MIFFLIN STREET
DALLAS, OR 97338

```
FRANK CAMPOS
557 SE MIFFLIN ST
DALLAS, OR 97338


CANACCORD GENUITY
CANACCORD ADAMS
99 HIGH STREET, 12TH FLOOR
BOSTON, MA 02110


ROSS CANEN
201 OLMSTEAD LANE
GLENDIVE, MT 59330


ROSS CANEN
201 OLMSTEAD LN
GLENDIVE, MT 59330


CANGIALOSI, CHRISTOPHER
1072 MCLEAN AVENUE
WANTAGH, NY 11793


CANON FINANCIAL SERVICES
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149


CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149


CAPE, JONATHAN
66 CREST ROAD
CHAPPAQUA, NY 10514


CAPELLA UNIVERSITY
221 YALE AVENUE NORTH
SUITE 600
SEATTLE, WA 98109


CAPITAL CONCERTS
499 SOUTH CAPITOL STREET, SW
SUITE# 404
WASHINGTON, DC 20003
```

```
CAPITAL ONE, N.A.
1001 AVENUE OF THE AMERICAS
ATTN: BRIAN TALTY
NEW YORK, NY 10018


CAPITAL ONE, NA.
CORPORATE CARD
P.O. BOX 650743
DALLAS, TX 75265-0743


CAPUANO, ROBERT
626 VALLEY ROAD
UPPER MONTCLAIR, NJ 07043


CARAT/TAYLORMADE GOLF
CARAT
3390 PEACHTREE RD NE SUITE 700
ATLANTA, GA 30326


CAREER SPORTS & ENTERTAINMENT
600 GALLERIA PARKWAY
SUITE 1900
ATLANTA, GA 30339


CAREERBUILDER, LLC
13047 COLLECTION CENTER DR
CHICAGO, IL 60693-0130


CARFAX
5860 TRINITY PARKWAY
SUITE 600
CENTREVILLE, VA 20120


CARLSON HOTEL GROUP
701 CARLSON PARKWAY
MINNETONKA, MN 55305


CAROLINA INTERNET LTD.
ATTN: ACCOUNTS RECEIVABLE
900 CENTER PARK DRIVE, STE A
CHARLOTTE, NC 28217


CAROLINANET
ATTN: STEVEN HINKLER
301 S. ELM ST. STE 625
GREENSBORO, NC 27401
```

CAROLINANET.COM
P.O. BOX 10142
GREENSBORO, NC 27404-0142

CAROLINAS HEALTHCARE
PUBLIC INFORMATION & MARKETING
P.O. BOX 32861
CHARLOTTE, NC 28232-2861

CARROLL MEDIA
11180 STATE BRIDGE RD
SUITE 207
ALPHARETTA, GA 30022

CARROLL MEDIA
11180 STATE BRIDGE ROAD
SUITE 207
ALPHARETTA, GA 30022

CARROLL, HALLIE
846 KEYSTONE WAY
LOUISVILLE, KY 40223

CARROLL, JENNIFER
2606 SHINING WATER DRIVE
LOUISVILLE, KY 40299

CARROLLTON FARMERS BRANCH INDEPENDENT SC
1445 NORTH PERRY ROAD
CARROLLTON, TX 75006

CARTIER FOR OSCARS
P.O. BOX 186
SHELTON, CT 06484

CASA
255 E. BONITA AVENUE
POMONA, CA 91767

CASCADE CREATIVE
ATTN: GREG GULBRANDSEN
2184 NE MEADOW LN
BEND, OR 97701

CASE WESTERN RESERVE UNIV.
10900 EUCLID AVENUE
CLEVELAND, OH 44106-7017


TIMOTHY MICHAEL CASEBEER
108 NE 24TH AVENUE
PORTLAND, OR 97232


CASEMIER, MELISSA P
1730 ARLINGTON BLVD
ARLINGTON, VA 22209


BILL CASSIDY
1211 W. PURTSCHER DRIVE
PEORIA, IL 61614


WILLIAM CASSIDY
1211 W. PURTSCHER DRIVE
PEORIA, IL 61614-6907


CASWELL, GERI ANN
219 IRVING PLACE
LYNDHURST, NJ 07071


CATALANO, JAMES
10611 IRVIN PINES DR
LOUISVILLE, KY 40229


CATALANO, MARY
10611 IRVIN PINES DR
LOUISVILLE, KY 40229


CATES-MICHALKA, CRYSTAL D
P O BOX 35
ASHLAND, ME 04732


CATHOLIC HEALTH SYSTEMS
APPLETREE BUSINESS
PARK 2875 UNION ROAD, SITE 2323
CHEEKTOWAGA, NY 14227


CATHOLIC HEALTHCARE WEST
CHW-WEST BAY
3400 DATD DRIVE, 3RD FLOOR
RANCHO CORDOVA, CA 95670

CATHOLIC RELIEF SERVICES
228 W. LEXINGTON STREET
6TH FLOOR
BALTIMORE, MD 21201


CAVALIERS OPERATING CO., LLC
1 CENTER CT.
CLEVELAND, OH 44115


CBS
524 WEST 57TH STREET
NEW YORK, NY 10019


CCI NETWORK SERVICES, LLC
155 N 400 W SUITE 100
SALT LAKE CITY, UT 84103


CDC
3311 TOLEDO ROAD
ROOM 7211
HYATTSVILLE, MD 20782


CDC-HEALTH STATS
3311 TOLEDO ROAD
ROOM 7211
HYATTSVILLE, MD 20782


CDW DIRECT, LLC
P.O. BOX 75723
CHICAGO, IL 60675-5723


CELEBREX (KAPLAN THALER)
1675 BROADWAY
NEW YORK, NY 10019


CEMEX
920 MEMORIAL CITY WAY
SUITE 100
HOUSTON, TX 77024


CENTOCOR OTHRO BIOTECH
800/850 RIDGEVIEW DRIVE
HORSHAM, PA 19044

CENTRAL AROOSTOOK ARC
DBA AROOSTOOK SHRED
25 LOMBARD ST, PO BOX 1245
PRESQUE ISLE, ME 04769


CENTRAL DUPAGE HOSPITAL
25 N. WINFIELD ROAD
WINFIELD, IL 60190


CENTRAL PA COLLEGE
COLLEGE HILL& VALLEY ROAD
SUMMERDALE 17093


CENTRILOGIC
350 MAIN ST., SUITE 100
BUFFALO, NY 14202


CEPHALON
145 BRANDYWINE PARKWAY
WEST CHESTER, PA 19380


CFDA
1412 BROADWAY
NEW YORK, NY 10018


CHACKO, PAUL
75 POMONA AVENUE
YONKERS, NY 10703


CHALLENGED ATHLETES FOUNDATION
11199 SORRENTO VALLEY ROAD
SUITE C
SAN DIEGO, CA 92121


CHAMBLIN, MARY C
P.O. BOX 174
LOUISVILLE, KY 40201


KENNETH CHANDLEE
29 CREEK BEND DRIVE
SUMMERVILLE, SC 29485


KENNETH K. CHANDLEE
29 CREEK BEND DRIVE
SUMMERVILLE, SC 29485

```
CHANEL USA
876 CENTENNIAL AVENUE
P.O. BOX 308
PISCATAWAY, NJ 08855


CHANTIX (MCGARRY BOWEN)
601 WEST 26TH STREET
SUITE 1150
NEW YORK, NY 10001-1115


CHANTIX WITHIN EDELMAN
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601


CHAPMAN, KRISTINA M.
5130 E. BURNS PLACE
TUCSON, AZ 85711


CHARLOT, KIM M.
16433 S. PETRIFIED FOREST DR
SAHUARITA, AZ 85629


CHASE CARD SERVICES
201 NORTH WALNUT STREET
MAILSTOP DE1-1072
WILMINGTON, DE 19801


CHASE, ADAM
2206 GURSKY COURT
LOUISVILLE, KY 40223


CHATMAN, DANE P
3423 POWELL AVENUE
LOUISVILLE, KY 40215


CHATTEM ADDENDUM-ALLERGY
1715 W. 38TH STREET
CHATTANOOGA, TN 37409


CHATTEM ADDENDUM-COUGH & COLD
1715 W. 38TH STREET
CHATTANOOGA, TN 37409
```

CHECKERS DRIVE-IN REST.
4300 W. CYPRESS STREET
SUITE 300
TAMPA, FL 33607


CHICAGO BOTANICAL GARDEN
P.O. BOX 400
GLENCOE, IL 60022


CHICAGO PARK DISTRICT
541 NORTH FAIRBANKS CT.
6TH FLOOR
CHICAGO, IL 60611


CHILDREN'S HOSPITAL OF DALLAS
2350 STEMMONS FRWY., 3RD FLOOR
PUBLIC RELATIONS DEPT.
DALLAS, TX 75207-2230


CHILDREN'S MIRACLE NETWORK
205 WEST 700 SOUTH
SALT LAKE CITY, UT 84101


CHINYANTA, KALUNGA
2310 ASHMEAD PLACE NW #404
WASHINGTON, DC 20009


CHMIELEWSKI, JASON
2231 E OAK STREET
NEW ALBANY, IN 47150


CHOW, BRANDON
18 MOTT ST
NEW YORK, NY 10013


CHRISTIAN, JOYCE
411 EAST BRANDEIS AVENUE
LOUISVILLE, KY 40217


CHRISTUS HEALTH
6363 NORTH HIGHWAY 161
SUITE 450
IRVING, TX 75038

CHRYSLER UNIVERSAL MCCANN
360 WEST MAPLE ROAD
BIRMINGHAM, MI 48009


CHRYSLER, LLC (DIP)
2450 CHRYSLER DRIVE
WINDSOR, ON N8W3X7
CANADA


CHURCH & DWIGHT (COLANGELO)
469 NORTH HARRISON STREET
PRINCETON, NJ 08543


CHURCH & DWIGHT (FERRARA & CO)
469 NORTH HARRISON STREET
PRINCETON, NJ 08543


CHURCH'S CHICKEN
980 HAMMOND DRIVE
SUITE 1100
ATLANTA, GA 30328


CICCOLELLA, TRICIA
14 TOMPKINS ROAD
PRESQUE ISLE, ME 04769


CINCINNATI BELL TELEPHONE COMPANY LLC
221 EAST 4TH STREET
BPO#417553
CINCINNATI, OH 45201-2301


CINTAS DOCUMENT MANAGEMENT
P.O. BOX 633842
CINCINNATI, OH 45263


CIRCLE COMPUTER RESOURCES
2919 1ST AVE. SE
CEDAR RAPIDS, IA 52402


CIRCLE COMPUTER RESOURCES
ATTN: LEO KELLY
2919 1ST AVE
CEDAR RAPIDS, IA 52402

CIRCLE TWO INC.
6654 ESMERALDA DRIVE
CASTLE ROCK, CO 80108


CIRCLE TWO INC.
6654 ESMERALDA DR.
CASTLE ROCK, CO 80108


CISCO SYSTEMS CAPITAL CORP
P.O. BOX 60000
FILE NO. 73226
SAN FRANCISCO, CA 94160-3230


CIT TECHNOLOGY FIN SERV INC
21146 NETWORK PLACE
CHICAGO, IL 60673-1211


CIT TECHNOLOGY FIN SERV, INC.
21146 NETWORK PLACE
CHICAGO, IL 60673-1211


CITI GROUP
399 PARK AVENUE
3RD. FLOOR
NEW YORK, NY 10043


CITI GROUP
3800 CITIBANK CENTER G3-03
TAMPA, FL 33610-3122


CITIZENS BANK OF RI PR
ONE CITIZENS PLAZA
RC0530
PROVIDENCE, RI 02903


CITIZENS REPUBLIC BANCORP
CITIZENS BANK
328 S SAGINAW STREET
FLINT, MI 48502


CITY OF IRVINE
P.O. BOX 19575
IRVINE, CA 92623-9575

CJ PUBLIC RELATIONS
P.O. BOX 411
CAMPBELL, CA 95009


CKE RESTAURANTS
1200 NORTH HARBOR DRIVE
ANAHEIM, CA 92801


CL&P/YANKEE GAS
NORTHEAST UTILITIES
P.O. BOX 270
HARTFORD, CT 06141-0270


CLARKE, MAXINE N
3443 BERTHA DRIVE
BALDWIN, NY 11510


CLAVANO, ARNEL J
1 RIVERPLACE 42ND ST., #606
NEW YORK, NY 10036


CLAVANO, MAGDALENA C
1 RIVER PL., 42ND ST., #606
NEW YORK, NY 10036


CLAY STAHIKA PRODUCTIONS, INC.
ATTN: CLAY STAHIKA
1617 CHANNEL PLACE
FORT WAYNE, IN 46825


CLAY STAHLKA PRODUCTIONS INC
1617 CHANNEL PLACE
FORT WAYNE, IN 46825


CLEAR CHANNEL MANAGEMENT SVCS INC
14440 COLLECTION CTR DRIVE
CHICAGO, IL 60693


CLEARWIRE
4000 CARILLON POINT
SUITE 400
KIRKLAND, WA 98033

```
CLINIQUE FOR ELC
767 FIFTH AVENUE
37TH FLOOR
NEW YORK, NY 10153


CLONCH CONSULTING
ATTN:  DUSTIN CLONCH
2533 NW 55TH ST.
LINCOLN, NE 68524


DUSTIN J. CLONCH
2533 NW 55TH STREET
LINCOLN, NE  68524


COBB, SARAH
619 E SAINT CATHERINE ST
LOUISVILLE, KY 40203


COEN, KELLY
8371 E. SARNOFF RIDGE LOOP
TUCSON, AZ 85710


COFFEY, TODD O
5862 NEWCUT ROAD
LOUISVILLE, KY 40214


COGECO CABLE CANADA INC.
5 PLACE VILLE-MARIE
BUREAU 1700, MONTREAL
QUEBEC, H3BOB3
CANADA


COGECO CABLE CANADA, INC.
787 QUELETTTE AVENUE
P.O. BOX 1625
WINDOR ONTARIO N9A 5T7


COGECO PAYMENT CENTRE
P.O. BOX 9811-POSTAL STATION T
OTTAWA, ON K1G6P5
CANADA


COLBERT, CASEY L
7799 LAKE DRIVE
SELLERSBERG, IN 47172
```

```
COLE HAAN
6 ASHLEY DRIVE
SCARBOROUGH, ME 04074


COLE HAAN - SOD
COLE HAAN FOOTWEAR
6 ASHLEY DRIVE
SCARBOROUGH, ME 04074


JUDY COLEMAN
403 CLIFTON ROAD
TOLEDO, OH 43607


JUDY COLEMAN
403 CLIFTON RD
TOLEDO, OH 43607


COLLAZO FLORENTINO & KEIL LLP
747 THIRD AVENUE
NEW YORK, NY 10017-2803


LISA COLLINS
301 N. PROGRESS AVENUE
APT. K6
HARRISBURG, PA 17109


LISA COLLINS
301 N. PROGRESS AVE. APT. K6
HARRISBURG, PA 17109


COLONIAL
1201 AVERYT AVE.
COLUMBIA, SC 29210


COLORADO DEPT. OF REVENUE
1375 SHERMAN STREET
DENVER, CO 80261-0013


COLUMBIA COLLEGE
1001 ROGERS STREET
COLUMBIA, MO 65216


COLUMBUS NEWS CLIPS
2425 OLDE SAWMILL BLVD.
DUBLIN, OH 43016
```

```
COMBE
P.O. BOX 750
WHITE PLAINS, NY 10602


COMCAST
P.O. BOX 3005
SOUTHEASTERN, PA 19398-3005


COMCAST
676 ISLAND POND ROAD
MANCHESTER, NH 03109


COMCAST COMMUNICATIONS
789 INTERNATIONAL PKWY
SUNRISE, FL 33325


COMMUNITY AMERICA CREDIT UNION
CORP. ADMIN. OFFICE
9777 RIDGE ROAD
LENEXA, NE 68219


COMPLETE VIDEO SERVICES
DBA COMPLETE VIDEO SERVICES
2025 WOODBROOK CT
CHARLOTTESVILLE, VA 22901


COMPLETE VIDEO SVCS.
ATTN: AB BROWN
540 MANOR RD.
EARLYSVILLE, VA 22936


COMPUDYNE
ATTN: PAT MALLEY
306 W. SUPERIOR ST, STE. 10
DULUTH, MN 55802


COMPUDYNE, INC.
306 WEST SUPERIOR STREET
SUITE 10
DULUTH, MN 55802


COMPUTER SOLUTIONS CENTER
C/O STEVE COLEMAN/IPNS
179 EAST SOCIAL HALL AVE
SALT LAKE CITY, UT 84111
```

```
COMPUTER SOLUTIONS SERVICES
4000 S.E. INTERNATIONAL WAY
MILWAUKIE, OR 97222


COMSCORE
14140 COLLECTION CENTER DRIVE
SUITE 600
CHICAGO, IL 60693


COMSTAR, LLC
2240 N. GRANDVIEW BLVD
STE. 4
WAUKESHA, WI 53188


COMTECH21 LLC
DBA PRESCIENT WORLDWIDE
1 BARNES PARK SOUTH
WALLINGFORD, CT 06492


COMWARE
P.O. BOX 678198
DALLAS, TX 75267-8198


CONAGRA
P.O. BOX 641460
OMAHA, NE 68164


CONNECTICUT RESOURCES RECOVERY AUTHORITY
100 CONSTITUTION PLAZA
6TH FLOOR
HARTFORD, CT 06103


CONNECTWEB
20 WEBSTER STREET, FIFTH FL.
PEABODY, MA 01960


CONNECTWEB TECHNOLOGIES, INC.
ATTN: MICHAEL BEAULIEU
20 WEBSTER STREET
PEABODY, MA 01960


CONOCOPHILLIPS/VENABLES BELL & PARTNERS
1660 W. ANAHEIM ST
PUBLIC AFFAIRS DEPT
WILMINGTON, CA 90744
```

STACEY CONRAD
207 WEST CORNELL STREET
SILOAM SPRINGS, AR 72761


STACEY CONRAD
207 WEST CORNELL ST.
SILOAM SPRINGS, AR 72761


CONSUMER PRODUCT SAFETY
COMMISSION (CPSC)
4330 E. WEST HIGHWAY
BETHESDA, MD 20814


CONSUMER REPORTS
101 TRUMAN AVENUE
YONKERS, NY 10703


CONTEXTUAL REALITY, LLC
2232 S. MAIN ST. # 401
ANN ARBOR, MI 48103-6938


CONTEXTUAL REALTY LLC
ATTN: JEREMY SCHONSCHECK
2232 S. MAIN ST. #401
ANN ARBOR, MI 48103


CONTINUUM HEALTH
PUBLIC AFFAIRS DEPARTMENT
555 WEST 57TH STREET SUITE1829
NEW YORK, NY 10019


CONTRACTDATA.NET
2232 S. MAIN ST. # 401
ANN ARBOR, MI 48103-6938


CONVEYOR GROUP
ATTN: MELISSA LOPEZ
2419 IMPERIAL BUSINESS PARK DR
IMPERIAL, CA 92251


COOK, PETER C
8730 DOVER ROAD
SHELBYVILLE, KY 40065

COOPER UNIVERSITY HOSPITAL
C/O COOPER HEALTH SYSTEM
3 EXECUTIVE CAMPUS, RT 70, STE 310
CHERRY HILL, NJ 08002


COOPER, NANCY M.
10061 E. PLACITA DEL TIMBRE
TUCSON, AZ 85747


CORBIN
350 WINDSOR LANE
NEW BRAUNFELS, TX 78132


CORBIN BACARDI
1776 BROADWAY
SUITE 1610
NEW YORK, NY 10019


CORBIN HILLMAN BACARDO LTD
1776 BROADWAY
SUITE 1610
NEW YORK, NY 10019


CORE 180 LLC
2751 PROSPERITY AVE
FAIRFAX, VA 22031


CORE CREATIVE
126 NORTH JEFFERSON STREET
SUITE 250
MILWAUKEE, WI 53202


CORNSTAR
ATTN: GREGORY EGGOLD
2240 N. GRANDVIEW BLVD. STE 4
WAUKESHA, WI 53188


CORPORATE COFFEE SYSTEMS
745 SUMMA AVENUE
WESTBURY, NY 11590


CORPORATE TELECOM SOLUTIONS
P.O. BOX 855
SPRING HOUSE, PA 19477

CORPORATE VIDEO, INC.
305 CAROLINE STREET
FREDERICKSBURG, VA 22401


CORRIGAN, CATHARINE
1860 MAURICE AVE
EAST MEADOW, NY 11554


COSMETIC DERMATOLOGY
DR. FREDRIC BRADT, MD, PA
4425 PONCE DELEON BOULEVARD
CORAL GABLES, FL 33146


COST PLUS WORLD MARKET
200 4TH STREET
OAKLAND, CA 94607


GREG COSTELLO
275 W. 27TH AVE.
EUGENE, OR 97405


COTY BEAUTY US
COTY, INC.
P.O. BOX 3789
SANFORD, NC 27331


RONALD COUGHLIN
1909 W. FLORIDA AVENUE
MIDLAND, TX 79701


COUNTRY CLEANERS
P.O. BOX 1814
PRESQUE ISLE, ME 04769


COUNTRY SQUIRE FLORIST
10310 SHELBYVILLE RD.
LOUISVILLE, KY 40223


COUSINS, CANDICE
1221 SEWARD STREET
LOS ANGELES, LA 90038


COVENTRY HEALTHCARE
2222 EWING ROAD
MOON TOWNSHIP, PA 15108

BILLCOWAN
119 OLD CARRIAGE RD
CHERRY HILL, NJ 08034


WILLIAM COWAN
119 OLD CARRIAGE ROAD
CHERRY HILL, NJ 08034


COX BUSINESS
123 TOWN SQUARE PLACE
BOX 712
JERSEY CITY, NJ 07310


COX COMMISSIONS LAS VEGAS
123 TOWN SQUARE PLACE
BOX 712
JERSEY CITY, NJ 07310


COX COMMISSIONS SAN DIEGO ADDEND
123 TOWN SQUARE PLACE
BOX 712
JERSEY CITY, NJ 07310


COX COMMUNICATIONS
P.O. BOX 9001077
LOUISVILLE, KY 40290-1077


COX COMMUNICATIONS
P.O. BOX 78071
PHOENIX, AZ 85062-8071


COX COMMUNICATIONS KS/AK
123 TOWN SQUARE PLACE
BOX 712
JERSEY CITY, NJ 07310


COX COMMUNICATIONS SD
123 TOWN SQUARE PLACE
BOX 712
JERSEY CITY, NJ 07310


COX, ALFRED
1670 METROPOLITAN AVE
BRONX, NY 10462

COX, DOUGLAS
PO BOX 147283
CHICAGO, IL 60614


CR ME DE LA MER FOR ELC
575 BROADWAY
2ND FLOOR
NEW YORK, NY 10012


CRAIG, KIMBERLY
3451 FERN LEA ROAD
LOUISVILLE, KY 40216


CRAYOLA
1100 CHURCH STREET
EASTON, PA 18044


CREATIVE ALLIANCE
437 WEST JEFFERSON STREET
LOUISVILLE, KY 40202


CREATIVE PRINTERS
2729 E. GRANT ROAD
TUCSON, AZ 85716


CRISOSTOMO, VINCENT-DAVID
506 E JEFFERSON ST #301
LOUISVILLE, KY 40202


CRONE, JENNIFER LEONA
816 WELLINGTON COURT, #80
CLARKSVILLE, IN 47129


CROWDER, DAVID J
2519 CHEROKEE PKWY #10
LOUISVILLE, KY 40204


CRUSECOM TECHNOLOGY CONSULTANT
ATTN: ART CRUZE
6080 JET STREET
OSCODA, MI 48750


JON CRUTCHFIELD
2603 DAWES PLACE
MISHAWAKA, IN 46544

CVS
ONE CVS DRIVE
WOONSOCKET, RI 02895


D'ONOFRIO, KATHLEEN
726 EAST MEADOW AVE.
EAST MEADOW, NY 11554


GAIL DAHL
224 SOUTH 18TH AVENUE
YAKIMA, WA 98902


GAIL DAHL
224 SOUTH 18TH AVE
YAKIMA, WA 98902


DAILY CANDY
584 BROADWAY
SUITE 201
NEW YORK, NY 10012


DAILY NEWS
125 THEODORE CONRAD DRIVE
JERSEY CITY, NJ 07305


DAIRY COUNCIL OF ARIZONA
2008 SOUTH HARDY DRIVE
TEMPE, AZ 85282


DALLAS MUSEUM OF ART
1717 NORTH HARWOOD STREET
DALLAS, TX 75201


DALTON, STEVEN M
427 MACBRAE ROAD
LOUISVILLE, KY 40214


DALY, CHRIS R
199-1 CENTERLINE ROAD
PRESQUE ISLE, ME 04769


DENISE DAMIANO
1300 SAN JUAN DRIVE
MERRITT ISLAND, FL 32952-2747

```
DENISE DAMIANO
1300 SAN JUAN DR.
MERRITT ISLAND, FL 32952


CARLA DANAHER
11147 BARRINGTON BLVD.
PARMA HTS., OH 44130


DATA ACQUISITION DEPT.
10400 LINN STATION RD
SUITE 320
LOUISVILLE, KY 40223


DATA HIVE
ATTN:  IAIN GODSMAN
1603-10 AVENUE SW #200
CALGARY, ALBERTA, CANADA T3C0J


DATA PROCESSING AIR CORPORATION
P.O BOX 52726
PHOENIX, AZ 85072-2726


DATAGROUP TECHNOLOGIES
ATTN:  JOE THIGPEN
2050 EASTGATE DR. STE E1
GREENVILLE, NC 27858


DATAHIVE
PO BOX 21062, DOMINION
RPO 665, 8 STREET SW
CALGARY, ALBERTA
T2P4H5, CANADA


DATAWARE, LLC
2900 WEST 11TH STREET
SUITE 102
SIOUX FALLS, SD 57104


DATAWARE, LLC
ATTN:  JOHN LUSHBOUGH
2900 WEST 10TH ST, STE 106
SIOUX FALLS, SD 57104
```

DATAWATCH SYSTEMS INC
4401 EAST WEST HIGHWAY
SUITE 500
BETHESDA, MD 20814


DAVE & BUSTERS, INC
2481 MANANA DRIVE
DALLAS, TX 75220


DAVIDSON COMPANIES
8 THIRD STREET, N.
GREAT FALLS, MT 59401


DAVIS, BRIAN A.D.
801 S.PRUDENCE ROAD
TUCSON, AZ 85710


DALE E. DAVIS
912 S. 36TH AVENUE
YAKIMA, WA 98902


DAVIS, KEVIN GENE
7201 E. BROOKS DRIVE
TUCSON, AZ 85730


LARRY DAVIS
7134 SHANNON BLVD
FORT MYERS, FL 33908


LARRY DAVIS
7134 SHANNON BLVD.
FORT MYERS, FL 33908


DAVITA
P.O. BOX 2037
TACOMA, WA 98401-2037


DAWSON, BRIAN RICHARD
3500 VIEWPOINTE DRIVE
LOUISVILLE, KY 40299


DAYTON POWER & LIGHT
1065 WOODMAN DRIVE
DAYTON, OH 45432

```
DBR360
2751 PROSPERITY AVENUE
SUITE 400
FAIRFAX, VA 22031


DCS CORP - AMERICA'S ARMY
6909 METRO PARK DRIVE
SUITE 500
ALEXANDRIA, VA 22310


DDB NEW BUSINESS
437 MADISON AVENUE
NEW YORK, NY 10022


DDB US - NY
QUILTED NORTHERN
437 MADISON AVENUE, 2ND FLOOR
NEW YORK, NY 10022


JAMES DE GEORGE
4331 4TH AVENUE NORTH
ST. PETERSBURG, FL 33713-7309


DE LAGE LANDEN FIN SERV
P.O. BOX 41602
PHILADELPHIA, PA 19101-1602


DE LAGE LANDEN FINANCIAL SERV
P.O. BOX 41602
PHILADELPHIA, PA 19101-1602


DEAGAZIO, CHRISTOPHER
10 PHILLIPS STREET
BLOOMFIELD, NJ 07003


DEAN, CHARLES
120-32 83RD AVENUE
KEW GARDENS, NY 11415


DEANE, CATHY ANN D.
1442 EAST 51 STREET
BROOKLYN, NY 11234
```

DEDEGBE, ABEL
244 W. 122ND STREET
NEW YORK, NY 10027


JIM AND MARGARET DEGEORGE
4331 4TH AVE. NORTH
SAINT PETERSBURG, FL 33713


DELAURO, LOUIS R
1438 65TH STREET, #2R
BROOKLYN, NY 11219


DELISI, CAROL A
1652 PAULDING AVENUE
BRONX, NY 10462


DELPHIA CONSULTING
F/K/A ABRA SOFTWARE
SAGE - P.O. BOX 404927
ATLANTA, GA 30384-4927


DELTA DENTAL OF NEW YORK
ATTN: ACCOUNTS RECEIVABLE
PO BOX 68577
BALTIMORE, MD 21264


DELTA DENTAL PLAN OF NEW YORK
P.O. BOX 62577
ATTN: ACCOUNTS RECEIVABLE
BALTIMORE, MD 21264-2577


DELTA GROUP
500 CHESTNUT STREET
SUITE 1601
ABILENE, TX 79602


DELUXE BUSINESS FORMS & SUPPLI
P.O. BOX 742572
CINCINNATI, OH 45274-2572


DEMAND INDUSTRIES INC.
DBA SERVER CENTRAL
209 W JACKSONBLVD., STE 700
CHICAGO, IL 60606-6936

```
DENNIS, EBONY L
3710 W MUHAMMAD ALI BLVD
LOUISVILLE, KY 40212


DENNISTON, LINDA
530 E. ROBERTA CIRCLE
TUCSON, AZ 85704


RAYMOND DENTON
11451 SUQUALENA ROAD
MERIDIAN, MS 39305


DENVER ART MUSEUM
100 WEST 14TH AVENUE PARKWAY
DENVER, CO 80204


DENVER DEPARTMENT OF PUBLIC WORKS
201 WEST COLFAX AVENUE
DEPT. 611
DENVER, CO 80202


DEPT. OF REVENUE
1800 CENTURY BOULEVARD
ATLANTA, GA 30345


DEPT. OF REVENUE SERVICES
TAXPAYER SERVICES DIVISION
25 SIGOURNEY ST, SUITE 2
HARTFORD, CT 06106-5032


DESAI, SHEFALI
2550 E RIVER RD
TUCSON, AZ 85718


DESCHESNE, NEADRA E
9 BROOKVIEW AVENUE
FORT FAIRFIELD, ME 04742


RIKK DESGRES
409 NORTH KING STREET
NORTHAMPTON, MA 01060
```

DETROIT MEDICAL CENTER
3663 WOODWARD AVE.
4TH FLOOR
DETROIT, MI 48201


DEUTSCH-LOWE
DEUTSCH INC.
P.O. BOX 542012
OMAHA, NE 68154-8012


DEUTSCH/DIAMOND FOODS
DEUTSCH INC.
P.O. BOX 542012
OMAHA, NE 68154-8012


DEUTSCH/EPIDUO
DEUTSCH, INC.
P.O. BOX 542012
OMAHA, NE 68154-8012


DEVINE, DANIEL
3702 HILLCROSS DRIVE
LOUISVILLE, KY 40229


DEVLIN VIDEOSERVICE
1501 BROADWAY-SUITE 408
NEW YORK, NY 10036-2744


DEVRIES/SAM ADAMS
P.O. BOX 542045
OMAHA, NE 68154


DEWEY, DANIEL ALBERT
401 S. WHITFIELD STREET
NAZARETH, PA 18064


DEXONE CORP.
(F/K/A RH DONNELLEY)
1001 WINSTEAD DRIVE
CARY, NC 27513


DHS-ICE (CUSTOM CONTACTS)
26 FEDERAL SQUARE
ROOM 1105
NEW YORK, NY 10278

DIAZ, LISANDRO
5314 LOWERFIELD DRIVE #202
LOUISVILLE, KY 40219


DIGGLE ENTERPRISES
823 ARBOL STREET
LOS ANGELES, CA 90065


DIGITAL BUSINESS SYSTEMS
4960 E. BEVERLY ROAD
PHOENIX, AZ 85044


DIGITAL XTREME INC.
4780 S. CHEROKEE ST
ENGLEWOOD, CO 80110


DIGITAL XTREME, INC.
4780 S. CHEROKEE STREET
ENGLEWOOD, CO 80110


DIMENSION DATA NORTH
AMERICA, INC
PO BOX 403667
ATLANTA, GA 30384-3667


DIMENSION DATA NORTH AMERICA
P.O. BOX 403667
ATLANTA, GA 30384-3667


DIRECTEMPLOYERS
9002 NORTH PURDUE ROAD
INDIANAPOLIS, IN 46268


DIRECTV
P.O. BOX 30118
COLLEGE STATION, TX 77842


DIRECTV INC
P.O. BOX 60036
LOS ANGELES, CA 90060-0036


DISCOVERY CHANNEL
ONE DISCOVERY PLACE
SILVER SPRING, MD 20901

DISCOVERY COMMUNICATIONS
ONE DISCOVERY PLACE
SILVER SPRING, MD 20910


DISCOVERY CORPORATE
ONE DISCOVERY PLACE
SILVER SPRING, MD 20910


DISCOVERY DIGITAL MEDIA
ONE DISCOVERY PLACE
SILVER SPRING, MD 20910


DISCOVERY HEALTH-PLANETGREEN
ONE DISCOVERY PLACE
SILVER SPRING, MD 20910


DISH NETWORK
5701 SOUTH SANTA FE DRIVE
LITTLETON, CO 80120


DISPLAY CRAFT, INC
335 SOUTH WASHINGTON STREET
PLAINVILLE, CT 06062-2729


DITTMEIER, RAYMOND
2606 LOMOND DR.
LOUISVILLE, KY 40216


DOMINION RESOURCES
701 EAST CARY STREET
20TH FLOOR
RICHMOND, VA 23219


DOMINOS
30 FRANK LLOYD WRIGHT DR
P O BOX 997
ANN ARBOR, MI 48106-0997


DOUG & TERESA ORNSETH
3400 COYOTE LANE
GREAT FALLS, MT 59404


DOUGLAS, PHYLLIS
134-17 223RD ST
LAURELTON, NY 11413

```
DOVE & TWIX (SAPIENTNITRO)
215 PARK AVENUE SOUTH
2ND FLOOR
NEW YORK, NY 10003


DOVE CHOCOLATES (SAPIENTNITRO)
215 PARK AVENUE SOUTH
2ND FLOOR
NEW YORK, NY 10003


DOROTHY DOWNEY
6304 CEDAR HOLLOW
AMARILLO, TX 79124


DOROTHY DOWNEY
6304 CEDAR HOLLOW DR.
AMARILLO, TX 79124


DP & COMPANY, INC.
7743 STATE ROAD 471
BUSHNELL, FL 33513


DR PEPPER SNAPPLE GROUP
5301 LEGACY DRIVE
CORPORATE COMMUNICATIONS
PLANO, TX 75024


DREAN CANYON VIDEO
ATTN: JEFFREY WATT
2680 LIVMOR AVE
PALM SPRINGS, CA 92262


DREVIK, DARREN
9 WEST 73RD STREET #3B
NEW YORK, NY 10023


DREYER'S
1250 WHIPPLE ROAD
SAN LEANDRO, CA 94578


DRUGSTORE.COM
411 108TH AVENUE NE
SUITE 1400
BELLEVUE, WA 98004
```

DS SIMON PRODUCTIONS
229 WEST 36TH STREET
12TH FLOOR
NEW YORK, NY 10018


DSN COMMUNICATION
376 15TH STREET
SUITE 1C
BROOKLYN, NY 11215


DTI HOST
2050 EASTGATE DRIVE
SUITE E1
GREENVILLE, NC 27858


DUBRICE LLC, DBA ZCONNECT
800 KENNESAW AVE., STE. 140
MARIETTA, GA 30060


DULCOLAX (GREY HEALTHCARE)
114 FIFTH AVENUE
NEW YORK, NY 10011


DUN & BRADSTREET
103 JFK PARKWAY
CORPORATE HEADQUARTERS
SHORT HILLS, NJ 07078


DUNMAN, JACOB M
1512 E 10TH STREET
JEFFERSONVILLE, IN 47130


MICHAEL DURHAM
1169 GREENLAND AVE
NASHVILLE, TN 37216


DUVALL, CHRISTY
8501 VICKI LANE
LOUISVILLE, KY 40258


DYNAMIC COMPUTER SOLUTIONS
OF TOPEKA, INC.
2214 SW TENTH STREET
TOPEKA, KS

DYNAMIC INTERNET
10 DELAWARE DRIVE-SUITE #6
SALEM, NH 03079


E.D.S. INC. DBA CARE SECURITY
& MONITORING
990 E. BRECKINRIDGE STREET
LOUISVILLE, KY 40204


EAGLE MEDIA COM MINM
10912 GREENBRIER ROAD
MINNEAPOLIS, MN 55305


EBRAHIM ABDUL GAFFAR, MOHAMED FAISAL
4504 FOX RUN DR.
PLAINSBORO, NJ 08536


EDDY, ANNA ALICIA
2207 ALTA AVENUE #3
LOUISVILLE, KY 40205


EDELMAN - 24 HOUR FITNESS
EDELMAN PUBLIC RELATIONS
200 E. RANDOLPH DR.
CHICAGO, IL 60601


EDELMAN - CHANTIX
EDELMAN PUBLIC RELATIONS
200 E. RANDOLPH DRIVE
CHICAGO, IL 60601


EDELMAN - DARDEN
EDELMAN PUBLIC RELATIONS
200 E. RANDOLPHDR.
CHICAGO, IL 60601


EDELMAN - NY HEALTH
EDELMAN PUBLIC RELATIONS
200 E. RANDOLPH DR.
CHICAGO, IL 60601


EDISON STATE COLLEGE
8099 COLLEGE PARKWAY
FORT MYERS, FL 33919

EDUSEI, ANDREA
1845 SEVENTH AVENUE #2A
NEW YORK, NY 10026


JONATHAN EDWARDS
411 E. ASPEN ST. APT. B
BOZEMAN, MT 59715


KASI M. EHLERS
13 FOX RUN ROAD
WINDHAM, ME 04062


JENNIFER EKLUND
6037 CHERRELYN WAY
CARMICHAEL, CA 95608


EL PASO CORPORATION
1001 LOUISIANA
STE 2916 A
HOUSTON, TX 77002


ELC CORPORATE
767 FIFTH AVENUE
42ND FLOOR
NEW YORK, NY 10153


ELDORADO RESORT CASINO - SHREVEPORT
P.O. BOX 1588
SHREVEPORT, LA 71165


ELEVATE COMMUNICATIONS
312 STUART STREET
4TH FLOOR
BOSTON, MA 02116


ELLE
1271 AVENUE OF THE AMERICAS
41TH FLOOR
NEW YORK, NY 10020


RAMEY ELLIOT
11 TOWER LANE
GLEN CARBON, IL 62034

```
ELLIOTT, STEVEN
9384 E. INDIGO MOUNTAIN WAY
CORODA DE TUCSON, AZ 85641


ELLIS, JULIE
18 TEAKWOOD LANE
ROSLYN, NY 11576


ELP NETWORKS
ATTN: FRANK POR
1912 EAST E. YANDELL DR
EL PASO, TX 79903


ELSTONE, STUART
4695 KIEFER ROAD
LOUISVILLE, KY 40216


EMBERTON, CRYSTAL R
181 SEA SHELL LANE
SHELBYVILLE, KY 40065


EMBRY RIDDLE AERONAUTICAL UNIVERSITY
600 S CLYDE MORRIS BLVD
DAYTONA BEACH, FL 32114


EMIRATES AIRLINES
55 EAST 59TH STREET
NEW YORK, NY 10022


EMORY UNIVERSITY
1762 CLIFTON ROAD, NE
SUITE 1000
ATLANTA, GA 30322


EMPIRE STATE BUILDING
350 5TH AVENUE
NEW YORK, NY 10118


EMPIRE TECHNOLOGIES
246 INDUSTRIAL WAY WEST
EATONTOWN, NJ 07724
```

ENCANA OIL & GAS
370 17TH STREET
SUITE 1700
DENVER, CO 80202


ENFA (SAATCHI)
C/O SAATCHI & SAATCHI
375 HUDSON STREET
NEW YORK, NY 10014


ENTERPRISE
(RENT-A-CAR)
600 CORPORATE PARK DRIVE
SAINT LOUIS, MO 63105


EPIDUO (DEUTSCH)
DEUTSCH INC.
P.O. BOX 542012
OMAHA, NE 68154-8012


ERIE NEWS TRACKS
ATTN: BILL PFISTER
3201 LOVELAND AVENUE
ERIE, PA 16506


ERLANGER HEALTH SYSTEM
975 E. 3RD STREET
CHATTANOOGA, TN 37403


ESAKOV, DANIEL
7206 WESBORO ROAD
LOUISVILLE, KY 40222


MARIA ESTRADA
507 REYNOLDS STREET
LAREDO, TX 78040


EUCERIN/NIVEA (FCB)
FCB NY
100 W. 33RD STREET, 5TH FLOOR
NEW YORK, NY 10001


EVALIANT MEDIA RESOURCES
11 MADISON AVENUE
12TH FLOOR
NEW YORK, NY 10010

```
EVANS, DAVID
824 CRANE DRIVE
COPELL TEXAS 75019, DC 75019


DAVID A. EVANS
1568 1/2 G 96 LANE
DELTA, CO 81416


DAVID AND TAMMY EVANS
1568 1/2 G96 LANE
DELTA, CO 81416


DAVID AND TAMMY EVANS
520 MAIN STREET
DELTA, CO 81416


EVANS, JEFFREY D
2056 27TH STREET
ASTORIA, NY 11105


EVERBANK COMM FIN, INC.
DEPT# 1608
DENVER, CO 80291-1608


EVERBANK COMMERCIAL FINANCE
10 WATERVIEW BLVD., 2ND FLOOR
PARSIPPANY, NJ 07054


EXXON MOBIL (EURORSCG)
3700 W. 190TH ST
TORRANCE, CA 90509


FAGE (MULLEN)
MULLEN COMMUNICATIONS
101 N. CHERRY ST., 6TH FLOOR
WINSTON SALEM, NC 27101-4013


FAGE (MULLEN)
USA DAIRY IND.
1 OPPORTUNITY DRIVE
JOHNSTOWN, NY 12095


FAGE YOGURT
1 OPPORTUNITY DRIVE
JOHNSTOWN, NY 12095
```

```
FAIRVIEW HEALTH
2101 MUNNEHAHA AVENUE
MINNEAPOLIS, MN 55404


FALKSON INC.
501 WASHINGTON AVENUE
PLEASANTVILLE, NY 10570


FARMER'S INSURANCE
4680 WILSHIRE BLVD
LOS ANGELES, CA 90010


FARMER, ELIZABETH
1214 CHEROKEE ROAD
LOUISVILLE, KY 40204


FEATURE PRODUCTS, LTD.
ATTN: DAVID STILL
37 NATHAN CUTLER DRIVE
BEDFORD, NH 03110


FEDERAL EXPRESS
ATTN: BOX 371741
500 ROSS STREET
PITTSBURGH, PA 15250


FEDERAL NEWS SERVICE INC
1000 VERMONT AVE., NW
5TH FL
WASHINGTON, DC 20005


FEDERAL RESERVE BANK OF NY
EAST RUTHERFORD OPERATIONS CTR
100 ORCHARD STREET
EAST RUTHERFORD, NJ 07073


FEDEX
3610 HACKS CROSS ROAD
BUILDING A, 1ST FLOOR
MEMPHIS, TN 38125


FEDEX GROUND, INC.
P.O. BOX 371741
PITTSBURGH, PA 15250-7741
```

FELD ENTERTAINMENT
8607 WESTWOOD CENTER DRIVE
VIENNA, VA 22182


FENTY, JODY V
661 SOUTH ORANGE AVE
SOUTH ORANGE, NJ 07079


FIBERPIPE
10215 WEST EMERALD ST.
STE 160
BOISE, ID 83704


FIBERPIPE, INC.
10215 W. EMERALD STREET
SUITE 160
BOISE, ID 83704


FIFTH THIRD BANK
1000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075


FIRST INS COMPANY OF HAWAII
P.O. BOX 2666
HONOLULU, HI 96803


FIRST LINE MEDIA
426 TRABERT AVE
ATLANTA, GA 30309


FIRSTCHOICE
10907 PAINTER AVENUE
SANTA FE SPRINGS, CA 90670


FIVE GUYS ENTERPRISES
10440 FURANCE ROAD
SUITE 205
LORTON, VA 22079


FIVE STRINGS
ATTN: STEVE WASILYK
484 UNION ST.
SAINT PETER, MN 56082

FLAME PRODUCTIONS
1400 COLONIAL BOULEVARD
SUITE 259
FORT MYERS, FL 33907


FLEISHMAN NAVISTAR
FLEISHMAN HILLARD
220 EAST 42ND ST., 12TH FLOOR
NEW YORK, NY 10017


FLEISHMAN-HILLARD AT&T
220 EAST 42ND STREET
12TH FLOOR
NEW YORK, NY 10017


FLEISHMAN-HILLARD GATORADE
220 EAST 42ND STREET
12TH FLOOR
NEW YORK, NY 10017


FLEISHMAN/KRISPY KREME
FLEISHMAN HILLARD
220 EAST 42ND ST., 12TH FLOOR
NEW YORK, NY 10017


FLEISHMAN/ST BALDRICKS
FLEISHMAN HILLARD
220 EAST 42ND ST., 12TH FLOOR
NEW YORK, NY 10017


FLOOD CITY INTERNET SERVICE
C/O ATLANTIC BROADBAND
120 SOUTH MONT BLVD.
JOHNSTOWN, PA 15905


FLOREANI, MICHEL
1250 LONG BEACH AVENUE
LOS ANGELES, CA 90021


PATTY FLORIA
P.O. BOX 740285
ORANGE CITY, FL 32774


FLORIDA DEPT. OF REVENUE
5050 W. TENNESSEE STREET
TALLAHASSEE, FL 32399-0100

```
FLOWERS, LINDA
11025 E. PANTANO TRAIL
TUCSON, AZ 85730


FLOWSERVE CORP
5215 N. O'CONNOR BLVD.
SUITE 2300
IRVING, TX 75039


MARK FOLSOM
7793 VERNON RD., S.
CICERO, NY 13039


MARK E. FOLSOM
7793 VERNON RD. S.
CICERO, NY 13039


FOOD LION
AMES SCULLIN O'HAIRE
245 PEACHTREE ST NE 23RD FL
ATLANTA, GA 30303


FOOD NETWORK
1180 AVENUE OF THE AMERICAS
12TH FLOOR
NEW YORK, NY 10036


FOOT LOCKER (SAPNITRO)
112 WEST 34TH STREET
3RD FLOOR
NEW YORK, NY 10120


FORMAN, RYAN SCOTT
10 GLAZEBROOK CT.
GAITHERSBURG, MD 20878


FORT WORTH HOUSING AUTHORITY
1201 EAST 13TH STREET
FORT WORTH, TX 76102


FORT WORTH INDEPENDENT SCHOOL DISTRICT
100 N. UNIVERSITY DRIVE
SUITE NW-140E
FORT WORTH, TX 76107
```

```
FORT WORTH ZOO
1989 COLINIAL PKWY.
FORT WORTH, TX 76110


FOUND KNOWLEDGE
3215 GOLF ROAD
#291
DELAFIELD, WI 53018


FOUR WINDS CASINO
11111 WILSON ROAD
NEW BUFFALO, MI 49117


FRED FOUSE
18 STONE OAK COVE
JACKSON, TN 38305


FOWLER, DAVID
6019 WOODED CREEK DR #101
LOUISVILLE, KY 40291


RONALD FOWLER
1582 TWIN LAKES CIRCLE
TALLAHASSEE, FL 32311


MATTHEW C. FOX
18410 E. INDEPENDENCE AVE.
INDEPENDENCE, MO 64056


FP MAILING SOLUTIONS
P.O. BOX 4510
CAROL STREAM, IL 60197-4510


FRANCISCO & MARIA ESTRADA
507 REYNOLDS
LAREDO, TX 78040


TONI LEE HOLT FRANCO
119 FAIRMONT DRIVE
BEL AIR, MD 21014


FRANK, AARON
3729 TRACY ST
LOS ANGELES, CA 90027
```

FRANK, WILLIAM
3 ELM COURT COURT
SELDEN, NY 11784


CODY FRANKLIN
182 INDIA, APT. #5
BROOKLYN, NY 11222


WILLIAM CODY FRANKLIN
182 INDIA ST. APT. 5
BROOKLYN, NY 11222


FRED'S COFFEE COMPANY
112 WASHINGTON ST.
OAKLAND, ME 04963


FREEWAY UNLIMITED, LLC
ATTN: MIN HWANG
1332 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08401


STEVE & GINNY FREIBURGER
379 POINDEXTER LANE
LEXINGTON, SC 29072


VIRGINIA K. FREIBURGER
379 POINDEXTER LANE
LEXINGTON, SC 29072


FRITO LAY
7701 LEGACY DRIVE
PUBLIC AFFAIRS 2B-200
PLANO, TX 75024


G. PAUL FRYE
P.O. BOX 316
ANKENY, IA 50021


FTI
3 TIME SQUARE
9TH FLOOR
NEW YORK, NY 10036

```
FUNG, KENT
1982 WEST 5TH STREET
BROOKLYN, NY 11223


FURLOW, STUART L
1811 S THIRD ST #B-14
LOUISVILLE, KY 40208


FUSS & O'NEIL
ATTN: JOHN BOYD
893 MAIN ST
MANCHESTER, CT 06040


FUSS & O'NEILL
893 MAIN STREET
MANCHESTER, CT 06040


FYI TELEVISION, INC
1901 N. STATE HWY 360
SUITE 300
GRAND PRAIRIE, TX 75050-1412


GAGNON, JANE
104 PRESQUE ISLE TR. PK.
PRESQUE ISLE, ME 04769


GAITES, KELLEY LEE
685 STATE ROAD
MAPLETON, ME 04757


AMANDA GALIANO
8 CHICOT COVE
MAUMELLE, AR 72113


GALL, SETH T
2902 PALMETTO CIRCLE E9
LOUISVILLE, KY 40299


GANDER MOUNTAIN (RICHARDS GROUP)
8750 NORTH CENTRAL EXPRESSWAY
DALLAS, TX 75231


GANNON, NANCY C
368 NEW YORK AVE
LYNDHURST, NJ 07071
```

GARCIA, DANIEL S
5343 E. FT. LOWELL
TUCSON, AZ 85712


GARCIA, NORMA
4533 S. SEYMOUR ROAD
TUCSON, AZ 85757


PATRICIA LEE GARCIA
2423 WEST KINGS HWY
SAN ANTONIO, TX 78228


GARCIA, RAYMOND
831 W. PENNSYLVANIA STREET
TUCSON, AZ 85714


GARNIER (PUBLICIS)
7300 LONE STAR DRIVE
SUITE C200
PLANO, TX 75024


GARRY, JOHN R
1018 CENTRALIA COURT
CLARKSVILLE, IN 47129


GAYLORD TAYLOR
156 RR 3
FAIRFIELD, IL 62837


GCI
P.O. BOX 196609
ANCHORAGE, AK 99519-6609


GCI
1300 VAN HORN RD
FAIRBANKS, AK 99701


GE CAPITAL
P.O. BOX 642111
PITTSBURG, PA 15264-2111


GE CAPITAL
P.O. BOX 642111
PITTSBURGH, PA 15264-2111

SHERRY GEGENBACH
2304 MIMOSA DR.
AUSTIN, TX 78745


GENERAL COMMUNICATION INC.
P.O. BOX 99001
ANCHORAGE, AK 99509-9001


GENERAL DYNAMICS ATP
FOUR LAKE POINTE PLAZA
2118 WATER RIDGE PARKWAY
CHARLOTTE, NC 28217


GENERAL MOTORS
300 RENAISSANCE CENTER
MC 482-C30-C75
DETROIT, MI 48265-3000


GENERAL MOTORS COMPANY
(GM GOODWRENCH)
P.O. BOX 33170
DETROIT, MI 48232-5170


GENERAL SERVICES ADMINISTRATION
COMMUNICATIONS & MARKETING
1800 F. STREET, NW, ROOM 7014
WASHINGTON, DC 20405


GENETECH BONIVA (EURORSCG)
1800 F. STREET, NW, ROOM 7014
WASHINGTON, DC 20405


SHERRI GENGENBACH
11518 SPRING HILL DRIVE
AUSTIN, TX 78753


GEORGE HIPPLE PHOTOGRAPHY
105 WEST 6TH STREET
NORTH PLATTE, NE 69101


GEORGIA BUSINESS NET, INC.
P.O. BOX 211006
AUGUSTA, GA 30917

GEORGIA PACIFIC-BRAWNY (DDB)
133 PEACHTREE ST NE
32ND FLOOR
ATLANTA, GA 30303


GEORGIA PACIFIC-QUILTED NORTHERN (DDB)
133 PEACHTREE ST NE
32ND FLOOR
ATLANTA, GA 30303


GERARDI, JOHN
6116 WOODBINE ST., #3D
RIDGEWOOD, NY 11385


DAVID GERRITY
7101 RICH HILL ROAD
BALTIMORE, MD 21212


GETNET INFICAD, GETNET INC.
333 E. INDIAN SCHOOL ROAD
PHOENIX, AZ 85012


GETNET, INC.
333 E. INDIAN SCHOOL
PHOENIX, AZ 85012


STEPHANIE GIBBS
3039 SPARROW DR.
SACRAMENTO, CA 95833


GILLIAM, JASON WALKER
5128 BELL AVENUE
SHELBYVILLE, KY 40065


GLAXOSMITHKLINE (MEDIACOM)
GSK US PROCESSING/GENPACT AP
P.O. BOX 981499
EL PASO, TX 79998-1499


GLOBAL INTERNETWORKING, INC.
DEPT AT 952811
ATLANTA, GA 31192-2811

GLOBAL INTERNETWORKING, INC.
8484 WESTPARK DRIVE
SUITE 720
MC LEAN, VA 22102


GLOTZBACH, TRAVIS
1657 STORY AVENUE #2
LOUISVILLE, KY 40206


GM CUSTOMER CARE - LEO BURNETT
C/O LEO BURNETT COMPANY INC.
35 W WACKER DRIVE
CHICAGO, IL 60601


GMC BUICK MARTIN RETAIL
MARTIN RETAIL GROUP
2801 UNIVERSITY BLVD STE 200
BIRMINGHAM, AL 35233


GOGALA, MLADEN
3911 48TH STREET, BSMT
SUNNYSIDE, NY 11104


GOLD N PLUMP
P.O. BOX 1106
SAINT CLOUD, MN 56302-1106


GOLD STRIKE CASINO
MASTERMINDS, INC.
6727 DELILAH ROAD
EGG HARBOR TOWNSHIP, NJ 08234


GOLD STRIKE HOTEL & CASINO
NO. 1 MAIN STREET
P.O. BOX 19278
JEAN, NV 89019


GOLF TOWN
90 ALLSTATE PARKWAY
SUITE 800
MARKHAN 63R6H3


GOOD SHEPHERD MEDICAL CENTER
700 E. MARSHALL AVE.
LONGVIEW, TX 75601

MICHAEL GOODING
DBA TV DOCTOR
2054 4TH AVE E - UNIT #1
TWIN FALLS, ID 83301


GOODMAN, CONSUELO R
3124 MACKENZIE DRIVE
JEFFERSONVILLE, IN 47130


GOODMAN, KATHRYN
2313 FREDERICK AVENUE
NEW ALBANY, IN 47150


GOODWILL INDUSTRIES OF ARIZONA
2626 WEST BERYL AVENUE
PHOENIX, AZ 85021


GORDON, CHRISTOPHER J
202 BRECKENRIDGE SQUARE
LOUISVILLE, KY 40220


GOVE, PHILIP J
1926 VINSETTA BLVD
ROYAL OAK, MI 48073


RECI GRABOWSKI
344 HAYS ROAD
PITTSBURGH, PA 15241


GRAND CASINO MILLE LACS
700 GRAND AVENUE
ONAMIA, MN 56359


GRAND CENTRAL STATION
INTERNET SERVICES, INC.
PO BOX 17881
SHREVEPORT, LA 71138


GRAND CENTRAL STATION INTERNET
ATTN: MIKE COSTELLANO
9308 MANSFIELD RD, STE 600A
SHREVEPORT, LA 71118

GRASSL, STEVE
353 E83RD STREET
NEW YORK, NY 10028


JANICE GRASZER
417 12TH AVENUE A
ERIE, IL 61250


JANICE GRASZER
417 12TH AVE A
ERIE, IL 61250


GRAY, BRADLEY
2020 MIDLAND AVE APT 3
LOUISVILLE, KY 40204


STUART B. GRAY
P.O. BOX 945
ASHLAND, OR 97520


GREAT AMERICA LEASING CORP
P.O. BOX 660831
DALLAS, TX 75266-0831


GREATER HOUSTON PARTNERSHIP
1200 SMITH ST   SUITE 700
HOUSTON, TX 77002-4309


GREEN, JORD C
P.O. BOX 24566
LOUISVILLE, KY 40224


GREEN, RHONDA
3513 CHATEAU LANE
LOUISVILLE, KY 40219


GREGG, CHRISTOPHER
151 N. BIRCHWOOD AVE
LOUISVILLE, KY 40206


GREGG, LYNN
151 N. BIRCHWOOD AVE.
LOUISVILLE, KY 40206

PAUL GREGOIRE
118 SABOURIN PLACE
WINNIPEG, MANITOBA R3X0A6


MELISSA GREMILLION
6211 MANOR DR.
ALEXANDRIA, LA 71302


MELISSA M. GREMILLION
6211 MANOR DRIVE
ALEXANDRIA, LA 71302


RANDY GRICE
C/O PROVIDENCE ENGINEERING
1201 MAIN STREET
BATON ROUGE, LA 70802


RANDY GRICE
1077 ROSE WAY
ZACHARY, LA 70791


GRIDSOUTH NETWORKS, LLC
ATTN:  SCOTT PAUL
3 WEST GARDEN ST., #326
PENSACOLA, FL 32502


GRIFFIN YORK & KRAUSE
1025 THOMAS JEFFERSON ST. NW
SUITE 310E
WASHINGTON, DC 20007


GRIFFIN, PORSHA
961 EAST 217TH ST.
BRONX, NY 10469


GRM INFO MGMENT SERVICE
NEWARK POST OFFICE
P.O. BOX 35539
NEWARK, NJ 07193-5539


JEREMY R. GROSSER
1110 39TH STREET E.
MINNEAPOLIS, MN 55407

GROUP AMERICAR TRANSP., LLC
522 W. 37TH STREET
NEW YORK, NY 10018


GROVE, JODI
4657 S. GOLDENROD PL.
TUCSON, AZ 85730


GUERRERO, JOSEPH G
3318 HAWTHORNE AVENUE
DALLAS, TX 75219


GUEVARA, VANESSA
180 POWELL STREET
BROOKLYN, NY 11212


GREG GULBRANDSEN
DBA CASCADE CREATIVE VIDEO
2184 NE MEADOW LANE
BEND, OR 97701


GULF COAST REGIONAL
BLOOD CENTER
1400 LA CONCHA
HOUSTON, TX 77054


GUZMAN, JORGE
7712 14 AVENUE
BROOKLYN, NY 11228


H&M
215 PARK AVE SOUTH
15TH FLOOR
NEW YORK, NY 10001


H&R BLOCK
901 MARQUETTE AVENUE
SUITE 2400
MINNEAPOLIS, MN 55402


HACHETTE FILIPACCHI
P.O. BOX 1305
NEW YORK, NY 10101

HALF PRICE BOOKS
5803 EAST NORTHWEST HIGHWAY
DALLAS, TX 75231


HALLMARK
2501 MCGEE TRAFFICWAY
MAIL DROP #101
KANSAS CITY, MO 64108


HALLMARK
1177 AVE OF THE AMERICAS/15TH
NEW YORK, NY 10036


HAMILTON BEACH
4421 WATERFRONT DRIVE
GLEN ALLEN, VA 23060


HAMMOND, JENNIFER A
1120 LEXINGTON ROAD
LOUISVILLE, KY 40204


HARBER, SHEILA
P.O. BOX 43176
LOUISVILLE, KY 40253


HARD ROCK HOTEL SAN DIEGO
207 5TH AVENUE
SAN DIEGO, CA 92101


HARDEN, CHARLES R
9820 WILLIFORD TRAIL
FRISCO, TX 75034


MELANIE HARMON
P.O. BOX 7103
ROANOKE, VA 24019


HARRAH'S ENTERTAINMENT
HARRAH'S JOLIET
1333 BURR RIDGE PARKWAY
BURR RIDGE, IL 60527


HARRILAL, NOEMI
2390 SECOND AVENUE #1E
NEW YORK, NY 10035

HARRINGTON, DANIEL PATRICK
6688 W. CALLE LORENSITIA
TUCSON, AZ 85743


HARRINGTON, SEAN
3129 RADIANCE ROAD
LOUISVILLE, KY 40220


HARRIS TEETER
701 CRESTDALE ROAD
MATTHEWS, NC 28105


HARVARD PILGRIM HEALTH PLAN
93 WORCESTER STREET
WELLESLEY, MA 02481


SHARON & TOM HARVEY
3500 JOAN AVE
EVANSVILLE, IN 47715


HAVERSTOCK, JAMES
10308 ARBOR OAK
LOUISVILLE, KY 40229


KURT HAVERSTOCK
1300 WESTERN AVE.
PITTSBURGH, PA 15233


MARK HAVERSTOCK
6835 COLLEEN DR.
YOUNGSTOWN, OH 44512


MARK S. HAVERSTOCK
6835 COLLEEN DRIVE
YOUNGSTOWN, OH 44512


HAWKINS, LAUNDRA
1100 ROYAL GARDENS COURT #6
LOUISVILLE, KY 40214


HAYES, KRISTA J.
5500 S. SOUTH SHORE DRIVE
CHICAGO, IL 60637

```
HBO
1100 AVENUE OF THE AMERICAS
H11-47A
NEW YORK, NY 10036


HBO
15455 N. DALLAS PKWY.
SUITE 1200
ADDISON, TX 75001


HBO
101 MARIETTA STREET, NW
SUITE 3450
ATLANTA, GA 30303-2720


HEALTH NET
21600 OXNARD STREET
WOODLAND HILLS, CA 91367


HEALTH NOW BCBS - NY
P.O. BOX 15013
ALBANY, NY 12212-5013


HEALTHPLUS
4234 BROADWAY
NEW YORK, NY 10033


HEATH, MICHAEL A.
7376 W. STARROCK PLACE
TUCSON, AZ 85757


MIKE AND PAT HECKLER
335 LUNAR ST
SIDNEY, OH 45365


MINDY HECKROTH
19217 VINTAGE WOODS DRIVE
RIVERSIDE, CA 92508


HEINEKEN
1676 BROADWAY
9TH FLOOR
NEW YORK, NY 10016
```

```
HEINZ 10 BRANDS
225 NORTH MICHIGAN AVENUE
24TH FLOOR
CHICAGO, IL 60601


BRANDY HELLER
3290 RANKIN FERRY LOOP
LOUISVILLE, TN 37777


HELZBERG DIAMONDS
1825 SWIFT AVENUE
KANSAS CITY, MO 64116


HENDERSON, KENNETH R
2018 PEABODY LANE APT 8
LOUISVILLE, KY 40218


HENRY FORD HEALTH SYSTEM
HENRY FORD HOSPITAL
2799 W. GRAND BOULEVARD
DETROIT, MI 48202


HENRY, JOY BETH
784 HICKORY WOODS DRIVE
TAYLORSVILLE, KY 40071


HENSLEY, KIMBERLY
10100 JOHN ASHLEY COURT
LOUISVILLE, KY 40299


HERKIMER COUNTY COMMUNITY COLLEGE
100 RESERVOIR ROAD
HERKIMER, NY 13350


HERNDON, CHRIS
659 LYNN STREET
LOUISVILLE, KY 40217


HERSHEYS
HERSHEY COMPANY
P.O. BOX 806
HERSHEY, PA 17033
```

```
HEWLETT-PACKARD FINANCIAL
SERVICES CO.
PO BOX 402482
ATLANTA, GA 30384-2582


HEWLETT-PACKARD FINANCIAL
SERVICES COMPANY
420 MOUNTAIN AVE.
NEW PROVIDENCE, NJ 07974


HI-WAAY INTERNET SERVICES
BOX NO 1210-DEPT 3202
BIRMINGHAM, AL 35287-3202


JUAN HIDALGO
2 MULBERRY LANE
METUCHEN, NJ 08840


HIDALGO, JUAN D
2 MULBERRY LANE
METUCHEN, NJ 08840


HIGH POINT REGIONAL HEALTHSYSTEM
P.O. BOX 2356
HIGH POINT, NC 27261


HILARIO, VIRGILIO S
89-38 184TH STREET
HOLLIS, NY 11423


HILL & KNOWLTON (CHICAGO)
222 MERCHANDISE MART PLAZA
SUITE 275
CHICAGO, IL 60654


HILL & KNOWLTON (HOUSTON)
808 TRAVIS STREET
SUITE 2100
HOUSTON, TX 77002


HILL & KNOWLTON (LOS ANGELES)
1601 CLOVERFIELD BOULEVARD
SUITE 3000-N
SANTA MONICA, CA 90404
```

```
HILL & KNOWLTON (NEW YORK)
825 THIRD AVENUE
NEW YORK, NY 10022


HILL & KNOWLTON (SAN FRANCISCO)
60 GREEN STREET
SAN FRANCISCO, CA 94111


HILL & KNOWLTON (TAMPA)
201 EAST KENNEDY BOULEVARD
SUITE 1611
TAMPA, FL 33602


HILL & KNOWLTON (WASHINGTON DC)
607 14TH STREET, NW
SUITE 300
WASHINGTON, DC 20005


HILL & KNOWLTON SAMCOR
2100 PONCE DE LEON BOULEVARD
SUITE 1201
CORAL GABLES, FL 33134


HILL, RUDOLPH
232 WEST 132 STREET
NEW YORK, NY 10027


HILLERICH, NICOLE L.
7605 BURRICE COURT
LOUISVILLE, KY 40258


HIPPIE PHOTOGRAPHY
ATTN: GEORGE HIPPIE
113 N. VINE STREET
NORTH PLATTE, NE 69101


HITACHI DATA SYSTEMS
P.O. BOX 99257
ACCOUNTS RECEIVABLE
CHICAGO, IL 60693


HITTNER, JON
28 MERCURY CIRCLE
SOUTH AMBOY, NJ 08879
```

HIWAAY INTERNET SERVICES
ATTN: CHES ALLEN
1 INDEPENDENCE DR. STE 315
BIRMINGHAM, AL 35209


HNTB CORPORATION
1330 BROADWAY
SUITE 1630
OAKLAND, CA 94612


HO, MICHAEL
80 FIRST AVENUE #12I
NEW YORK, NY 10009


HOAGLAND, STEPHEN JOSEPH
614 ERVAY AVENUE
LOUISVILLE, KY 40217


HOERING, OTTO R
30 PARK TERRACE EAST
NEW YORK, NY 10034


HOME DEPOT  INC.
2455 PACES FERRY ROAD NW
BUILDING C-17TH FLOOR
ATLANTA, GA 30339


HONE BUSINESS ELECTRONICS
30 CR 5052
BERRYVILLE, AR 72616


HOOPER, CHRISTINE L
1218 FISCHER AVENUE
LOUISVILLE, KY 40204


HOPPER, KAREN
3743 E. BLACKLIDGE
TUCSON, AZ 85716


HORIZON BC/BS OF NEW JERSEY
ANNE M. GIOIOSO, BILLING
THREE PENN PLAZA EAST PP-06N
NEWARK, NJ 07105

HORIZON BC/BS OF NEW JERSEY
ATTN: ANNE M. GIOIOSO
THREE PENN PLAZA EAST PP-06N
NEWARK, NJ 07105


HORN, MARTY
1218 DURRETT LANE
LOUISVILLE, KY 40213


HOSTED SOLUTIONS
ATTN: KEVIN FARNHAM
5301 DEPARTURE DR., STE 111
RALEIGH, NC 27615


HOSTED SOLUTIONS LLC
P.O. BOX 601834
CHARLOTTE, NC 28260-1834


HOT TOPIC, INC.
18305 E. SAN JOSE AVENUE
CITY OF INDUSTRY, CA 91748


HOULEHAN, BARBARA
7100 WINDHAM PKWY
PROSPECT, KY 40059


HOUSTON CVB
GREATER HOUSTON C&V
801 CONGRESS STREET
HOUSTON, TX 77002


AMBER HOWARD
550 TIMBERLAKE DRIVE
DAYTON, OH 45414


DEBRA L. HOWARTH
135 WARD STREET UNIT A
FALL RIVER, MA 02720


DODD HOWELL
DBA CONTRACT DATA NET
1111 48TH AVE N, STE 116
MYRTLE BEAC, SC

HSN
5TH FLOOR, TOWER
1 HSN DRIVE
SAINT PETERSBURG, FL 33729


HUBBARD, JULIE ANN
2556 E. SPRING ST.
TUCSON, AZ 85716


HUCKS IV, DANIEL
3606 GREEN MEADOWS DRIVE
LOUISVILLE, KY 40218


HUDSON, BRIAN
9209 LANTANA DRIVE
LOUISVILLE, KY 40229


WILLIAM H. HUDSON
DBA BILL HUDSON VIDEO
3141 W. 20TH COURT
PANAMA CITY, FL 32405


SUSAN HUGHES
720 FOWLER STREET
HOUSTON, TX 77007


HUMANA INC
500 W. MAIN STREET
LOUISVILLE, KY 40202


HUMPHREY, LORI
1022 E. COURT AVENUE
JEFFERSONVILLE, IN 47130


HUNTER COMMUNICATIONS
801 ENTERPRISE DR.
CENTRAL POINT, OR 97502


HUNTER COMMUNICATIONS, INC.
801 ENTERPRISE DRIVE
CENTRAL POINT, OR 97502


HUNTINGTON BANK
41 SOUTH HIGH
COLUMBUS, OH 43215

MIN HWANG
103 GARNETT LANE
EGG HARBOR TWP, NJ 08234


HYTHON, RACHEL
P.O BOX 74172
DALLAS, TX 75374


HYUNDAI MOTOR OF AMERICA
10550 TALBERT AVE.
PUBLIC RELATIONS DEPT
FOUNTAIN VALLEY, CA 92708


I- STEP COMMUNICATIONS
604 MISSION STREET
8TH FLOOR
SAN FRANCISCO, CA 94105


I-10
ATTN: LARRY MILES
113 W. MAIN STREET
HALLSVILLE, TX 75650


I-STEP COMMUNICATIONS
604 MISSION STREET
SECOND FLOOR
SAN FRANCISCO, CA 94105


IBOPE LATINOAMERICANA SA
C/O IBOPE MEDIA INFORMATION CO
3191 CORAL WAY STE. 700
MIAMI, FL 33145


IFM NORTH AMERICA, LLC
1115 LOCUST STREET
SUITE 500
SAINT LOUIS, MO 63101


IKEA US EAST, LLC-211
420 ALAN WOOD ROAD
CONSHOHOCKEN, PA 19428


ILLINOIS DEPT. OF REVENUE
SALES & USE TAX
SPRINGFIELD, IL 62794

INDEPENDENT INS AGENTS AND
BROKERS OF AMERICA
127 S. PEYTON STREET
ALEXANDRIA, VA 22314


INDY RACING LEAGUE
P.O. BOX 24577
INDIANAPOLIS, IN 46224


INFOMERCIAL MONITORING SERVICE
SATELLITE 2-812 PARKWAY
BROOMALL, PA 19008


INGRAM, CHARLES E.
24903 MAGIC MOUNTAIN PARKWAY
VALENCIA, CA 91355


INNOVATIVE SOLUTIONS GROUP
ATTN: DANIEL R. DEININGER
418 NORTH LAST CHANCE GULCH
HELENA, MT 59601


INNOVATIVE SOLUTIONS GROUP INC
418 NO. LAST CHANCE GULCH
SUITE 1
HELENA, MT 59601


INSTANT TAX SERVICES
ONE SOUTH MAIN STREET
SUITE 1400
DAYTON, OH 45402


INSTYLE MAGAZINE
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020


INT'L ASSOC. OF BUSINESS COMM.
601 MONTGOMERY STREET
SUITE 1900
SAN FRANCISCO, CA 94111


INT'L CONGRESS OF HUMAN RIGHTS
101 PLACE JEAN-PAUL RIOPELLE
MONTREAL QC CANADA
H2Z 8122

```
INTERNATIONAL DELIGHT LEO B
(LEO BURNETT COMPANY, INC.)
35 W. WACKER DRIVE
CHICAGO, IL 60601


INTERNATIONAL PAPER CO.
6400 POPLAR AVE.
MEMPHIS, TN 38197


INTERNET COMPLETE!
4509 N. CLASSEN BLVD. STE 200
OKLAHOMA CITY, OK 73118


INTERNET TECHNOLOGIES
ATTN: STEVE MCGOUGH
330 SHIPYARD BLVD.
WILMINGTON, NC 28412


INTERNET TECHNOLOGIES, INC.
330 SHIPYARD BLVD.
WILMINGTON, NC 28412


INTHYVONG, SOURIYANH BOBBY
2741 W. TOLOSA PLACE
TUCSON, AZ 85746


INVACARE CORPORATION
P.O. BOX 4028
ELYRIA, OH 44035


IRON BAY NET
315 SOUTH FRONT ST.
MARQUETTE, MI 49855


IRON MOUNTAIN
PO BOX 27129
NEW YORK, NY 10087


IRON MOUNTAIN OSDP
P.O. BOX 27129
NEW YORK, NY 10087-7129
```

IRONBAY.NET
IRON BAY COMPUTER & DESIGN INC
502 W. WASHINGTON ST., STE 2
MARQUETTE, MI 49855


ISAACS, JESSE
106 OLD CORYDON RIDGE ROAD
NEW ALBANY, IN 47150


ISLAND TECHNOLOGY NETWORKS
ATTN: DUSTIN KEMP
1301 RIVERPLACE BLVD. STE 1650
JACKSONVILLE, FL 32207


ISPNET LLC
224 HUFFER ROAD
HILTON, NY 14468


ISPNET LLC
ATTN: BILL PALMA
224 HUFFER RD
HILTON, NY 14468


ISSA, CHRISTINA
18760 COHASSET STREET
RESEDA, CA 91335


ARIK ITKIS
1975 MOUNTAINVIEW AVENUE
UNION, NJ 07083


ITS
INDEPENDENT TELECOMMUNICATIONS
4079 PARK EAST CT. SE
GRAND RAPIDS, MI 49546


ITS - INDEPENDENT
TELECOMMUNICATIONS SYS
4079 PARK EAST CT SE
GRAND RAPIDS, MI 49546-6296


IULI, GABRIEL G
1075 GRAND CONCOURSE
BRONX, NY 10452

J A MEDIA SERVICES
94 LAIRD DRIVE, STE. 200
TORONTO, ONTARIO M4G3V2
CANADA


J&J LISTERINE
JOHNSON & JOHNSON
201 TABOR ROAD
MORRIS PLAINS, NJ 07350


J&J UPPER RESPIRATORY
JOHNSON & JOHNSON
201 TABOR ROAD
MORRIS PLAINS, NJ 07350


J&J VISINE
JOHNSON & JOHNSON
201 TABOR ROAD
MORRIS PLAINS, NJ 07350


J&J-IMODIUM, MYLANTA, PEPCID
JOHNSON & JOHNSON
201 TABOR ROAD
MORRIS PLAINS, NJ 07350


J&J-NEOSPORIN
JOHNSON & JOHNSON
201 TABOR ROAD
MORRIS PLAINS, NJ 07350


J. WINE ASSOCIATES
DBA J. WINE ASSOCIATES
6067 MURRAY AVENUE
BETHEL PARK, PA 15102


J.H. COHN LLP
4 BECKER FARM ROAD
ROSELAND, NJ 07068


J.H. COHN LLP
1212 AVENUE OF THE AMERICAS
NEW YORK, NY 10036


J.M. SMUCKERS COMPANY
ONE STRAWBERRY LANE
ORRVILLE, OH 44667

J.R.O. DWYER COMPANY, INC.
271 MADISON AVENUE #600
NEW YORK, NY 10016-1013


JACKSON HEWITT, INC.
3 SYLVAN WAY
3RD FLOOR
PARSIPPANY, NJ 07054


JACKSON SPALDING, INC.
1100 PEACHTREE STREET NE
SUITE # 900
ATLANTA, GA 30309


ALLEN M. JACKSON
105 SOUTH LAKE CIRCLE
MONROE, LA 71203


JACKSON, JAMIE
709 IOWA STREET
LOUISVILLE, KY 40208


JACOBI OIL SERVICE, INC.
5686 NAVILLETON ROAD
FLOYDS KNOBS, IN 47119-9520


JAFFE, MARC
47 WESTWOOD DRIVE
FAIRLAWN, NJ 07410


BRIAN JANY
5709 WEST 89TH PLACE
OAK LAWN, IL 60453


DENISE (BATTIATO) JANY
5709 WEST 89TH PLACE
OAK LAWN, IL 60453


JANY, GARY
4002 SOUTH 1ST STREET
LOUISVILLE, KY 40214


GARY JANY
4002 S. 1ST STREET
LOUISVILLE, KY 40214

```
JC PENNEY
375 HUDSON STREET
NEW YORK, NY 10014


JC PENNY (SAATCHI & SAATCHI)
375 HUDSON STREET
NEW YORK, NY 10014


JEFFREY, ANGELA C.
4649 COLE
DALLAS, TX 75205


FLORENCE M. JENKINS
DBA PALM SPRING VIDEO
3407 SAN MARTIN
PALM SPRINGS, CA 92264


JENKINS, JAYTON
2375 2ND AVE
NEW YORK, NY 10035


MIKE JENSEN
326 SAINT CHARLES STREET
RAPID CITY, SD 57701


MIKE JENSEN
326 ST. CHARLES ST.
RAPID CITY, SD 57701


JEROME AMERICAN INTERNET SERV
9305 LIGHTWAVE AVE.
SAN DIEGO, CA 92123


JERRY BROWN 2010
291 3RD STREET
OAKLAND, CA 94607


JET BLUE
90 PARK AVENUE
NEW YORK, NY 10017


JET PROPULSION LABORATORY
4800 OAK GROVE DRIVE
BLDG. 186-131
PASADENA, CA 91101
```

JO MALONE
575 BROADWAY
2ND FLOOR
NEW YORK, NY 10012


JOEL HAGEMAN PRODUCTIONS
2704 VIGILANTE TRAIL
BILLINGS, MT 59102


JOHNS, JEROMY P
9741 TIMBERWOOD CIRCLE
LOUISVILLE, KY 40223


JOHNSON & JOHNSON
201 TABOR ROAD
MORRIS PLAINS, NJ 07350


JOHNSON, INEZ
515 W. 52ND STREET
NEW YORK, NY 10019


JOHNSON, MEEGAN D
2892 WEST 7TH STREET
LOS ANGELES, CA 90005


NEAL JOHNSON
18830 NORTH 34TH LN, UNIT # 1
PHOENIX, AZ 85027


NEAL JOHNSON
18830 N. 34TH LN.
UNIT #1
PHOENIX, AZ 85027


JOHNSON, ROMAINE M
33 BRECKINRIDGE SQUARE
LOUISVILLE, KY 40220


JOINK, LLC
P.O. BOX 3529
TERRE HAUTE, IN 47803

JSH & A PUBLIC RELATIONS
2 TRANSAM PLAZA DRIVE
SUITE 450
OAKBROOK TERRACE, IL 60181


JUNEAU INFORMATION SERVICE
TECHNOLOGY
PO BOX 34686
JUNEAU, AK 99803


JUNEAU INFORMATION SERVICES
ATTN: BRET CONNELL
1407 5TH STREET
DOUGLAS, AK 99824


JWT/PRISTIQ-PHIZER
JWT CORP. HEADQUARTERS
466 LEXINGTON AVENUE
NEW YORK, NY 10017


JWT/PRISTIQ-PHIZER
PHIZER CORP. OFFICE
235 E. 42ND STREET
NEW YORK, NY 10017


KABACK ENTERPRISES
45 WEST 25TH STREET, 7TH FLOOR
NEW YORK, NY 10010


KABACK ENTERPRISES INC.
45 WEST 25TH STREET
7TH FLOOR
NEW YORK, NY 10010


KAHALA CORP.
9311 EAST VIA DE VENTURA
SCOTTSDALE, AZ 85258


KANTAR MEDIA
2, RUE FRANCIS PEDRON -BP3
CHAMBOURCY CEDEX 78241
FRANCE

KANTAR MEDIA INTELLIGENCE
ATTN: DESMOND FRANCIS
66 WILSON STREET,
LONDON, UK EC2A 2JX
ENGLAND


KANTAR MEDIA INTELLIGENCE
P.O. BOX 7247-9301
PHILADELPHIA, PA 19170-9301


KAPLOW COMMUNICATIONS INC
19 W. 44TH STREET-STE 601
ATTN: EMILY HELD
NEW YORK, NY 10036


LISA KASER
37 CHARLES DRIVE
DOVER, OH 44622


KASHI (AMAZON ADVERTISING)
P.O. BOX A3368
CHICAGO, IL 60690-3368


KATZ, JERRY
3 HORIZON ROAD
FORT LEE, NJ 07024


KC WEB INTERNET
P.O. BOX 136
PLEASANT HILL, MO 64080-0136


KCD INC
2835 TOWNSGATE ROAD
SUITE 110
WESTLAKE VILLAGE, CA 91361


KCWEB
ATTN: BRIAN HITCHCOCK
607 N. ARMSTRONG
PLEASANT HILL, MO 64080


J. MICHELLE KEARBY
1317 ST. ANDREWS ROAD
SAN ANGELO, TX 76904

MICHELLE KEARBY
1317 ST. ANDREWS ROAD
SAN ANGELO, TX 76904


KEARSE, ESTHER
161 RIDGE AVENUE #2R
YONKERS, NY 10703


KATHLEEN KEEN
13324 SW 102 TER
MIAMI, FL 33186


KEETON, AMY L
8328 SIESTA WAY
LOUISVILLE, KY 40219


KELLOGG'S - LEO BURNETT
KELLOG COMPANY
ONE KELLOG SQUARE
BATTLE CREEK, MI 49016


KELLY SERVICES
999 WEST BIG BEAVER ROAD
TROY, MI 48084


KELLY, BRIAN J
207 EXCHANGE AVENUE
LOUISVILLE, KY 40207


KELTING, KIMBERLY
1503 COMMUNITY WAY
LOUISVILLE, KY 40222


NYLAKENNE
306 NORTH 17TH ST
INDIANOLA, IA 50125


KENNEDY, BRIAN S
4001 PAVILION TERRACE, APT 1
LOUISVILLE, KY 40229


KENNEDY, CHRISTOPHER THOMAS
3318 WEAVER SCHOOL ROAD
ODESSA, MO 64076

DENNIS KENNEDY
6215 EAST NINTH
WICHITA, KS 67208


KENNEDY, JAMES
9863 TIMBERWOOD CIRCLE
LOUISVILLE, KY 40223


KENTUCKY DEPT. OF REVENUE
DIV. OF SALES & USE TAX
STATION 67, PO BOX 181
FRANKFORT, KY 40602


KETCHUM - HEARTSTART
KETCHUM INC.
6 PPG PLACE, 12TH FLOOR
PITTSBURGH, PA 15222


KETCHUM - PFIZER
KETCHUM INC.
6 PPG PLACE, 12TH FLOOR
PITTSBURGH, PA 15222


KETCHUM BCBS
KETCHUM INC.
6 PPG PLACE, 12TH FLOOR
PITTSBURGH, PA 15222


KETCHUM FOOD NETWORK
KETCHUM INC.
6 PPG PLACE, 12TH FLOOR
PITTSBURGH, PA 15222


KETCHUM INC
6 PPG PLACE, 12TH FLOOR
PITTSBURGH, PA 15222


KETCHUM IRONMAN TRIATHLON
KETCHUM INC.
6 PPG PLACE, 12TH FLOOR
PITTSBURGH, PA 15222


KETCHUM MEDIA FOCUS
KETCHUM INC.
6 PPG PLACE, 12TH FLOOR
PITTSBURGH, PA 15222

KETCHUM MILK ADVSIORY BOARD
KETCHUM INC.
6 PPG PLACE, 12TH FLOOR
PITTSBURGH, PA 15222


KETCHUM USDA FOOD PYRAMID
KETCHUM INC.
6 PPG PLACE, 12TH FLOOR
PITTSBURGH, PA 15222


KETCHUM, INC.
6 PPG PLACE, 12TH FLOOR
ATTN: ACCTS RECEIVABLE
PITTSBURGH, PA 15222


KEY EQUIPMENT FINANCE INC.
P.O. BOX 74713
CLEVELAND, OH 44194-0796


KEYBANK CORP.
800 SUPERIOR AVENUE
MAILCODE: OH-01-02-2038
CLEVELAND, OH 44114


GEORGE KEYSER
5040 YESNESS LANE
CASPER, WY 82604


KEYSTONE MERCY HEALTH
100 STEVENS DRIVE
PHILADELPHIA, PA 19113


KGB TEXAS PUBLIC RELATIONS
1919 OAKWELL FARMS PARKWAY
SUITE 100
SAN ANTONIO, TX 78218


KHUFU, TESSAAT
1935 GARDINER LANE, D58
LOUISVILLE, KY 40205


KIESEL, JR., JOHN
1625 ROSEWOOD AVE. #4
LOUISVILLE, KY 40204

KILANOWSKI, JOAN C
1402 COTTON VALLEY CIRCLE N
IRVING, TX 75038


KINDRED HEALTHCARE, INC.
680 SOUTH FOURTH STREET
LOUISVILLE, KY 40202


KING, DAVID M.
P.O. BOX 16312
TUCSON, AZ 85732


KINSELLA MEDIA
2120 L STREET NW, SUITE 860
WASHINGTON, DC 20037


KIS
ATTN:  JOHN VERNON
176 S. ROSEMONT RD
VIRGINIA BEACH, VA 23452


KIS COMPUTERS
P.O. BOX 8413
VIRGINIA BEACH, VA 23450-8413


KNAUER-STRAW, LEE G
2806 YORKSHIRE BOULEVARD
LOUISVILLE, KY 40220


KNOTT'S BERRY FARM
8039 BEACH BLVD
BUENA PARK, CA 90620


KOCH COMPANIES
KOCH INDUSTRIES
4111 EAST 37TH STREET NORTH
WICHITA, KS 67220


KOCH INDUSTRIES
4111 E. 37TH STREET NORTH
WITCHITA, KS 67220


KOENIG, MYLO
10036 COLWELL DRIVE
SUN VALLEY, CA 91352

```
KOHLER, DECE D
9835 N. SUN VISTA PLACE
TUCSON, AZ 85742


KOLOZSVARY, STEPHEN G
115 WEST 104TH STREET, #52
NEW YORK, NY 10025


KOOS, TIMOTHY R
1610 KING OF ARMS COURT, #A
LOUISVILLE, KY 40222


KORTZ, KATHLEEN K.
6644 E. SCARLETT STREET
TUCSON, AZ 85710


KRASNY, JERROLD
315 ATLANTIC AVENUE   #1H
EAST ROCKAWAY, NY 11518


KRONOS
P.O. BOX 845748
BOSTON, MA 02284-5748


KRONOS, INC.
P.O. BOX 845748
BOSTON, MA 02284-5748


HARVEY KRONZEK
6573 ROSEMOOR ST.
PITTSBURGH, PA 15217


HARVEY KRONZEK
6573 ROSEMOOR ST
PITTSBURGH, PA 15217


KUSSMAN, MICHAEL A
231 NORTH OAK STREET
MASSAPEQUA, NY 11758


L'OREAL
575 5TH AVENUE, 9TH FL.
NEW YORK, NY 10017
```

L'OREAL COSMETICS (MCCANN)
L'OREAL
575 5TH AVE, 9TH FL.
NEW YORK, NY 10017


L'OREAL HAIR CARE
L'OREAL
575 5TH AVE., 9TH FL.
NEW YORK, NY 10017


L'OREAL HAIR COLOR
575 5TH AVE., 9TH FL.
NEW YORK, NY 10017


L'OREAL SKIN CARE
L'OREAL
575 5TH AVE., 9TH FL.
NEW YORK, NY 10017


L.D. MILES
DBA 1 20 ACCESS, INC.
P.O. BOX 1133
HALLSVILLE, TX 75650


CAMRON T. LACY
3608 S. WASHINGTON STREET
AMARILLO, TX 79110


LAFAVE, JOANNA M
72 E CARMICHAEL ST.
PRESQUE ISLE, ME 04769


LAFORCE & STEVENS
VEUVE CLICQOT - POLO CLASSIC
132 WEST 21ST STREET
NEW YORK, NY 10011


LAFORCE UP & UP
LAFORCE & STEVENS
132 WEST 21ST STREET
NEW YORK, NY 10011


LAGUNA BEACH ARTS FESTIVAL
650 LAGUNA CANYON ROAD
LAGUNA BEACH, CA 92651

LAKE ERIE COLLEGE
OF OSTEOPATHIC MEDICINE
1858 W. GRANDVIEW BLVD.
ERIE, PA 16509


LAKOTA DATA CENTER
1001 TEXAS AVE., SUITE 330
HOUSTON, TX 77002


LAKOTA DATA CENTER LLC
1001 TEXAS AVENUE
SUITE 1250
HOUSTON, TX 77002


LAMBERT EDWARDS & ASSOCIATES
47 COMMERCE
GRAND RAPIDS, MI 49503


LAMOUREAUX, CHRISTOPHER
6 DEBOW TERRACE
POMPTON PLAINS, NJ 07444


LANCASTER GENERAL HEALTH
P.O. BOX 3555
LANCASTER, PA 17604-3555


LAND ROVER (NATIONAL SYSTEM)
P.O. BOX 29165 - DUBAI
UNITED ARAB
EMIRATES


LANGLEY, TAMMY E
130 DUDLEY STREET
PRESQUE ISLE, ME 04769


LANTUS (ARNOLD)
110 FIFTH AVENUE
NEW YORK, NY 10011


LANTZ, RUTH I
1416 BERRY BOULEVARD
LOUISVILLE, KY 40215

LARGEMOUTH PR
LARGEMOUTH COMMUNICATIONS
111 WHEATSBURY DRIVE
CARY, NC 27513


LARGER, CRYSTAL A
4300 NORBROOK DRIVE
LOUISVILLE, KY 40218


LASERSHIP, INC.
P.O. BOX 406420
ATLANTA, GA 30384-6420


LATINO POLICY FORUM
180 N. MICHIGAN AVE.
SUITE 1250
CHICAGO, IL 60601


LATISYS
17222 VON KAMEN AVENUE
IRVINE, CA 92614


LATISYS
1808 SWIFT BUILDING C
OAK BROOK, IL 60523


LATISYS
393 INVERNESS PARKWAY
ENGLEWOOD, CO 80112


LATISYS-CHICAGO, LLC
393 INVERNESS PARKWAY
ENGLEWOOD, CO 80112


LAUER, CAROL
7703 SUNBURY LANE
LOUISVILLE, KY 40220


LAURA SOLL PUBLIC RELATIONS
29 BOX TURTLE LANE
WINDSOR, CT 06095


LEATHERBURY, TERRY L
7613 ROSEMARY LANE
LOUISVILLE, KY 40214

```
LEE, SARA
9005 FERN CREEK ROAD
LOUISVILLE, KY 40291


LEE, SEHEE
4720 CENTER BLVD
LONG ISLAND CITY, NY 11109


LEGACY
1724 MASSACHUSETTS AVENUE, NW
WASHINGTON, DC 20036


LEIBY, JESSICA J.
11911 GREENVILLE AVE
DALLAS, TX 75243


LEIGH, SHERRI
1932 S. TIMBERLINE AVE
TUCSON, AZ 85710


LEIGHTON, SHERRY
22 SPRING STREET
PRESQUE ISLE, ME 04769


LENDOF, SIOMARA
1435 OGDEN AVENUE, #5E
BRONX, NY 10452


LENEHAN, AARON PAUL
300 E. 34TH STREET
NEW YORK, NY 10016


LENNON, JOSEPH B
591 BUCHANAN BLVD
RED BANK, NJ 07701


DAVE LEO
170 OAK AVENUE
SHIRLEY, NY 11967


KATHLEEN LESCYNSKI
10716 TRAPPERS CREEK DR.
RALEIGH, NC 27614
```

JOHN LESTRADE
DBA TAKE TWO VIDEO
134 BALMORAL AVENUE
BILOXI, MS 39530


KATHLEEN LESZCZYNSKI
10716 TRAPPERS CREEK DRIVE
RALEIGH, NC 27614


LETTER B PRODUCTIONS
ATTN: BETH TAYLOR
139 HUNTINGTON DR
HATTIESBURG, MS 39402


BOB & MARY LEVENGOOD
96 COLD SPRING ROAD
STAMFORD, CT 06905


ROBERT W. LEVENGOOD
96 COLD SPRING ROAD
STAMFORD, CT 06905


LEVERING, SARA
10220 DEMOCRACY BLVD
POTOMAC, MD 20854


LEWIS COMMUNICATIONS
30 BURTON HILLS BLVD.
SUITE 207
NASHVILLE, TN 37215


LEWISVILLE INDEPENDENT SCHOOL DISTRICT
P.O. BOX 217
LEWISVILLE, TX 75067


LEXIS NEXIS
P.O. BOX 7247-7090
PHILADELPHIA, PA 19170-7090


LG & E
P.O. BOX 537108
ATLANTA, GA 30353-7108

```
LI, FAN
11 RAMBLING BROOK DR.
HOLMDEL, NJ 07733


LIA SOPHIA
1235 NORTH MITTEL BLVD.
WOOD DALE, IL 60191


LIBERATED NETWORKS INCORP
P.O. BOX 8236
HALIFAX, NS B3K5L9
CANADA


LIBERATED NETWORKS, INC.
ATTN: MICHAEL REYNOLDS
2686 AGRICOLA ST.
HALIFAX, VA 24558


LIEBLEIN, STANLEY H
245 EAST 93 STREET, #21E
NEW YORK, NY 10128


LIFEGIFT ORGAN DONATION CENTER
2510 WESTRIDGE STREET
HOUSTON, TX 77054


LIFEGRID INTERNET
1810 BROAD RIPPLE AVE. #12A
INDIANAPOLIS, IN 46220-2391


LIFEGRID INTERNET
ATTN: KEN BLANCHET
1810 BROADRIPPLE AVE., #12A
INDIANAPOLIS, IN 46220


LIFELOCK, INC.
60 EAST RIO SALADO PKWY.
#400
TEMPE, AZ 85281


LIGHTSY, CHALEE C
2606 HALE AVENUE
LOUISVILLE, KY 40211
```

```
LILE, BRENNAN J
2016 EDGELAND AVE #2
LOUISVILLE, KY 40204


LIMBAGA, CHRISTIAN P
14 MARSHALL STREET
WEST ORANGE, NJ 07052


LINHART PR FOR RED ROBIN
LINHART PUBLIC RELATIONS
2340 BLAKE STREET
DENVER, CO 80205


LINHART PUBLIC RELATIONS
2340 BLAKE STREET
DENVER, CO 80205


LINKER, MATTHEW W
4875 SHERBURN LANE #A1
LOUISVILLE, KY 40207


LITTLE, CHRISTOPHER SHANE
3614 HILLTOP LANE
PLANO, TX 75023


LITTLEFIELD FIRE & SAFETY INC
613 WATTERSON TRAIL
LOUISVILLE, KY 40243


LITTLEJOHN, WILLIAM FRANKLIN
4700 W KOLB RD
TUCSON, AZ 85750


LIU, ANNIE
1510 LEXINGTON AVE
NEW YORK, NY 10029


LIVEWIRE INFORMATION SYSTEMS
MONTEREY BAY INTERNET
915 HARKINS RD
SALINAS, CA 93905


LIVING SPACES FURNITURE, LLC
14501 ARTESIA BLVD.
LA MIRADA, CA 90638
```

```
LOGICAL INT. SOLUTIONS
DEPT. # 172301
P.O. BOX 67000
DETROIT, MI 48267-1723


LOGICAL NETWORKS, INC.
6 VENTURE STE 100
IRVINE, CA 92618


LOGSDON, KARRI
4882 CHARLOTTE DRIVE
LOUISVILLE, KY 40219


LOKEMAN, SHERRE ALEEKA
136 S. VIRGIL AVE
LOS ANGELES, CA 90004


LONG ISLAND UNIVERSITY
1 UNIVERSITY PLAZA
(FLATBUSH & DEKALB AVES)
BROOKLYN, NY 11201


LOOMIS GROUP, INC.
345 SPEAR STREET
SUITE 110
SAN FRANCISCO, CA 94105


LORD, JENNIFER MARIE
7979 E ESCALANTE RD
TUCSON, AZ 85730


LOU HAMMOND VIRGINIA TOURISM
LOU HAMMOND & ASSOCIATES
39 EAST 51ST STREET
NEW YORK, NY 10022


SCOTT LOUDEN
20835 NW 1ST STREET
PEMBROKE PINES, FL 33029


SCOTT LOUDEN
20835 NW 1ST STREET
HOLLYWOOD, FL 33029
```

LOUIS VUITTON
1 EAST 57TH STREET
8TH FLOOR
NEW YORK, NY 10022


LOUSIANA TVNEWSCLIP,LLC
P.O. BOX 148
DENHAM SPRINGS, LA 70727-148


SYLVIA LOUTZENHISER
2477 20TH AVENUE
SAN FRANCISCO, CA 94116


LOUW, GERRY H
518 EAST 13TH STREET #2
NEW YORK, NY 10009


LOYOLA UNIVERSITY MEDICAL CENTER
8601 WEST ROOSEVELT ROAD
FOREST PARK, IL 60130


LUCAS FILM LTD
1110 GORGAS AVE
SAN FRANCISCO, CA 94129


LUCEY, STEVEN W
6413 GREENVIEW DRIVE
LOUISVILLE, KY 40216


LUCKY STRIKE HOLLYWOOD BOWL
DBA LUCKY STRIKE LANES
6801 HOLLYWOOD BOULEVARD
LOS ANGELES, CA 90028


LUSH, JENNIFER N
419 EAST LEE STREET
LOUISVILLE, KY 40217


DONALD LUSK
106 STEPHENSON AVENUE
SAVANNAH, GA 31405


DONALD & SANDRA LUSK
164 RENDANT AVENUE
SAVANNAH, GA 31419

LUTHERAN HEALTH NETWORK
7950 WEST JEFFERSON BOULEVARD
FORT WAYNE, IN 46804-4140


SCOTT LYNN
6625 GLADE PARK DRIVE
COLORADO SPRINGS, CO 80918


SCOTT & CHRISTI LYNN
6625 GLADE PARK DRIVE
COLORADO SPRINGS, CO 80918


LYRICA (KAPLAN THALER)
KAPLAN THALER
1675 BROADWAY
NEW YORK, NY 10019


M BOOTH & ASSOC.
300 PARK AVENUE SOUTH
12TH FLOOR
NEW YORK, NY 10010


M STREET CORP.
P.O. BOX 567925
ATLANTA, GA 31156


M&M MARS (BBDO)
1285 AVENUE OF THE AMERICAS
5TH FLOOR
NEW YORK, NY 10019


M&T BANK / CROWLEY WEBB
ONE M&T PLAZA, 4TH FLOOR
BUFFALO, NY 14203


MAC FOR ELC
MAC COSMETICS
130 PRINCE STREET, 2ND FLOOR
NEW YORK, NY 10012


MACON URBAN MINISTRIES, INC
P.O. BOX 2637
MACON, GA 31203

MAGICBULLET MEDIA
104 W. 27TH STREET
SUITE 11C
NEW YORK, NY 10001


MAGID, LAURA
510 BEACH 125 STREET
BELLE HARBOR, NY 11694


MAGNO SOUND, INC.
729 SEVENTH AVENUE
2ND FLOOR
NEW YORK, NY 10019


MAHANEY, GAIL
BRECKENRIDGE SQUARE APT 64
LOUISVILLE, KY 40220


MAINE REVENUE SERVICES
SALES, FUEL, SPEC. TAX DIV.
PO BOX 1060
AUGUSTA, ME 04332-1060


KIMBERLY A. MAINOUS
3209 SPRINGBROOK DR.
HAMILTON, OH 45011


MAJOR, BRIGETTE
41 AMERICAN AVENUE
CORAM, NY 11727


MAKE UP FOR EVER, USA
208 FRENWOOD AVENUE
ENGLEWOOD, NJ 08837


MAKEUP FOREVER
853 BROADWAY
10TH FLOOR
NEW YORK, NY 10003


MANCIO RODRIGUEZ, EDSON O
3400 LAFOLLETTE DRIVE
LOUISVILLE, KY 40299

MANGO BAY COMMUNICATIONS, INC.
1277 E. SCHAAF ROAD, SUITE 4
BROOKLYN HEIGHTS, OH 44131


MANGO BAY INTERNET
ATTN: ALAN JACUBENTA
1277 E. SCHAAF RD, SUITE 4
INDEPENDENCE, OH 44131


MANHATTAN FIRE & SAFETY CORP.
242 WEST 30TH STREET
7TH FLOOR
NEW YORK, NY 10001


MANN, SARAH ALLENSWORTH
3415 RAINVIEW CIRCLE
LOUISVILLE, KY 40220


MANPOWER
21271 NETWORK PLACE
CHICAGO, IL 60673-1212


MARCINIAK, ANDREW MARTIN
186B MAIN STREET
PRESQUE ISLE, ME 04769


MARGOLIN, JACEENE V.
939 15TH STREET
WASHINGTON, DC 20003


MARINA DISTRICT DEVELOPMENT COMPANY, LLC
DBA-THE BORGATA
ONE BORGATA WAY
ATLANTIC CITY, NJ 08401


MARION MONTGOMERY, INC.( HOUSTON)
2412 SOUTH BLVD.
HOUSTON, TX 77098


MARION, SCOTTY R
8407 SIESTA WAY
LOUISVILLE, KY 40219

```
MARQUARDT & CO.
312 ROUTE 38-
ATTN: LOCKBOX #822425
MOORESTOWN, NJ 08057


MARQUIS, RACHEL E
31 WEST RIDGE ROAD
EASTON, ME 04740


MARS-COMBOS (TBWA)
488 MADISON AVENUE
NEW YORK, NY 10017


MARSHALL & ILSLEY CORPORATION
770 NORTH WATER STREET
MAIL CODE: NW 11
MILWAUKEE, WI 53207


JOEY MARTIN
5710 ABBY DRIVE
CORPUS CHRISTI, TX 78413


JOEY & KAREN MARTIN
5710 ABBY DR.
CORPUS CHRISTI, TX 78413


KIMBERLY MARTINEZ
5303 221ST ST., S.W.
MOUNTLAKE TERRACE, WA 98043


MARY WASHINGTON HEALTHCARE
STAFFORD HOSPITAL
101 HOSPITAL CENTER BLVD.
STAFFORD, VA 22554


MASON, DERRECK DORESE
299 WOODLAW ROAD
BARDSTOWN, KY 40004-9128


MASS. DEPT. OF REVENUE
CUSTOMER SERVICE
P.O. BOX 7010
BOSTON, MA 02204
```

MASSACHUSETTS GENERAL HOSP
100 CHARLES STREET
BOSTON, MA 02114


PAULA MASTBERGEN
1708 KENOWA S.W.
GRAND RAPIDS, MI 49544


MASTERCARD (WORLDWIDE)
P.O. BOX 399
PURCHASE, NY 10577


MASTERCARD INTERNATIONAL
2000 PURCHASE STREET
PURCHASE, NY 10577


MASTERCARD WORLDWIDE
P.O. BOX 399
PURCHASE, NY 10577


MASTERS, STEVEN
1804 LA FONTENAY COURT
LOUISVILLE, KY 40223


MASTRAPA, LILIANA
9819 TIMBERVIEW WAY
LOUISVILLE, KY 40223


MATMON INTERNET
303 WEST CAPITAL AVE. STE 150
LITTLE ROCK, AR 72201


MATMON INTERNET, INC.
303 WEST CAPITOL AVE.
STE 150
LITTLE ROCK, AR 72201


MATTIX, STEPHEN
5081 PASEO DE LAS COLINAS
TUCSON, AZ 85745


MAUGER, ROBERT PAUL
54 BURTON LANE
MASSAPEQUA, NY 11758

MAUMUS, LINDSAY TODD
594 E. 2ND STREET
BROOKLYN, NY 11218


MAUPIN, DANIEL R
1214 CHEROKEE ROAD
LOUISVILLE, KY 40204


MAXALT-MIGRANE (COMMONHEALTH)
COMMONHEALTH USA
400 INTERPLACE PARKWAY
PARSIPPANY, NJ 07054


MAYBELLINE-DMI DIV (GOTHAM)
GOTHAM INCORP.
150 EAST 42ND STREET
NEW YORK, NY 10017


MAYBUSHER, MELISSA
3506-4 VIEWPOINTE DRIVE
LOUISVILLE, KY 40299


MAYES, GEOFFREY
9701 NUTSEDGE COURT #2
LOUISVILLE, KY 40291


MAYO CLINIC
200 FIRST STREET SOUTHWEST
ROCHESTER, MN 55905


MAYO CLINIC - JACKSONVILLE
4500 SAN PABLO ROAD.
JACKSONVILLE, FL 32224


MAYO, CHRISTOPHER P
43-05 DITMARS BLVD.
ASTORIA, NY 11105


MAYO, ERIC L.
6724 161TH STREET
FLUSHING, NY 11365


MAZARESE, JOANNE
487 OUTLOOK AVE
N. BABYLON, NY 11703

MCAFEE
5000 HEADQUARTERS DRIVE
PLANO, TX 75024


MCAFEE.COM
5000 HEADQUARTERS DRIVE
MS 2SAP
PLANO, TX 75024


MCCUMBER, CHRISTIE
818 S. SARNOFF DRIVE
TUCSON, AZ 85710


MCDONALD'S DENVER HISPANIC
MCDONALD'S CORPORATION
1 KROC DRIVE
OAK BROOK, IL 60523


MCDONALD'S MO
MCDONALD'S CORPORATION
1 KROC DRIVE
OAK BROOK, IL 60523


MCDONALD'S NE
MCDONALD'S CORPORATION
1 KROC DRIVE
OAK BROOK, IL 60523


MATT MCELWREATH
P.O. BOX 270423
TAMPA, FL 33688-0423


MATT MCELWREATH
PO BOX 270423
TAMPA, FL 33688


MCGARITY, KIMBERLY
18959 N. DALLAS PKWY
DALLAS, TX 75287


MCGLINN'S PLUMBING & HEATING
29 PLEASANT ST.
PRESQUE ISLE, ME 04769

MCGOVERN, JOHN P.
20 OAKLYNN PLACE
GLEN ROCK, NJ 07452


BRIAN MCGRATH
7194 CALUSA DRIVE
REYNOLDSBURG, OH 43068


BRIAN MCGRATH
2944 NORTHERN WOODS LANE
COLUMBUS, OH 43231


MCGUIRE, MICHAEL J
9532 WESSEX PLACE
LOUISVILLE, KY 40222


MCKENZIE, EMILY D
1278 EVERETT AVE APT 1
LOUISVILLE, KY 40204


DAWNMARIE MCLAUGHLIN
22064 N. REIS DRIVE
MARICOPA, AZ 85138


MICHELLE MCLEAN
39 LEBANON ROAD
WINTERPORT, ME 04496


MICHELLE (SHELLY) MCLEAN
39 LEBANON RD
WINTERPORT, ME 04496


MCMAHON, KEVIN G
109 EDGEMONT DRIVE
NEW ALBANY, IN 47150


MURRY MCMURRY
811 ROSEWOOD AVE. SE
GRAND RAPIDS, MI 49506


MCNAMARA, GINGER
5300 IRONHORSE PKWY
DUBLIN, CA 94568

MARK MCQUEEN
265 EAST 7TH STREET-STUDIO 1
NEW YORK, NY 10009


MD ANDERSON
CANCER CENTER
P.O. BOX 301401
HOUSTON, TX 77230-1401


MEADOWS RACETRACK & CASINO
210 RACETRACK ROAD
WASHINGTON, PA 15301-8966


MECHANICAL SERVICES, INC.
400 PRESUMPSCOT ST.
PORTLAND, ME 04103-5292


MEDCO
(HEALTH SOLUTIONS)
100 PARSONS POND DRIVE
FRANKLIN LAKES, NJ 07417


MEDIA ARTS LAB
12539 BEATRICE STREET
LOS ANGELES, CA 90066


MEDIA ARTS LAB CACELED REPORTING
12539 BEATRICE STREET
LOS ANGELES, CA 90066


MEDIA LIBRARY INC.
7604-D BIG BEND BLVD.
SUITE # D
ST. LOUIS, MO 63119


MEDIA MONITORS
14440 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


MEDIA MONITORS AUSTRALIA P/L
P.O. BOX 2110-STRAWBERRY HILLS
NSW 2012
AUSTRALIA

MEDIA SOURCE
8410 WOLF LAKE DRIVE
SUITE 107
BARTLETT, TN 38133


CHRIS MEERS
712N 2ND ST. STE 300
SAINT LOUIS, MO 63120


MEGA QUEBEC INTERNET
400 JEAN-LESAGE-SUITE 215
QUEBEC CITY, QC G1K8W1
CANADA


MEGAQUEBEC
400 BOUL JEAN LESAGE, STE 215
QUEBEC CITY, QC G1K8W1


MEMORIAL HEALTHCARE
MEMORIAL HERMANN HAALTHCARE
929 GESSNER, SUITE 2515
HOUSTON, TX 77024


MENDIZABAL PADILLA, ALMA
117 COURT K
LAGRANGE, KY 40031


MENESES, VIOLETA SONACO
3655 KENNEDY BLVD
JERSEY CITY, NJ 07307


MERCER, DARIA
7957 W. STAR CATCHER DR.
TUCSON, AZ 85743


MERCK & COMPANY
PTP SHARED SERVICES
PO BOX 1700
WHITEHOUSE STATION, NJ 08889-1760


MERCURY GROUP - NRA
ACKERMAN
201 NORTH UNION ST., STE. 510
ALEXANDRIA, VA 22314

MERCY HEALTH PARTNERS OF
SOUTHWEST OHIO
4600 MCAULEY PLACE
CINCINNATI, OH 45242


MERCY HEALTH SYSTEM
OF PHILADELPHIA
ONE WEST ELM STREET
CONSHOHOCKEN, PA 19428


MERIDIAN COMMUNITY COLLEGE
ATTN: RAY & RHONDA DENTON
11451 SUQUALENA RD
MERIDIAN, MS 39305


MERIT FINANCIAL
1300 4TH STREET, SUITE 303
SANTA MONICA, CA 90401


MERRELL
2300 WHITTLESEY ROAD
COLUMBUS, GA 31909-3017


METHODIST HOSPITAL PUBLIC RELATIONS
1707 SUNSET BLVD.
HOUSTON, TX 77055


METRO MONITOR
612 37TH SOUTH
BIRMINGHAM, AL 35222


METRO WATER DISTRICT
METROPOLITAN WATER
P.O. BOX 54153
LOS ANGELES, CA 90054


METROPOLITAN
TELECOMMUNICATIONS
PO BOX 9660
MANCHESTER, NH 03108-9660


METROPOLITAN STATE COLLEGE OF DENVER
ADMINISTRATIVE BUILDING
1201 5TH ST SUITE 560
DENVER, CO 80204

ROBIN L. MEYER
7099 AGATHA DRIVE
STOKESDALE, NC 27357


MEYERS, WENDEE E.
9159 E. 42 STREET
TUCSON, AZ 85730


MICHAEL STORES INC.
8000 BENT BRANCH DRIVE
IRVING, TX 75063


MICHELIN
MICHELIN TIRE CORP., COMM DEPT
3A-1 PARKWAY SOUTH
GREENVILLE, SC 29615


MICHELIN (TBWA)
MICHELIN TIRE CORP., COMM DEPT
3A-1 PARKWAY SOUTH
GREENVILLE, SC 29615


MICHELIN TIRE CORPORATION
COMMUNICATIONS DEPARTMENT 3A
1 PARKWAY SOUTH
GREENVILLE, SC 29615


MICHIGAN DEPT. OF TREASURY
SALES & USE WITHHOLDING
LANSING, MI 48922


MICHIGAN OFFICE OF
HIGHWAY SAFETY
P.O. BOX 30633
LANSING, MI 48909-8133


MIDTOWN MICRO
10824 OLSON DRIVE
SUITE C #340
RANCHO CORDOVA, CA 95670-5651


MIDTOWN MICRO SVC.
ATTN: CHRIS JAMES
10824 OLSON DR. #C340
RANCHO CORDOVA, CA 95670

MILK
P.O. BOX 542045
OMAHA, NE 68154


MILKEN FAMILY FOUNDATION
1250 4TH ST, 2ND FL
PUBLIC & GOVERNMENTAL AFFAIRS
SANTA MONICA, CA 90401


CHARMAINE MILLER
5404 SUMMER CRESCENT
VIRGINIA BEACH, VA 23462-1969


DANA MILLER
3440 S. CHESIN
TUCSON, AZ 85730


MILLER, KAREN
3440 S. CHESIN DR.
TUCSON, AZ 85730


MARJORIE MILLER
3221 HOME AVE.
MARION, IN 46953


MILLER, ROSE
39 WILSON STREET
PRESQUE ISLE, ME 04769


MILLERCOORS
MILLER BREWING
250 S. WACKER DR., 10TH FLOOR
CHICAGO, IL 60606


BARBARA A. MINDEMAN
402 FORT TRACE DR.
LOOKOUT MOUNTAIN, GA 30750


TAD & BARBARA MINDEMAN
402 FORT TRACE DR.
LOOKOUT MOUNTAIN, GA 30750

```
MINI COOPER
BUTLER SHINE & STERN
20 LIBERTRY SHIP WAY #4118
SAUSALITO, CA 94965


MINNESOTA DEPT. OF REVENUE
MAIL STATION 6330
SAINT PAUL, MN 55146-6330


MINTEL INTERNATIONAL GROUP
351 WEST HUBBARD STREET
8TH FLOOR
CHICAGO, O; 60654


MISSION FOR BELVEDERE
560 BROADWAY
SUITE 604
NEW YORK, NY 10012


MISSOURI DEPT. OF REVENUE
SALES/USE TAX
PO BOX 840
JEFFERSON CITY, MO 65105-0840


MITCHELL, ADRIENNE
428 N. HITE AVENUE #7
LOUISVILLE, KY 40206


MLT VIDEO LLC
411 NORTH BROADWAY
LOWER LEVEL
ROCHESTER, MN 55906


MLT VIDEO PRODUCTION
DBA MLT VIDEO PRODUCTIONS
4012 5TH PLACE N.W.
ROCHESTER, MN 55901


MOET HENNESSY USA
85 TENTH AVENUE
2ND FLOOR
NEW YORK, NY 10011


MOHAMMED, NAILAH
87 HANCOCK ST
BROOKLYN, NY 11216
```

```
MONDO CODE
737 PEARL STREET
C/O ERIC KALLGREN
BOULDER, CO 80302


AMY & JOE MONTANARI
1445 WELLINGTON OAKS
BEAUMONT, TX 77706


JOSEPH MATTHEW MONTANARI
1445 WELLINGTON OAKS
BEAUMONT, TX 77706


MONTEFIORE HOSPITAL
111 EAST 210TH STREET
BRONX, NY 10467


MONTEREY BAY INTERNET
1514 MOFFETT STREET-SUITE 1
SALINAS, CA 93905


MONTES, GLORIA P
34-48 92ND STREET
JACKSON HEIGHTS, NY 11372


BRETT MONTFORD
DBA VIDEOWORX PRODUCTIONS
3710 LAKESIDE DRIVE
ST. JOSEPH, MO 64503


MOREOVER
ONE REYNOLDS WAY, 2C 3532
ATTN: MICHELLE POSTER
DAYTON, OH 45430


MOREOVER TECHNOLOGIES, INC.
ONE REYNOLDS WAY- 2C 3532
ATTN: MICHELLE POSTER
KETTERING, OH 45430


MORGAN STANLEY
1221 AVENUE OF THE AMERICAS
30TH FLOOR
NEW YORK, NY 10020
```

MORGAN, CHRISTOPHER
2056 CARDINAL LANE
JEFFERSONVILLE, IN 47130


MATT MORGAN
11851 76TH ST.
LARGO, FL 33773


NICHOLAS H. MORGAN
5428 A TAYLOR MILL ROAD
TAYLOR MILL, KY 41015


NICK MORGAN
5428A TAYLOR MILL RD
LATONIA, KY 41015


MOSAIC TECHNOLOGIES
15720 CRIBBS BRANCH WAY
SUITE 2B
DERWOOD, MD 20855


MOSAIC TECHNOLOGIES, INC.
15720 CRABBS BRANCH WAY
SUITE 2B
ROCKVILLE, MD 20855


MARK R. MOSS
136 N. GRAHAM AVE.
SALEM, NC 27101


MARK RICHARD MOSS
136 N. GRAHAM AVENUE
WINSTON-SALEM, NC 27101


MOTA, JOEL A
592 BECK STREET #1
BRONX, NY 10455


MOTIVATION MECHANIC,LLC
18 S 3RD STREET #3
PHILDADELPHIA, PA 19106


MSG ENTERTAINMENT
2 PENNSLYVANIA PLAZA
NEW YORK, NY 10121

```
MULLEN-  MEN'S WEARHOUSE
101 N. CHERRY STREET
6TH FLOOR
WINSTON SALEM, NC 27101


MULTI BYTE SYSTEMS
ATTN: JERRY THOMPSON
1905 E. RANCIER AVENUE
KILLEEN, TX 76541


MULTIBYTE SYSTEMS CORP.
DBA INTERNET SERVICE
1905 E. RANCIER AVENUE
KILLEEN, TX 76541


MULTIVU, INC.
350 HUDSON STREET
SUITE 300
NEW YORK, NY 10014


MUMMIDI, VINOD V
201 DEY STREET #184
HARRISON, NJ 07029


JACK & KELLY MURRAY
230 FAIRFIELD DR.
HORSEHEADS, NY 14845


KELLY MURRAY
230 FAIRFIELD DRIVE
HORSEHEADS, NY 14845


MUSEUM OF SCIENCE & INDUSTRY
4801 E. FOWLER AVENUE
TAMPA, FL 33617


MUTUAL OF OMAHA
PAYMENT PROCESSING CENTER
P.O. BOX 2147
OMAHA, NE 68103-2147


NAKAGUCHI, HIDEYUKI DANIEL
19-19 24TH AVE, APT. L313
ASTORIA, NY 11102
```

NAT'L ASSOC. OF HOME BUILDERS
1201 15TH STREET NW
WASHINGTON, DC 20005


NATIONAL AIRCHECK
338 SOUTH EDGEWOOD
WOOD DALE, IL 60191


NATIONAL ASSOC. OF REALTORS
430 NORTH MICHIGAN AVE.
CHICAGO, IL 60611-4087


NATIONAL ASSOCIATION OF
MUSIC MERCHANTS
5790 ARMANDA DRIVE
CARLSBAD, CA 92008


NATIONAL ATHLETIC TRAINERS ASSOC.
2952 STEMMONS FREEWAY #200
DALLAS, TX 75247


NATIONAL BROADCASTING NETWORK
LEVEL II, 100 ARTHUR STREET
NORTH SYDNEY, NSW 2060
AUSTRALIA


NATIONAL CENTER FOR POLICY
ANALYSIS, SUITE 720
12655 N. CENTRAL EXPRESSWAY
DALLAS, TX 75243


NATIONAL INSURANCE CRIME
1111 E. TOUHY AVENUE
SUITE 400
DES PLAINES, IL 60018


NATIONWIDE FINANCIAL
(MCKINNEY)
318 BLACKWELL STREET
DURHAM, NC 27701


NATIONWIDE NEWS MONITORS
9239 KILPATRICK AVENUE
ATTN: MARILYN LASKER
SKOKIE, IL 60076

NBA PROPERTIES, INC.
645 5TH AVENUE
OLYMPIC TOWER
NEW YORK, NY 10022


NEGMA
100 EAST ROYAL LANE
SUITE T-125
IRVING, TX 75039


NEGMA BUSINESS SOLUTIONS INC
P.O. BOX 5957
FRISCO, TX 75035-5957


NEIMAN MARCUS GROUP SERVICES
1618 MAIN STREET
DALLAS, TX 75201


JIM NELSON
140 WINDLAND WAY
BOWLING GREEN, KY 42103


JIMMY R. NELSON
140 WINDLAND WAY
BOWLING GREEN, KY 42103


NELSON, NICOLE A
437 WEST 48TH STREET
NEW YORK, NY 10036


NEMOURS
P.O. BOX 530253
ATLANTA, GA 30384


NEOPOST LEASING
P.O. BOX 45840
SAN FRANCISCO, CA 94145-0840


NET CONNECTION
4900 CALIFORNIA AVENUE
TOWER B-210
BAKERSFIELD, CA 93309

NET CONNECTIONS OF BAKERSFIELD
4900 CALIFORNIA AVENUE
TOWER B-210
BAKERSFIELD, CA 93309


NET FLIX
100 WINCHESTER CIRCLE
LOS GATOS, CA 95032


NET REVOLUTION
ATTN: DANIEL ROULEAU
175 QUEEN SUITE #105
LENNOXVILLE, QC, CANADA J1M1K1


NET SONIC
ATTN: ADAM SIMPSON
1263 MAIN ST., STE 123
GREEN BAY, WI 54302


NETCARRIER TELECOM, INC
4000 N. CANNON AVENUE
LANSDALE, PA 19446-1880


NETEXUS TECHNOLOGIES
DBA: NETEXUS TECHNOLOGIES
309 EAST GRANT STREET
LEBANON, PA 17042


NETEXUS TECHNOLOGIES
ATTN: SCOTT CURTIN
309 EAST GRANT STREET
LEBANON, PA 17042


NETREVOLUTION INTERNET
175 QUEEN SUITE 105
LENNOXVILLE, QC J1M1K1
CANADA


NETWORK OPS CTR.
ATTN: MORGAN MISKELL
900 CENTER PARK DR., STE A
CHARLOTTE, NC 28217


NEVADA DEPT. OF TAXATION
1550 COLLEGE PARKWAY
CARSON CITY, NV 89706

NEW BEGINNINGS ARE POSSIBLE
9501 W. WATERTOWN PLAZA
PLANK RD, MARKETING DIVISION
MILWAUKEE, WI 53226


NEW ENGLAND DAIRY & FOOD COUN.
1034 COMMONWEALTH AVE
BOSTON, MA 02215


NEW TECH WEB SERVICES
ATTN: AARON KING
130 AIKMAN PLACE
TERRE HAUTE, IN 47803


NEW WAVE INDUSTRIES, INC
135 DAY STREET
NEWINGTON, CT 06111


NEW YORK NEWS MONITORS
2174 PAULDING AVENUE
BRONX, NY 10462


NEW YORK STATE ASSEMBLY
PRESS OPERATIONS
STATE CAPITOL/RM. 347M
ALBANY, NY 12248


NEW, STEPHANIE M
296 N TRIANGLE LANE
LOUISVILLE, KY 40229


NEWS MEDIA EXPOSURE LLC
DBA MEDIA MONKEY
5127 N KENNETH AVENUE
CHICAGO, IL 60630-2522


NEWSTRAK, LLC
P.O. BOX 580278
ELK GROVE, CA 95758


NEWSWEEK
123 TOWN SQUARE PLACE
JERSEY CITY, NJ 07310

```
NEXGEN ACCESS, INC
410 NORTH 11TH STREET
COSHOCTON, OH 43812


NEXGEN ACCESS, INC.
ATTN: MATT SMITH
1199 SOUTH SECOND ST.
COSHOCTON, OH 43812


NFL THROUGH MSL
NFL PLAYERS ASSOCIATION
1133 20TH ST NW
WASHINGTON, DC 20036


NICHOLSON, KRISTAN
72 WEST END BLVD
WINSTON SALEM, NC 27101


DEBORAH NIEBLING
DBA ERIE NEWS TRACKS
P.O. BOX 11381
ERIE, PA 16514-5381


NIELSEN
P.O. BOX 88961
CHICAGO, IL 60695-8961


NIELSEN MEDIA RESEARCH INC.
P.O. BOX 88961
CHICAGO, IL 60695-8961


NIELSEN MEDIA RESEARCH-UK
ATRIUM COURT-THE RING
BRACKNELL, BERKSHIRE RG121BZ
UNITED KINGDOM


NIHON MONITOR CO. LTD.
DAIICHI-BLDG 2F, 1-7-3
HAMAMATSU-CHO-MINATO-KU
TOKYO, 105-0013
JAPAN


NINTENDO
NINTENDO OF AMERICA
P.O. BOX 3580
REDMOND, WA 98073
```

NINTENDO OF AMERICA INC
P.O. BOX 3580
REDMOND, WA 98073-3580


NIVEA FOR MEN
ATTN: JANIS IRISH
100 WEST 33RD STREET
NEW YORK, NY 10001


NO. CAROLINA DEPT. OF REVENUE
PO BOX 25000
RALEIGH, NC 27640-0640


NODUS TECHNOLOGIES
2099 S. STATE COLLEGE BLVD.
SUITE 250
ANAHEIM, CA 92806


MARY NORRIS
6827 S. WEST-BAY SHORE DRIVE
TRAVERSE CITY, MI 49684


MARY NORRIS
6827 S. WEST BAY SHORE DRIVE
TRAVERSE CITY, MI 49684


NORTH AMERICAN
COMMUNICATION RESOURCES
PO BOX 1450 - NW 5806
MINNEAPOLIS, MN 55485-5806


NORTH AMERICAN COMMUNICATIONS
PO BOX 1450 NW 5806
MINNEAPOLIS, MN 55485


NORTH AMERICAN PUBLISHING CO.
1500 SPRING GARDEN STREET
12TH FLOOR
PHILADELPHIA, PA 19130


NORTH COAST NEWS CLIPS,LLC
7665 MENTOR AVENUE, # 128
MENTOR, OH 44060

```
NORTH SHORE HEALTH SYSTEM
125 COMMUNITY DRIVE
GREAT NECK, NY 11021


NORTH SHORE LIJ HEALTH SYSTEM
125 COMMUNITY DRIVE
GREAT NECK, NY 11021


NORTH TEXAS TOLLWAY AUTH
5900 W. PLANO PARKWAY
SUITE 100
PLANO, TX 75093


NORTHEAST DAIRY & FOOD
201 S. MAIN STREET, SUITE 302
NORTH SYRACUSE, NY 13212-2166


NORTHWESTERN MEMORIAL HOSP.
240 E. ONTARIO STREET
SUITE 450
CHICAGO, IL 60611


NORTON HEALTHCARE
234 EAST GRAY STREET
LOUISVILLE, KY 40202


NSTAR ELECTRIC & GAS CORP.
P.O. BOX 250
NORWOOD, MA 02062-0250


NUNEZ, MINERVA
1360 MERRIAM AVE., #4P
BRONX, NY 10452


NUTRISYSTEM, INC.
FORT WASHINGTON EXECUTIVE CENTER
600 OFFICE CENTER DRIVE
FORT WASHINGTON, PA 19034


NUTTER, JILLIAN CAROL
124 E. WELLINGTON AVENUE
LOUISVILLE, KY 40214
```

NUVIDIA
9258 BOND STREET
OVERLAND PARK, KS 66214


NWI NETWORKS
135 DAY ST.
NEWINGTON, CT 06111


NY ST. DEPT. OF TAXATION/FIN.
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300


NY STATE LOTTERY
ONE BROADWAY CENTER
SCHENECTADY, NY 12301-7500


NYC DEPT OF FINANCE
P.O. BOX 5070
KINGSTON, NY 12402-5070


NYI.NET
ATTN: PHILLIP KOBLENCE
100 WILLIAMS STREET, 21ST FL.
NEW YORK, NY 10038


NYRR
9 EAST 89TH STREET
NEW YORK, NY 10128


O + M, CO.
333 WEST 39TH STREET
SUITE 601
NEW YORK, NY 10018


O'CONNOR, CONSTANCE
5150 E. RIVERHOUSE RD.
TUCSON, AZ 85718


O'MALLEY HANSEN, LLC
6677 DELMAR BLVD.
SUITE 200
ST. LOUIS, MO 63130

O'MELVENY & MYERS
555 13TH STREET NW
WASHINGTON, DC 20004


SHANNON LEIGH O'NEAL
627 JULIUS AVENUE
NEW ORLEANS, LA 70121


O'REILLY AUTO PARTS
3390 PEACHTREE ROAD, NE
SUITE 700
ATLANTA, GA 30326


O'REILLY AUTOMOTIVE STORES
3390 PEACHTREE ROAD, NE
SUITE 700
ATLANTA, GA 30326


ODY VIDEO
7601 PRENTISS AVENUE
LUBBOCK, TX 79424


ODY, INC.
ATTN: CHAD BOSTWICK
7601 PRENTISS AVE
LUBBOCK, TX 79424


OFFICE DEPOT, INC.
P.O. BOX 152388
CAPE CORAL, FL 33915-2388


OFFICE MAX - A BOISE COMPANY
75 REMITTANCE DR. #2698
CHICAGO, IL 60675-2698


OFFICE OF CHIEF FIN. OFFICER
GOV. OF DISTR. OF COLUMBIA
1350 PENNSYLVANIA AVE NW #203
WASHINGTON, DC 20004


OFFICETEAM
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

OGILVY
OGILVY WORLDWIDE
636 11TH AVENUE
NEW YORK, NY 10036


OGILVY COMMONHEALTH
(DIABETES)
446 INTERPACE PARKWAY
PARSIPPANY, NJ 07054


OGILVY PR - GOVT OF MEXICO
636 11TH AVENUE
NEW YORK, NY 10036


OGLETREE, DEAKINS, NASH
SMOAK & STEWART
PO BOX 89
COLUMBIA, SC 29202


OHIO DEPT. OF TAXATION
SALES & USE TAX DIVISION
P.O. BOX 530
COLUMBUS, OH 43216-0530


OJON
767 5TH AVENUE
38TH FLOOR
NEW YORK, NY 10153


OKLAHOMA TAX COMMISSION
SALES & USE TAXES
PO BOX 26850
OKLAHOMA CITY, OK 73126-0850


OLAY (SAATCHI)
SAATCHI & SAATCHI
255 WOODCLIFF DRIVE
FAIRPORT, NY 14450


OLD NAVY
550 TERRY FRANCOIS BLVD
SAN FRANCISCO, CA 94123

OLYMPUS AMERICA  INC.
3500 CORPORATE PARKWAY
P.O. BOX 610
ALLENTOWN, PA 18103


ON-AIR AUDIT, INC.
255 GREAT ARROW AVENUE
SUITE 2A
BUFFALO, NY 14207


OO, LAMIN
213 MIDDLETOWN SQUARE
LOUISVILLE, KY 40243


OPC PEST CONTROL
P.O. BOX 19201
LOUISVILLE, KY 40259-0201


OPPENHEIMER & CO., INC.
MEDIA RELATIONS
125 BROAD STREET
NEW YORK, NY 10004


OQUENDO, VALERIE
390 BUSHWICK AVE #10G
BROOKLYN, NY 11206


OQUENDO, VANESSA
390 BUSHWICK AVE. #10G
BROOKLYN, NY 11206


ORACLE USA INC
P.O. BOX 71028
CHICAGO, IL 60694-1028


ORANGE COUNTY FAIR
88 FAIR DRIVE
32ND DISTRICT AG. ASSOC. OF CA.
COSTA MESA, CA 92626


ORECK (THE BUNTIN GROUP)
1001 HAWKINS STREET
NASHVILLE, TN 37203

ORIGINS
767 FIFTH AVENUE
38TH FLOOR
NEW YORK, NY 10153


ORKIN EXTERMINATING CO INC
P.O. BOX 647
ATLANTA, GA 30301


OSRAM SYLVANIA, INC.
P.O.BOX 4356 MC-IMA
PORTLAND, OR 97208-4356


OSTERBLOM, DAVID
73 FOREST AVENUE
FORT FAIRFIELD, ME 04742


OSTLIE, ELISABETH J.
5762 E 23RD STREET
TUSCON, AZ 85711


OTX CORPORATION
10567 JEFFERSON BLVD
CULVER CITY, CA 90232


JAMES OWSLEY
2528 W FLOURNOY STREET
UNIT 1
CHICAGO, IL 60612


P & E DISTRIBUTORS INC.
P.O. BOX 340-96 STATE STREET
VAN BUREN, ME 04785


P&G MOVIES FOR MSL
P.O. BOX A3368
CHICAGO, IL 60690-3368


P&G WITHIN MS&L
P.O. BOX A3368
CHICAGO, IL 60690-3368

PA DEPT. OF REVENUE
BUREAU OF BUS TRUST FUND TAXES
P.O. BOX 280904
HARRISBURG, PA 17128-0905


PADILLA SPEER BEARDSLEY
1101 WEST RIVER PARKWAY
SUITE 400
MINNEAPOLIS, MN 55415


PAETEC COMMUNICATIONS INC
P.O. BOX 1283
BUFFALO, NY 14240-1283


SERGIO PALACIOS
302 THORN STREET-APT. # 3
SAN DIEGO, CA 92103


SERGIO PALACIOS
302 THORN ST. APT. #3
SAN DIEGO, CA 92103


PALMER, BRETT MATTHEW
5720 S. HERPA DRIVE
TUCSON, AZ 85706


PAMPERED CHEF
ONE PAMPERED CHEF LANE
ADDISON, IL 60101


PANASONIC COMPANY
1 PANASONIC WAY
M.S.3C-7
SECAUCUS, NJ 07094


PANDORA MEDIA, INC.
2101 WEBSTER STREET
SUITE 1650
OAKLAND, CA 94612


PARAGON CASINO RESORT
711 PARAGON PLACE
MARKSVILLE, LA 71351

PARKER NEWS SERVICE
4570 JUTLAND PLACE
SAN DIEGO, CA 92117


PARR, ANDREA R
206 N. BIRCHWOOD AVENUE
LOUISVILLE, KY 40206


PARRIS, RAYMOND
81 SALEM PLACE
CLIFFWOOD, NJ 07721


DIANE PARSONS
614 PORTLAND DRIVE
LEXINGTON, KY 40503


PASTOR DUENAS, YEIMY A
7611 JOHNSON SCHOOL ROAD
LOUISVILLE, KY 40291


PAUL WERTH & ASSOCIATES
10 NORTH HIGH STREET
SUITE 300
COLUMBUS, OH 43215


AGITHA PAUL
75 POMONA AVENUE
YONKERS, NY 10703


PAUL, ANNUMILVY
75 POMONA AVENUE
YONKERS, NY 10703


JEFF PAULI
2654 SKYLINE DRIVE
EUREKA, CA 95503


JEFF PAULI
2654 SKYLINE DR.
EUREKA, CA 95503


PAYLESS SHOE STORE
FINANCE DEPT
3231 EAST 6TH STREET
TOPEKA, KS 66607

```
PEAK 10
5307 MUHHAUSER RD
HAMILTON, OH 45011


PEAK 10 DATA CENTER SOLUTIONS
8910 LENOX POINTE DRIVE
SUITE A
CHARLOTTE, NC 28273


PEAK 10 XODIAX, INC.
P.O. BOX 534326
ATLANTA, GA 30353-4326


CURTIS PEARSON
11244 GREENWOOD AVE N.
APT 108
SEATTLE, WA 98133


PEARSON, VICTOR M
9218 WELLINGTON HILL COURT
LOUISVILLE, KY 40291


STEVE PECOTA
4927 NE 87TH STREET
SEATTLE, WA 98115


STEVE PECOTA
4927 NE 87TH ST.
SEATTLE, WA 98115


PEER 1 - ATTN:  BRIAN MOHAMMED
TORONTO STAR BUILDING
1 YONGE ST., SUITE 1203
TORONTO, ONTARIO, CANADA M5E15


PEER 1 NETWORK
P.O. BOX 6455 STN TERMINAL
VANCOUVER, BC V6B6R3
CANADA


PEER 1 NETWORK
ATTN:  SHIRLEA GLUA
555 W. HASTINGS, SUITE 1600
VANCOUVER, BC, CANADA V6B4N5
```

PELFREY, JENNIFER R
249 TANYARD PARK PL
LOUISVILLE, KY 40229


PENA, ELIZABETH
1624 SEDDON ST.
BRONX, NY 10461


PENDERGAST, KERRI
4 EAST PRESQUE ISLE RD.
CARIBOU, ME 04736


PENN MEDICINCE SOD
200 SANSOM PLACE EAST
3600 CHESTNUT STREET
PHILADELPHIA, PA 19104


PENN MEDICINE -INSIGHT
200 SANSOM PLACE WAST
3600 CHESTNUT STREET
PHILADELPHIA, PA 19104


PENNING, SETH
3727 E. 50TH STREET
TUCSON, AZ 85716


PENSKE AUTOMOTIVE GROUP
2555 S. TELEGRAPH ROAD
BLOOMFIELD HILLS, MI 48302-0954


JOHNNY & KRISTIN PEOPLES
616 WENDOVER WAY
RIDGELAND, MS 39157


PEPPERDINE UNIVERSITY
400 CORPORATE POINTE
CULVER CITY, CA 90230


PERITUS PR
200 SOUT  FIFTH STREET
SUITE 400N
LOUISVILLE, KY 40202

PERRY, ELIZABETH
18A STRAWBERRY ROAD
PRESQUE ISLE, ME 04769


PERSONAL OPINION INC.
999 BRECKENRIDGE LANE
LOUISVILLE, KY 40241


PETCO
P.O. BOX 919037
SAN DIEGO, CA 92191


PETERS, SIRENA
5502 DELMARIA WAY #4
LOUISVILLE, KY 40291


BILL PFISTER
2724 EAST 27TH STREET
ERIE, PA 16510


PFIZER INC.
NORTH AMERICAN SHARED SERVICES
P.O. BOX 341801
BARTLETT, TN 38184-1806


PGA TOUR
(CAMILLO VILLEGAS)
100 PGA TOUR BLVD
PONTE VEDRA BEACH, FL 32082


PHAGAN, JIMMY L
525 W. UTAH STREET
TUCSON, AZ 85706


PHAGAN, MELISSA GALE
5756 E 28TH STREET
TUCSON, AZ 85711


RANDY PHILLIPS
4011 PINE TREE RD
QUINCY, IL 62301

```
PHOENIX COYOTES
COYOTES NEWCO
6751 N. SUNSET BLVD.
GLENDALE, AZ 85305


PHOENIX INTERNET
2922 W. CLARENDON AVENUE
PHOENIX, AZ 85017-4609


PHOENIX INTERNET
ATTN: GARY SANTORO
2922 W. CLAREDON AVE.
PHOENIX, AZ 85017


PHOTOBITION BONDED SERVICES
504 JANE ST.
FORT LEE, NJ 07024


PI MIDLANTIC
PIER 4 MARINA
307 4TH STREET
ANNAPOLIS, MD 21403


PICCININNI, SILVIA F.
55 ELM STREET
HICKSVILLE, NY 11801


ANNE MARIE PICKERING
22126 LAVER LANE
LAND O LAKES, FL 34639


PIERSON, KELSEY M
213 LAWN COURT
NEW ALBANY, IN 47150


PINNACLE FOODS (BBDO NY)
1285 AVENUE OF THE AMERICAS
5TH FLOOR
NEW YORK, NY 10019


PINNACLE VIDEO GROUP, INC.
85 N.E. LOOP 410-SUITE 620
SAN ANTONIO, TX 78216
```

```
PIPER, TAMMY
PO BOX 245
MAPLETON, ME 04757


PITNEY BOWES CREDIT CORP
P.O. BOX 371887
PITTSBURGH, PA 15250-7887


PITNEY BOWES CREDIT CORP.
P.O. BOX 371887
PITTSBURGH, PA 15250-7887


PITNEY BOWES PURCHASE POWER
P.O. BOX 856042
LOUISVILLE, KY 40285-6042


PLATT, EMILY
459 56TH STREET
BROOKLYN, NY 11220


PLATTFORM ADVERTISING
15500 W.113TH STREET
SUITE 200
LENEXA, KS 66219


POLO RALPH LAUREN
650 MADISON AVENUE, 5TH FLOOR
NEW YORK, NY 10022


POP TARTS (MSL)
1675 BROADWAY, 9TH FLOOR
NEW YORK, NY 10016


POPEYES CHICKEN & BISCUITS
5555 GLENRIDGE CONNECTOR
SUITE # 300
ATLANTA, GA 30342


PORSCHE CARS NORTH AMERICA
980 HAMMOND DRIVE
SUITE 1000
ATLANTA, GA 30328
```

```
PORTER - SOY JOY
PORTER NOVELLI
P.O. BOX 2099
NEW YORK, NY 10013-0875


PORTER NOVELLI
1215 K STREET
SUITE 2100
SACRAMENTO, CA 95814


PORTER NOVELLI - ALMOND BOARD
P.O. BOX 2099
NEW YORK, NY 10013-0875


PORTER NOVELLI - HP
P.O. BOX 2099
NEW YORK, NY 10013-0875


PORTER NOVELLI - MCDONALDS
P.O. BOX 2099
NEW YORK, NY 10013-0875


PORTER NOVELLI - PHARMAVITE
P.O. BOX 2099
NEW YORK, NY 10013-0875


PORTER NOVELLI - ZYRTEC
P.O. BOX 2099
NEW YORK, NY 10013-0875


PORTER NOVELLI/ALMOND BOARD
P.O. BOX 2099
NEW YORK, NY 10013-0875


PORTER, ALLISON L
8000 KELLY GREEN WAY
LOUISVILLE, KY 40291


PORTER- NATURE MADE
P.O. BOX 2099
NEW YORK, NY 10013-0875


PORTERA, SALVADORE C
P.O. BOX 3
LIMESTONE, ME 04750
```

POSEY, DETRICK L
5700 INDIAN OAKS CIRCLE
LOUISVILLE, KY 40219


HOWARD PRATHER
127 WASHINGTON STREET
ROCKFORD, IL 61104


HOWARD PRATHER
127 WASHINGTON ST
ROCKFORD, IL 61104


PREMERA BLUE CROSS
7001 220TH STREET SW
BUILDING 3-FRONT DESK
MOUNTLAKE TERRACE, WA 98043


PREMIER EAGLE
P.O. BOX 480382
LOS ANGELES, CA 90048


PREMIER EXHIBITIONS, INC.
3340 PEACHTREE ROAD
SUITE 900
ATLANTA, GA 30326


PREMIER SUPPLIES
357 WEST 36TH STREE
4TH FLOOR
NEW YORK, NY 10018


PREMIUM FINANCING
SPECIALISTS, INC.
13520 WYANDOTTE ST.
KANSAS CITY, MO 64145-1500


PRESCIENT DIGITAL MEDIA
127 JOHN STREET
TORONTO, ONTARIO, M5V 2E2
CANADA


PRICE CHOPPER
461 NOTT STREET
SCHENECTADY, NY 12308

SHAUN & REBECCA PRICE
2711 NESSUH AVENUE
EDINBURG, TX 78541


PRICELINE.COM
800 CONNECTICUT AVE
NORWALK, CT 06854


PRIDESTAFF
7535 N. PALM AVENUE
SUITE # 101
FRESNO, CA 93711


PRISM NET LTD.
11500 METRIC BLVD.-SUITE 280
AUSTIN, TX 78758


PRISMNET
ATTN:  CALEB COLLINS
11500 METRIC BLVD. SUITE 280
AUSTIN, TX 78758


PRISTIQ (Y&R)
285 MADISON AVENUE
NEW YORK, NY 10017


PRO STAR
P.O. BOX 110209
CARROLLTON, TX 75011-0209


PROCTOR & GAMBLE MFG. CO.
100 ESSEX AVENUE EAST
AVENEL, NJ 07001-2096


PROGRESSIVE BUSINESS PUBLICATI
370 TECHNOLOGY DRIVE
P.O. BOX 3019
MALVERN, PA 19355


PROGRESSIVE INSURANCE
300 N. COMMONS BLVD
BOX OHT6G
MAYFIELD, OH 44143

PROMENET
42 BROADWAY, 16TH FLOOR
NEW YORK, NY 10004


PROVDOTNET
TWO CHARLES STREET
PROVIDENCE, RI 02904


PROVDOTNET, LLC
1155 WESTMINSTER STREET
PROVIDENCE, RI 02909


PRSA
P.O BOX 5940
GENERAL POST OFFICE
NEW YORK, NY 10087-5940


PUBLIC STRATEGIES
98 SAN JACINTO
#1200
AUSTIN, TX 78701


PUBLICIS / LEAN CUISINE
950 HERALD SQUARE
NEW YORK, NY 10001


PULTEGROUP (GSD&M IDEA CITY)
828 WEST 6TH STREET
AUSTIN, TX 78703


PUMA NORTH AMERICA, INC.
10 LYBERTY WAY
WESTFORD 01886


PURCHASE POWER
P.O. BOX 856042
LOUISVILLE, KY 40285-6042


PURDUE PHARMA LP
1 STAMFORD FORUM
201 TRESSER BOULEVARD
STAMFORD, CT 06901-3516

QUALITY BLDG SERV CORP
801 SECOND AVENUE
8TH FLOOR
NEW YORK, NY 10017


QUEENS UNIV OF CHARLOTTE
1900 SELWYN AVENUE
MCR, BURWELL HALL 206
CHARLOTTE, NC 28207


PATRICIA QUINTANO
13218 TIMBERCREST TRAIL
FT. WAYNE, IN 46814


QVC  INC
1200 WILSON DRIVE
DEPARTMENT 135
WEST CHESTER, PA 19380-4262


QWEST COMMUNICATIONS
P.O. BOX 29040
PHOENIX, AZ 85038-9040


QWEST TECHNOLOGY FINANCE
P.O. BOX 642888
PITTSBURGH, PA 15264-2888


R & L REAL ESTATE, LLC
P.O. BOX 4135
PRESQUE ISLE, ME 04769-4135


RADA, DAWN D
2121 S. CALLE YUCATAN
TUCSON, AZ 85710


RADIO
3811 WEST 12 MILE RD
BERKLEY, MI 48072


RADIOSHACK MEDIA RELATIONS
300 RADIOSHACK CIRCLE
MAIL STOP CF7-131.09
FORT WORTH, TX 76102

RANDALLS FOOD MARKETS
P.O. BOX 4506
HOUSTON, TX 77210-4506


RANDLE COMMUNICATIONS
925 L. STREET
SUITE 1275
SACRAMENTO, CA 95814


RASTEDE, REBECCA J
2906 TREE LANE #11
LOUISVILLE, KY 40299


GAYLE RATNER
7 CARLTON DRIVE
PLATTSBURGH, NY 12901


RAYTHEON
RAYTHEON ELECTRONICS
1200 S. JUPITER RD-MS GB
GARLAND, TX 75042


REAL MAGNET LLC
4853 CORDELL AVE., PH 11
BETHESDA, MD 20814


REAL TIME COMMUNICATIONS
ATTN: DURAN WEST
6600 SCRUB OAK LANE, UNIT A
AUSTIN, TX 78759


REAL/TIME COMMUNICATIONS
COMSITE INTERNATIONAL INC.
P.O. BOX 78059
SAN ANTONIO, TX 78278-0596


REBUILDING TOGETHER, INC.
1899 L. STREET, NW
SUITE 1000
WASHINGTON, DC 20036


RED HAWK CASINO
1 RED HAWK PARKWAY
PLACERVILLE, CA 95667

REDPEG MARKETING, INC.
727 N. WASHINGTON STREET
ALEXANDRIA, VA 22314


REED PROMOTIONAL MEDIA INC.
2443 BROADWAY-SUITE A
QUINCY, IL 62301


REED, ELIZABETH M
7098 VINEYARD WAY
GERMANTOWN, TN 39138


REED, SAMANTHA
4634 TRAVIS STREET
DALLAS, TX 75205


REGENCE GROUP
P.O. BOX 1271-M/S E12C
PORTLAND, OR 97207-1271


REGIONAL TRANSPORTATION
DISTRICT
1701 WYN KOOP STREET, #223
DENVER, CO 80202-5923


REGIONS BANK
P.O. BOX 4320
PORTLAND, OR 97208


REIS, MICHELLE
7 PARK AVENUE
NEW YORK, NY 10016


SEAN RENEHAN
296 LINCOLN AVENUE-FIRST FLOOR
FALL RIVER, MA 02720


SEAN AND DAWN RENEHEM
296 LINCOLN AVENUE
1ST FLOOR
FALL RIVER, MA 02720


RENTLE, VANESSA L
11013 FAIRWAY POINTE DRIVE
LOUISVILLE, KY 40241

```
REP. FED. COMM. OF PA
112 STATE STREET
HARRISBURG, PA 17101


REPORT INTERNATIONAL LTD.
176 BLACKFRIARS ROAD
LONDON, SE18ER
ENGLAND


REPORTS INTERNATIONAL
176 BLACKFRIARS ROAD
LONDON, ENGLAND
SE1 BER


RESERVE ACCOUNT
P.O. BOX 856056
LOUISVILLE, KY 40285-6056


LARRY RESSIER
3322 46TH AVE. SW
FARGO, ND 58104


LARRY RESSLER
3322 46TH AVENUE SW
FARGO, ND 58104


REVELS, VALARIE
2540 W. DOLBROOK WAY
TUCSON, AZ 85741


REVENUE ADMIN. DIVISION
TAXPAYER SERVICE SECTION
110 CARROLL STREET
ANNAPOLIS, MD 21411-0001


REVLON
950 3RD AVENUE
NEW YORK, NY 10022


EDWARD REYES
P.O. BOX 531
JENKS, OK 74037
```

```
RICKY DELOS REYES
506 LAURELWOOD DRIVE
HERCULES, CA 94547


RICKY DELOS REYES
506 LAUREL WOOD DR.
HERCULES, CA 94547


SHANNON REYNOLDS
5800 NORTH VIEW NW
ALBUQUERQUE, NM 87120


SHANNON REYNOLDS
4911 STAR KACHINA CT. NW
ALBUQUERQUE, NM 87120


RHEA & KAISER
400 EAST DIEHL ROAD
SUITE 500
NAPERVILLE, IL 60563


RHODE ISLAND DIV. OF TAXATION
ATTN: SALES/USE TAX
ONE CAPITOL HILL
PROVIDENCE, RI 02908


RHODUS, KELLY
3022 TALISMAN ROAD
LOUISVILLE, KY 40220


RICCARDI, MICHAEL A
117 ALPINE LAKE
HENRYVILLE, PA 18332


RICH, JESSICA H.
7050 E. SUNRISE DR.
TUCSON, AZ 85750


RICHMOND, SHANNON
6502 SYMPHONY LANE
DALLAS, TX 75227


KURT & JANICE RINGROSE
74 MAYBERRY RD
GRAY, ME 04039
```

KURT DUANE RINGROSE
74 MAYBERRY ROAD
GRAY, ME 04039


CORINNE RITTER
216 PENNY LANE
BELGIUM, WI 53004


CORINNE L. RITTER
286 PENNY LANE
BELGIUM, WI 53004


RITTER, EMILY A
1322 RUFER AVENUE
LOUISVILLE, KY 40204


RITZ CARLTON
1150 22ND STREET NW
EXECUTIVE OFFICE
WASHINGTON, DC 20037


RITZ CARLTON
2121 MCKINNEY AVENUE
DALLAS, TX 75201


RIUTTA, KEVIN R
6051 W. FULLERTON
CHICAGO, IL 60647


RIVERA, DAWN L
12896 E. RED IRON TRAIL
VAIL, AZ 85641


ROBARDS, VIRGINIA A
7510 BRIARWOOD DRIVE
CRESTWOOD, KY 40014


ROBERT HALF INTERNATIONAL
2884 SAND HILL ROAD
MENLO PARK, CA 94025


ROBERTS COMMUNICATIONS
64 COMMERCIAL STREET
ROCHESTER, NY 14614

```
ROBERTS, JOSHUA D
201 IROQUOIS GARDENS DRIVE
LOUISVILLE, KY 40214


ROBERTSON GROUP
ATTN: SHANE WISE
22 CENTURY BLVD. STE 190
NASHVILLE, TN 37214


ROBERTSON, JOCELYN L
23-15 30TH AVENUE
ASTORIA, NY 11102


ROBIN SAX ENTERPRISES
1441 WESTWOOD, F2
LOS ANGELES, CA 90029


KRISTIE ROBINSON
9 MONTE VERDE LANE
MONTEVALLO, AL 35115


LAURA A. ROBINSON
902 W. VINE STREET
TAYLORVILLE, IL 62568


ROBLES, BRADLEY
1475 N. WILMOT RD. APT.
TUCSON, AZ 85712


ROBLES, KENIA
2785 FREDERICK DOUGLAS BLVD
NEW YORK, NY 10039


ROCHESTER INSTITUTE OF TECHNOLOGY
132 LOMB MEMORIAL DRIVE
ROCHESTER, NY 14623


RODRIGUEZ, ANTHONY
631 EAGLE AVENUE, 2ND FLOOR
BRONX, NY 10455


ROGAINE (BBDO)
1285 AVENUE OF THE AMERICAS
5TH FLOOR
NEW YORK, NY 10019
```

ROGERS PAYMENT CENTRE
P.O. BOX 4100
DON MILLS, ONTARIO M3C3N9
CANADA


ROLETT, ANN S
202 STUART DRIVE
NEW ROCHELLE, NY 10804


ROLLINS COLLEGE INC.
1000 HOLT AVENUE
2729
WINTER PARK, FL 32789


PAMELA LEIGH ROSE
108 ROTHER LANE
DURHAM, NC 27707


CLAY ROSS
3161 SONORA DR.
IDAHO FALLS, ID 83404


CLAY M. ROSS
3161 SONORA DR.
IDAHO FALLS, ID 83404


ROSS, JEREMY S
2802 MARGUERITE DRIVE
LOUISVILLE, KY 40216


ROTENBERG ASSOCIATES
275 MARKET STREET
SUITE 541
MINNEAPOLIS, MN 55405


ROYAL CARIBBEAN (JWT)
ROYAL CARIBBEAN CRUISE LINE
1050 CARIBBEAN WAY, 6TH FLOOR
MIAMI, FL 33102


RUBEN H. FLEET SCIENCE MUSEUM
P.O. BOX 33303
SAN DIEGO, CA 92163

RUDER FINN
1667 K STREET, NW
SUITE 950
WASHINGTON, DC 20006


RUDKIN, TERENCE
880 N. CARRIBEAN
TUCSON, AZ 85748


RUDY, JEANETTE L
112 FORDHAM RD
CLIFTON, NJ 07013


RUELAS, MARIA E
2714 MONTANA AVENUE
LOUISVILLE, KY 40208


RUGGIERO, ANTHONY M
47 AUTUMN RIDGE ROAD
SHELTON, CT 06484


RUSH UNIVERSITY MEDICAL CENTER
1700 WEST VAN BUREN
SUITE 456
CHICAGO, IL 60612


TONY RUTHERFORD
1046 JACKSON AVE.
HUNTINGTON, WV 25704


TONY E. RUTHERFORD
1046 JACKSON AVENUE
HUNTINGTON, WV 25704


SAATCHI HEALTHCARE
375 HUDSON STREET
NEW YORK, NY 10014


SAATCHI X
375 HUDSON STREET
NEW YORK, NY 10014


SACKSTEDER, TIMOTHY CRAIG
3200 RUTH LANE
LOUISVILLE, KY 40216

```
SACRED HEART UNIVERSITY
UNIVERSITY RELATIONS
5151 PARK AVENUE
FAIRFIELD, CT 06825


SAFEWAY DDB
4551 FORBES BLVD
LANHAM, MD 20706-4344


SAFEWAY DDB CHICAGO
4551 FORBES BLVD.
LANHAM, MD 20706-4344


SAGO NETWORKS CORP.
ATTN: MIKE KREMKAU
4465 W. GANDY BLVD. SUITE 800
TAMPA, FL 33611


SAGO NETWORKS CORPORATION
ATTN: ROBERT DUNLOP
4465 W. GANDY BLVD., STE 80
TAMPA, FL 33611


SAINZ, VANESSA
5933 6TH AVE.
TUCSON, AZ 85706


JOHN SALEM
2030 PRO POINTE LANE
HARRISONBURG, VA 22801


SALESFORCE
P.O. BOX 203141
DALLAS, TX 75320-3141


ANNA SALISBURY
3909 41ST AVENUE SOUTH
MINNEAPOLIS, MN 55406


ANNAMARIE SALISBURY
3909 41ST AVENUE SOUTH
MINNEAPOLIS, MN 55406
```

SALSGIVER, INC.
301 FIFTH AVENUE
FREEPORT, PA 16229


SALSGIVER, INC.
ATTN: KIRK HOWARD
301 5TH STREET
FREEPORT, PA 16229


SALT RIVER PROJECT C-K
7613 E CULVER STREET
MESA, AZ 85207


SALT RIVER TUBING
7613 E CULVER STREET
MESA, AZ 85207


SALVATORE FERRAGAMO USA INC.
663 FIFTH AVENUE
NEW YORK, NY 10022


SAN DIEGO ZOO
P.O. BOX 120551
SAN DIEGO, CA 92112-0551


SAN FRANCISCO STATE UNIVERSITY
1600 HOLLOWAY DRIVE
DIAG. CTR. C6
SAN FRANCISCO, CA 94132


SAN FRANCISCO TAX COLLECTOR
BUSINESS TAX SECTION
P.O. BOX 7425
SAN FRANCISCO, CA 94120-7425


SANDER, RICHARD P
2703 SPRINGCREST COURT
PROSPECT, KY 40059


SANDERS, BRITTANY J
116 HARDIN COURT
TAYLORSVILLE, KY 40071

SANDERS, KIMBERLY
10707 BAYPORT ROAD
LOUISVILLE, KY 40299


SANDHAUS, STUART M.
425 EAST 51TH STREET
NEW YORK, NY 10022


SANOFI-AVENTIS, US, INC.
P.O. BOX 30149
COLLEGE STATION, TX 77842


SANTIAGO, FLORDELIZA
3655 J. F. KENNEDY BLVD.
JERSEY CITY, NJ 07307


SAP
P.O. BOX 7780-824024
PHILADELPHIA, PA 19182-4024


SAVY2K INTERNET SERVICES
8677 E. LACEY BLVD.
HANFORD, CA 93230


SAVY2K INTERNET SERVICES
8677 LACEY BLVD.
HANFORD, CA 93230


SAYAD, LAILA
9 GREENBRIAR ROAD
LITTLE FALLS, NJ 07424


SBC
PAYMENT CENTER
SACRAMENTO, CA 95887-0001


SCANDENT
NW 7511
P.O. BOX 1420
MINNEAPOLIS, MN 55485-7511


SCANDENT GROUP INC
NW 7511-P.O. BOX 1420
MINNEAPOLIS, MN 55485-7511

SCARBOROUGH MECHANICAL SERVICE
4615 BITTERSWEET RD.
LOUISVILLE, KY 40218


SCHEMAN & GRANT, INC.
545 EIGHT AVENUE
NEW YORK, NY 10018-3090


SCHEMM, MARTIN
400 N MCCLURG COURT #3105
CHICAGO, IL 60611


SCHERING-PLOUGH CORP
P.O. BOX 377
MEMPHIS, TN 38151-0001


SCHLITTENHART, JEREMY E.
150 MONTEREY ROAD
SOUTH PASADENA, CA 91030


SCHOLASTIC CORPORATE COMM.
555 BROADWAY
2ND FLOOR
NEW YORK, NY 10012


SCHROEDER, JAMES S
728 NORTH BARBEE WAY
LOUISVILLE, KY 40214


SCHUERMAN, LORI
5970 EAST 2ND STREET
TUCSON, AZ 85711


SCHULTZ, MARK A
1047 CHEROKEE ROAD #2
LOUISVILLE, KY 40204


SCHUMACHER, PAUL F
2901 E FORT LOWELL ROAD
TUCSON, AZ 85716


MAX SCHWANDT
549 KINGSMOOR DRIVE
SIMPSONVILLE, SC 29681

PATTY SCHWARTZ
34 CREST ROAD EAST
MERRICK, NY 11566


SCRIPPS HEALTH
4275 CAMPUS POINT COURT
CP 10
SAN DIEGO, CA 92121


SE MISSOURI STATE UNIVERSITY
ONE UNIVERSITY PLAZA
MS 3000
CAPE GIRARDEAU, MO 63701


SEAPAK
127 AIRPORT ROAD
P.O. BOX 20670
SAINT SIMONS ISLAND, GA 31522


SEARS Y&R
515 N STATE STREET
29TH FLOOR
CHICAGO, IL 60654


SEGAL, SCOTT N.
4743 EAST MABEL
TUCSON, AZ 85712


JOE SEHLHORST
335 CHERRY ST
BLUFFTON, OH 45817


JOSEPH SEHLHORST
335 CHERRY STREET
BLUFFTON, OH 45817


RICH SEILER
177 WARD ST
WATERTOWN, NY 13601


RICHARD SEILER
177 WARD STREET
WATERTOWN, NY 13601

SELECT COMFORT CORPORATION
9800 59TH AVENUE, NORTH
PLYMOUTH, MN 55442


SEMINOLE STATE COLLEGE OF FLORIDA
100 WELDON BOULEVARD
SANFORD, FL 32773


SENCION, RINALDY B
3054 GODWIN TERRACE #51
BRONX, NY 10463


SEPHORA
FIRST MARKET TOWER
525 MARKET STREET, 11TH FLOOR
SAN FRANCISCO, CA 94105-2708


SEPULVEDA, BRANDON JOSE
373 N. WILMOT ROAD
TUCSON, AZ 85711


SERRATO, SABRINA WHITE
355 S. ARROYO DRIVE
SAN GABRIEL, CA 91776


SERVER CENTRAL NETWORK
1532 WEST WALTON
CHICAGO, IL 60622


DENISE SETTLE
5625 IRONGATE DRIVE
MADISON, WI 53716


DENISE SETTLE
5625 IRONGATE DR.
MADISON, WI 53716


SEVENTH GENERATION, INC.
60 LAKE STREET
BURLINGTON, VT 05401


SHARP, JAMIE
509 CREEL AVENUE
LOUISVILLE, KY 40208

SHAW CABLE
P.O. BOX 2468 STN MAIN
CALGARY, ALBERTA T2P4Y2
CANADA


JIMMIE SHELNUTT
347 SUMMIT HGTS. DR.
JEFFERSON CITY, TN 37760


JIMMIE SHELNUTT
347 SUMMIT HEIGHTS DRIVE
JEFFERSON CITY, TN 37760


MICHELLE & MILAN SHERMAN
1206 MARYLAND AVE.
STEUBENVILLE, OH 43952


SHERWIN-WILLIAMS (MCKINNEY)
318 BLACKWELL STREET
DURHAM, NC 27701


SHETH, AMIT
644 ERIN CIRCLE
MT. WASHINGTON, KY 40047


SHOCKLEY, CORINNE M
75 WEST END AVE W63RD STREET
NEW YORK, NY 10023


SHOOSHTARI, MATTHEW
6599 E. COOPERSTOWN DRIVE
TUCSON, AZ 85706


SHOWTIME
1633 BROADWAY
15TH FLOOR
NEW YORK, NY 10019


DAVE & LINDA SIMMONS
1100 LAURA LANE
MARION, IL 62959


SIMMONS, LARRY
1213 WITAWANJA AVENUE
LOUISVILLE, KY 40222

SITTERCITY INCORPORATED
20 W. KINZIE STREET
FLOOR 15
CHICAGO, IL 60654


SKRZYPECKI, CRAIG M
20 29TH AVENUE
VENICE, CA 90291


LISA SLATES
8509 CRESTLINE DR.
OKLAHOMA CITY, OK 73132


LISA J. SLATES
8509 CRESTLINE DR.
OKLAHOMA CITY, OK 73132-1132


SMART TRANSPORTATION
ADMIN. OFFICE, BUHL BUILDING
535 GRISWOLD ST., STE 600
DETROIT, MI 48226


SMITH, DONALD
1615 JEFFERSON AVENUE
LOUISVILLE, KY 40242


GRAIG SMITH
613 WEST REGINA
SPOKANE, WA 99218


PATSY SMITH
37 JACKSON STREET
WINDSOR LOCKS, CT 06096


PATSY J. SMITH
37 JACKSON STREET
WINDSOR LOCKS, CT 06096


SMITH, RENEE
57-15 SHORE FRONT PKWY #1810
ARVERNE, NY 11692


SNET
P.O. BOX 8110
AURORA, IL 60507-8110

```
SNIP
100-A TWINBRIDGE DRIVE
PENNSAUKEN, NJ 08110


CATHY SNYDER
127 S. ARCH STREET
MECHANICSBURG, PA 17055


PAM SNYDER
397 1884 FULLER ROAD
BURT, NY 14028


SO. CAROLINA DEPT. OF REVENUE
SALES & USE TAX
COLUMBIA, SC 29214


SOCIETY FOR HUMAN RESOURCE MGM
P.O BOX 791139
BALTIMORE, MD 21279-1139


SOCIETY FOR NEUROSCIENCE
1121 14TH STREET, NW
SUITE 1010
WASHINGTON, DC 20005


SOFT CHOICE
16609 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


SOFTSHEEN-CARSON (PUBLICIS)
CORPORATE OFFICE
575 5TH AVENUE, 19TH FLOOR
NEW YORK, NY 10017


SONY ERICSSON MOBILE COMM. INC.
3333 PIEDMONT ROAD, NE
SUITE 600
ATLANTA, GA 30305-1712


SONY PICTURES  HOME ENTER
10202 W. WASHINGTON BLVD.
SPP 872
CULVER CITY, CA 90232
```

```
SOTO, FRANCISCA
726 W. UTAH STREET
TUCSON, AZ 85706


SOUTHEAST MISSOURI HOSPITAL
1701 LACEY STREET
CAPE GIRARDEAU, MO 63701


SOUTHERN STAR/INTEGRATED DATA
ATTN:  JOHN SOUVESETRE
2220 CLEARY AVE. APT 219
METAIRIE, LA 70001


SOUTHWESTERN BELL
P.O. BOX 5001
CAROL STREAM, IL 60197-5001


SOUTHWESTERN COLLEGE
900 OTAY LAKE ROAD
CHULA VISTA, CA 91910


ROGER SPEAKMAN
2738 N. 113TH ST.
OMAHA, NE 68164


SPECTRA, INC.
P.O. BOX 7247-6062
PHILADELPHIA, PA 19170-6062


SPIRE TECHNOLOGIES, INC.
P.O. BOX 15066
PORTLAND, OR 97293-5066


SPIRE TECHNOLOGIES, INC.
ATTN:  RANDY & SCOTT COOK
2140 SW JEFFERSON ST. STE 300
PORTLAND, OR 97201


SPIRIVA (FCB)
100 W 33RD STREET
6TH FLOOR
NEW YORK, NY 10001
```

SPLENDA (BBDO)
1285 AVENUE OF THE AMERICAS
5TH FLOOR
NEW YORK, NY 10019


NANCY SPRAGGUE-CARTER
DBA WILDHORSE
1432 GARRETTS BEND ROAD
SOD, WV 25564


SPRINGER, MELISSA
4120 MITSCHER COURT
KENSINGTON, MD 20895


SPRINT
P.O. BOX 105243
ATLANTA, GA 30348-5243


SPRINT PCS
P.O. BOX 105243
ATLANTA, GA 30348-5243


SQAD
303 SO. BROADWAY
SUITE 210
TARRYTOWN, NY 10591


SQAD -SERV QLTY ANALYTICS DATA
303 SOUTH BROADWAY
SUITE 210
TARRYTOWN, NY 10591


SRDS
P.O. BOX 8500-8601
PHILADELPHIA, PA 19178-8601


SRI INTERNATIONAL
HEADQUARTERS
333 RAVENSWOOD AVENUE
MENLO PARK, CA 94025-3453


ST. FRANCIS HOSPITAL & HEALTH CENTERS
1600 ALBANY STREET
BEECH GROVE, IN 46107

ST. LUKE'S EPISCOPAL HEALTH SYSTEM
COPORATE COMMUNICATIONS
6620 MAIN ST., 14TH FLR #1430
HOUSTON, TX 77030


ST. MARY FOOD BANK ALLIANCE
2831 NORTH 31ST AVENUE
PHOENIX, AZ 85009


ST. MARY'S HEALTH CARE
200 JEFFERSON STREET, SE
GRAND RAPIDS, MI 49503


ST. MARY'S HEALTHCARE
2831 N. 31ST AVENUE
PHOENIX, AZ 85009


ST. THOMAS, JASON E
P.O. BOX 4165
PREQUE ISLE, ME 04769


ST. VINCENT HEALTH
(ST. CLAIRE GROUP)
716 ADAMS STREET, SUITE C
CARMEL, IN 46032


STANDARD PARKING
707 WILSHIRE BLVD.-35TH FLOOR
LOS ANGELES, CA 90017-3501


STAPLES  INC.
500 STAPLES DRIVE
FRAMINGHAM, MA 01702


STAR CITY SANITATION, INC.
P.O. BOX 123
PRESQUE ISLE, ME 04769


STARBUCKS THROUGH SLOAN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

```
STARKVILLE COMPUTERS
ATT; PATRICK LINLEY
831-C HWY 12
STARKVILLE, MS 39759


STARKVILLE COMPUTERS, INC
831-C HIGHWAY 12 WEST
STARKVILLE, MS 39759


STARZ ENTERTAINMENT GROUP
STARZ ENCORE GROUP
215 EAST 86TH STREET, SUITE 8T
NEW YORK, NY 10065


STATE BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279


STATE BOARD OF EQUALIZATION-SD
P.O. BOX 942879
SACRAMENTO, CA 94279-7072


STATE INDUSTRIAL PRODUCTS
P.O. BOX 74189
CLEVELAND, OH 44194-0268


STEIN, MCGUIRE, PANTAGES
& GIGL, LLP
354 EISENHOWER PARKWAY
LIVINGSTON, NJ 07039-0460


STEPHENS, DAVID
474 CONANT RD
WESTON, MA 02493


STEPHENS, TESSA
5104 SPRUCEWOOD DRIVE
LOUISVILLE, KY 40291


STEPHENS, TIFFANY A
107 JOSHUA COURT
SHEPHERDSVILLE, KY 40165
```

STERIS CORPORATION
P.O. BOX 960
MENTOR, OH 44061-0960


STERLING PUBLISHING
387 PARK AVENUE SOUTH
NEW YORK, NY 10016


STERN ADVERTISING
29125 CHAGRIN BLVD
PEPPER PIKE, OH 44122


JENNIFER S. STETZ
306 DYANA CT.
PASO ROBLES, CA 93446


JENNY STETZ
450 PLAYA BLANCA ST.
SANTA MARIA, CA 93455


TRACEY STEVENS
1527 RIVER DANCE COURT
ALPINE, CA 91901


STEWARD HEALTH CARE ADDENDUM
260 CHARLES STREET
WALTHAM, MA 02453


STIER, MARIA DONNA
9500 RIDGE STONE COURT, 208
LOUISVILLE, KY 40299


STIHL, INC.
536 VIKING DRIVE
VIRGINIA BEACH, VA 23452


DAVID STILL
37 NATHAN CUTLER DRIVE
BEDFORD, NH 03110


STITHAM, SUZANNE M
PO BOX 193
MARS HILL, ME 04758

STODDARD, LESLIE
10626 VALLEY SPRING LANE
TOLUCA LAKE, CA 91602


SAMUEL J. STOKES
206 LEAKE STREET
MAULDIN, SC 29662


STONE, RENE DIANE
880 N CARRIBEAN AVENUE
TUCSON, AZ 85748


STONYFIELD FARM  INC.
10 BURTON DRIVE
LONDONDERRY, NH 03053


STORANDT PANN MARGOLIS MARK.
15 W. HARRIS AVENUE
SUITE 300
LAGRANGE, IL 60525


STORM INTERNET SERVICES
1760 COURTWOOD CR.
OTTAWA, ON K2C2B5
CANADA


STORM INTERNET SERVICES
ATTN:  PAUL HAGGART
1760 COURTWOOD CRESCENT
OTTAWA ON


STOVALL, LISA
140 UNDERHILL AVENUE
BROOKLYN, NY 11238


STOWE, TAYLOR
2745 GRINSTEAD DRIVE #101
LOUISVILLE, KY 40206


GREG STRINGFELLOW
29233 SKY FOREST
MAGNOLIA, TX 77355

STRUSE, ROBERT ERIC
330 S. AVENIDA DE LA VISTA
TUCSON, AZ 85710


STUBHUB INC.
P.O. BOX 981488
EL PASO, TX 79998-1486


STUBIN, LESLIE
P.O. BOX 682
OCEAN BEACH, NY 11770


STUCKER, JOSEPH L
3915 ALTAWOOD COURT, APT B
LOUISVILLE, KY 40245


STYBERSKI, ROBIN W
17412 GATEWAY CIRCLE
SOUTHFIELD, MI 48075


SUBARU CARMICHAEL LYNCH
110 NORTH NORTH 5TH STREET
10TH FLOOR
MINNEAPOLIS, MN 55403


SUFFRIDGE, MAXWELL
6707 HOLLOW TREE ROAD
LOUISVILLE, KY 40228


SULLIVAN, ALEXANDER CHEYNE
7436 S. MADERA VILLAGE DR.
TUCSON, AZ 85747


DONNA SULLIVAN
103 IRVING ROAD
RANDOLPH, MA 02368


SUMMERS, DANIEL BYRON
1402 MOONSTONE WAY, #2
LOUISVILLE, KY 40222


SUNGARD
14044 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

SUNGARD AVANTGARD
RECEIVABLES LLC
14044 COLLECTIONS CENTER DR
CHICAGO, IL 60693


SUNGEVITY, INC.
66 FRANKLIN STREET
SUITE 310
OAKLAND, CA 94607


SUPERIOR OFFICE SYSTEMS
49 WEST 37TH ST., 3RD FL
NEW YORK, NY 10018


SUTTER HEALTH
2200 RIVER PLAZA DRIVE
SACRAMENTO, CA 95833


SUTTON, LYNDSAY A
9001 GILPIN PLACE
LOUISVILLE, KY 40222


JODY SWARBRICK
810 HARTMAN
WATERLOO, IA 50701


SWIFT COMMUNICATIONS
P.O. BOX 12877
SEATTLE, WA 98111


SWIFT COMMUNICATIONS
ATTN: CHERYL CAMPBELL
2001 6TH AVE., SUITE 3020
SEATTLE, WA 98121


SYMBICORT (COMMONHEALTH)
400 INTERPACE PARKWAY
PARSIPPANY, NJ 07054


SYMBICORT-ASTHMA & COPD
(COMMONHEALTH)
400 INTERPACE PARKWAY
PARSIPPANY, NJ 07054

T BOONE PICKENS THROUGH SLOAN
7 TIMES SQUARE, 14TH FLOOR
NEW YORK, NY 10036


TABLE MOUNTAIN CASINO
8184 TABLE MOUNTAIN ROAD
FRIANT, CA 93626


TACO BELL
1 GLEN BELL WAY
IRVINE, CA 92618


TAKARA MEDIA
TIMES SQUARE PROJECT
1501 BROADWAY #1802
NEW YORK, NY 10036


TAKE TWO VIDEO PRODUCTION
ATTN: JOHN LESTRADE
134 BALMORAL AVE
BILOXI, MS 39531


WINDSOR TANNER
12016 CREEKBEND DRIVE
RESTON, VA 20194


TANNER-THOMPSON, WINDSOR
12016 CREEKBEND DRIVE
RESTON, VA 20194


TARGET VIDEO INC.
5005 TARTAN DRIVE
METAIRIE, LA 70003


TAYLOR, DENNIS LEE
2004 CHERBOURG DRIVE
PLANO, TX 75075


TAYLOR, FRANCES
1049 STONE SPRING WAY
LOUISVILLE, KY 40223


TAYLOR, KRAIG D
1215 FISCHER AVE
LOUISVILLE, KY 40204

```
TBWA (TWIX)
488 MADISON AVENUE
NEW YORK, NY 10022


TCC GROUP
31 WEST 27TH STREET, 4TH FLOOR
NEW YORK, NY 10001


TD BANK CANADA
TD BANK USA
9000 ATRIUM WAY
MOUNT LAUREL, NJ 08054


TD BANK USA
9000 ATRIUM WAY
MOUNT LAUREL, NJ 08054


TECH WARRIOR.NET, INC.
1128 SPORT OF KINGS AVE.
HENDERSON, NV 89015


TECHWARRIOR.NET
ATTN: JAMES ALLEN
1128 SPORT OF KINGS AVE
HENDERSON, NV 89015


TEK GROUP INTERNATIONAL, INC.
1280 SW 36TH AVENUE # 204
POMPANO BEACH, FL 33069


TEK ORANGE LIMITED
47 S. LIBERTY STREET-SUITE 100
POWELL, OH 43065


TEKORANGE
ATTN: MILE ELDREDGE
7720 RIVERS EDGE DR. STE 102
COLUMBUS, OH 43235


TELCOVE
P.O. BOX 931843
ATLANTA, GA 31193-1843
```

```
TELEMEDIA
ATTN: TONY SALEM
2030 PRO POINTE LN
HARRISONBURG, VA 22801


TELEVISION MONITORING SVCS INC
4132 S . RAIMBOW BLVD. #213
LAS VEGAS, NV 89103


TELOGICAL
TELEOGICAL SYSTEMS
7900 WESTPARK DRIVE
MC LEAN, VA 22102


TENNESSEE DEPT. OF REVENUE
ANDREW JACKSON BUILDING
500 DEADERICK ST.
NASHVILLE, TN 37242


TERMINIX
P.O. BOX 742592
CINCINNATI, OH 45274-2592


TEXANS FOR KAY BAILEY HUTCHINSON
1609 SHOAL CREEK BLVD.
SUITE 305
AUSTIN, TX 78701


TEXANS FOR RICK PERRY
807 BRAZOS STREET
SUITE 400
AUSTIN, TX 78701


TEXAS CHILDREN'S HOSPITAL
JOHN P. MCGOVERN CAMPUS
2450 HOLCOMBE BLVD., SUITE  39-G
HOUSTON, TX 77021


THE ADCOM GROUP/CLEVELAND
1370 W. 6TH STREET, 3RD FLOOR
CLEVELAND, OH 44113


THE ARBITRON COMPANY
P.O. BOX 3228
CAROL STREAM, IL 60132-3228
```

THE CHUGH FIRM
ATTN: JEAN DESCANZO
4800 GREAT AMERICA PKWY
SUITE 310
SANTA CLARA, CA 95054-1227


THE COLUMBIA CONNEXTION, INC.
3215 CORPORATE COURT
ELLICOTT CITY, MD 21042


THE CONNEXTION
ATTN: RUSS HEWITT
3215 CORPORATE COURT
ELLICOTT CITY, MD 21042


THE CORKERY GROUP
260 5TH AVENUE
NEW YORK, NY 10001


THE GLENN GROUP
6600 AMELIA EARHART COURT
SUITE A
LAS VEGAS, NV 89119


THE HARTFORD
GROUP BENEFITS DIVISION
P.O. BOX 8500-3690
PHILADELPHIA, PA 19178-3690


THE HARTFORD
P.O. BOX 2907
HARTFORD, CT 06104-2907


THE HARTFORD
PO BOX 2907
HARTFORD, CT 06104


THE HARTFORD FINANCIAL SERVICES GROUP
ONE HARTFORD PLAZA
HARTFORD, CT 06115


THE HERSHEY COMPANY
100 CROSSWAYS PARK DRIVE WEST
#111
WOODBURY, NY 11797-2012

```
THE NATIONAL SYSTEM
2300 LOCUST STRET
SAINT LOUIS, MO 63103


THE NATIONAL SYSTEM HONDA INT
2300 LOCUST STREET
SAINT LOUIS, MO 63103


THE NEW YORK INTERNET CO. INC
P.O. BOX 1702
WALL STREET STATION
NEW YORK, NY 10268-1702


THE NEW YORK TIMES
P.O. BOX 371456
PITTSBURGH, PA 15250-7456


THE VAULT
ATTN: JULIANO CASTRO
206 SPRING STREET
NEW YORK, NY 10012


THE VIMARC GROUP
11840 COMMONWEALTH DRIVE
LOUISVILLE, KY 40299


THINKTANK COMMUNICATIONS
13 MOSLEY ACRES
SAINT LOUIS, MO 63141


THOMAS JEFFERSON HOSPITAL
925 CHESTNUT STREET, SUITE 311
PHILADELPHIA, PA 19107


THOMAS JEFFERSON UNIV. HOSPITAL
ATTN: DIR. INTERACTIVE MARKET.
925 CHESTNUT STREET, SUITE 311
PHILADELPHIA, PA 19107


THOMAS, NICOLE
7346 S. MADERA VILLAGE DR.
TUCSON, AZ 85747
```

THOMAS, RUBY
5458 MITSCHER AVENUE
LOUISVILLE, KY 40214


THOMPSON PR
445 W. 9TH AVENUE
ANCHORAGE, AK 99501


THOMPSON, KEVIN
119 SENATE LANE
MT. WASHINGTON, KY 40047


THREE H A/K/A WIRED BEAN
ATTN: KEITH HENRY
422 MAIN ST
LAFAYETTE, IN 47901


TICE, YAZMIN
3358 HULL AVENUE
BRONX, NY 10467


TIFFANY & COMPANY
600 MADISON AVENUE
10TH FLOOR
NEW YORK, NY 10022


CHRISTOPHER TILLMAN
613 IOWA STREET
GOLDEN, CO 80403


TIM HORTON'S ADVERTISING
874 SINCLAIR ROAD
OAKVILLE, ON L6K2Y1
CANADA


TIM HORTONS ENTERPRISE JWT
874 SINCLAIR ROAD
OAKVILLE, ON L6K2Y1
CANADA


TIMBERLAKE, SARAH
16 JORDAN STREET
PRESQUE ISLE, ME 04769

```
TIME INC.
1271 AVENUE OF THE AMERICAS
ROOM 3419C
NEW YORK, NY 10020


TIME WARNER CABLE
P.O. BOX 60074
CITY OF INDUSTRY, CA 91716-0074


TIME WARNER CABLE
P.O. BOX 650210
DALLAS, TX 75265-0210


TIME WARNER CABLE
P.O. BOX 70874
CHARLOTTE, NC 28272-0874


TIME WARNER CABLE
P.O. BOX 70873
CHARLOTTE, NC 28272-0873


TIME WARNER CABLE
7910 CRESCENT EXECUTIVE DRIVE
SUITE 31
CHARLOTTE, NC 28217


TIME WARNER CABLE OF NY
P.O. BOX 9227
UNIONDALE, NY 11555-9227


TIME WARNER TELCOM
7910 CRESCENT EXECUTIVE DRIVE
SUITE 31
CHARLOTTE, NC 28217


MARK A. TINDELL
P.O. BOX 10251
COLUMBIA, MO 65205


TINSLEY, ROBERT
6590 E. GOLF LINKS
TUCSON, AZ 85730
```

TJ MAXX
770 COCHITUATE ROAD
FRAMINGHAM, MA 01701


TMG STRATEGIES
2300 CLARENDON BOULEVARD
SUITE 901
ARLINGTON, VA 22201


LEONARD TOBIN
316 ABBINGTON AVENUE
BUFFALO, NY 14223


TOLLE, NICHOLAS B
4004 PORTIA COURT
LOUISVILLE, KY 40220


TOM FORD FOR ELC
TOM FORD BEAUTY
767 5TH AVENUE, 42ND FLOOR
NEW YORK, NY 10153


TOMMY HILFIGER
TOMMY HILFIGER USA
25 W. 39TH STREET
NEW YORK, NY 10018


TONIGHT SHOW
THE TONIGHT SHOW
3000 W. ALAMEDA AVENUE
BURBANK, CA 91523


TORO (CAMPBELL MITHUN)
222 SOUTH NINTH STREET
MINNEAPOLIS, MN 55402


TORRACA, JESSICA W.
49 ESTATES TERRACE NORTH
MANHASSET, NY 11030


TOURISM IRELAND
75 EAST NORTHFIELD ROAD
LIVINGSTON, NJ 07039

TOURNAMENT OF ROSES
391 S. ORANGE GROVE BOULEVARD
PASADENA, CA 91184


TOYOTA (DENTSU AMERICA)
32 AVENUE OF THE AMERICAS
16TH FLOOR
NEW YORK, NY 10013


TOYS R US
ONE GEOFFREY WAY
WAYNE, NJ 07470


TRANS NATION TRANSLATIONS INC
17101 PRESTON ROAD
SUITE 165 SOUTH
DALLAS, TX 75248


TRANSBEAM
CORPORATE OFFICES
20 W 36TH STREET
NEW YORK, NY 10018


TRAVEL CHANNEL
TRAVEL CHANNEL MEDIA
5425 WISCONSIN AVE., SUITE 500
CHEVY CHASE, MD 20815


TRAVIS, STEPHEN
1690 OLD LAWRENCEBURG ROAD
FRANKFORT, KY 40601


TRIBE MED. FOODS INC.
110 PRINCE HENRY DRIVE
TAUNTON, MA 02780


TRIBUNE MEDIA SERVICES INC
P.O. BOX 10026
ALBANY, NY 12201


TRINIDAD IV, LAZARO JAMES
5050 E. 5TH STREET, APT #G5
TUCSON, AZ 85711

```
TRINIDAD, LORENIA
1908 W. NAVA DRIVE
TUCSON, AZ 85746


TRIP ADVISOR LLC
141 NEEDHAM STREET
NEWTON, MA 02464


TRIWEST HEALTHCARE ALLIANCE
P.O. BOX 41580
PHOENIX, AZ 85080-1580


TROINA, RITA
354 CR. 2130
QUITMAN, TX 75783


TROJAN-DOMESTIC (COLANGELO)
120 TOKENEKE ROAD
DARIEN, CT 06820


TROJAN-INTERNATIONAL (COLANGELO)
120 TOKENEKE ROAD
DARIEN, CT 06820


TSG INC.
201 WEST SPRINGFIELD AVE.
STE 909
CHAMPAIGN, IL 61820


ANDREW PAUL TUCKER
610 OAK STREET
WAMEGO, KS 66547


TUFTS HEALTH PLAN
333 WYMAN ST.
P.O. BOX 9112
WALTHAM, MA 02451


TURNER BROADCASTING SYSTEM
BU 2210 0064
P.O. BOX 4026
ATLANTA, GA 30302-4026
```

```
TUTHILLS PHOTO
ATTN:  TONY FRONTERRA
28 COUNTRY KNOLL DR.
BINGHAMTON, NY 13901


TV DOCTORS
ATTN:  MIKE GOODING
938 CYPRESS WAY
TWIN FALLS, ID 83301


TV NEWS CLIPS, INC.
301 GRANVILLE DRIVE
SILVER SPRING, MD 20901


TX COMPTROLLER OF PUBLIC ACCTS
P.O. BOX 13528
CAPITOL STATION
AUSTIN, TX 78711-3528


TXU ENERGY
6555 SIERRA DRIVE
2S 14G
IRVING, TX 75039


TYGRIS VENDOR FINANCIAL
DEPT. # 1608
DENVER, CO 80291-1608


U-HAUL CORP. OFFICE
1325 AIRMOTIVE WAY, SUITE 100
RENO, NV 89502


U.S. COFFEE, INC.
51 ALPHA PLAZA
HICKSVILLE, NY 11801


U.S. EXPRESS LEASING, INC.
300 LANIDEX PLAZA
PARSIPPANY, NJ 07054-2797


U.S. FUND FOR UNICEF
125 MAIDEN LANE
11TH FLOOR
NEW YORK, NY 10038
```

```
U.S.CELLULAR HRP
P.O. BOX 620989
MIDDLETON, WI 53562-0989


UBISOFT
625 3RD STREET
3RD FLOOR
SAN FRANCISCO, CA 94107


UGBODE, NICHOLAS
36 YALE STREET
STATEN ISLAND, NY 10303


ULE MEDIA
MERIT FINANCIAL
578 WASHINGTON BLVD. 263
MARINA DEL REY, CA 90292-5442


ULINE
ATTN: ACCOUNTS RECEIVABLE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085


UNDERWOOD ELECTRIC, INC.
P O BOX 1331
PRESQUE ISLE, ME 04769


UNDERWRITERS LABORATORIES
2600 NW LAKE ROAD
CAMAS, WA 98607-8542


EDWARD UNGARTEN
1304 INDIAN MOUNTAIN LKS.
ALBRIGHTSVILLE, PA 18210


EDWARD UNGARTEN
421 CRESCENT WAY
ALBRIGHTSVILLE, PA 18210


UNICOM CAPITAL, LLC
370 17TH STREET, SUITE 3956
DENVER, CO 80202
```

UNION BANK
UNION BANK OF CALIFORNIA
350 CALIFORNIA ST., SUITE 2018
SAN FRANCISCO, CA 94104


UNITED HEALTHCARE
P.O. BOX 1459
MN008W220
MINNEAPOLIS, MN 55440


UNITED HEALTHCARE
5995 PLAZA DRIVE
MAIL STOP CY20-583
CYPRESS, CA 90630


UNITED HEALTHCARE VISION
P.O. BOX 1459 MN008W220
MINNEAPOLIS, MN 55440


UNITED PARCEL SERVICE
P.O. BOX 660586
DALLAS, TX 75266-0586


UNITED WAY OF SE PHILLY
1709 BENJAMIN FRANKLIN PARKWAY
PHILADELPHIA, PA 19103


UNITEDHEALTHCARE SERVICES-
SECURE HORIZON
5995 PLAZA DR. M/S CY20583
CYPRESS, CA 90630


UNIVERSAL INFORMATION SRV
1623 FARNAM ST.-STE. 600
OMAHA, NE 68102


UNIVERSAL STUDIOS ORLANDO FLORIDA
1000 UNIVERSAL STUDIOS PLAZA
BUILDING 1
ORLANDO, FL 32819


UNIVERSITY OF MARYLAND
MEDICINE
110 S. PACA STREET, 8TH FLOOR
BALTIMORE, MD 21201

UNIVERSITY OF MISSISSIPPI MEDICAL CENTER
3100 NORTH STATE STREET
SUITE 300
JACKSON, MS 39216


UNIVERSITY OF MS MEDICAL CENTER
3100 NORTH STATE STREET
SUITE 300
JACKSON, MS 39216


UNIVERSITY OF ST. THOMAS
3800 MONTROSE BLVD
PUBLIC AFFAIRS OFFICE
HOUSTON, TX 77006


UNIVERSITY OF TEXAS
SOUTHWESTERN
5323 HARRY HINES BOULEVARD
DALLAS, TX 75390


UNIVERSITY OF TEXAS AT DALLAS
800 W. CAMPBELL RD.
MP14
RICHARDSON, TX 75080


UNIVERSITY OF TEXAS HEALTH AND
SCIENCE CENTER
7703 FLOYD CURL DRIVE
SAN ANTONIO, TX 78229


UNIWORLD FOR US MARINES
UNIWORLD GROUP INC.
1 PARKLANE BLVD., SUITE 1200E
DEARBORN, MI 48126


UPMC HEALTH PLANS
P.O. BOX 2939
PITTSBURGH, PA 15230-2939


UPMC HEALTH PLANS (GREY)
200 FIFTH STREET
NEW YORK, NY 10010


UPMC HOSPITALS
200 FIFTH AVENUE
NEW YORK, NY 10010

US MARINES THROUGH UNIWORLD
1 PARKLANE BLVD., SUITE 1200E
DEARBORN, MI 48126


USA NETWORK
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112


UTAH NEWS CLIPS
1623 FARNAM STREET
SUITE 600
OMAHA, NE 68102


UTC POWER
195 GOVERNORS HIGHWAY
SOUTH WINDSOR, CT 06074


VACA, GLENN M
7303 BELL BLVD
BAYSIDE, NY 11364


VALDEZ, LORENE T
8761 E. GREEN BRANCH LANE
TUCSON, AZ 85730


VALENCIA, LETICIA
3756 S. BELMAR AVENUE
TUCSON, AZ 85713


VALLEY STEAM-WAY
831 HAMLIN ROAD
VAN BUREN, ME 04785


VALPAK
8605 LARGO LAKES DRIVE
LARGO, FL 33773


VALPAK DIRECT MARKETING SYSTEMS
8605 LARGO LAKES DRIVE
LARGO, FL 33773


VAN BURKEN, ANDREA
7951 SOUTH DEPOT COURT
TUCSON, AZ 85747

VANDERBILT MEDICAL CENTER
30 BURTON HILLS BOULEVARD
SUITE 207
NASHVILLE, TN 37215


HEIDI VANDERHEIDEN
94-731 KIME ST.
WAIPAHU, HI 96797


VANS INC.
C/O VF SERVICES, INC.
P.O. BOX 21426
GREENSBORO, NC 27420-7426


VARIAN MEDICAL SYSTEMS
VARIAN INC.
3100 HANSEN WAY
PALO ALTO, CA 94304


VARRICHIO, AUGUSTINE
175 OLDFIELD AVENUE
AMITYVILLE, NY 11701


JOHNNY VASQUEZ
1314F DULLES DR.
LAFAYETTE, LA 70506


VAULT COMMUNICATIONS
610 WEST GERMANTOWN PIKE
SUITE 160
PLYMOUTH MEETING, PA 19462


VENABLES BELL & PARTNER
201 POST STREET
SAN FRANCISCO, CA 94108


MARK VERDILE
2 PLACID CIRCLE
EAST GREENBUSH, NY 12061


MARK A. VERDILE
DBA THE DAILY RECORDER
2 PLACID CIRCLE
EAST GREENBUSH, NY 12061-2412

DAVE VERGIN
212 W. SUPERIOR ST., SUITE 503
CHICAGO, IL 60610


VERGIN, DAVID
15140 HIAWATHA TRAIL
ORLAND PARK, IL 60462


VERISIGN WORLDWIDE HEADQUARTERS
350 ELLIS STREET
MOUNTAIN VIEW, CA 94043


VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101-0408


VERIZON WIRELESS
26935 NORTHWESTERN HIGHWAY
SUITE 100
SOUTHFIELD, MI 48033


VERIZON WIRELESS
7600 MONTPELIER ROAD
LAUREL, MD 20723


VERIZON WIRELESS
600 UNICORN DRIVE
WOBURN, MA 01888


VERIZON WIRELESS
5959 CORPORATE DRIVE
SUITE LL400
HOUSTON, TX 77036


VERIZON WIRELESS
15505 SAND CANYON AVENUE
IRVINE, CA 92618


VERIZON WIRELESS
7155 W. DETROIT STREET
CHANDLER, AZ 85226


VERTICA SYSTEMS, INC.
8 FEDERAL STREET, 1ST FLOOR
BILLERICA, MA 01821

VESICARE
P.O. BOX 118190
CHICAGO, IL 60611


VESICARE (EURORSCG)
P.O. BOX 118190
CHICAGO, IL 60611


VESSELS, JEREMY S
1361 S FLOYD STREET #10
LOUISVILLE, KY 40208


VIAGRA (MCGARRY BOWEN)
601 WEST 26TH STREET
SUITE 1150
NEW YORK, NY 10001-1115


VICTORIA SECRET BEAUTY
666 5TH AVENUE, 4TH FL.
NEW YORK, NY 10017


VIDEO ACTION
ATTN: JOEL HAGEMAN
2704 VIGILANTE TRAIL
BILLINGS, MT 59102


VIDEO IT
ATTN: RAYMOND HILL
109 SOUTH MONROE ST.
ALBANY, GA 31701


VIDEO IT RECORDING AND
PRODUCTIONS INC.
2002 WEST WADDELL AVE
ALBANY, GA 31701


VIDEO LIBRARY, LLC
P.O. BOX 725186
BERKLEY, MI 48072


VIDEO NEWS INC.
P.O. BOX 6121
VIRGINIA BEACH, VA 23456

```
VIDEO WORX PRODUCTIONS
ATTN: BRETT MONTFORD
3710 LAKESIDE DR.
SAINT JOSEPH, MO 64503


VIDEOGENICS
ATTN: JOHN FLETCHER
103 S. COURT ST
CLEVELAND, MS 38732


VIDIC, IDA
57 FRANKLIN AVENUE
NEW HYDE PARK, NY 11040


VIRGINIA DEPT. OF TAXATION
OFFICE OF CUSTOMER SERVICES
P.O. BOX 1115
RICHMOND, VA 23218-1115


VISION NET
ATTN: TRAVIS KING
1221 N. RUSSELL
MISSOULA, MT 59808


VISION NET, INC
1309 NW BYPASS
GREAT FALLS, MT 59404


VISION SERVICE PLAN
3333 QUALITY DRIVE
RANCHO CORDOVA, CA 95670


VITALE, HOLLY C
2 SPRUCE STREET, #2E
GREAT NECK, NY 11021


VMS
1500 BROADWAY, 6H FLOOR
NEW YORK, NY 10036


VMS
ATTN: ANA FOLOI
185 BERRY STREET, SUITE 1400
SAN FRANCISCO, CA 94107-1796
```

```
VMS DALLAS
8111 LYNDON B. JOHNSON FWY
#465
DALLAS, TX 75251-1336


VMS DC
1025 VERMONT AVE, NW, STE 1110
ATTN: SARA LEVERING
WASHINGTON, DC 20005


VMS LOS ANGELES
ATTN: MYLO KOENIG
6430 W. SUNSET BLVD.
LOS ANGELES, CA 90028


VMS PRESQUE ISLE
ATTN: ANDREW MARCINIAK
260 MAIN ST.
PRESQUE ISLE, ME 04769


VMS TUCSON
ATTN: MATT SHOOSHTARI
5151 EAST BROADWAY, STE 450
TUCSON, AZ 85711


VOCUS
P.O. BOX 17482
BALTIMORE, MD 21297-1482


VOGEL MARKETING
255 BUTLER AVENUE, SUITE 201-B
LANCASTER, PA 17601


VOLKSWAGEN OF CHATTANOOGA
6015 INTERNATIONAL DRIVE
CHATTANOOGA, TN 37421-1617


VULCAN FIRE SYSTEMS, INC.
3330 GILMORE INDUSTRIAL BLVD.
LOUISVILLE, KY 40223


WAGGONER, JAMES H
20 GODFREY ROAD
UPPER MONTCLAIR, NJ 07043
```

WAGNER, DAVID C
5311 MILLWOOD COURT
LOUISVILLE, KY 40291


WAGNER, KRISTIN M.
3440 S. CHESIN
TUCSON, AZ 85730


WAKE FOREST UNIV BAPTIST MEDICAL
MEDICAL CENTER BOULEVARD
WINSTON SALEM, NC 27157


WAL-MART 3 DMA
WAL-MART STORES
702 SW 8TH STREET
BENTONVILLE, AR 72716


WALDEN UNIVERSITY
12975 CORAL TREE PLACE
LOS ANGELES, CA 90066


WALKER COMMUNICATIONS
1603 13TH ST. STE. 210
LUBBOCK, TX 79401-3835


WILMA WALLIS
13090 LANC-KIRK ROAD
BALTIMORE, OH 43105


WALTER REED MEDICAL CENTER
6900 GEORGIA AVENUE
BUILDING 1, ROOM C110
WASHINGTON, DC 20307


WASH. STATE DEPT. OF REVENUE
CASH MANAGEMENT SECTION
PO BOX 47464
OLYMPIA, WA 98504-7464


WASHINGTON ATTORNEY GENERAL
1125 WASHINGTON STREET SE
OLYMPIA, WA 98504

```
WASHINGTON EXPRESS SERVICES
12240 INDIAN CREEK CT. #100
BELTSVILLE, MD 20705


WASHINGTON GAS
101 CONSTITUTION AVENUE, NW
9TH FLOOR
WASHINGTON, DC 20080


WASHINGTON GAS AND LIGHT
101 CONSTITUTION AVENUE, NW
9TH FLOOR
WASHINGTON, DC 20080


WASHINGTON MYSTICS
627 N. GLEBE ROAD
SUITE 850
ARLINGTON, VA 22203


WASHINGTON STATE LOTTERY
200 E. RANDOLPH DRIVE
CHICAGO, IL 60601


WASHINGTON WIZARDS
627 NORTH GLEBE ROAD
SUITE 850
ARLINGTON, VA 22203


WALLY WASILEWSKI
3559 TUSCANY DR. SE
GRAND RAPIDS, MI 49546


MICHAEL WATSON
8701 BLACKBERRY ST. APT. 121
ANCHORAGE, AK 99502


JEFFREY WATT
2680 LIVMOR AVENUE
PALM SPRINGS, CA 92262


WAWA (RICHARDS GROUP)
C/O RICHARD GROUP
8750 N. CENTRAL EXPRESSWAY
DALLAS, TX 75231
```

```
WEAVER, CLARI
6149 N. VAN ARK ROAD
TUCSON, AZ 85743


WILLIAM WEAVER
26360 MISSION FIELDS ROAD
CARMEL, CA 93923


WEB 4 BUSINESS
ATTN:  FRANK BUCOLO
201 CHESTER PIKE, STE 200
NORWOOD, PA 19074


WEB CREATIONS & GRAPHICS, LLC
P.O. BOX 5493
BECKLEY, WV 25801


WEB CREATIONS & GRAPHICS, LLC
ATTN:  DANNY L. COLE
111 PRINCE ST
BECKLEY, WV 25801


WEBER SHANDWICK
101 MAIN STREET
CAMBRIDGE, MA 02142


WEBER SHANDWICK
755 W. BIG BEAVER
SUITE 2500
TROY, MI 48084


WEBER SHANDWICK (RAND MCNALL)
WEBER SHANDWICK WORLDWIDE
P.O. BOX 542045
OMAHA, NE 68154


WEBER SHANDWICK - GENENTECH
WEBER SHANDWICK WORLDWIDE
P.O. BOX 542045
OMAHA, NE 68154


WEBER SHANDWICK - VERIZON
WEBER SHANDWICK WORLDWIDE
P.O. BOX 542045
OMAHA, NE 68154
```

```
WEBER SHANDWICK - VERIZON I
WEBER SHANDWICK WORLDWIDE
P.O. BOX 542045
OMAHA, NE 68154


WEBER SHANDWICK MILKPEP
WEBER SHANDWICK WORLDWIDE
P.O. BOX 542045
OMAHA, NE 68154


WEBER SHANDWICK- OMNI
WEBER SHANDWICK WORLDWIDE
P.O. BOX 542045
OMAHA, NE 68154


WEBER, BETH ANN
9855 E. SPEEDWAY BLVD.
TUCSON, AZ 85748


WEBER, MARY J
408 HIDDEN OAK WAY
LOUISVIILE, KY 40222


WEBEX
16720 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


WEBSTER BANK (KSV)
500 HARRISON AVENUE
#403
BOSTON, MA 02118


WEECH, PAULA J.
2127 S. ROBERTO PLACE
TUCSON, AZ 85710


WEHRLEY, ANNE E
4111 WIMPOLE ROAD
LOUISVILLE, KY 40218


WEIGHT WATCHERS
(OF ARIZONA)
1608 E. EARLL DRIVE
PHOENIX, AZ 85016
```

```
DONNA WELBORN
3501 CLARK LANE, #74
COLUMBIA, MO 65202


DONNA L. WELBORN
3501 CLARK LANE #74
COLUMBIA, MO 65202-4138


WELLPOINT INC.
13550 TRITON PK BLVD.
LOUISVILLE, KY 40223


WELLS FARGO
P.O. BOX 6434
CAROL STREAM, IL 60197-6434


WELLS FARGO - INSTITUTIONAL
RETIREMENT AND TRUST
P.O. BOX 563957
CHARLOTTE, NC 28256-3957


WELLS FARGO FINANCIAL LEASING
PO BOX 6434
CAROL STREAM, IL 60197-6434


WELLS FARGO INST. RETIREMENT
P.O. BOX 563957
CHARLOTTE, NC 28256


WELLS, ELIZABETH C
5209 MANSFIELD LANE
LOUISVILLE, KY 40218


WELLS, JEFFERY S
3919 ELFIN AVENUE
LOUISVILLE, KY 40207


WELLS, TANA J
2919 GLEESON LANE
LOUISVILLE, KY 40299


WENGRYN, PETER P
21 GRENADIER DRIVE
MAHWAH, NJ 07430
```

```
WESHKOFF, ROBERT
2869 WILSON AVENUE
BELLMORE, NY 11710


WEST, TRINA
66 CHELMSFORD COURT
BALTIMORE, MD 21220


WHITE, AMY
26 GLENDALE ROAD
CARIBOU, ME 04736


WHITE, CHRISTINA M
261 AINSLIE ST., 2ND FL
BROOKLYN, NY 11211


MICHAEL JAIRUS WHITLEY, JR.
5430 PENDEN POINT ROAD
WILMINGTON, NC 28409


WICHITA SCRIBE, INC.
ATTN: DENNIS KENNEDY
6215 EAST NINTH
WICHITA, KS 67208


WICK, CHRISTOPHER T
845 W LARKSPUR DRIVE
JEFFERSONVILLE, IN 47130


WICK, JAMES R
1512 E 10TH STREET
JEFFERSONVILLE, IN 47130


WIGGINS, DAVID
1241 MAPLETON ROAD
MAPLETON, ME 04757


WILKES, TINA L.
580 EAST 21TH STREET
BROOKLYN, NY 11226


WILLIAM D. FREEDMAN, ESQ.
TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
NEW YORK, NY 10174
```

```
WILLIAMS, BILLY - JEAN
1224 E. 36TH STREET
BROOKLYN, NY 11212


WILLIAMS, BRANDON B
158 PIAGET AVE.
CLIFTON, NJ 07011


WILLIAMS, MARK E
15057 SHERMAN WAY, UNIT C
VAN NUYS, CA 91405


WILLIAMS, QUENTIN
16 NORTH 16TH STREET
EAST ORANGE, NJ 07017


TIM WILLIAMS
21913 ERIE LANE
LAKE FOREST, CA 92630


WILLIS OF NEW JERSEY, INC
350 MT. KEMBLE AVENUE, 2ND FL-
P.O. BOX 1969
MORRISTOWN, NJ 07962


WILLIS OF NEW YORK
185 ASYLUM STREET #25
HARTFORD, CT 06103-3404


WILLS, JENNIFER
11311 POWHATAN CT. #1
LOUISVILLE, KY 40241


WILLS, KERRY K
4822 SEBREE LANE, APT 2
LOUISVILLE, KY 40218


WILSON, KATHRYN G
838 KEYSTONE WAY
LOUISVILLE, KY 40223


WILSON, KIMBERLY RAY
1422 HOBART DRIVE
LOUISVILLE, KY 40216
```

```
TIM WILSON
1241 FUNSTON AVENUE
APT. 301
SAN FRANCISCO, CA 94122


WISCONSIN DEPT. OF REVENUE
SALES, USE, WITHHOLDING DIV.
P.O. BOX 8902
MADISON, WI 53708


WISCONSIN MEDIA SERVICES
2025 NORTH SUMMIT AVE. #107
MILWAUKEE, WI 53202


WL GORE & ASSOCIATES
555 PAPERMILL RD.
ELKTON, MD 21921


WOLFPAW INTERNET
ATTN:  DALE CORSE
9768 170 ST. SUITE 451
EDMONTON, AB


WOLFPAW SERVICES
BOX #451-9768 - 170 STREET
EDMONTON, AB  T5T5L4
CANADA


DAVID WOOD
12938 APPLETON
DETROIT, MI 48223


DAVID R. WOOD
C/O GOOD NEWS TV
2525 BEACH AVENUE
MACON, GA 31204


WOOD, TERRY CAVALERI
10860 E. LINDEN STREET
TUCSON, AZ 85749


RUSSELL WOODS
1017 NORTH BOULEVARD
UNIVERSAL CITY, TX 78148
```

```
RUSSELL E. WOODS
C/O BEAVEX SHOUTH CENTRAL
506 SANDAU # 700
SAN ANTONIO, TX 78216


WORK SPICE TECHNOLOGIES
ATTN: BLAKE WEBER
5050 POPLAR, STE 525
MEMPHIS, TN 38157


WORLD NET
2538 MAC ARTHUR VIEW
SAN ANTONIO, TX 78217


WORLD RAMP INC
146 W. SYBELIA AVENUE-STE. B
MAITLAND, FL 32751


WORLD RAMP INC.
ATTN: CHRIS NICHOLS
146 W. SYBELIA AVE. SUITE B
MAITLAND, FL 32751


WORLD RAMP INC.
ATTN: CHRIS NICHOLS
2221 LEE RD, SUITE 26
WINTER PARK, FL 32789


WORLD SOCIETY FOR THE PROTECTION OF ANIM
89 SOUTH STREET
SUITE 201
BOSTON, MA 02111


WORLD WRESTLING ENTERTAINMENT
1241 EAST MAIN STREET
STAMFORD, CT 06902


WORLDNET
ATTN: RUSS BENNETT
2538 E. BITTERS
SAN ANTONIO, TX 78217


WORLDSPICE TECHNOLOGIES
P.O. BOX 111368
MEMPHIS, TN 38111
```

WORLEY, SHAWN D
4206 LEO LANE
LOUISVILLE, KY 40299


WRIGHT, CHARLES
2817 RIO RITA AVENUE
LOUISVILLE, KY 40220


WRIGHT, FRANCIS NORMAN
324 CARIBOU LAKE ROAD
CARIBOU, ME 04736


WRIGHT, ROBERT
20 ROBERT STREET
HICKSVILLE, NY 11801


JEFF WURTZKE
2205 HILLTOP DRIVE #20
REDDING, CA 96002


JEFF WUTZKE
2205 HILLTOP DR # 20
REDDING, CA 96002


WYNN LAS VEGAS
3131 LAS VEGAS BLVD, SOUTH
LAS VEGAS, NV 89109


WYSONG, JULIE ANN
4702 LAKE LOUISVILLA DRIVE
CRESTWOOD, KY 40014


XCEL ENERGY (VLADIMIR JONES)
6 NORTH TEJON STREET
4TH FLOOR
COLORADO SPRINGS, CO 80903


XEROX CORPORATION
P.O. BOX 7405
PASADENA, CA 91109-7405


XEROX CORPORATION
P.O. BOX 827598
PHILADELPHIA, PA 19182-7598

XIOTECH CORPORATION
6455 FLYING CLOUD DRIVE
EDEN PRAIRIE, MN 55344-3305


XO COMMUNICATIONS
14239 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


XO COMMUNICATIONS
FILE 50550
LOS ANGELES, CA 90074-0550


XO COMMUNICATIONS
CORPORATE HEADQUARTERS
13865 SUNRISE VALLEY DRIVE
HERNDON, VA 20171


XTREME INFORMATION LIMITED.
37-38 LONG ACRE
LONDON WC2E 9JT
ENGLAND


YAGER, DANREN L
383 N. WILMOT
TUCSON, AZ 85711


YAKULT
3625 DELAMO BOULEVARD
SUITE 260
TORRANCE, CA 90503


YANOVICH, ANGELA
425 E. 12TH STREET, #2
NEW YORK, NY 10009


YASSIM, RACHAEL N.M.
114-20 118TH STREET
SOUTH OZONE PARK, NY 11420


YATES, FREDDIE
2407 OLD HICKORY HIGHWAY
JEFFERSONTOWN, KY 40299

YAXLEY, ELIOT
651 VANDERBILT AVE
BROOKLYN, NY 11238


YEAST, BENJAMIN J
914 GREENWAY DRIVE
ELIZABETHTOWN, KY 42701


YENSER, NATHAN C
2825 LEXINGTON ROAD
LOUISVILLE, KY 40280


YENSER, TIMOTHY M
2825 LEXINGTON ROAD
LOUISVILLE, KY 40280


YEUNG, MONICA
11148 114TH STREET
SOUTH OZONE PARK, NY 11420


YMCA - DC
P.O. BOX 65478
WASHINGTON, DC 20035


KEITH YOSFEN
3508 WARRIOR AVE
CHEYENNE, WY 82007


YTURRALDE, GERALDINE S
420 EAST 35TH STREET
TUCSON, AZ 85713


YTURRALDE, JOANNE S
350 E. 33RD STREET
TUCSON, AZ 85713


ZAPCO 1500 INVESTMENT, L.P.
NW 5583, P.O. BOX 1450
MINNEAPOLIS, MN 55485-5583


ZAZUETA, SYLVIA F.
7720 E. LURLENE DR.
TUCSON, AZ 85730

ZCONNECT
ATTN: BUD DUCEY
800 KENESAW AVENUE, SUITE 140
MARIETTA, GA 30060


ZELTIQ
4698 WILLOW ROAD
PLEASANTON, CA 94588


ZEPEDA, DAVID MARTIN
1541 S. TURQUOISE VISTA
TUCSON, AZ 85710


ZILLOW.COM
999 3RD AVENUE
SUITE 4600
SEATTLE, WA 98104


ZIP EXPRESS COURIER SERVICE
P.O. BOX 33101
LOUISVILLE, KY 40232-3101


ZOLL MEDICAL
269 MILLS ROAD
CHELMSFORD, MA 01824-4105


ZOOLOGICAL SOCIETY - SAN DIEGO
2920 ZOO DRIVE
WARNER ADMIN CENTER
SAN DIEGO, CA 92103


ZURICH NORTH AMERICA
1400 AMERICAN LANE
SCHAUMBURG, IL 60196